No. 05-533C
(Judge Sweeney)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JEFFREY G. WALLS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

STEVEN J. GILLINGHAM
Assistant Director

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: 202-353-9063
Fax: 202-307-7965

OF COUNSEL:

JOHN CLADY
Lieutenant
Judge Advocate General's Corps
Department of the Navy
Office of the Judge Advocate General
General Litigation
Washington, D.C. 20374

October 1, 2007

Attorneys for Defendant

# TABLE OF CONTENTS

**PAGE(s)**


STATEMENT OF THE ISSUES.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF THE CASE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

I. Nature Of The Case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

II. Statement Of Facts.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

ARGUMENT.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

I. Standard Of Review.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

A. Motion To Dismiss. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

B. Judgment Upon The Administrative Record. . . . . . . . . . . . . . . . . . . . . . . .6

II. Mr. Walls's Amended Complaint Fails To State A Claim. . . . . . . . . . . . . . . . . . . 6

A. Regulatory Framework . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

A. Mr. Walls's Complaint Fails To State A Claim Of Involuntariness. . . . . . 7

III. The Board's Determination Is Supported By Substantial Evidence. . . . . . . . . . . 12

CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

## TABLE OF AUTHORITIES

**CASES** **PAGE**

Bannum, Inc. v. United States,
404 F.3d 1346 (Fed. Cir. 2005). . . . . . . . . . 6

Bell Atlantic Corp. v. Twombley,
__ U.S. __, 127 S.Ct. 1955 (2007).. . . . . . . . . . 5

Carmichael v. United States,
298 F.3d 1367 (Fed. Cir. 2002). . . . . . . . . . 8, 9

De Cicco v. United States,
230 Ct. Cl. 224, 677 F.2d 66 (1982). . . . . . . . . . 6, 7

Friedman v. United States,
159 Ct. Cl. 310 F. 2d 381 (1962). . . . . . . . . . 6

Henke v. United States,
60 F.3d 795 (Fed. Cir. 1995). . . . . . . . . . 5

Lechliter v. United States,
70 Fed. Cl. 536 (2007). . . . . . . . . . 6

Lewis v. United States,
67 Fed. Cl. 158 (2005). . . . . . . . . . 6

McHenry v. United States,
367 F.3d 1370 (2004).. . . . . . . . . . 8

Metz v. United States,
466 F.3d 991 (Fed. Cir. 2006). . . . . . . . . . 8

Rigsbee v. United States,
226 F.3d 1376 (Fed. Cir. 2000). . . . . . . . . . 8

Skinner v. United States,
594 F.2d 824 (1979).. . . . . . . . . . 6

U.S. Postal Service v. Gregory,
534 U.S. 1 (2001).. . . . . . . . . . 3

United States v. Chemical Foundation,
272 U.S. 1 (1926).. . . . . . . . . . 3

Wronke v. Marsh,
787 F.2d 1569 (Fed. Cir.), cert. denied, 479 U.S. 853 (1986). . . . . . . . . . 6

**STATUTES**

10 U.S.C. § 6330(b). . . . . . . . . . 3, 8