# MILPERSMAN 1160-120

## HIGH YEAR TENURE

| | | | | |
|---|---|---|---|---|
| **Responsible Office** | CNO (N132) | Phone: | DSN<br>COM<br>FAX | 224-6864<br>(703) 614-6864<br>224-6502 |

| | |
|---|---|
| **References** | (a) OPNAVINST 1160.7B<br>(b) SECNAVINST 1900.7G |

1. **Purpose**

a. The High Year Tenure (HYT) Program

(1) provides a personnel management program to control rating manning, reduce advancement stagnation, and to meet end strength requirements;

(2) establishes standardized HYT limits by paygrade; and

(3) establishes procedures by which personnel may request consideration for retention on active duty beyond established HYT limits.

b. This article applies to members of the United States Navy (USN), United States Navy Reserve (USNR) (Full Time Support) (FTS), and USNR personnel serving on active duty for a minimum of two consecutive years. HYT policy for personnel in the Canvasser Recruiter (CANREC) program, Selected Reserve (SELRES), or mobilized reservists is contained in reference (a).

c. Unless HYT waiver approval is authorized by Navy Personnel Command (NAVPERSCOM), personnel may only reenlist or extend up to the HYT limit for their current paygrade. Personnel who have been selected for advancement to the next higher paygrade may reenlist or extend up to the HYT limit of their prospective paygrade.

2. **Definitions**

a. **Active Military Service:** All active duty in the Army, Navy, Air Force, Marine Corps and Coast Guard.

b. **Active Navy Service:** All active duty in the Navy.

3. **Maximum Years of Active Service**. Current mandated HYT limits by paygrade are outlined in the table below. Future modifications to HYT limits may be announced via NAVADMIN prior to revisions to this article. Personnel must also meet professional growth criteria outlined in MILPERSMAN 1160-030. Use the following guidelines when computing active service:

a. HYT limits for active duty personnel are computed using Active Duty Service Date (ADSD), not Pay Entry Base Date (PEBD).

b. Use only total active Navy service to compute HYT limits for paygrades E-1 through E-4 Sailors.

c. All active military service is used to compute HYT limits for E-5 through E-9 Sailors.

d. Active duty Sailors who have previous SELRES service must also calculate periods of Annual Training (AT), Active Duty Training (ADT), Active Duty for Special Work (ADSW), One Year Recall (OYR), Presidential Recall, and periods of Mobilization into their active military service. Drill periods are not considered active duty.

| Grade | Years | Remarks |
|---|---|---|
| E1-E2 | 6 | May not reenlist unless approval is granted via Perform to Serve (PTS) (if applicable) or NAVPERSCOM, Career Progression Division (PERS-48). |
| E-3 | 6 (8) | Authorized to remain on active duty up to 8 years if Sailor has Passed-Not Advanced (PNA) an E-4 exam and approval is granted via PTS (if applicable). See paragraph 7e of this article for procedures to request corrected HYT date. |
| E-4 | 8 | |
| E-5 | 14 (20) | E-5 HYT limit is modified to 14 years for Sailors with less than 10 years of total active military service as of 1 July 2005 (those Sailors whose ADSD is on or after 1 July 1995). E-5 Sailors with 10 or more years of total active military service as of 1 July 2005 retain their HYT limit of 20 years (those Sailors whose ADSD is on or before 30 June 1995). |
| E-6 | 20 | |
| E-7 | 24 | |
| E-8 | 26 | |
| E-9 | 30 | |

4. **HYT Waivers**. Requests to continue on active duty beyond established HYT limits will be considered on a case basis but

will only be granted in support of urgent, immediate operational requirements in a deployed or soon-to-deploy unit (with the exception of waivers outlined below). Commands and Sailors shall discuss individual waiver requests with the appropriate rating detailer and enlisted community manager prior to submitting the request.

a. Waivers for Obligated Service (OBLISERV)

(1) Waivers for OBLISERV apply only to service requirements incurred as a result of formal training. OBLISERV for permanent change of station (PCS) orders, in general, does not constitute a reason to exceed HYT limits. These waiver requests will be considered on a case basis via normal waiver request procedures. OBLISERV stated on PCS orders does not override HYT limits unless a HYT waiver request has been approved prior to PCS execution.

