# MILPERSMAN 1830-030

## PHYSICAL EXAMINATION IN CONNECTION WITH RETIREMENT, TRANSFERS TO FLEET RESERVE AND AS A FLEET RESERVIST

| | | | |
|---|---|---|---|
| **Responsible Office** | NAVPERSCOM (PERS-4823) | Phone: DSN<br>COM<br>FAX | 882-3246<br>(901) 874-3246<br>882-2622 |

| | |
|---|---|
| **References** | (a) SECNAVINST 1850.4E<br>(b) 10 U.S.C. 6485 |

1. **Policy**

a. All members being retired or transferred to the Fleet Reserve must complete a physical examination. The examination shall be scheduled sufficiently in advance, but within 6 months of the scheduled retirement or transfer to the Fleet Reserve date, to permit correction of any minor physical defects or identification of those requiring processing for disability retirement, if disability retirement is indicated, prior to the date otherwise scheduled for retirement.

b. Voluntary retirement/transfer to the Fleet Reserve date, once approved, requires execution on that date unless modified or canceled prior to the date.

c. Involuntary/statutory retirement and involuntary transfer to the Fleet Reserve date are fixed by law and the effective date of retirement/transfer cannot be canceled or delayed except as noted below.

2. **Action required if Member not Physically Qualified**

a. **Voluntary Retirement/Fleet Reserve Transfer.** Medical treatment facility (MTF) recommending delay of retirement, or transfer to the Fleet Reserve for treatment less than 60 days, must advise Navy Personnel Command (NAVPERSCOM), Retirements Branch (PERS-482) by message of recommendation, including diagnosis code for condition and expected length of delay. MTFs recommending delay of retirement for treatment greater than 60 days must submit a medical board to the Physical Evaluation

Board (PEB). If appropriate, NAVPERSCOM (PERS-482) will modify the retirement date.

b. **Involuntary/Mandatory Retirement or Fleet Reserve Transfer.** Members pending a mandatory retirement or required to transfer to the Fleet Reserve in lieu of separation (e.g., high year tenure (HYT), selection for early retirement) will not be delayed unless member is either hospitalized or a medical board report has been accepted by the PEB for disability evaluation processing prior to the mandatory retirement date. If a medical board is referred to the PEB for review as a result of the member's retirement physical, the medical board's narrative summary should include a statement that the medical board is the result of the member's involuntary/mandatory retirement physical (reference (a)). If delay of retirement is required based on the above, the commanding officer (CO) will advise NAVPERSCOM (PERS-482) of member's situation and request modification of retirement date.

c. COs may reference this article as authority for ordering members to a medical activity to complete a retirement physical examination. Where travel is required, temporary additional duty (TAD) orders should be obtained from the appropriate senior commander. Such travel costs are properly charged to the funds financing the activity, which is responsible for the member.

d. If medical treatment necessitates retention of the member beyond the authorized retirement or transfer to the Fleet Reserve date, but the member elects to waive the right to further medical proceedings in order to retire or transfer to the Fleet Reserve, ensure appropriate entry is made in member's service record prior to effecting the retirement or transfer to the Fleet Reserve.

3. **Responsibility for Physical Examinations of Fleet Reservists**

a. CO, Navy Reserve Personnel Center (NAVRESPERSCEN), New Orleans, LA maintains records showing the physical and professional qualifications of members of the Fleet Reserve. Fleet reservists are classified professionally under the type of duty which they are best qualified to perform and classification for limited duty corresponds to that of enlisted personnel on active duty.

b. On 30 July 1977, reference (b) was amended deleting the requirement for members of the Fleet Reserve to obtain a

physical examination at least once during each 4-year period; however, fleet reservists shall inform CO, NAVRESPERSCEN of any significant changes of their physical status which may result in transfer to the appropriate Retired List.

c. A fleet reservist who is found physically unfit for any duty will be transferred to the Retired List of the Regular Navy or the Retired Reserve if formerly a member of the Navy Reserve.