DEPARTMENT OF THE NAVY
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON, D.C. 20370-5100

DLK:yfw
Docket#8010-00
27 Nov 00

To: Physical Evaluation Board

Subj: REQUEST FOR PHYSICAL EVALUATION BOARD PROCEEDINGS

1. Request the following named individual's PEB proceedings be provided:

| NAME | SSN | TDRL | PEB DATE | DISCHARGE DATE |
|---|---|---|---|---|
| WALLS JEFFREY G | [redacted] | | | 9-30-00 |

Sincerely

D.L.KING
Head, Records Section

SECNAVINST 5420.193 19 NOV 1997

6

# APPLICATION FOR CORRECTION OF MILITARY RECORD UNDER THE PROVISIONS OF TITLE 10, U.S. CODE, SECTION 1552

*(Please read instructions on reverse side BEFORE completing application.)*

*Form Approved OMB No. 0704-0003 Expires Aug 31, 2000*

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0003), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM TO THE APPROPRIATE ADDRESS ON THE BACK OF THIS PAGE.

## PRIVACY ACT STATEMENT

AUTHORITY: Title 10 US Code 1552, EO 9397.

Walls, Jeffrey G.

*08010-00*

PRINCIPAL PURPOSE: To initiate an application for correction of military record. The form is used by Board members for review of pertinent information in making a determination of relief through correction of a military record.

...ide identifying ...tion. The ...sure proper ...rds.

**1. APPLICANT DATA**

a. BRANCH OF SERVICE (X one): [ ] ARMY [X] NAVY [ ] AIR FORCE [ ] MARINE CORPS [ ] COAST GUARD

| b. NAME (Last, First, Middle Initial) (Please print) | c. PRESENT PAY GRADE | d. SERVICE NUMBER (If applicable) | e. SSN |
|---|---|---|---|
| WALLS, JEFFREY G. | E-6 | N/A | [redacted] |

| 2. TYPE OF DISCHARGE (If by court-martial, state type of court) | 3. PRESENT STATUS, IF ANY, WITH RESPECT TO THE ARMED SERVICES (Active duty, Retired, Reserve, etc.) | 4. DATE OF DISCHARGE OR RELEASE FROM ACTIVE DUTY |
|---|---|---|
| HONORABLE | SEE ATTACHED LETTER | SEE ATTACHED LETTER |

5. ORGANIZATION AT TIME OF ALLEGED ERROR IN RECORD: N+MCRC, WASHINGTON

6. I DESIRE TO APPEAR BEFORE THE BOARD IN WASHINGTON, D.C. (No expense to the Government) (X one): [X] YES [ ] NO

7. COUNSEL (If any)

a. NAME (Last, First, Middle Initial): N/A

b. ADDRESS (Street, Apartment Number, City, State and ZIP Code): [redacted]

8. I REQUEST THE FOLLOWING CORRECTION OF ERROR OR INJUSTICE: TO REMAIN ON ACTIVE DUTY IN A MEDICAL HOLD STATUS, UNTIL MY INJURY CAN BE CORRECTED. SEE ATTACHED LETTER

9. I BELIEVE THE RECORD TO BE IN ERROR OR UNJUST IN THE FOLLOWING PARTICULARS: I WAS RELEASE FROM THE MILITARY WITH A INJURY THAT SHOULD HAVE BEEN CORRECTED. NOW I CANNOT FUNCTION BECAUSE THE PAIN I FACE IS TO SEVERE TO BE PLACED AT MY PRESENT EMPLOYMENT.

10. IN SUPPORT OF THIS APPLICATION I SUBMIT AS EVIDENCE THE FOLLOWING: (If Veterans Administration records are pertinent to your case, give Regional Office location and Claim Number.) COPY OF MEDICAL RECORDS.

Called VA on 12-4-00 No VA

11. ALLEGED ERROR OR INJUSTICE

| a. DATE OF DISCOVERY | b. IF MORE THAN THREE YEARS SINCE THE ALLEGED ERROR OR INJUSTICE WAS DISCOVERED, STATE WHY THE BOARD SHOULD FIND IT IN THE INTEREST OF JUSTICE TO CONSIDER THIS APPLICATION. |
|---|---|
| AUG. 10, 2000 | N/A |

12. APPLICANT MUST SIGN IN ITEM 16. IF THE RECORD IN QUESTION IS THAT OF A DECEASED OR INCOMPETENT PERSON, LEGAL PROOF OF DEATH OR INCOMPETENCY MUST ACCOMPANY APPLICATION. IF APPLICATION IS SIGNED BY OTHER THAN APPLICANT, INDICATE RELATIONSHIP OR STATUS BY MARKING APPROPRIATE BOX.

[ ] SPOUSE [ ] WIDOW [ ] WIDOWER [ ] NEXT OF KIN [ ] LEGAL REPRESENTATIVE [ ] OTHER (Specify)

13. I MAKE THE FOREGOING STATEMENTS, AS PART OF MY CLAIM, WITH FULL KNOWLEDGE OF THE PENALTIES INVOLVED FOR WILLFULLY MAKING A FALSE STATEMENT OR CLAIM. *(U.S. Code, Title 18, Sec. 287, 1001, provides that an individual shall be fined under this title or imprisoned not more than 5 years, or both.)*

14.a. COMPLETE CURRENT ADDRESS, INCLUDING ZIP CODE (Applicant should forward notification of all changes of address.): [redacted]

b. TELEPHONE NUMBER (Include Area Code): [redacted]

DOCUMENT NUMBER (Do not write in this space.)