(2) E-3 and E-4 personnel approved for rating conversion (under PTS or the normal conversion process), via appropriate class "A" and/or "C" Schools, will be granted a HYT waiver to coincide with expiration of the training OBLISERV requirement. For example, an E-4 approaching HYT limit and authorized conversion via an "A" School of 13-14 weeks in duration must complete 24 months of OBLISERV (see MILPERSMAN 1306-604 for Service School obligation requirements); therefore, the HYT date will be revised to reflect 24 months following completion of formal training. Commands must liaison with NAVPERSCOM, Enlisted Retirement Section (PERS-4823) to ensure the revised HYT date is accurately reflected in the Enlisted Master File.

(3) E-3 and E-4 personnel approved for in-rate advanced training ("C" School) will be granted a HYT waiver to coincide with expiration of the training OBLISERV requirement as outlined in paragraph 4a(2) above.

(4) E-4 personnel approved for the Selective Training and Reenlistment (STAR) program are authorized to exceed HYT limits as they will be advanced to E-5 and will incur a 4- to 6-year OBLISERV requirement upon successful completion of required school.

**NOTE**: HYT waivers for the STAR program are for first-term personnel only. HYT waivers will **not** be approved for any second or subsequent reenlistments under this program.

b. Personnel who desire to maximize Selective Reenlistment Bonus (SRB) Zones A, B, or C entitlement with a HYT waiver must submit an HYT waiver request prior to submitting their SRB precert request. These requests will be considered on a case basis.

c. All of the HYT waivers mentioned above must have prior approval from NAVPERSCOM (PERS-4823) prior to executing a reenlistment/extension.

d. HYT waiver requests which are of a strictly "personal convenience nature" will not be approved and should not be submitted. Examples of such waiver requests include (but are not limited to):

(1) E-6 and above personnel desiring to participate in or await advancement exam or selection board results.

(2) To commence or continue medical treatment that is on an outpatient basis (see paragraph 7b of this article for authorized exceptions).

(3) To allow member to continue or complete additional off-duty education courses while still on active duty.

(4) To permit member to have a more personally advantageous date for retirement or separation (i.e., member desires to retire in summer months).

(5) To increase member's anticipated financial entitlements (i.e., Involuntary Separation Pay or Fleet Reserve Retainer check) based on length of military service.

(6) To meet minimum eligibility requirements or to await additional quotas for automatic advancement under any current or future Navy automatic advancement program such as Command Advancement Program (CAP), Recruiting Excellence Advancement Program (REAP), etc.

5. **HYT and Advancement**

a. Candidates for advancement who will be over the established HYT date for their present paygrade on the first day of the advancement cycle (see table below) are ineligible for advancement consideration. These members are not permitted to participate in an advancement examination and will not be

considered by a selection board unless they have already received an approved HYT waiver from NAVPERSCOM (PERS-4823) to remain on active duty beyond that date.

| If competing in below advancement cycle... | Then must be on active duty on... |
|---|---|
| E-4/5/6 March exam | 1 July same year |
| E-4/5/6 September exam | 1 January following year |
| E-7 January exam | 1 September same year |
| E-8/9 board | 1 July same year |

b. **Waivers to Await Examination Results.** Commanding officers (COs) may authorize HYT waivers for up to 4 months for E-3 and E-4 personnel (competing for advancement to E-4 or E-5 respectively) who are awaiting examination results, provided all of the following criteria are met:

(1) The member must have already participated in the current advancement examination. Members may not be extended in order to take an exam that occurs after their current HYT date.

(2) Waivers are authorized to await examination results **only** for determination of eligibility to reenlist or to extend for terms of prospective vice current rate. Waivers are not authorized for members who do not intend to reenlist or extend. MILPERSMAN 1160-040 provides guidance on extending expiration of active obligated service (EAOS).

(3) Extensions to await examination or selection board results for E-5 through E-8 personnel are **not** authorized and no waiver will be granted.

(4) If member is extended to await exam results, commands shall ensure that member continues to complete all pre-separation requirements, to include physical exam. Additional extension requests will not be approved to complete separation requirements if member is subsequently not selected from the advancement exam.