15. DATE SIGNED: 11/17/00

16. SIGNATURE (Applicant must sign here.): [signature]

NOV 24 2000

DD FORM 149, SEP 1997 PREVIOUS EDITION IS OBSOLETE.

Jeffrey A. Walls
[redacted]

Department of Veterans Affairs
Washington, DC

November 13, 2000
Ref: 01

To Whom It May Concern:

On August 10, 2000 I had a reccuring injury that had plagued me for the past 10 years of my military career. The pain to my lower back started mild at first the later increased. The pain formed in the lower part of my back, then extended to my left knee.

The pain I am refering to first started in the morning after I rested, and my body had become stiff. However, the pain I suffered on August 10, 2000 increased as the day continued, and became so inteanse that I could not walk. This pain had continued to the present, and now I find it hard just to do simple movement. I checked into the hospital at

andrews airforce Base, and received temporary treatment. I later received a CAT Scan on August 31, 2002. The CAT Scan noticed a problem and I was advised to see several other physician. I was also to attend pain mangement for treatment.

The problems I am faced with is hard to explain. I was retired from the military before my treatment was complete. I was release ~~early~~ by the navy without a medical Board and now because of my Pain I loss a ~~position~~ Postions I had applied for. I was also scheduled to attend the Police academy in January for the Maryland State Police, which I was canceled from the program.

I was informed by your department that a explanation must be sent along with my Form ~~21-526~~ 149, also enclosed to apply for disability. as it stands right now, I have no income other than my retirement Pay. This Pay is insuffient to live on. I didn't find a need to be placed on disability until Now. I am pleading with you to give this your undivided attention. I truly need you assistance in this matter

Sincerely

Jeffrey H. Walls USN

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES — THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. — ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| | |
|---|---|
| 1. NAME (Last, First, Middle) | WALLS, JEFFREY GLEN |
| 2. DEPARTMENT, COMPONENT AND BRANCH | NAVY USN |
| 3. SOCIAL SECURITY NO. | [redacted] |
| 4.a. GRADE, RATE OR RANK | SM1 |
| 4.b. PAY GRADE | E6 |
| 5. DATE OF BIRTH (YYMMDD) | [redacted] |
| 6. RESERVE OBLIG. TERM. DATE | Year NA Month Day |
| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | ORLANDO, FL |
| 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) | SUMMIT, MS |
| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | NAVMARCORESCEN WASHINGTON, DC |
| 8.b. STATION WHERE SEPARATED | PERSUPPDET WASHINGTON, DC |
| 9. COMMAND TO WHICH TRANSFERRED | NAVAL RESERVE PERSONNEL CENTER, NEW ORLEANS, LA 70149 |
| 10. SGLI COVERAGE | None ☐ Amount: $ 100,000.00 |

11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)

9502 INSTRUCTOR 2YRS, 5MOS

X X X X X
X X X X X
X X X X X
X X X X X
X X X X X

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 1984 | AUG | 31 |
| b. Separation Date This Period | 2000 | SEP | 30 |
| c. Net Active Service This Period | 16 | 01 | 00 |
| d. Total Prior Active Service | 03 | 11 | 29 |
| e. Total Prior Inactive Service | 00 | 08 | 12 |
| f. Foreign Service | 02 | 06 | 00 |
| g. Sea Service | 12 | 06 | 11 |
| h. Effective Date of Pay Grade | 1990 | JAN | 01 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

NAVY & MARINE CORPS ACHIEVEMENT MEDAL(3); COMBAT ACTION RIBBON; JOINT MERITORIOUS UNIT AWARD; MERITORIOUS UNIT COMMENDATION; NAVY "E" RIBBON(4); GOOD CONDUCT MEDAL(5); NAVY EXPEDITIONARY MEDAL; NATIONAL DEFENSE SERVICE MEDAL; SOUTHWEST ASIA SERVICE MEDAL;

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)

INSTRUCTOR TRAINING, 2WKS, APR98; ADV SIGNALMAN COURSE, 2WKS, JUL90; SMALL CRAFT TRAINING PROGRAM, 6WKS, NOV89; ADV DRUG & ALCOHOL CONSULTANT FACILITATOR, 8WKS, AUG86; MILITARY CORRECTION SCHOOL, 8WKS, JUL86; CUSTOMS SCHOOL, 2WKS, SEP98; MILITARY POLICE SCHOOL, 6MOS, APR91.//

| | |
|---|---|
| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes ☐ No ☒ |
| 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes ☒ No ☐ |
| 16. DAYS ACCRUED LEAVE PAID | NONE |
| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes ☐ No ☒ |

18. REMARKS

"The information contained herein is subject to computer matching within the Department of Defense or with other affected federal and non-federal agencies for verification purposes and to determine eligibility for, and/or continued compliance with, the requirement of the Federal Benefit Program."