6. **Procedures for Requesting HYT Waivers**

a. Requests for HYT waivers shall normally be submitted using NAVPERS 1306/7 (Rev. 1-03), Enlisted Personnel Action Request and should arrive at NAVPERSCOM (PERS-4823) no later than 1 year prior to established HYT date. In a time critical situation, commands may send a naval message. Submit HYT

waiver requests for FTS personnel to NAVPERSCOM, Reserve Enlisted Personnel Section (PERS-4913). Requests should include, at a minimum, the following information:

(1) Member's rate, full name, and social security number (SSN).

(2) Desired length of waiver in months.

(3) Reason for waiver with sufficient supporting justification. Request is to indicate the specific operational unit (if applicable) member is seeking assignment to.

(4) CO's endorsement and signature.

(5) Command point of contact (POC).

b. NAVPERSCOM will staff HYT waiver requests through the appropriate rating detailer and enlisted community manager, with final approval or disapproval residing with NAVPERSCOM, Head, Enlisted Community Management Branch (PERS-4011). Commands will be notified via naval message of waiver disposition.

7. <u>**Special Considerations**</u>

a. **Twilight Tour Eligibility.** E-9 personnel who receive a HYT waiver forfeit their twilight tour eligibility.

b. **Limited Duty (LIMDU) Status.** Personnel in a LIMDU status and approaching mandatory HYT retirement, mandatory HYT transfer to the Fleet Reserve, or mandatory HYT separation will only be retained on active duty if actually hospitalized as an in-patient, or if their case has been accepted by the Physical Evaluation Board (PEB) for disability determination. Being seen as an outpatient or submitting a case to PEB (without it having been accepted) is not sufficient justification to retain members beyond their established HYT date.

c. **Reduction in Rate**

(1) Personnel reduced in rate are authorized to complete an enlistment properly entered into prior to reduction even if the enlistment expires after HYT limits of the new paygrade. Members in this category must separate at current EAOS if the new HYT limit is met or exceeded unless they are granted a HYT waiver or are subsequently advanced or reinstated. If the EAOS

is prior to the new HYT limit, they may continue on active duty until the HYT limit of the new paygrade, if otherwise eligible. Personnel reduced in rate to E-3 retain an 8-year HYT limit. Commands must liaison with NAVPERSCOM (PERS-4823) to ensure the revised HYT date is accurately reflected in the Enlisted Master File.

(2) Members who elect not to remain on active duty until their normal EAOS may request early separation, if desired, from NAVPERSCOM, Enlisted Performance and Separations Section (PERS-4832) via their CO.

d. **Involuntary Separation Pay.** Personnel who are separated due to HYT limits are normally entitled to full involuntary separation pay. Reference (b) and MILPERSMAN 1920-030 through 1920-060 outline involuntary separation pay definitions and policy. In order to preclude unwarranted involuntary separation pay recoupment action by Defense Finance and Accounting Service (DFAS), commands separating Sailors in paygrades E-5 and below for HYT (who are otherwise fully retainable) shall complete Copy 4 of member's DD-214, Certificate of Release or Discharge from Active Duty, as follows:

(1) Block 26 (Separation Code): JGH or LGH as appropriate

(2) Block 27 (Reentry Code): RE-6

e. **Procedures to Correct HYT Dates**

(1) E-3 Sailors who have PNA'd a PO3 advancement examination are authorized to remain on active duty for up to 8 years, if otherwise eligible. In order to ensure the Enlisted Master File reflects the revised HYT date, commands should send a copy of the member's advancement profile sheet to NAVPERSCOM (PERS-4823) requesting that the HYT date be changed from 6 to 8 years.

(2) HYT limits for Other Service Veterans (OSVETs) in paygrades E-4 and below are computed based on total active Navy service only. In order to correct the Enlisted Master File to reflect the correct HYT date, commands should send the following documents to NAVPERSCOM (PERS-4823):

(a) Copy of service member's initial enlistment contract

(b) Copy of each of service member's DD 214s

**or**

(c) Statement of service reflecting all periods of military service (in any branch)

(3) If it has been determined that a HYT date reflected on a service member is incorrect, contact NAVPERSCOM (PERS-4823) for verification and subsequent correction to the Enlisted Master File.