BLK 13 CONT'D - HUMANITARIAN SERVICE MEDAL; SEA SERVICE DEPLOYMENT RIBBON(5); NAVY RECRUITING SERVICE RIBBON; NAVAL RESERVE SEA SERVICE RIBBON(2); NAVY & MARINE CORPS OVERSEAS SERVICE RIBBON; UNITED NATIONS SERVICE MEDAL; KUWAIT LIBERATION MEDAL(SAUDIARABIA); EXPERT PISTOL SHOT MEDAL.//

X X X X X X X X X X
X X X X X X X X X X
X X X X X X X X X X

EFFECTIVE DATE OF TRANSFERRED TO FLEET RESERVE STATUS: 01

| | |
|---|---|
| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | [redacted] |
| 19.b. NEAREST RELATIVE (Name and address - include Zip Code) | [redacted] |
| 20. MEMBER REQUESTS COPY 6 BE SENT TO | MS DIR. OF VET AFFAIRS ☒ Yes ☐ No |
| 21. SIGNATURE OF MEMBER BEING SEPARATED | |
| 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) | C. S. QUEBRAL, PN1(AW), USN, TM2 SUPVR, BYDIR |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| | |
|---|---|
| 23. TYPE OF SEPARATION | TRANSFERRED TO FLEET RESERVE |
| 24. CHARACTER OF SERVICE (Include upgrades) | HONORABLE |
| 25. SEPARATION AUTHORITY | MILPERSMAN 3855180 |
| 26. SEPARATION CODE | NBD |
| 27. REENTRY CODE | RE-2 |
| 28. NARRATIVE REASON FOR SEPARATION | SUFFICIENT SERVICE FOR RETIREMENT |
| 29. DATES OF TIME LOST DURING THIS PERIOD | TL: NONE |
| 30. MEMBER REQUESTS COPY 4 | Initials |

Jeffrey G. Walls 8010-00

He want Know wl i his Case is going to the Board, because he doesn't have any ~~Income,~~ he is living on his saving!

He does not what wheather he is discharged or not.

3-14-01

New address 5-16-02

Jeffrey G Walls

[redacted]

00036

DEPARTMENT OF THE NAVY
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

WDP:jre:wma
Docket No.8010-00
November 19, 2001

SM1 JEFFREY G WALLS USN RET
[redacted]

Dear Petty Officer Walls:

This is in reference to your letter received by this Board on September 26, 2001, requesting reconsideration. You previously petitioned the Board and were advised in our letter of August 20, 2001, that your request had been denied. Accordingly, reconsideration is not appropriate at this time.

It is regretted that the facts and circumstances of your case are such that a more favorable reply cannot be made.

Sincerely,

W. DEAN PFEIFFER
Executive Director

REFERENDUM

a/co

Walls, Jeffrey G.

*08251-01*

Subject's Name:

Walls — Jeffrey

Last — First — MI — Suffix

[✓] REQUEST FOR RECONSIDERATION

[ ] Approved: ______ ______

NOV 16

[✓] Disapproved: ______ ______

Signature — Date

[ ] ADMINISTRATIVE RE-OPEN

[ ] Approved: ______ ______

Signature — Date

COMMENTS: No new evidence

NOTE: Please deliver to OIS Section with "closed" BCNR file

NEW Docket No.

(OIS/11 1Jul86)

4/9
8/21/01

Department of the Navy
Board For Correction of Naval Records
2 Navy Annex
Washington, D.C. 20370-5100

[redacted]
13 Sept 01
Doc No. 8010-00
Ref: 02

Dear Mr. Pfeiffer:

I am writing this letter in response to a letter I received on Sept. 15, 2001. When I submitted my letter to you, I was requesting to have my records corrected. The reason for this ~~is~~ is that I should have been placed on a medical Hold Status. I truly need your assistance and I hope that the Board of Correction fully understand the situation I am in. I have used just about all of my saving, and dont know how I can make ends meet.

I was able to locate some information concerning my case, and I would like to bring this to your attention. I was scheduled to be realease from the military on Sept 31, 2001. I had my physical in Jun 2001 and the physical reviled a concern ~~with~~ with my lower ~~b~~ back. A MRI was requested and it ~~sh~~ showed a serious ~~pro~~ Problem. Also, during the same

SEP 26 2001

time I showed sign of pain developing in
my lower back. This was the same pain
I have been suffering from for at least
10 years. On Aug 10, 2001 The pain
Was so intence that I couldnt move.
And on Sept 14, 2001, Dr. Cullom
requested I be placed on medical
Hold. On Sept. 22, all records was
submitted to Branch medical, (WNY)
Washington Navy yard. and I began
treatment at Betesda Naval Medical Center
on Sept 26, 2001. I have been in this
Program ever since with an active duty
Status as 20 when I started. I am
Not sure how this problem developed
or how it can be resolved. all I Know
is that I truly believed I should
have not been realesed from the
military in the condition I was in.
I believe that my paper work was not
submitted from the Navy Yard and
forwarded to the Medical Board, and
therefore it was not processed [illegible].
If this is true then It should be

corrected and I should not be at fault ~~a~~ all I ask is that this can be resolved and I can continue with my life. Once again I don't believe it was the military intention to have me released ~~[illegible]~~ in a ~~the~~ condition that would cause me problem, ~~in the~~ ~~civilian~~ once I was released.

I have enclosed once again a copy of my medical record for your review. I I truly hope this problem can be resolved. God Bless.