DEPARTMENT OF THE NAVY
Office of the Chief of Naval Operations
Washington, DC 20350-2000

OPNAVINST 1160.5C
Pers-222
18 October 1993

OPNAV INSTRUCTION 1160.5C

From: Chief of Naval Operations
To: All Ships and Stations (less Marine Corps field addressees not having Navy personnel attached)

Subj: REENLISTMENT QUALITY CONTROL PROGRAM

Ref: (a) CNO Washington DC 252345Z Feb 92 (NAVADMIN 021/92)
(b) MILPERSMAN

Encl: (1) Criteria for Preferred Reenlistment (RE-R1)
(2) Criteria for Reenlistment (RE-4) Determination

R) 1. **Purpose**

a. To provide a personnel management program to control rating manning, reduce advancement stagnation, and meet end strength requirements. A)

b. To issue reenlistment criteria for the Reenlistment Quality Control Program.

c. To establish terms of years an individual may reenlist based upon Career Reenlistment Objective (CREO) group of his/her rating and years of service at the time of reenlistment.

d. To establish standardized professional growth points or high-year tenure (HYT) by pay grade.

e. To establish procedures by which personnel may request consideration for reenlistment/extension beyond established professional growth points.

2. **Cancellation.** OPNAVINST 1160.5B.

3. **Applicability.** This instruction is applicable to USN, USNR Training and Administration of Reserves (TAR), and USNR personnel serving on active duty or extended active duty (2 years minimum for USNR). This instruction does not apply to Sea and Air Mariners (SAM) program personnel who are performing initial active duty for training.

4. **Definitions**

a. **Active Military Service.** All active duty (and active duty for training performed subsequent to 9 August 1956) in the Army, Navy, Air Force, Marine Corps, and Coast Guard or any component.

b. **Active Naval Service.** All active duty (and all active duty for training performed subsequent to 9 August 1956) in Navy.

c. **CREO Group and Rating Entry for General Apprentices (REGA).** NAVADMIN for Rating Entry for General Apprentices (REGA) and Career Reenlistment Objectives (CREO) distributed quarterly (R provide rating availability for non-designated strikers, advancement forecasts, CREO rating classifications, and critical skills lists.

d. **Enlisted Navv Career Options for Reenlistment (ENCORE) Program.** Reference (a) outlines (A guidance for all first-term sailors in paygrades E1 through E6 requesting reenlistment.

5. **Action.** In addition to the reenlistment standards required by enclosure (1) and article 1040300 of (R reference (b), the following professional growth criteria must be met to establish reenlistment eligibility:

a. To satisfy professional growth criteria for the first reenlistment (including first enlistment in USN after serving on active duty as USNR), the member must be: (1) serving as a petty officer or, (2) serving in pay grade E3 having passed an examination for advancement to pay grade E4 and be currently recommended for advancement, or (3) have formerly (R been a petty officer in current enlistment and be currently recommended for advancement to pay grade E4. Failure to meet the professional growth criteria may result in denial of further extensions or reenlistment.

b. Maximum years of active service are as follows:

0579LD0569980

A) (1) E1/E2 cannot reenlist unless involved in special programs (i.e., 2YO program) and approval is granted through ENCORE.

(2) Personnel serving in pay grade E3 are eligible to reenlist/extend provided they have met the professional growth criteria as reflected above. Request for first-term reenlistment/extension must be approved through ENCORE. Continuation beyond 8 years active naval service or 20 years active military service is not authorized.

(3) Personnel serving in pay grade E4 are eligible to reenlist/extend provided the contract does not exceed the high-year tenure limit of 10 years. E4s who are otherwise eligible in all respects, desiring to reenlist for a special program requiring a 6-year obligation—such as STAR/SCORE/EEAP where the reenlistment period will continue them past their high-year tenure limit of 10 years—must execute a page 13 service record entry as follows:

> "I understand that this reenlistment affords me the opportunity to reenlist for the (name of program), and that failure to advance to E5 prior to the completion of the active obligated service incurred as a result of the (name of program) or prior to the 10-year high-year tenure limit for E4, whichever is later, will result in separation from the naval service at high-year tenure."

Except as authorized above, continuation beyond 10 years active naval service or 20 years active military service is not authorized.

R) (4) Personnel serving in pay grade E5/E6 are eligible to reenlist/extend up to a maximum of 20 years day-for-day active service. Waivers will be considered on a case-by-case basis for personnel serving with critical Navy Enlisted Classification Codes (NEC) or in undermanned ratings. An E5/E6 is not eligible to reenlist/extend beyond completing 20 years day-for-day active military service.