Sincerely

[signature]

Jeffrey M. Walt[illegible]

PROVIDER: CULLOM, SUSAN

CLINIC: MIL M HLTH BE
DIVISION: N BETHESDA, MD

PROBLEM LIST:

Pain Man.
295-4455

Allergies:
Newly identified: NKDA-Penicillin

Objective: BP (Sit/Stand): 131 / 76 Pulse: 73 Resp: Temp: 97.6°
BP (Supine): / Ht: Wt: LMP:

Current Outpatient Medications: Ø tobacco, meds - ibuprofen, iodoquinol/hydrocortisone

| | Ref | Last Fil |
|---|---|---|
| RANITIDINE--PO 150MG TAB, TBD #60 RF1 ← NA | 1 | 10/26/99 |
| IBUPROFEN--PO 800MG TAB, TT #30 RF1 | 1 | 12/17/99 |
| IODOQUINOL/HC (VYTONE) 1%--TOP CREA, AAA AS DIRECTED ON TUBE #1 RF | 1 | 07/12/00 |
| HYDROCORTISONE VALERATE--TOP 0.2%/GM CRE, AAA BID | 2 | 07/28/00 |

Reason for Appointment: results of MRI
7 year old MALE with ROU appointment. c̄ c/o of here to f/u MRI results. Still c̄ chiefly L-sided LBP. Due to retire 30 Sept. Hasn't seen Pain Man. clinic as yet.

1-2 - mild facet arthrop.

3-4 - mild stenosis - 2° to facet arthropat.

L4-5 central canal stenosis - Ⓛ neural foram →

L5-S1

S shaped scoliosis

Ⓞ no exam today - see prev. notes

MRI LS spine - L4-5, L5-S1 > central canal stenosis 2° to arthropathy
L4-5 level c̄ Ⓛ neural foraminal impingement.
S shaped scoliosis

Ⓐ ① Severe neural foram. & root impingement Ⓛ leg c̄ central canal stenosis L4-5

...LLS, JEFFREY GLEN 20/[redacted]

...LLS, JEFFREY GLEN N11
RESERVE CTR AFRC [redacted] 2023103268
PERSONAL DATA - PRIVACY ACT OF 1974 (PL-93-579) PO1 N
WASHINGTON NAVY YARD ACDU RECD

② S-shaped scoliosis



Ⓟ ① Neurosurg consult - 22 Sept 1200
② Pain management - make appt. - Tues 19 Sept. 10am
③ Already taking Darvocet 100 1 po q 4-6° prn (#30) Ⓐ Ultracet

To request member be placed on medical hold status until problem can be corrected. Request appt. not to exceed Ⓛ mo. until ...

EDUCATIONAL GIVEN
Instructions given as per plan? Yes☑ No☐
Teaching methods: Verbal☑ Written☐ Other☐
Patient indicates understanding? Yes☑ No☐
Patient education not necessary. ☐

00042

DEPARTMENT OF THE NAVY
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

WDP:jre:wma
Docket No.8010-00
December 27, 2002

MR JEFFREY G WALLS
[redacted]

Dear Mr. Walls:

This is in reference to your letter received by this Board on August 21, 2002, requesting reconsideration. You previously petitioned the Board and were advised in our letter of August 20, 2001, that your request had been denied.

Your letter has been carefully examined. Although at least some of the material you have submitted is new, it is not material. In other words, even if this material was presented to the Board, the decision would inevitably be the same. Accordingly, reconsideration is not appropriate at this time.

It is regretted that the facts and circumstances of your case are such that a more favorable reply cannot be made.

Sincerely,

W. DEAN PFEIFFER
Executive Director

6/1'.) JRE

Mr. Jeffrey H. Walls
[redacted]

Department of the Navy
Board for Correction of Navy Records
2 Navy Annex
Washington, DC 20370-5100

Dear Mr. Exnowis

I am writing this letter in reguards to a letter I received from you on November 18, 2001. The reason ~~for~~ for this letter is that I have been Working on this Problem Concerning an issue were I Was Placed On medical hold from September 2000 to April 2001. I spoke with you regarding this Problem and you stated that I needed to Provide information to the fact. I submitted the statement from the physican who treated me. after Mailing the information you requested I recived a letter stating that I Needed More evidence. I spoke with Dr. Collum and she gave me a Point of Contact at the Bureau of Naval Personnel. The person at the Bureau of Naval Personnel is ~~M~~ Chief Smallwood, and he Confirmed the fact that I had been Placed on a Medical hold status.

I believe a mistake of some kind had been made That all is needed to Correct this Problem is for some one to Contact Mr. Smallwood at Bupers. the fact that I had been layed up with a medical

Conditions for 6 month with this ~~I~~ illness and that the ~~Nav~~ Navy knew about my Condition for 10 years before my retirement is truly ~~a~~ an upset to me. This ~~pr~~ problem should have been Corrected years ago.

I am sending a copy of a Medical Card I received on September of 2001. This will show that I was still in the system and had been on active duty. Also, if you Could Contact Mr. Smallwood at [redacted] or Lt Wolsey at the Same number. If you have any questions for me I Can be reached at [redacted] and once again God Bless.

Sincerely

Jeffy Walker.

08/21/2002 09:40 2027640083 PAGE 01

# FAX TRANSMITTAL

From: Mr. Jeff Walls PAGES:

TO: Mr. Axinian (Board of Corrections of Naval Records.

COMPANY:

FAX: PHONE: (202) 764-0507

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply

Comments: This is the info Mr. ~~Green~~ Green requested. Can you please forward this information either to Mr. Green or Mr. Axinian. Thank you & God Bless.