R) (5) Personnel serving in pay grade E7 are eligible to reenlist/extend up to a maximum of 24 years day-for-day active service.

R) (6) Personnel serving in pay grade E8 are eligible to reenlist/extend up to a maximum of 26 years day-for-day active service.

(7) Personnel serving in pay grade E9 are eligible to reenlist/extend up to a maximum of 30 years day-for-day active service.

c. Personnel who have been selected for advancement can reenlist for terms up to the high-year tenure limits of their prospective rate.

d. Commanding officers may grant up to 4 months extension to E3 through E5 members. Members must have over 6 years active duty and have already taken advancement exams. Extensions are authorized to await examination results only for determination of eligibility to reenlist or to extend for terms of prospective vice current rate. Members may (A not be extended in order to take an exam which occurs after their current expiration of active obligated service (EAOS). Members who are not selectees, and E3s who have not passed-but-not-advanced (PNA'd) an examination, should be discharged at EAOS with RE-4 code or RE-3R code unless they are eligible for transfer to the fleet reserve.

e. Waivers to HYT will not normally be granted. Extreme cases such as personnel assigned in unique skills/Navy Enlisted Classification Codes or unusual or specially deserving cases will be considered on a case-by-case basis. Requests for waivers of HYT must be submitted via NAVPERS 1306/7 (D (4-86), Enlisted Personnel Action Request with full justification not later than 1 year prior to expiration of active obligated service, projected rotation date, or high-year tenure, whichever occurs first. Waivers for USN/USNR personnel will be forwarded to Pers-254 for staffing through Pers-4 and Pers-2. Waivers for Training and Administration of Reserve personnel will be forwarded to Pers-913 for staffing through Pers-9, Pers-222, and Pers-254.

f. Personnel authorized HYT waiver forfeit twilight tour eligibility.

g. Candidates for advancement who will be over the established HYT for their present paygrade on the first day of the advancement cycle are ineligible for advancement and will not be considered by selection boards without prior approval from Pers-254. Pers-254 will staff all such requests through Pers-262 and Pers-222.

h. Personnel reduced in rate (RIR) may complete an enlistment properly entered into prior to reduction.

Subsequent reenlistments or extensions will require RIR personnel to meet professional growth criteria.

i. Regular members who are within 2 years of qualifying for transfer to the Fleet Reserve, and Reserve members who are entitled to be credited with at least 18 but less than 20 years of service may not be separated or denied reenlistment under the provisions of this instruction.

**6. Reenlistment Eligibility Classifications**

a. To identify those members who have performed at a level significantly above their contemporaries, reenlistment eligibility classification code RE-R1, Recommended for Preferred Reenlistment, applies. To be eligible for assignment of this code
D) members must meet criteria in enclosure (1).

b. Members who meet minimum criteria for reenlistment as defined in paragraph 5, but do not meet criteria for assignment of reenlistment eligibility code RE-R1 per enclosure (1) shall be assigned
D) reenlistment eligibility code RE-1, Eligible for Reenlistment.

c. Upon separation from active duty, members serving in pay grade E3 who have failed to meet professional growth criteria for first reenlistment established in subparagraph 5a, but who are eligible in all other respects and recommended for advancement, shall be assigned reenlistment eligibility code RE-3R, Eligible for Probationary Reenlistment. Personnel separated with an RE-3R reenlistment code may reenlist at a Navy recruiting activity for a period of 2 years with approval of Chief of Naval Personnel (CHNAVPERS) (Pers-231). USNR(TAR) personnel separated with an RE-3R reenlistment code may be recalled for a period of 2 years with approval of CHNAVPERS (Pers-913). The member is required to acknowledge the following page 13 service record entry before reenlisting. Failure on the part of the member to receive or understand the explanation below does not preclude denial of future reenlistment or extension eligibility:

> "I understand this 2-year probationary reenlistment or recall is to afford me the opportunity to meet professional growth criteria. If I fail to satisfy professional growth criteria as stipulated in current directives, I may be denied an extension to this agreement or further reenlistment."

d. Upon separation from active duty, members serving in pay grade E4 who have failed to meet professional growth criteria shall be assigned reenlistment eligibility code, RE-4, Not Eligible for Reenlistment.

e. Members who fail to meet minimum eligibility criteria for reenlistment and fall within the criteria listed in enclosure (2) shall be separated and assigned reenlistment eligibility classification RE-4, Not Eligible for Reenlistment. Waivers to these criteria to effect up to a 24-month extension or 2-year reenlistment will be considered on a case-by-case basis. USN and USNR (serving on active duty) personnel submit waiver request to CHNAVPERS (Pers-831) for E5 and above or Pers-254 for E4 and below. USNR(TAR) personnel submit waiver request to Pers-913.

f. Members assigned reenlistment eligibility classification RE-4 shall be informed of the reasons and appropriate service record entries made per article 3640470 of reference (b).