Mr. Jeffrey H. Walls.



NDW - NEBRASKA AVENUE COMPLEX
CODE 3011/30122/3013
3801 NEBRASKA AVENUE NW
WASHINGTON, DC 20393-5440
FAX: 202-764-0083
PHONE: 202-764-1285

"SECURITY IS OUR GOAL"

Department of the Navy
Board For Correction of Naval Records
2 Navy Annex
Washington, D.C. 20370-5100 SSN: [redacted]

May 7, 2002
Doc No. 8010-00
Ref: 05

Mr. Cronnin;

I spoke with a representative of yours on April 2002. During our conversation I informed her of my conversation with Bupers. That I spoke with Mr. Smallwood at Bupers and that according to his system I had been placed on medical hold for a period of 6 months. That I should of been released from military ~~service~~ service on April 31, 2001. Not Sept 31 2002. All records state that there should be a discharge date of April.

If you could contact Mr Smallwood perhaps he could ~~a~~ explain to you as ~~he~~ he explained the facts to me. If you have any question please feel free to contact me at [redacted], and thank you & God Bless

Sincerely

Jeffrey M. Welch

Department of the Navy
Board For Correction of Naval Records
2 Navy Annex
Washington, D.C. 20370-5100

[redacted]
13 Sept 01
Doc No. 8010-00
Ref: 02

Dear Mr. Exnicios:

I am writing this letter in response to a letter I received on Sept. 15, 2001. When I submitted my letter to you, I was requesting to have my records corrected. The reason for this ~~is~~ is that I should have been placed on a Medical Hold Status. I truly need your assistance and I hope that the Board of Corrections fully understand the situation I am in. I have used just about all of my saving, and don't know how I can make ends meet.

I was able to locate some information concerning my case, and I would like to bring this to your attention. I was scheduled to be release from the military on Sept 31, 2001. I had my Physical in Jun 2001 and the Physical reviled a concern ~~with~~ with my lower ~~b~~ back. A MRI was requested and it ~~s~~ showed a serious ~~pro~~ Problem. Also, during the same

time I showed sign of pain developing in my lower back. This was the same pain I have been suffering from for at least 10 years. On Aug 20, 2001 The pain was so intense that I couldn't move. And on Sept 14, 2001, Dr. Cullom requested I be placed on Medical Hold. On Sept. 22 all records was submitted to Branch Medical, (WNY) Washington Navy Yard. and I began treatment at Bethesda Naval Medical Center on Sept 26, 2001. I have been in this program ever since with an active duty status as 20 when I started. I am not sure how this problem developed or how it can be resolved, all I know is that I truly believed I should have not been released from the military in the condition I was in.

I believe that my paper work was not submitted from the Navy Yard and forwarded to the Medical Board, and therefore it was not processed through. If this is true then it should be

corrected and I should not be at fault. ~~I~~ all I ask is that this can be resolved and I can continue with my life. Once again I don't believe it was the military intention to have me released ~~with~~ in ~~the~~ a condition that would cause me problem, ~~in the~~ ~~condition~~ once I was released.

I have enclosed once again a copy of my medical record for your review. I I truly hope this problem can be resolved. God Bless.

Sincerely
[signature]

08/21/2002 09:40 2027640083 PAGE 05

DEERS ELIGIBILITY DATA
Personal Data - Privacy Act of 1974 (PL 93-579)

Name: WALLS,JEFFERY GLEN
Patient Category: USN ACTIVE DUTY
DOB/Age: [redacted]/38Y
FMP/SSN: 20/[redacted]
DDS: 20
Sex: MALE

NAME: WALLS,JEFFERY GLEN
DOB: [redacted]
SEX: MALE
DDS: 20
ACV: C-CHAMPUS
DMIS ID:
ACV Start Date: 01 Oct 2000
ACV End Date: 21 Feb 2002
Direct Care: ELIGIBLE
Dir Care Elig Start Date: 30 Sep 2000
Dir Care Elig End Date: INDEFINITE
Eligibility End Reason: U-Not Predictable
Address: [redacted]
City: [redacted]
Phone: [redacted]

Sponsor SSN: [redacted]
Branch of Service: NAVY
Pay Grade: E06
Sponsor Status:
Sponsor Rank: PETTY OFFICER FIRST
Sponsor UIC:
Region Code:
PCM Location:
Care Authorization PH#: 0000000000
CHAMPUS: ELIGIBLE
Medicare: NOT ELIGIBLE
State: MD
Zip: [redacted]
BRAC Pharmacy Eligibility: NO

Active Duty Care

CHAMPUS Dental Flag: 0-NO COVERAGE
Dental Start Date:
Date Last Updated: 20 Aug 2001
NAS Flag:
Reportable Disease Database (RDDB) Date: 24 Mar 2000
Date of Request: 21 Aug 2001@120101
Dental End Date:
Panograph Date: 05 Oct 1981
Organ Donor:
DNA: YES

HISTORICAL DEERS ELIGIBILITY

| Period | Direct Care | CHAMPUS | Medcare | ACV | DMI |
|---|---|---|---|---|---|
| 01 Jan 99 21 Sep 00 | ELIGIBLE | NOT ELIGIBLE | NOT ELIGIBLE | N | |
| 22 Sep 00 29 Sep 00 | ELIGIBLE | NOT ELIGIBLE | NOT ELIGIBLE | A | 006 |
| 30 Sep 00 30 Sep 00 | ELIGIBLE | NOT ELIGIBLE | NOT ELIGIBLE | A | 006 |
| 01 Oct 00 21 Feb 02 | ELIGIBLE | ELIGIBLE | NOT ELIGIBLE | C | |