**7. Form.** NAVPERS 1306/7 (4-86), Enlisted Personnel Action Request, S/N 0106-LF-013-0637, may be requisitioned from the Navy Supply System per NAVSUP P-2002.

H. C. MCKINNEY
Assistant Deputy Chief of Naval Operations
(Manpower and Personnel)

**Distribution:**
**SNDL Parts 1 and 2**

**Chief of Naval Operations**
**(Code N09B34)**
**2000 Navy Pentagon**
**Washington DC 20350-2000 (150 copies)**

**SECNAV/OPNAV Directives Control Office**
**Washington Navy Yard Building 200**
**901 N Street SE**
**Washington DC 20374-5074 (60 copies)**

**Stocked:**
**Naval Aviation Supply Office**
**ASO Code 103**
**5801 Tabor Avenue**
**Philadelphia PA 19120-5099 (500 copies)**

## CRITERIA FOR PREFERRED REENLISTMENT (RE-R1)

| Reenlistment Point | Pay Grades | Qualifying Criteria |
|---|---|---|
| 8 years service | E3 and below | RE-R1 not authorized. |
| | E4 | 1. Pass E5 advancement exam.<br>2. Have overall trait average 3.6 or above. |
| | E5 and above | 1. Overall trait average of 3.6 or above.<br>2. No performance mark below 3.6 in any trait of Military Knowledge/ Performance, Reliability, Personal Behavior or Directing during 36 months immediately preceding reenlistment or EAOS. |
| 8 to 20 years | E4 and below | RE-R1 not authorized. |
| | E5 and E6 | 1. Overall trait average of 3.6 or above.<br>2. No performance mark below 3.6 in any trait of Military Knowledge/ Performance, Reliability, Personal Behavior or Directing during 36 months immediately preceding reenlistment or EAOS. |
| | E7 and above | 1. Overall trait average of 3.6 or above.<br>2. No performance mark below 3.6 in any trait of Military Knowledge/ Performance, Reliability, Personal Behavior, Directing or Management during 48 months immediately preceding reenlistment or EAOS. |

** Regular members who are within 2 years of qualifying for transfer to the Fleet Reserve, and Reserve members who are entitled to be credited with at least 18 but less than 20 years of service, may not be separated or denied reenlistment under the provisions of this instruction.

| | | |
|---|---|---|
| Beyond 20 years | E6 and below | RE-R1 not authorized. |
| | E7 and above | No performance mark below 3.6 in any trait during 48 months immediately preceding reenlistment or EAOS. |



Enclosure (1)

CRITERIA FOR REENLISTMENT (RE-4) DETERMINATION

| Pay Grades | Qualifying Criteria |
|---|---|
| All pay grades | 1. Have had one general or special courts-martial conviction or two summary courts-martial convictions or a combination of more than two non-judicial punishments or summary courts-martial convictions in the year preceding EAOS or desired reenlistment date; or<br>2. Have been administratively reduced in rate, detached for cause, or issued a letter of substandard service by the petty officer quality review board, or<br>3. Are not recommended for reenlistment by commanding officer. |
| E1 and E2 | All receive RE-4 for failure to meet professional growth criteria (except in special 2YO programs). |
| E3 | All who fail to meet professional growth criteria described in paragraph 5. |
| E4 and below | Average of less than 3.0 in any trait during current enlistment on enlisted performance evaluations. |
| E5 and above | 1. Received two or more marks of 2.8 or below in same trait cn enlisted performance evals during past 36 months; or<br>2. Received any mark of 2.0 or below in any trait within 1 year prior to EAOS or reenlistment request; or<br>3. Less than 3.0 average in any trait during current enlistment. |