08/21/2002 09:40 2027640083 PAGE 07

# ELIGIBILITY FOR MEDICAL CARE

INSTRUCTIONS

1. Prepare this form in triplicate when:
   a. A DD Form 2, DD Form 2 (Ret), DD Form 1173, Form PHS-1866-1, or Form PHS-1866-3 (Ret) has been issued but is not in the beneficiary's possession at the time of treatment; and/or
   b. The DD Form 2, DD Form 2 (Ret), DD Form 1173, Form PHS-1866-1, or Form PHS-1866-3 (Ret) is expired or confiscated due to mutilation; and/or
   c. The beneficiary cannot demonstrate eligibility for medical care under the Defense Enrollment Eligibility Reporting System (DEERS) and requires emergent treatment. Note: Patients, requiring nonemergent treatment, who cannot demonstrate eligibility for medical care under DEERS are to be denied care unless a DEERS override is met.
2. At time of signing, patient or patient's sponsor must show positive identification.
3. Supply information for each item. Distribute as follows:
   a. Original to patient administration office or outpatient administration officer, as appropriate.
   b. Copy to patient's sponsor or patient.
   c. Place copy as uppermost form in Health Record, right side. (Remove when proof of eligibility is presented.)

Section 1 — *(MTF/DTF staff shall check one)*

- ☐ A valid identification card cannot be provided.
- ☐ Identification card is expired and/or mutilated.
- ☐ Patient has failed a DEERS check. Reason:

Section 2 — *(To be completed by the patient or sponsor)* ACTIVE DUTY CODE

| | |
|---|---|
| Name of Beneficiary<br>20 [redacted] | Age / Status |
| Sponsor's Name, Grade or Rate, Status, Service<br>WASH | SSN |
| Sponsor's Duty Station (Home Address if Retired)<br>WALLS, JEFFERY GLEN | Telephone:<br>Work |
| WALLS, JEFFERY GLEN PO1 | Home |
| Clinic or Specialty Service Rendering Treatment<br>Pharmacy | Date of Treatment |

I certify the beneficiary is eligible for medical and dental care at this facility. I understand that a valid identification card or a certified DD Form 1172 (Application for Uniformed Services Identification and Privilege Card) must be presented to the patient administration officer or outpatient administration officer, as appropriate, *within 30 days* from this date. Furthermore, I understand that if eligibility is not established within this 30-day period, I will be billed at the established rate for treatment rendered.

| | |
|---|---|
| Signature of Sponsor, Adult Dependent, Patient, or Guardian | Date |
| Signature and Title of Witness | Date<br>21 AUG 01 |

Section 3 — *(Physician or provider shall check two)*

- ☐ Health care was provided
- ☐ Health care was not provided
- ☐ Care was emergent
- ☐ Care was nonemergent

| | |
|---|---|
| Provider's Name and Rank *(Print or Type)* | SSN |
| Provider's Signature | Date |

Section 4 — *(Patient Administration Officer (PAO) shall check one block)*

- ☐ Eligibility verified utilizing
- ☐ Eligibility not verified. Referred for billing action.

| | |
|---|---|
| PAO's Name and Rank *(Print or Type)* | SSN |

08/21/2002 09:40 2027640083 PAGE 08

NAT: ? DOEN BETHESDA MD DIVISION: NNMC BETHESDA, MD
Pe... Data - Privacy ... of 1974 (PL 93-579) Automated Version of SF600
Printed: 09 Aug 20000912

MIL ... HLTH BE CULLOM, SUSAN C 09 Aug 2000 0945 SDA BHAA
REF: CMT:
RSN: back/pain
INSURANCE YES/NO:

BP: 126/67 PULSE: 57 RESP: 16 TEMP: 97.4 HT: 71" WT: 190 AGE: 37

ALLERGIES: PCN

Meds: Motrin 800mg
Darvocet 100mg

TOB: Ø
Sens: Ø

ADDITIONAL COMMENTS: 37 y/o ♂ c hx 6 wks ago of L-sided knee + low back pain. Seen at Andrews AFB x2 in ER - had injections - did have X-rays of back/knee - ⊖. Moving 15 lb equipment 6 wks ago - no major lifting. Long hx Ⓛ knee pain x past 10+ yrs. See prior entries - LS spine c scoliosis, SI jt erosion. Did not have CT scan. Transitt L4-5 vert as well. Retiring Sept 00, joining MD State police - passed PE. On motrin + Darvocet

Ⓞ alert, WH
Back c obvious scoliosis - S shape LS spine.
Pain c flex/extension + Ⓛ PSIS

Ⓐ ① Scoliosis lumbar spine
② SI jt erosion
③ Transitt L4-5 vert

**EDUCATION GIVEN**
Instructions given as per plan? yes___ no___
Teaching method? Verbal___ Written___ Other___
Patient indications understanding? yes___ no___
Patient education not necessary. ___

Cullom CAPT

[redacted] WALLS, JEFFREY GLEN
[redacted] MALE
Spon: WALLS, JEFFREY GLEN
N11
W: [redacted]
H: [redacted]
CIC:

08/21/2002 09:40 202,o40083 PAGE 09

PERSONAL DATA - PRIVACY ACT OF 1974 (PL 93-579) Automated version of SF600
DATE: 09/27/00@1520 CLINIC: MIL F HLTH BE
PROVIDER: CULLOM, SUSAN DIVISION: NNMC BETHESDA. MD

PROBLEM LIST:

Clinic
301-295-0196

Allergies:
Newly identified: PCN

Tob: Ø

Objective: BP (Sit/Stand): 134/69 Pulse: 63 Resp: 16 Temp: 98°
BP (Supine): / Ht: 61 Wt: 187 LMP:

Current Outpatient Medications:

| | Ref | Last Fil |
|---|---|---|
| RANITIDINE--PO 150MG TAB,TBD #60 RF1 | 1 | 10/26/99 |
| IBUPROFEN--PO 800MG TAB,TT #30 RF1 | 1 | 12/17/99 |
| IODOQUINOL/HC (VYTONE) 1%--TOP CREA,AAA AS DIRECTED ON TUBE #1 RF | 1 | 07/12/00 |
| HYDROCORTISONE VALERATE 0.2%-TOP CR 45GM,AAA BID | 2 | 07/28/00 |

Reason for Appointment: lower back problems
37 year old MALE with SDA appointment. - Saw Neurosurg - no surg Rx at present. Had to resched. Pain Appt - has for next wk. Darvocet making him feel fatigued etc

See Summary (S) ⊕ ⊕ paraspinous muscle spasm

(A) ① Lumbosacral strain

(P) ① Rx Toradol 10mg PTid c food - D/c motrin while taking
② Plus Pain Mang next wks

ALLS, JEFFREY GLEN
[redacted] 20/[redacted]
[redacted] N1 [redacted] Cullom
ALLS, JEFFREY GLEN CAPT MC
ESERVE CTR AFRC PO1 A
ERSONAL DATA - PRIVACY ACT OF 1974 (PL-93-579) WASHINGTON NAVY YARD ACDU RECD

Δ Active Duty Card

(202) (301) 295-0284/2658 Acti

00054

08/21/2002 09:40 202/640083 PAGE 10

6/?/?? 196 lbs - 6'

S

[ ]Headache
[ ]Neck Pain
[ ]Upper back pain
[ ]Mid-back Pain
[X]L.B.P
[ ] Shoulder Pain
Date of onset
– 1991

Onset
[ ]Lifting E927
[ ]MVA
[ ]Slip, Trip, Fall E885
[X]Insidious
[ ] Bending, Twisting E927
[X] Prolonged Sitting ↑LBP
[ ]Situational Anxiety

worse over last year & especially load x 1 week



O

| | L | R |
|---|---|---|
| Yeoman's | | |
| Ely's | | |
| Fem. N.Stretch | | |
| Gaenslen's | | |
| Seated L.R. | 90 | 90 |
| S.L.R. | 80 | 70 |
| Kemp's | – | – |
| C-compression | | |
| C-distraction | | |
| IVF Compression | | |
| Shoulder Depress'n | | |
| George's | | |
| DTR's | | |
| Achilles | 2 | 2 |
| Patellar | 2 | 2 |
| Radial | 2 | 2 |
| Biceps | 2 | 2 |
| Triceps | 2 | 2 |

Heel & Toe Raise Intact ( )
Gait WNL(✓) Impaired( )
Miner's Sign(–)
Valsalva (–)
Soto-Hall (+)
Antalgic Posture ( )

Percussion –

Spinal Fixations

L R





A

[ ] Cervical sprain/strain847.0 [ ]Thoracic sprain/strain 847.1[ ] Lumbar sprain/strain847.2 [ ]S.I.Sprain/Strain 8
[ ]Cervicalgia723.1 [ ]Cervicobrachial Synd.723.3 [ ]Cervicocranial Synd. 723.2 [ ]Torticollis 723.5
[ ]Thoracalgia724.1 [ ] Intercostal Neuralgia724.4 [✓]Lumbalgia724.2 [ ]Sciatica724.3 [ ]Carpal Tunnel Syr
354.0

R/O DDD L5-S1

P

[ ]Chiropractic Manipulative Therapy[ ] C-Spine [ ] T-Spine A-P [ ]T-Spine P-A [ ]Logan L/R [✓]L-Spine
[✓]SI Joint [ ]Pelvic Wedges [ ] Pelvic Drop [ ]Ultrasound [✓]EM
Electrical Muscle Stimulation [ ]Manual Cervical Traction [ ]Traction Inertial /Flexion[ ]Cryother
[ ]Massage [ ]Hydroculator Pack [ ] Ice Pack [ ]Diathermy [ ] Exercise Instruction
[ ]Back Care Instruction [ ]Neck Care Instruction

Follow-up Visit 7 Days Weeks Months PRN Release

7210 Requested

William E. Morgan, D

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶

PATIENT'S NAME (Last, First, Middle initial): WALLS, JEFFREY
SEX: M
RELATIONSHIP TO SPONSOR: SELF
STATUS: AD
RANK/GRADE
SPONSOR'S NAME
ORGANIZATION
DEPART./SERVICE
SSN/IDENTIFICATION NO: 20[redacted]
DATE OF B[redacted]

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (Rev.)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

00055

08/21/2002 09:40 7640083

PAGE 11

ROV (CULLOM, SUSAN C)
ROR LIST:

CLINIC: MIL HLTH BE
DIVISION: NNMC BETHESDA, MD

Pain Man
295-4455

Allergies:
Newly identified: KDA-Pencillin

Objective: BP (Sit/Stand): 131 / 76 Pulse: 73 Resp: ____ Temp: 97.6
BP (Supine): ____ / ____ Ht: ____ Wt: ____ LMP: ____

Current Outpatient Medications: Ø tobacco, meds - ibuprofen, iodoquinol, hydrocortisone

| | Ref | Last Fl |
|---|---|---|
| RANITIDINE--PO 150MG TAB,TBD #60 RF1 - N/T | | |
| IBUPROFEN--PO 800MG TAB,TT #30 RF1 | 1 | 10/26/99 |
| IODOQUINOL/HC (VYTONE) 1%--TOP CREA,AAA AS DIRECTED ON TUBE #1 RF | 1 | 12/17/99 |
| HYDROCORTISONE VALERATE--TOP 0.2%/GM CRE,AAA BID | 1 | 07/12/00 |
| | 2 | 07/28/00 |

Reason for Appointment: results of MRI
year old MALE with ROU appointment. c/c of here to f/u MRI results. Still c chiefly L-sided LBP. Due to retire 30 Sept. Hasn't seen pain man. clinic as yet.

1-2 - mild facet arthrop.

3-4 - mild stenosis - 2° to facet arthropat.

L4-5 central canal stenosis - (L) neural foram →

L5-S1

S shaped scoliosis

(O) no exam today - see prev. notes

MRI LS spine - L4-5 > central canal L5-S1 stenosis 2° to arthropathy
L4-5 level c (L) Neural foraminal impingemt.
S shaped scoliosis

(A) (1) Severe neural fdn. & root impingmt (L) leg c central canal stenosis L4-5
(2) S-shaped scoliosis

ELLS, JEFFREY GLEN
[redacted]
ELLS, JEFFREY GLEN
RESERVE CTR AFRC
PERSONAL DATA - PRIVACY ACT OF 1974 (PL-93-579)

20/[redacted]
[redacted]
N11
[redacted]
PO1 N
WASHINGTON NAVY YARD ACDU RECD




(P) (1) Neurosurg consult - 22 Sept 1200
(2) Pain management - make appt. - Tues 19 Sept. 10am
(3) Already taken Darvocet N 100 1 po q 4-6° prn (#30)
(5) f/u p above

To request member be placed on medical hold status until problem can be corrected. Request appts not to exceed 0 mo. until eval complet.

EDUCATIONAL GIVEN
Instructions given as per plan? Yes☑ No☐
Teaching method: Verbal☐ Written☐ Other☐
Patient indicates understanding? Yes☑ No☐
Patient education not necessary.☐

00056

2001 C/O

~~WPD: 3re:~~ [redacted]
SSN: [redacted]
~~Docket No. 8010-00.~~

Mr. Jeffrey A. Wills
[redacted]
[redacted]

Department of the Navy
Board For Correction of
Naval Records
2 Navy Annex
Washington D.C. 20370-510

Contents noted

To Whom It May Concern

April 22, 2003

I find Myself writing once again to explain My situation to both you and the board. I also find it Very difficult to believe that all the information I submitted to you didnt ~~Convince~~ Convence you that I am Entitled to 6 Month Back Pay. With the ~~submitte~~ last letter I received I have decided to seek Legal assistance. as you May Know if I Was to seek assistance the Cost will far Oversee the amount I Was entitled to by the Department of the Navy. ~~of~~ So I really dont ~~want~~ wish to do that. all I Want is What is entitled to me. I just Cannot believe that this Can be so difficult. or that you could not discuss this with me so as I can explain fully to you Because the attorney in which I requested from the Navy dont understand the problem with what I provided and all the papers you requested. I was

also directed to several other agencies of the Department of the Navy. Capt. Joseph R. Lawson, Judge advocate General office. Bldg. 200 Washington Navy yard Made reference to other cases such as minds, and stated that he is concern as to why this problem is cause for concern. also, that would be just as important to review this information. That with the case he saw ~~simplar~~ similar to minds that it should be ~~revid~~ reviewed properly. That another concern is that you may have a problem with changing the release date. (the date I was discharged) ~~that~~ if the Board of Corrections can appeal to the request of the PSO that processed me out then they can correct the error. That ~~I, could~~ the the Problem could be corrected by PSO and not the Board and therefor the release date would ~~remain~~ remain and all I could do is receive the Back pay entitled to me. This could work for me, all I want is just my that was entitled to me while I was in medical hold from the period of Sept 00 to april 01.

as another was comes to a close I am making a plea with you & the Board that

You correct this practice you have of letting to having your ego dictate your act: action. For I know that you see a problem that need to be corrected and that you know I grow tired of writing these letters, over something that you know need to be corrected. There are servicemen like myself returning home with disabilities. and they will have concerns like mine. I and what will you do ignore these concerns and finish you 9-to 5 and return ~~home~~ to your house. Do you think your actions is truly warranted.

Please understand that I would like to just end this and receive what it is truly owed. I am begging you Sir Please give me a call I can be reach at [redacted] or [redacted] I would really like to sit down with you and explain this to you fully. I think you for reviewing this letter and God Bless

Sincerely

Jeffrey M. Walker