REFERENDUM

Walls, Jeffrey G.
*10725-02*

Subject's Name:

| Walls | Jeffrey | | |
|---|---|---|---|
| Last | First | MI | Suffix |

[✓] REQUEST FOR RECONSIDERATION

[ ] Approved:

DEC 26

[✓] Disapproved:

Signature: [signature] Date: 16 Dec 03

[ ] ADMINISTRATIVE RE-OPEN

[ ] Approved:

Signature Date

COMMENTS: ~~Nothing new~~ No new material evidence

NOTE: Please deliver to OIS Section with "closed" BCNR file

NEW Docket No.

(OIS/11 1Jul86)

**DEPARTMENT OF THE NAVY**
NAVY PERSONNEL COMMAND
5720 INTEGRITY DRIVE
MILLINGTON, TN 38055-000

# *Certificate*

*(For use in Naval Courts-Martial, see Mil. R. EVID. 902,MCM, 1984)*

*I hereby certify that the attached duplicate service record is a true copy of WALLS, JEFFREY G., USN,* [redacted]

*now maintained on file at this Command under the authority of the United States.*

*In witness thereof, I have hereunto set my hand and caused the Seal of the Navy Personnel Command to be affixed this* nineth *day of* June *two thousand* zero five

T. L. HIGY, HEAD, QUALITY CONTROL UNIT

*By direction of the Commander, Navy Personnel Command*

NAVPERSCOM 5813/1 (8-01)

00061

1616-1

# ENLISTED PERFORMANCE EVALUATION REPORT

35

1 NAME (LAST, FIRST, MIDDLE OR SUFFIX NAME): [illegible]

2 DATE (RATE): [illegible]

3 SSN: [redacted]

BRANCH/CLASS: 4 [X] USN 5 [ ] USNR

STATUS: 6 [X] ACTIVE 7 [ ] INACTIVE 8 [ ] TEMAC 9 [ ] ACDUTRA

10 MEMBER'S SHIP OR STATION: USS MIDWAY (CV-41)

11 MEMBER'S UIC: 03341

12 DATE REPORTED: 84DEC07

OCCASION FOR REPORT: 13 [ ] PERIODIC 14 [X] TRANSFER 15 OTHER

PERIOD OF REPORT: 16 FROM 86APR01 17 TO 86NOV17

TYPE OF REPORT: 18 [X] REGULAR 19 [ ] CONCURRENT

20 HEIGHT AND WEIGHT/PHYS. QUAL.: 09.3

21 RESERVE PART:

22 EFF DATE OF RATE: 85DEC16

23 REPORTING SENIOR'S NAME (LAST AND INITIALS): HALL M A

24 RANK: LCDR

25 TITLE: DEPT HD

26 SSN: [redacted]

| EVALUATION SECTION (* REQUIRES COMMENT) | NOT OBS | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8* | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROFESSIONAL FACTORS: 27 MILITARY KNOWLEDGE/PERFORMANCE | | | | X | | | | | | | |
| 28 RATING KNOWLEDGE/PERFORMANCE | | | | | X | | | | | | |
| PERSONAL TRAITS: 29 INITIATIVE | | | | | X | | | | | | |
| 30 RELIABILITY | | | | | X | | | | | | |
| 31 MILITARY BEARING | | | X | | | | | | | | |
| 32 PERSONAL BEHAVIOR | | | X | | | | | | | | |
| 33 HUMAN RELATIONS INCL EQUAL OPPORTUNITY | | X | | | | | | | | | |
| SELF EXPRESSION: 34 SPEAKING ABILITY | | | | X | | | | | | | |
| 35 WRITING ABILITY | | | | X | | | | | | | |
| LEADERSHIP: 36 DIRECTING | | | | | X | | | | | | |
| 37 COUNSELING | | | | | X | | | | | | |
| 38 MANAGEMENT (E-7/8/9 ONLY) | X | | | | | | | | | | |
| 39 OVERALL EVALUATION | | | | X | | | | | | | |
| 40 SUMMARY | | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ADVANCEMENT RECOMMENDATION: 41 [ ] RECOMMENDED 42 [X] PROGRESS TOWARD 43 [ ] NOT RECOM

44 SIGNATURE OF MEMBER
I ACKNOWLEDGE THAT I HAVE SEEN THIS EVALUATION REPORT AND UNDERSTAND MY RIGHTS UNDER ARTICLE 1110, U.S. NAVY REGS., 1973, TO SUBMIT A STATEMENT.

STATEMENT: DESIRED/NOT DESIRED (CROSS OUT AS APPROPRIATE)

[signature]

45 SIGNATURE OF REPORTING SENIOR: Marshall A. Hall

46 ADDRESS OF REPORTING SENIOR:
COMMUNICATIONS OFFICER
USS MIDWAY (CV-41)
FPO SAN FRANCISCO, CA. 96631-2710

47 TYPED NAME AND SIGNATURE OF REGULAR REPORTING SENIOR OR CONCURRENT REPORT

48 DATE FORWARDED: 86NOV2[illegible]

49 DATE FWD (IF 47 USED)

NAVPERS 1616/24 (5-82) SN 0106-LF-016-1725
REPORT NMPC 1616-1 (ES-8)

FINISH FILE [illegible]

NMPC (N-322) COPY

0 3 DEC 19[illegible]

% EMPRS Duplicate Copy

[illegible] COMPLETION OF THIS [illegible]

| 50 [illegible] (LAST NAME, INITIALS) | [illegible] SSN | [illegible] REPORT |
| --- | --- | --- |
| [illegible] | [redacted] | 54 FOR 86AUG06 TO [redacted] |

54 [illegible]

[illegible] Responsible for the [illegible] hotwork being performed in various spaces onboard ship, placement of firewatch personnel and observance of proper safety regulations. LAGGING TEAM SUPERVISOR. ASBESTOS CONTROL COORDINATOR: Responsible for lagging of ship's chill water system and identification and removal of asbestos material (continued)

55 SPECIAL ACHIEVEMENTS

AWARDS: First good conduct.
PQS QUALIFICATIONS: Firewatch

56 EVALUATION COMMENTS

Purpose of this evaluation is to document performance incident to PCS transfer to Naval Recruiting District Lansing Michigan. Sluggish Performer. Weak signals operator. Receives visual signals via flashing light and semaphore below required competency level. Unaggressive. Lacks leadership and rating knowledge to provide strong working relationship with juniors. Performed well while TAD to ship's lagging team where he supervised lagging over 3000 feet of chill water system piping and identified over 2000 feet of lagging required removal due to asbestos content. Quiet and well mannered. Excellent command of the English language, both oral and written. Maintains an impressive appearance. Wears uniforms with pride. Continues to lack personal initative and motivation to reach acceptable levels of signalman rate and rating. Recommended for retention and progressing towards advancement.

BLOCK 54 CONTINUED: from the ship. USS MIDWAY is a permanent unit of the U.S. Seventh Fleet operating from YOKOSUKA, JAPAN as a participant in the overseas family residency program.

00063

EMPRS Duplicate Copy

35

# ENLISTED PERFORMANCE RECORD

| 1. PERIOD OF REPORT | 2. REASON | 3. RATE | 4. TRAITS | | | | | | 5. SHIP OR STATION | 6. INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Rate Knowledge | Reliability | Military Bearing | Personal Behavior | Directing | Overall Evaluation | | |
| REEN 94JUN09 | M | SH1(SW) | DATE OF REENLISTMENT (NAVPERS 1070/601) | | | | | | USS ESTOCIN (FFG-15 | [illegible] |
| 93DEC01 94NOV30 | P | SH1(SW) | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | USS ESTOCIN (FFG-15) | [illegible] |
| 94DEC01 95SEP08 | T | SH1(SW) | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | USS ESTOCIN (FFG-15) | ST |
| 95SEP08 | M | SH1(SW) | RECOMMENDED FOR ADVANCEMENT TO SHC | | | | | | USS ESTOCIN (FFG-15) | ST |
| 95SEP09 95NOV30 | P | SH1(SW) | NOB | NOB | NOB | NOB | NOB | NOB | PCU COLE DDG 67 PASCAGOULA MS | [illegible] |

NO FURTHER ENTRIES [illegible]

NAME (Last) (First) (Middle): WALLS, JEFFREY GLEN

SSN: [redacted]

BRANCH/CLASS: USN

NAVPERS 1070/604 (REV 5-81) S/N 0106-LF-010-6071

00064

EMPRS Duplicate Copy

[redacted]

**DEPARTMENT OF THE NAVY**
[illegible]
FPO AE 09569 1473

The Secretary of the Navy takes pleasure in presenting the **NAVY AND MARINE CORPS ACHIEVEMENT MEDAL** (Gold Star in lieu of Second Award) to

SIGNALMAN FIRST CLASS (SW)
**JEFFREY GLEN WALLS**
UNITED STATES NAVY

for service as set forth in the following

CITATION:

FOR PROFESSIONAL ACHIEVEMENT IN THE SUPERIOR PERFORMANCE OF HIS DUTIES AS URINALYSIS COORDINATOR IN USS ESTOCIN (FFG 15) FROM MARCH TO SEPTEMBER 1995. PETTY OFFICER WALLS CONSISTENTLY PERFORMED HIS DEMANDING DUTIES IN AN EXEMPLARY AND HIGHLY PROFESSIONAL MANNER. WHILE SERVING AS ESTOCIN'S URINALYSIS COORDINATOR, PETTY OFFICER WALLS FLAWLESSLY MANAGED THIS DEMANDING PROGRAM. HE ENSURED THAT ALL PROCEDURES WERE CORRECTLY ADHERED TO AND ALL DOCUMENTS WERE CORRECT. HE MAINTAINED A ZERO DEFICIENCY CHAIN OF CUSTODY ON ALL SAMPLES. HE CONTRIBUTED TO ESTOCIN RECEIVING AN OUTSTANDING SCORE OF 99.6 IN THE DAPA PROGRAM DURING TWO ADMINISTRATIVE INSPECTIONS. PETTY OFFICER WALLS EXCEPTIONAL PROFESSIONALISM AND SELFLESS DEVOTION TO DUTY REFLECTED GREAT CREDIT UPON HIMSELF AND WERE IN KEEPING WITH THE HIGHEST TRADITION OF UNITED STATES NAVAL SERVICE.

For the Secretary,

J. A. OTTUM
COMMANDER, U. S. NAVAL RESERVE
COMMANDING OFFICER
USS ESTOCIN (FFG 15)

2033 | PL10

84JUN16 USS WHIPPLE FF-1062

3. REMARKS (USE THIS SECTION TO AMPLIFY ENTRIES IN BLOCKS 4 THRU 29 BELOW AND FOR OTHER ENTRIES WHEN THE USE OF THIS FORM IS DIRECTED IN LIEU OF THE PAGE 13 (NAVPERS 1070/613))

178402252

| | | | | |
|---|---|---|---|---|
| SMSN | SM3 | X | 84JUN16 | 84JAN01 |

NEMTPDC ADV LTR 1-84

[signature]
B/E PROVOST PN1(SW) USN PERSOFF BY DIR

| | | | | |
|---|---|---|---|---|
| 31. UIC 54057 | SM3 | 0000/0000 | X | |
| 38. NAME (LAST, FIRST, MIDDLE) WALLS, JEFFREY GLEN | [redacted] | | | USN |

159889

OF PERSONNEL ACTIONS NAVPERS 1070

00066

OCR COPY

1616-1

35

# ENLISTED PERFORMANCE EVALUATION REPORT

1 NAME (LAST, FIRST, MIDDLE OR MIDDLE INITIAL): WALLS, JEFFREY G
2 RATE: SM2
3 SSN: [redacted]

BRANCH/CLASS: 4 [X] USN 5 [ ] USNR
STATUS: 6 [X] ACTIVE 7 [ ] INACTIVE 8 [ ] TEMAC 9 [ ] ACDUTRA

10 MEMBER'S SHIP OR STATION: NAVCRUITDIST DETROIT
11 MEMBER'S UIC: 62939
12 DATE REPORTED: 87JAN12

OCCASION FOR REPORT: 13 [ ] PERIODIC 14 [ ] TRANSFER 15 OTHER ADV
PERIOD OF REPORT: 16 FROM 89APR01 17 TO 90JAN02

TYPE OF REPORT: 18 [X] REGULAR 19 [ ] CONCURRENT
20 PHYSICAL READINESS: P/04
21 RESERVE PART:
22 DATE OF RATE: 85DEC16

23 REPORTING SENIOR'S NAME (LAST AND INITIALS): MARMANN, B A
24 RANK: LCDR
25 TITLE: XO
26 SSN: [redacted]

| EVALUATION SECTION *REQUIRES COMMENT IN BLOCK 56 | | NOT OBS | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8* | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROFESSIONAL FACTORS | 27 MILITARY KNOWLEDGE/PERFORMANCE | | | X | | | | | | | | |
| | 28 RATING KNOWLEDGE/PERFORMANCE | | | X | | | | | | | | |
| PERSONAL TRAITS | 29 INITIATIVE | | X | | | | | | | | | |
| | 30 RELIABILITY | | | X | | | | | | | | |
| | 31 MILITARY BEARING | | X | | | | | | | | | |
| | 32 PERSONAL BEHAVIOR | | X | | | | | | | | | |
| | 33 HUMAN RELATIONS & EQUAL OPPORTUNITY | | X | | | | | | | | | |
| SELF EXPRESSION | 34 SPEAKING ABILITY | | | X | | | | | | | | |
| | 35 WRITING ABILITY | | | X | | | | | | | | |
| LEADERSHIP | 36 DIRECTING | X | | | | | | | | | | |
| | 37 COUNSELING | X | | | | | | | | | | |
| 38 MANAGEMENT (E-7/8/9 ONLY, NOB FOR E-6 AND BELOW) | | X | | | | | | | | | | |
| 39 OVERALL EVALUATION | | | • | X | | | | | | | | |
| 40 SUMMARY | | | 5 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ADVANCEMENT RECOMMENDATION: 41 [X] RECOMMENDED 42 [ ] PROGRESSING TOWARD 43 [ ] NOT RECOM

44 ACKNOWLEDGEMENT BY AND SIGNATURE OF MEMBER
I ACKNOWLEDGE THAT I HAVE SEEN THIS EVALUATION REPORT AND UNDERSTAND MY RIGHTS UNDER ARTICLE 1110, U.S. NAVY REGS, 1973, TO SUBMIT A STATEMENT.
I INTEND TO SUBMIT/NOT SUBMIT A STATEMENT. (CIRCLE YOUR INTENTION)

DATE SIGNED BY MEMBER:

45 SIGNATURE OF REPORTING SENIOR: [signature]

46 ADDRESS OF REPORTING SENIOR:
COMMANDING OFFICER
NAVY RECRUITING DISTRICT, DETROIT
3100 E. JEFFERSON AVE
DETROIT, MI 48207-4221

47 TYPED NAME AND SIGNATURE OF REGULAR REPORTING SENIOR ON CONCURRENT REPORT

48 DATE FORWARDED: 90JUN13
49 DATE FWD (IF 47 USED):

FINISH FILE NMPC-322
DATE: 4 SEP 1990 INITIAL

NAVPERS 1616/24 (REV 6-84) S/N 0105-LF-016-1726
REPORT NMPD 1616-1 (ES-9)

NMPC (N-322) COPY

U.S. GOVERNMENT PRINTING OFFICE

00067 JUN 19 1990

EMRRS Duplicate Copy

OCR TYPING FONT NOT REQUIRED FOR COMPLETION OF THIS SIDE

| 50 MEMBER'S LAST NAME, INITIALS | 51 SSN | PERIOD OF REPORT 52 FROM | 53 TO |
|---|---|---|---|
| WALLS, J G | [redacted] | [illegible] | [illegible] |

54 DUTIES AND RESPONSIBILITIES

Assigned as Navy Recruiting District, Michigan support in Lansing, Michigan. Responsible for obtaining birth verifications and transcripts. Performs supply and Navy Liaison MEPS runs and provides as-needed assistance to recruiters. Petty Office-in-Charge of transportation (five vehicles) at NRS Lansing.

55 SPECIAL ACHIEVEMENTS

None

56 EVALUATION COMMENTS

This evaluation is submitted upon Petty Officer Wall's frocking to SM1.

Petty Officer Walls is an excellent Second Class Petty Officer who has provided first-rate support to this command. A "jack-of-all-trades", he will volunteer to take on any task, no matter how difficult or unusual, to help the district make goal. Not content to be idle, he continually seeks better ways to assist recruiters and is always willing to go the extra mile for them. His enthusiasm and "can-do" spirit are contagious to all who work around him.

Specific accomplishments include:

- Received Fifth Silver Wreath Award and Letter of Commendation from Commander, Navy Recruiting Command for excellence in recruiting support.

- Received Sixth Silver Wreath Award and Letter of Commendation from Commanding Officer, Navy Recruiting District, Detroit for excellence in recruiting support.

- Obtains 40-50 birth verifications per week for recruiters statewide, a time-consuming but invaluable service.

- Although not a production recruiter, has volunteered on several occasions to speak with area minority groups concerning Navy career opportunities, projecting a highly positive Navy image and providing an excellent role model for Lansing youths.

- Member, Small Business Art Association.

- Actively involved in National Urban League of Lansing and Mothers Against Drunk Drivers (MADD).

Petty Officer Walls is strongly recommended for advancement.

00068

EMPRS Duplicate Copy

43

1722 (PLEASE READ INSTRUCTIONS ON THE REVERSE SIDE BEFORE COMPLETING AND SUBMITTING THIS FORM)

# SERVICEMEN'S GROUP LIFE INSURANCE ELECTION

IMPORTANT – This form is for use by ACTIVE DUTY AND RESERVE MEMBERS. This form does not apply to and cannot be used for any other Government Life Insurance.

USE THIS FORM FOR ▶ | INSURANCE | INSURANCE SHOULD BE PAID

(Do not make erasures, corrections or changes. Complete a new form)

| LAST NAME - FIRST NAME - MIDDLE NAME | RANK, TITLE OR GRADE | SERVICE OR SOCIAL SECURITY NO |
|---|---|---|
| WALLS JEFFREY GLEN | SM2 E5 | [redacted] |

| BRANCH OF SERVICE (Do not abbreviate) | CURRENT DUTY LOCATION |
|---|---|
| NAVY (ACTIVE) | USS MIDWAY CV-41 |

## 1. REDUCING OR REFUSING INSURANCE

By law you are automatically insured for $35,000. If you do not want $35,000 insurance write below in your own handwriting "I want only $30,000, $25,000, $20,000, $15,000, $10,000 or $5,000 insurance," or "I want no insurance" as you prefer. Reduced or refused insurance can be restored only by written request with proof of good health and compliance with other requirements.

▶ ____________________

BE SURE TO COMPLETE PART 2

## 2. BENEFICIARY(IES) AND PAYMENT TO BENEFICIARY(IES) (Read instructions C and D on reverse)

IMPORTANT You must write in the spaces below:
(1) The names and other information for persons you want to receive your insurance, or
(2) "By Law" in your own handwriting if you wish the law to apply (as explained on reverse)

Insurance is paid in a lump sum or 36 equal monthly installments at the option of the beneficiary(ies). If you insert "36" under "Payments to Beneficiary," payment will be made only in 36 equal monthly installments.

I DESIGNATE THE FOLLOWING BENEFICIARIES TO RECEIVE PAYMENT OF MY INSURANCE PROCEEDS AS SHOWN BELOW:

| COMPLETE NAME AND ADDRESS OF EACH BENEFICIARY (If married woman, give her own first and middle names and husband's last name) | RELATIONSHIP TO INSURED | SHARES TO BE PAID TO EACH BENEFICIARY (Use fractions such as 1/2, 2/3, 3/4, or "ALL") | PAYMENTS TO BENEFICIARY (Insert "36" if only monthly payments desired. See D on reverse) |
|---|---|---|---|
| PRINCIPAL (First) | | | |
| ~~WALLS~~ [redacted] | MOTHER | ALL | 1 |
| | | | |
| CONTINGENT (Second - If principal beneficiary dies before me or before completion of installment payments to the principal beneficiary) | | | |
| [redacted] | | | |
| | | | |

NOTE: If more than one principal beneficiary is named, the share of any such beneficiary who dies before me shall be distributed equally among the surviving principal beneficiaries. If there is no surviving principal beneficiary the proceeds shall be distributed equally to the surviving contingent beneficiaries. This Designation of Beneficiary shall be void if none of the designated beneficiaries is living at my death. If after completion of this form my insurance is increased, this beneficiary designation shall apply to the full amount in force unless a new designation is made.

I UNDERSTAND that this form cancels any prior beneficiary or payment instructions and that unless I have named the beneficiary(ies) above, my insurance will be paid under the "Provisions of the Law" as explained on the reverse of this form.

I UNDERSTAND that I cannot have combined SGLI and VGLI coverage at the same time for more than $35,000.

SIGN HERE IN INK ▶ [signature] (Signature of member) (in full)

DATE COMPLETED 7 FEB 86

| WITNESS (SIGNATURE) | RANK, TITLE OR GRADE | ORGANIZATION | DATE RECEIVED |
|---|---|---|---|
| [signature] | CWO4 USN | USS MIDWAY | 7 FEB 86 |

VA FORM OCT 1981 29-8286

MEMBER'S OFFICIAL PERSONNEL FILE 1

EMPRS Duplicate Copy

00069

1756

ADMINISTRATIVE REMARKS

E-32

SEE BUPERSMAN 5030420

SHIP OR STATION

USS WHIPPLE (FF-1062) FPO SAN FRANCISCO 96683 UIC: 54057

1984AUG30 : I HEREBY ELECT:

CASH SETTLEMENT (FROM LV BAL ON 31 AUG 76 ________ DAYS

CASH SETTLEMENT (FROM LV BAL ON AND AFTER 1 SEP 76 ________ DAYS

LEAVE CARRIED OVER TO NEW OR EXTENDED ENLISTMENT JGW 63.5 DAYS

JEFFREY GLEN WALLS

WITNESSED:
R. E. PROVOST, PN1, USN
PERSONNEL OFFICER
BY DIR OF THE COMMANDING OFFICER

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
| --- | --- | --- |
| WALLS, JEFFREY GLEN | [redacted] | USN |

13



EMPRS Duplicate Copy

1616-1

# ENLISTED PERFORMANCE EVALUATION REPORT

| 1 NAME (LAST, FIRST, MIDDLE OR MIDDLE INITIAL) | 2 RATE | 3 SSN |
|---|---|---|
| WALLS, JEFFREY G | SH1 (SW) | [redacted] |

BRANCH/CLASS: 4 [X] USN 5 [ ] USNR — STATUS: 6 [X] ACTIVE 7 [ ] INACTIVE 8 [ ] TEMAC 9 [ ] ACDUTRA

| 10 MEMBER'S SHIP OR STATION | 11 MEMBER'S UIC | 12 DATE REPORTED |
|---|---|---|
| FFG-15 ESTOCIN | 20968 | 90SEP16 |

OCCASION FOR REPORT: 13 [X] PERIODIC 14 [ ] TRANSFER 15 OTHER

PERIOD OF REPORT: 16 FROM 92DEC01 17 TO 93NOV30

TYPE OF REPORT: 18 [X] REGULAR 19 [ ] CONCURRENT — 20 PHYSICAL READINESS P/? — 21 RESERVE PART — 22 DATE OF RATE 90JUN16

| 23 REPORTING SENIOR'S NAME (LAST AND INITIALS) | 24 RANK | 25 TITLE | 26 SSN |
|---|---|---|---|
| DEBBOUT, J P | CDR | CO | [redacted] |

| EVALUATION SECTION (* REQUIRES COMMENT IN BLOCK 56) | NOT OBS | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8* | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROFESSIONAL FACTORS: 27 MILITARY KNOWLEDGE/PERFORMANCE | | X | | | | | | | | | |
| 28 RATING KNOWLEDGE/PERFORMANCE | | X | | | | | | | | | |
| PERSONAL TRAITS: 29 INITIATIVE | | X | | | | | | | | | |
| 30 RELIABILITY | | X | | | | | | | | | |
| 31 MILITARY BEARING | | X | | | | | | | | | |
| 32 PERSONAL BEHAVIOR | | X | | | | | | | | | |
| 33 HUMAN RELATIONS INCL EQUAL OPPORTUNITY | | X | | | | | | | | | |
| SELF EXPRESSION: 34 SPEAKING ABILITY | | X | | | | | | | | | |
| 35 WRITING ABILITY | | X | | | | | | | | | |
| LEADERSHIP: 36 DIRECTING | | X | | | | | | | | | |
| 37 COUNSELING | | X | | | | | | | | | |
| 38 MANAGEMENT (E-7/8/9 ONLY, NOB FOR E-6 AND BELOW) | X | | | | | | | | | | |
| 39 OVERALL EVALUATION | | *X | | | | | | | | | |
| 40 SUMMARY | | 26 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ADVANCEMENT RECOMMENDATION: 41 [X] RECOMMENDED 42 [ ] PROGRESSING TOWARD 43 [ ] NOT RECOM *

44 ACKNOWLEDGEMENT BY AND SIGNATURE OF MEMBER: I ACKNOWLEDGE THAT I HAVE SEEN THIS EVALUATION REPORT AND UNDERSTAND MY RIGHTS UNDER ARTICLE 1110, U.S. NAVY REGS., 1973, TO SUBMIT A STATEMENT.

I INTEND TO SUBMIT/NOT SUBMIT A STATEMENT. (CIRCLE YOUR INTENTION)

2 DEC 93
DATE SIGNED BY MEMBER: [signature]

45 SIGNATURE OF REPORTING SENIOR: John P. Debbout

46 ADDRESS OF REPORTING SENIOR:
COMMANDING OFFICER
USS ESTOCIN (FFG-15)
FPO AE 09569-1473

47 TYPED NAME AND SIGNATURE OF REGULAR REPORTING SENIOR ON CONCURRENT REPORT

48 DATE FORWARDED: 10 DEC 1993

49 DATE FWD (IF 47 USED)

REPORT NAVPC 1616-1 — WORK SHEET

EMPRS Duplicate Copy

00071

OCR TYPING FONT NOT REQUIRED FOR COMPLETION OF THIS SIDE

| 50 MEMBER'S LAST NAME, INITIALS | 51 SSN | PERIOD OF REPORT 52 From | 53 To |
|---|---|---|---|
| WALLS, J G | [redacted] | [illegible]01 | 93NOV30 |

54 DUTIES AND RESPONSIBILITIES [illegible] Division as Leading Signalman-12. LPO-12. Supervises 4 personnel. WATCH: SMOW-12, QMOW-12, OOD(INPORT)-12, DUTY MAA-12. COLL: Divisional PMS coordinator-12, Divisional Career Counselor-12. Deployed to the Caribbean Sea for Law Enforcement Operations APR-JUL93.

55 SPECIAL ACHIEVEMENTS
Qualified Team Leader, Advanced D.C., Completed: RM 3&2, RM 1&C, U.S. Customs and Management Course.

56 EVALUATION COMMENTS

*U.S. Government Printing Office: 1981 — 527-001/20142

SM1 Walls is a highly motivated and competent First Class Petty Officer who continues to display a positive, professional attitude. He continues to improve the visual signaling capabilities of the ship, while he hones his skills as Quartermaster of the Watch. **Responsible, versatile and dedicated, his lead-by example style enhances unit readiness.** He takes great pride in his appearance, his ship, and the Navy. Specific accomplishments of this dedicated Petty Officer include:

- **ACHIEVER.** Personally recognized by COMDESRON SIX for his outstanding efforts as assist ship for two TYCOM exercises, as well as achieving an excellent score for his own ship.

- **ATHLETIC AND ENERGETIC.** Actively support d and participated in the Destroyer Squadron Six Commodore's Cup Athletic ents, helping ESTOCIN win the cup.

- **COMPASSIONATE SHIPMATE.** Volunteered ime to assist others in the Physical Readiness Test and remedial Physical Readiness Program, which aided six key personnel in remaining within body fat standards.

- **INVOLVED.** Assisted with the Enlisted Surface Warfare program, Command Assessment Team, and Morale, Welfare and Recreation committee.

- **CIVIC MINDED.** Participated in numerous community services with PHI BETA SIGMA organization at Howard University and the Big Brother/Big Sister association.

**SM1 Walls is truly an OUTSTANDING signalman, vital to the ESTOCIN team.** Maintaining a fit and trim appearance, his superior performance, loyalty and dedication to duty make him a positive role model for junior sailors. He is highly recommended for advancement to Chief Signalman.

**RETENTION:** Recommended.

00072

Standard Form 88
Revised April 1968
General Services Administration
Interagency Comm. on Medical Records
FPMR 101-11.809-3

# REPORT OF MEDICAL EXAMINATION

000784

Exception approved by GSA & ICMR, May 69
88-116-03

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. GRADE AND COMPONENT OR POSITION | 3. IDENTIFICATION NO. |
|---|---|---|
| Walls Jeffrey Glen | | [redacted] |
| 4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code) | 5. PURPOSE OF EXAMINATION USN | 6. DATE OF EXAMINATION 20 - Dec - 79 |

| 7. SEX | 8. RACE | 9. TOTAL YEARS GOVERNMENT SERVICE | | 10. AGENCY | 11. ORGANIZATION UNIT |
|---|---|---|---|---|---|
| Male | NEG | MILITARY None | CIVILIAN None | | |

| 12. DATE OF BIRTH | 13. PLACE OF BIRTH | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN |
|---|---|---|
| (17) [redacted] | | |

15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS: AFEES, JACKSON, MISS 39205

16. OTHER INFORMATION

17. RATING OR SPECIALTY — TIME IN THIS CAPACITY (Total) — LAST SIX MONTHS

## CLINICAL EVALUATION

(Check each item in appropriate column; enter "NE" if not evaluated.)

| NORMAL | ITEM | ABNORMAL |
|---|---|---|
| ✓ | 18. HEAD, FACE, NECK AND SCALP | |
| ✓ | 19. NOSE | |
| ✓ | 20. SINUSES | |
| ✓ | 21. MOUTH AND THROAT | |
| ✓ | 22. EARS—GENERAL (Int. & ext. canals) (Auditory acuity under items 70 and 71) | |
| ✓ | 23. DRUMS (Perforation) | |
| ✓ | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| ✓ | 25. OPHTHALMOSCOPIC | |
| ✓ | 26. PUPILS (Equality and reaction) | |
| ✓ | 27. OCULAR MOTILITY (Associated parallel movements nystagmus) | |
| ✓ | 28. LUNGS AND CHEST (Include breasts) | |
| ✓ | 29. HEART (Thrust, size, rhythm, sounds) | |
| ✓ | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| ✓ | 31. ABDOMEN AND VISCERA (Include hernia) | |
| ✓ | 32. ANUS AND RECTUM (Hemorrhoids, fistulae) (Prostate, if indicated) | |
| ✓ | 33. ENDOCRINE SYSTEM | |
| ✓ | 34. G-U SYSTEM | |
| ✓ | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | 36. FEET | |
| ✓ | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | 38. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | 40. SKIN, LYMPHATICS | |
| ✓ | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| ✓ | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)



(Continue in item 73)

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.) Restorable teeth — Nonrestorable teeth — Missing teeth — Replaced by dentures — Fixed Partial dentures

| R I G H T | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | L E F T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES: ACCEPTABLE ~~NON-ACCEPTABLE~~

## LABORATORY FINDINGS

| 45. URINALYSIS: A. SPECIFIC GRAVITY | | 46. CHEST X-RAY (Place, date, film number and result) |
|---|---|---|
| B. ALBUMIN Neg URISTIX | D. MICROSCOPIC | [redacted] X-RAY DEC 20 1979 14x17 AFEES, JACKSON, MISS 39205 negative |
| C. SUGAR Neg URISTIX | | |

| 47. SEROLOGY (Specify test used and result) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |
|---|---|---|---|
| RPR NON REACTIVE [redacted] | | | |

00073

FMPRS Duplicate Copy

000785

MEASUREMENTS AND OTHER FINDINGS

| 51. HEIGHT | 52. WEIGHT | 53. COLOR HAIR | 54. COLOR EYES | 55. BUILD: | 56. TEMPERATURE |
|---|---|---|---|---|---|
| 68 1/2 | 132 | Black | Brown | ☐ SLENDER ☒ MEDIUM ☐ HEAVY ☐ OBESE | |

57. BLOOD PRESSURE (Arm at heart level): A. SITTING SYS. 150 DIAS. 70; B. RECUMBENT SYS. DIAS.; C. (3 min.) SYS. DIAS.

58. PULSE (Arm at heart level): A. SITTING 87; B. AFTER EXERCISE; C. 2 MIN. AFTER; D. RECUMBENT; E. AFTER STANDING 3 MIN.

59. DISTANT VISION: RIGHT 20/ 100 CORR. TO 20/ 20; LEFT 20/ 100 CORR. TO 20/ 25

60. REFRACTION: BY −0.75 S. SPH CX —; BY −1.50 S. SPH CX —

61. NEAR VISION: J-1 CORR. TO J-1 BY; J-1 CORR. TO J-1 BY

62. HETEROPHORIA (Specify distance): ES° EX° R.H. L.H. PRISM DIV. PRISM CONV. CT PC PD

FALANT— PASS/FAIL

63. ACCOMMODATION: RIGHT LEFT

64. COLOR VISION (Test used and result): PIP 3/14 PASS/FAIL

65. DEPTH PERCEPTION (Test used and score): AFVTA — UNCORRECTED / CORRECTED

66. FIELD OF VISION

67. NIGHT VISION (Test used and score)

68. RED LENS TEST

69. INTRAOCULAR TENSION

70. HEARING: RIGHT WV /15 SV /15; LEFT WV /15 SV /15

71. AUDIOMETER ANSI 69

| | 250 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | / | 5 | 5 | 15 | 10 | 5 | 5 | / |
| LEFT | / | 15 | 5 | 10 | 15 | 10 | 15 | / |

72. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY VERHOFF— PASS/FAIL

PHYSICAL INSPECTION ACCOMPLISHED AFTER JACKSON MIRS. NO ADDITIONAL DEFECTS NOTED

SEP 02 1980

NAME / MD'S INIT / PIR / UNIT

1. W.L. Dunnington X 686-142

2.

3.

R. L. DUNNINGTON, M.D.

(Use additional sheets if necessary)

74. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnosis with item numbers)

59 ↓ VA-NCD

75. RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

76. A. PHYSICAL PROFILE

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 2 | 1 |

77. EXAMINEE (Check)
A. ☒ IS QUALIFIED FOR ENLISTMENT
B. ☐ IS NOT QUALIFIED FOR

B. PHYSICAL CATEGORY

| A | B | C | E |
|---|---|---|---|
| | X | | |

78. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79. TYPED OR PRINTED NAME OF PHYSICIAN — SIGNATURE

80. TYPED OR PRINTED NAME OF PHYSICIAN — SIGNATURE

81. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which) — SIGNATURE

82. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY: R. L. DUNNINGTON, M.D. — SIGNATURE: W.L. Dunnington — NUMBER OF ATTACHED SHEETS: 0

GPO

00074

1176 | | 601-RR |

IMMEDIATE REENLISTMENT CONTRACT

WALLS, JEFFREY GLEN | [redacted] | USN
SM3 | X | | | [redacted] | US | 84AUG30
84AUG31 | 6 | | | 1 | 30 | 02 | KBM
| 54057 | SUMMIT MS | 28

PEARL HARBOR HI USS WHIPPLE (FF-1062)

4262400/bh

28. I have, to the best of my knowledge, met the eligibility requirements for immediate reenlistment on board, as defined in pertinent regulations.

Desiring to continue my naval service, I hereby agree to and with A. H. MACASER, CDR, USN (Name, Grade, and Service of Reenlisting Officer) as follows:

29. FIRST: In furtherance of my career in the United States Navy/United States Naval Reserve, I hereby reenlist, obliging and subjecting myself to serve 6 years from 84AUG31 unless sooner discharged by proper authority.

30. SECOND: I have read and understand the following SECTIONS OF TITLE 10 OF THE UNITED STATES CODE:

1. SECTION 671 OF TITLE 10 OF THE UNITED STATES CODE: "671a. Unless terminated at an earlier date by the Secretary concerned, the period of active service of any member of an armed force is extended for the duration of any war in which the United States may be engaged and for six months thereafter. 671b. (a) Notwithstanding any other provision of law, when the President determines that the national interest so requires, he may, if Congress is not in session having adjourned sine die, authorize the Secretary of Defense to extend for not more than six months enlistments, appointments, periods of active duty, periods of active duty for training, periods of obligated service, or other military status, in any component of the Armed Forces of the United States, that expire before the thirtieth day after Congress next convenes or reconvenes. (b) An extension under this section continues until the sixtieth day after Congress next convenes or reconvenes or until the expiration of the period of extension specified by the Secretary of Defense, whichever occurs earlier, unless sooner terminated by law or Executive order."

2. SECTION 5540 OF TITLE 10 OF THE UNITED STATES CODE: "(a) The senior officer present afloat in foreign waters shall send to the United States by Government or other transportation as soon as possible each enlisted member of the naval service who is serving on a naval vessel, whose term of enlistment has expired, and who desires to return to the United States. However, when the senior officer present afloat considers it essential to the public interest, he may retain such a member on active duty until the vessel returns to the United States. (b) Each member retained under this section — (1) shall be discharged not later than 30 days after his arrival in the United States; and (2) except in time of war is entitled to an increase in basic pay of 25 percent. (c) The substance of this section shall be included in the enlistment contract of each person enlisting in the naval service."

31. THIRD: I understand that in time of war or National emergency declared by the Congress, or when otherwise authorized by law, members of the Naval Reserve may be continued on, or ordered to, active duty for the duration of the war or National emergency and for six months thereafter.

32. FOURTH: I have had this contract fully explained to me, I understand it, and certify that no promise of any kind has been made to me concerning assignment to duty, geographical area, schooling, special programs, assignment of government quarters, or transportation of dependents except as indicated BENEFITS OF RATE

33. OATH OF ENLISTMENT: I, JEFFREY GLEN WALLS, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God. I swear (or affirm) that the information above has been correctly recorded and is true in all respects and that I fully understand the conditions under which I am enlisting.

[signature]

Subscribed and sworn to before me this 31ST day of AUGUST, A.D. 19 84

SIGNATURE AND GRADE [signature] OFFICIAL TITLE COMMANDING OFFICER

SEE REVERSE FOR APPROPRIATE ADMINISTRATIVE REMARKS

IMMEDIATE REENLISTMENT CONTRACT NAVPERS 1070/601 (REV. 7-77) S/N 0106-LF-010-6905

EMPRS Duplicate Copy OQR COPY 00076

1177

PEBD: 79DEC20
ADSD: 80SEP02
ADV TO SM3 84JUN16
TIR: 84JAN31
CROSSED EQUATOR AT 00.00'S LAT 084.24'E LONG ONBOARD USS WHIPPLE (FF-1062) AND WAS DULY INITIATED INTO THE SOLEMN MYSTERIES OF THE ANCIENT ORDER OF THE DEEP.

THE ABOVE ENTRIES CERTIFIED TO BE CORRECT

R E PROVOST PN1(SW) USN
PERSONNEL OFFICER
BY DIRECTION



EMPRS Duplicate Copy

# ENLISTED PERFORMANCE RECORD

| 1. PERIOD OF REPORT | 2. REASON | 3. RATE | 4. TRAITS: Rate Knowledge | Reliability | Military Bearing | Personal Behavior | Directing | Overall Evaluation | 5. SHIP OR STATION | 6. INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 85MAR01- 86MAR31 | P | RECONSTRUCTION SM2 | 3.4 | 3.6 | 3.8 | 4.0 | 3.4 | 3.6 | USS MIDWAY CV 41 | JFP |
| 86APR01- 86NOV17 | T | SM2 | 3.4 | 3.4 | 3.8 | 3.8 | 3.4 | 3.6 | USS MIDWAY CV 41 | JFP |
| 87APR01 88MAR31 | P | SM2 | 3.8 | 3.8 | 4.0 | 4.0 | NOB | 3.8 | NRD DETROIT BY PSD DETROIT MT CLEMENS MI | JFP |
| 88MAR31 | M | SM2 | RECOMENDED FOR ADVANCEMENT SM1 | | | | | | NRD DETROIT BY PSD DETROIT MT CLEMENS MI | JFP |
| 88APR01 89MAR31 | P | SM2 | 3.8 | 3.8 | 4.0 | 4.0 | NOB | 3.8 | NRD DETROIT BY PSD DETROIT MI | LGC |
| 90JUN16 | M/AR | SM1 | NAVPERS 1070/604 ADVANCED TO SM1 THIS DATE | | | | | | NRD DETROIT BY PSD DETROIT MI | MP |
| LATE ENTRY 89APR01 90JAN02 | S | SM2 | 3.8 | 3.8 | 4.0 | 4.0 | NOB | 3.8 | NRD DETROIT MI BY PSD DETROIT MI | DAD |
| 90JUL16 | SEP | SM1 | FINAL PERFORMANCE AVERAGE: | | | | | 3.72 | NRD MICHIGAN BY PSD DETORIT MI | LGC |
| 90JUL16 | SEP | SM1 | RECOMMENDED FOR REEN RE-1 | | | | | | NRD MICHIGAN BY PSD DETORIT MI | LGC |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| NAME (Last) | (First) | (Middle) | SSN | BRANCH/CLASS |
|---|---|---|---|---|
| WALLS | JEFFRE | GLEN | [redacted] | USN |

NAVPERS 1070/[illegible] (REV. 3-[illegible]) S/N [illegible] U.S. Government Printing Office: [illegible]

EMPRS Duplicate Copy

MAR( ) 1998 S

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| WALLS, JEFFREY G | SM1 | SW | [redacted] |

| 5. ACT | TAR | INACT | AT/ADSW/265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|
| X | | | | 21941 | DDG-67 COLE | REGULAR | 95SEP08 |

Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Promotion/Frocking [ ] 13. Special [ ]

Period of Report: 14. From: 96NOV16 15. To: 97NOV15

16. Not Observed Report [ ]

Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. [ ]

20. Physical Readiness: P/WS

21. Billet Subcategory (if any): NA

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| NOLAN, R J | CDR | 1110 | CO | 21941 | [redacted] |

28. Command employment and command achievements.

Engineering Certification, Final Contract Trials, Post Shakedown Availabilty (PSA), Sea Trials, TSTA, US-NL Operations (WESTLANT 97), NSFS Qualification, USN-Federal German Navy Missilex, LMA, Cortramid, Command Inspection, CMTQ, TSTA III, FEP, SINKEX, PATG, COMPTUEX

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

WCS | Pri: Assists the leading Petty Officer in the day to day operations of signal communications-12. COLL: Safety Petty Officer-12, Damage control Petty Officer-6, Seamanship Training Team-12, Assistant Divisional Career Counsel-12. Watch: Inport Officer of the Deck-12.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | 97MAY15 | ROBERTS, B T | (signature) |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. [ ] | [ ] | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. [X] | [ ] | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. [ ] | [ ] | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. [X] | [ ] | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. [ ] |
| 35. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB [ ] | - Displays personal bias or engages in harassment. - Tolerates bias, unfairness or harassment in subordinates. - Lacks respect for EO objectives. - Interferes with order and discipline by disregarding rights of others. [ ] | [ ] | - Always treats others with fairness and respect. - Does not condone bias or harassment in or outside of workplace. - Supports Navy EO objectives. - Contributes to unit cohesiveness and morale. [X] | [ ] | - Admired for fairness and human respect. - Ensures a climate of fairness and respect for human worth. - Pro-active EO leader, achieves concrete EO objectives. - Leader and model contributor to unit cohesiveness and morale. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | - Consistently unsat appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] | [ ] | - Excellent personal appearance. - Excellent conduct, conscientiously complies with regulations. - Complies with physical readiness program, within all standards. - Always lives up to Navy Core Values: HONOR, COMMITMENT, COURAGE. [X] | [ ] | - Exemplary personal appearance. - Model of conduct, on and off duty. - Excellent or outstanding PRT. A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [ ] | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. [ ] | [ ] | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. [X] | [ ] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. [ ] |

NAVPERS 1616/26 (7-95)

00078

EMPRS Duplicate Copy

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6) (cont'd)

RCS BUPERS 1610

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| WALLS, JEFFREY G | SM1 | SW | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. [ ] | [ ] | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. [X] | [ ] | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams. - The best at accepting and offering team direction. [ ] |
| 39. LEADERSHIP: (Optional for E1-E3) Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Fails to motivate, train or develop subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices. - Does not attend to welfare of subordinates. [ ] | [ ] | - Effectively motivates, trains and develops subordinates. - Organizes successfully, solves problems as they occur. - Sets/achieves useful, realistic goals which support command mission. - Performs and leads effectively in stressful situations. - Clear, timely communicator. - Ensures safety of personnel and equipment. - Routinely considers subordinates' personal and professional welfare. [X] | [ ] | - Inspiring motivator and trainer, consistently builds winners. - Superb organizer, great foresight, gets ahead of problems. - Leadership achievements significantly further command mission. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, has top safety record. - Constantly improves the personal and professional lives of others. [ ] |

| 40. Individual Trait Avg. Total of trait scores divided by number of graded traits. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific.) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0 |
|---|---|---|
| 3.00 | NONE | [signature] Date: ROBERTS, B T RMC (SW) |

43. COMMENTS ON PERFORMANCE: * All 5.0 and 1.0 marks must be specifically substantiated in comments. No numerical ranking permitted. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 or 12 pitch (10 to 12 point) only. Use upper and lower case.

Petty Officer Walls meets naval standards. All assigned tasks are completed with adequate supervision. Petty Officer Walls possesses the aptitude to excell as a future leader.. He has on occassion demonstrated superior leadership skills. With more focus and consistancy, Petty Officer Walls will reach his full potential. Specific accomplishments include:

- Completed an United States Department of Labor journeyman apprenticeship for the occupation Police Officer I (Government Service) under the sponsorship of the United States Navy

- Received Certifiction to Ministry from the Mt. Hope Regional Baptist Church, Fowlerville MS.

- Supervised 3 personnel during an intense Post Shakedown Availablity.

- Provided outstanding visual commuincations during all graded evolutions.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.

Comleted: Police Officer Journeyman apprenticeship. Qualified: Inport Duty Master at Arms, 9mm, 12 gauge & M14 rifle.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | |
| 46. SUMMARY | X | 0 | 0 | 25 | 26 | 13 |

47. Retention: Not Recommended [ ] Recommended [X]

48. Reporting Senior Address
~~COMMANDING OFFICER~~
USS COLE (DDG 67)
FPO AE 09566-1285

49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support marks of 1.0 and 5.0.

ROCK, C WO, LCDR [signature] Date: 22 Nov 97

50. Signature of Reporting Senior [signature] Date: 22 Nov 97

51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement. [ ] I do not intend to submit a statement. [X]

[signature] Date: 23 Nov 97

52. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

NAVPERS 1616/26 (7-95)

EMPRS Duplicate Copy

00070

/FC12/39/

EVENT: R25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION PRN: 823900125P

DEPENDENCY APPLICATION NAVPERS 1070/602R

SSN: [redacted]
RANK/RATE: SM1
USN OR USNR: USN
SHIP OR STATION: N&MRCR WASH DC
TOTAL NUMBER OF DEPENDENTS: 01

NAME: WALLS JEFFREY GLEN
UIC-ACTUAL: 61894
DEPNS CHG EFFECTIVE DATE: 98APR03
INITIAL/CHANGE: CHANGE

NAME OF SPOUSE:
SPOUSE DATE OF BIRTH: SPOUSE SSN: - -
SPOUSE RELATIONSHIP: IS SPOUSE DEPENDENT:
IS SPOUSE ACTIVE MEMBER OF UNIFORMED SERVICE: BRANCH:
SPOUSE CITIZENSHIP: DATE OF MARRIAGE:
PLACE OF MARRIAGE:

ADDRESS OF SPOUSE:

WAS SPOUSE PREVIOUSLY MARRIED:
PRIOR MARRIAGE DISSOLVED BY:
DATE PRIOR MARRIAGE DISSOLVED:
PLACE PRIOR MARRIAGE DISSOLVED:

WAS MEMBER PREVIOUSLY MARRIED: NO
PRIOR MARRIAGE DISSOLVED BY:
DATE PRIOR MARRIAGE DISSOLVED:
PLACE PRIOR MARRIAGE DISSOLVED:

NAME OF FATHER: [redacted]
IS FATHER DEPENDENT: NO
ADDRESS OF FATHER: DECEASED

NAME OF MOTHER: [redacted]
IS MOTHER DEPENDENT: YES
ADDRESS OF MOTHER: [redacted]

CHILD AND/OR DEPENDENT
NAME:
IS PERSON DEPENDENT:
RELATIONSHIP: DEPENDENT DATE OF BIRTH:
ADDRESS:

NAME OF CUSTODIAN OTHER THAN CLAIMANT:

NAVPERS 1070/602R



EMPRS Duplicate Copy

DCN: 823900125P

EVENT: R25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: [redacted] NAME: WALLS JEFFREY GLEN

REMARKS:

MBR'S DEPN MOTHER ERRONEOUSLY DROPPED OFF PAGE 2 AS A DEPN EFFECTIVE 980403 PER DFAS-CL MSG 260234ZAUG98. THIS IS TO REINSTATE MOTHER AS A DEPN AS REQUESTED BY MSG. SIGHTED LATEST NAVCOMPT 3072 APPROVING MOTHER AS A DEPN FROM 970915 TO 980915. (ANNUAL UPDATE FROM DFAS-CL)

ADDRESS UPDATE. CSQ

CERTIFICATION: I HAVE REVIEWED THE DATA ON THIS FORM AND CERTIFY THAT IT IS CORRECT.

SIGNATURE OF DESIGNATOR

SIGNATURE OF WITNESS

TITLE

DATE 98Aug27



EMPRS Duplicate Copy

M-T-V UNCLASSIFIED 260234Z AUG 98

=====================================================================

PATUZYUW RUEDMCB2539 2390131-UUUU--RULSTGL.
ZNR UUUUU ZUI RUDIDFB3153 2380234
P 260234Z AUG 98 ZYB PSN 222950M20
FM DFAS CENTER CLEVELAND OH//JJCD-763//
TO RULSTGL/NAVMARCORESCEN WASHINGTON DC
INFO RUCCFMZ/PERSUPP DET NAVSUPPACT MEMPHIS TN
BT
UNCLAS //N01751//
SUBJ: SM1 JEFFREY G WALLS, USN, [redacted] UIC 61894
A. ANNUAL RECERTIFICATION OF DEPENDENCY - MOTHER
1. REF A NOW IN PROGRESS IN BEHALF OF SNM'S MOTHER, GOLDEN WALLS.
2. RECORDS SHOW EFF 980403 SNM HAS NO DEPNS.
3. IF SNM IS IN FACT NO LONGER CLAIMING DEPN MOTHER AS A DEPN, FWD IMMEDIATELY AN UPDATED PAGE 2 WHICH EVINCES SNM NO LONGER CLAIMING MOTHER WITH THE CORRECT EFF DTE.
3. IF SNM IS STILL CLAIMING DEPN MOTHER AS A DEPN REQ ADVISE REASON SNM BAH ENTITLEMENT TERMINATED EFF 980403.
4. ADMSG W/IN 7 DAS THIS DTG.
5. POC: FMASC 207, DSN 580-5567.
BT
#2539
NNNN
RTD:000-000/COPIES:

=====================================================================

36

# ENLISTED QUALIFICATIONS HISTORY

## 1. EDUCATIONAL EXPERIENCE LEVEL

| GED (HS) EQUIVALENT TEST | | | COLLEGE LEVEL GENERAL EXAMS | | PRESENT LEVEL OF EDUCATION | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE ISSUED | ISSUING STATE | INIT | DATE PASSED | INIT | 12 | 13 | 14 | 15 | 16 | 17 |
| | | | | | | | | | | |

## 2. CLASSIFICATION/ASVAB TESTING QUALIFICATIONS

| TEST FORM ID | DATE ADMIN. | AFQT | GS | AR | WK | PC | NO | CS | AS | MK | MC | EI | VE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

ASVAB ADMINISTERED BY:

SPECIAL TEST SCORES

| NAME | FORM | DATE | SCORE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

CLASSIFIER'S SIGNATURE:

## 3. RECORD OF OFF-DUTY EDUCATION/VOC/TECH TRAINING AND NON-REQUIRED CORRESPONDENCE COURSES

| NUMBER/TITLE OF COURSE OR TEST | SCHOOL | DATE COMPLETED | GRADE | INIT | NUMBER/TITLE OF COURSE OR TEST | SCHOOL | DATE COMPLETED | GRADE | INIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## 4. OTHER TRAINING COURSES/INSTRUCTIONS COMPLETED

| DATE COMPLETED | TYPE OF COURSE AND/OR INSTRUCTION | DURATION | LOCATION | INIT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| WALLS JEFFERY G | [redacted] | USN |

NAVPERS 1070/604 (Rev. 7/91)
S/N 0106-LF-012-2500

4

36

## 5. NAVY SERVICE SCHOOLS/MILITARY TRAINING COURSES

| COURSE TITLE/SCHOOL | NEC | DATE ENROLLED/COMPLETED | COURSE TITLE/SCHOOL | NEC | DATE ENROLLED/COMPLETED |
|---|---|---|---|---|---|
| INSTRUCTOR TRAINING CSE#(A-012-0011) | 9502 | 980309/980401 | | | |

| COURSE LENGTH | GRADE | MANNER OF COMPLETION | INIT | COURSE LENGTH | GRADE | MANNER OF COMPLETION | INIT |
|---|---|---|---|---|---|---|---|
| 2 WKS | SAT | [X] GRADUATED [ ] DROPPED | JMB | | | [ ] GRADUATED [ ] DROPPED | |

| COURSE TITLE/SCHOOL | NEC | DATE ENROLLED/COMPLETED | COURSE TITLE/SCHOOL | NEC | DATE ENROLLED/COMPLETED |
|---|---|---|---|---|---|
| | | | | | |

| COURSE LENGTH | GRADE | MANNER OF COMPLETION | INIT | COURSE LENGTH | GRADE | MANNER OF COMPLETION | INIT |
|---|---|---|---|---|---|---|---|
| | | [ ] GRADUATED [ ] DROPPED | | | | [ ] GRADUATED [ ] DROPPED | |

## 6. CORRESPONDENCE COURSES REQUIRED FOR ADVANCEMENT

| DESCRIPTION OF COURSE, RATE OR NAVPERS NUMBER | DATE COMPLETED | INIT | DESCRIPTION OF COURSE, RATE OR NAVPERS NUMBER | DATE COMPLETED | INIT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## 7. NAVY ENLISTED CLASSIFICATIONS

| PRIMARY CODE | SECONDARY CODE | DATE | INIT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## 8. PERSONNEL ADVANCEMENT REQUIREMENTS

| DESCRIPTION | DATE COMPLETED | INIT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

BEST AVAILABLE DOCUMENT

## 9. ENLISTED RATE/RATING

| RATE | DATE | TIME IN RATE | INIT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## 10. DESIGNATOR RECORD

| DATE | DESIGNATOR | QUAL/REVOCATION | INIT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| WALLS JEFFERY G | [redacted] | USN |

NAVPERS 1070/604 (Rev. 7/91)



4

00084

EMPRS Duplicate Copy

36

11. AWARDS

| AWARD NAME | DATE OF AWARD | AUTHORITY | ADV PNTS | INIT |
|---|---|---|---|---|
| ~~GOOD CONDUCT AWARD (4TH)~~ | ~~97MAY12~~ | ~~SECNAVINST 1650.1F~~ | ~~02~~ | ~~GSQ~~ |
| GOOD CONDUCT AWARD (5TH) | 00MAY12 | SECNAVINST 1650.1F | 02 | GSQ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

BEST AVAILABLE DOCUMENT

| NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| WALLS JEFFERY G | [redacted] | USN |

NAVPERS 1070/604 (Rev. 7/91)



4

00085

12. PERSONNEL QUALIFICATION STANDARDS (PQS)

| PQS TITLE | PQS STATION # | DATE | INIT | PQS TITLE | PQS STATION # | DATE | INIT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| | | |

NAVPERS 1070/604 (Rev. 7/91)



☆U.S.G.P.O.: 1994-505-053

4

00086

1733

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (Rev. 1-78)

E-32

USS WHIPPLE FF-1062 FPO SAN FRAN 96683

83DEC16: "I understand that frocking does not entitle me to pay and allowances or other monetary benefits of a higher pay grade and that upon permanent advancement to the pay grade for which I have been selected, retroactive payments will not be authorized." Frocked to SM3.

JEFFREY G. WALLS

WITNESSED: R. E. PROVOST, PN1, USN
Personnel Officer
By direction

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| WALLS, JEFFREY G. | [redacted] | USN |

EMPRS Duplicate Copy

1616-1

# ENLISTED PERFORMANCE EVALUATION REPORT

1 NAME (LAST, FIRST MI): [illegible] JEFFREY
2 RATE: SM1 (SW)
3 SSN: [redacted]

BRANCH/CLASS: 4 [X] USN 5 [ ] USNR
STATUS: 6 [X] ACTIVE 7 [ ] INACTIVE 8 [ ] TEMAC 9 [ ] ACDUTRA

10 MEMBER'S SHIP OR STATION: FFG-15 ESTOCIN
11 MEMBER'S UIC: 20968
12 DATE REPORTED: 90SEP16

OCCASION FOR REPORT: 13 [X] PERIODIC 14 [ ] TRANSFER 15 OTHER
PERIOD OF REPORT: 16 FROM 91DEC01 17 TO 92NOV30

TYPE OF REPORT: 18 [X] REGULAR 19 [ ] CONCURRENT
20 PHYSICAL READINESS: P710
21 RESERVE PART
22 DATE OF RATE: 90JUN16

23 REPORTING SENIOR'S NAME (LAST AND INITIALS): FEDEROFF, J A
24 RANK: LCDR
25 TITLE: XO
26 SSN: [redacted]

| EVALUATION SECTION *REQUIRES COMMENT IN BLOCK 56 | NOT OBS | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8* | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROFESSIONAL FACTORS: 27 MILITARY KNOWLEDGE/PERFORMANCE | | X | | | | | | | | | |
| PROFESSIONAL FACTORS: 28 RATING KNOWLEDGE/PERFORMANCE | | X | | | | | | | | | |
| PERSONAL TRAITS: 29 INITIATIVE | | | X | | | | | | | | |
| PERSONAL TRAITS: 30 RELIABILITY | | | X | | | | | | | | |
| PERSONAL TRAITS: 31 MILITARY BEARING | | X | | | | | | | | | |
| PERSONAL TRAITS: 32 PERSONAL BEHAVIOR | | X | | | | | | | | | |
| PERSONAL TRAITS: 33 HUMAN RELATIONS INCL EQUAL OPPORTUNITY | | X | | | | | | | | | |
| SELF EXPRESSION: 34 SPEAKING ABILITY | | X | | | | | | | | | |
| SELF EXPRESSION: 35 WRITING ABILITY | | | X | | | | | | | | |
| LEADERSHIP: 36 DIRECTING | | X | | | | | | | | | |
| LEADERSHIP: 37 COUNSELING | | X | | | | | | | | | |
| 38 MANAGEMENT (E-7/8/9 ONLY; NOB FOR E-6 AND BELOW) | X | | | | | | | | | | |
| 39 OVERALL EVALUATION | | *X | | | | | | | | | |
| 40 SUMMARY | | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ADVANCEMENT RECOMMENDATION: 41 [X] RECOMMENDED 42 [ ] PROGRESS TOWARD 43 [ ] NOT RECOM

44 ACKNOWLEDGEMENT BY AND SIGNATURE OF MEMBER.
I ACKNOWLEDGE THAT I HAVE SEEN THIS EVALUATION REPORT AND UNDERSTAND MY RIGHTS UNDER ARTICLE 1110, U.S. NAVY REGS., 1973, TO SUBMIT A STATEMENT.
I INTEND TO SUBMIT (NOT TO SUBMIT A STATEMENT) (CIRCLE YOUR INTENTION).

DATE SIGNED BY MEMBER: [signature]

45 SIGNATURE OF REPORTING SENIOR: [signature]

46 ADDRESS OF REPORTING SENIOR:
COMMANDING OFFICER
USS ESTOCIN (FFG-15)
FPO AE 09569-1473

47 TYPED NAME AND SIGNATURE OF REGULAR REPORTING SENIOR ON CONCURRENT REPORT

48 DATE FORWARDED: 1 DEC 1992
49 DATE FWD (IF 47 USED)

FEB 09 1993

NAVPERS 1616/24 (REV 6-89) SN 0106-LF-016-1726
REPORT NMPC 1616-1 (ES-8)

NMPC (N-322) COPY

00088

★ U.S. GOVERNMENT PRINTING OFFICE: 1991—

EMPRS Duplicate Copy

OCR G FONT NOT REQUIRED FOR COMPLETION OF THIS

| 50 MEMBER'S LAST NAME, INITIALS | 51 SSN | PERIOD OF REPORT | |
|---|---|---|---|
| [illegible] | [redacted] | 52 From: [illegible] | 53 To: [illegible] |

54 DUTIES AND RESPONSIBILITIES

Pri: Leading SM - 12, LPO - 12, supervises 4 personnel. Watch: SHOW - 12, QMOW - 12, OOD inport - 12, Duty MAA - 12, Coll: Divisional PMS, PQS, and Career Counselor. Employment: numerous NRT training evolutions, Canadian Fleet Operations 28May-18Jun, LEO Operations 30Aug-13Oct, SUBLANT PCO Operations 02Nov-12Nov, Missilex 1-92 14Nov-23Nov

55 SPECIAL ACHIEVEMENTS

Qualified After Steering Helmsman, RT Circuit Operator, completed Soviet Signalling COI, Completed WordPerfect 5.1 Comp[illegible]

56 EVALUATION COMMENTS

SH1 Walls is a professional, highly competent signalman. He displays a positive attitude and the perseverance to meet any challenge. Under his cognizance, the visual signalling procedures have been vastly improved and continue to play a large role in Estocin's underway routine. His dual qualification as Quartermaster of the Watch has provided needed flexibility to the underway watch organization, and demonstrated the lead by example cross-training needed in an under-manned division. Specific accomplishments include:

- personally recognized by COMNAVSURFGRU FOUR for his efforts as TYCOMHEX assist ship for several SURFGRU FOUR units.

- played a large role in the continued training and qualification of junior personnel as Quartermaster of the Watch.

- taken the initiative in the physical improvement of the signal station in an effort to provide a non-permanent weather cover.

- volunteered off-duty hours to instruct Naval Academy Midshipmen at REDCOM FOUR midshipmen indoctrination.

- expedited the procurement of CASREP parts for the SPS-500 receiver.

- active as a board member for the ESWS program, Command Assessment Team, and MWR Committee.

- continued his community work with the Phi Beta Sigma organization at Howard University and the Big Brother/Big Sister Associations.

SH1 Walls is a positive model for junior sailors whose improving leadership skills ensure prompt, professional topside communications connectivity. Recommended for advancement to Chief Signalman.

RETENTION: Recommended.

00089

920820078151 | P610. | 920820078151

914

01MAR02 SSC NTC SAN DIEGO CA 92133 (PSA NTC)

3. REMARKS (Use this section to amplify entries in blocks 4 thru 29 below and for other entries when the use of this form is directed in lieu of the Page 13 (NAVPERS 1070/613).)

22.076

| | | | |
|---|---|---|---|
| SR | SA | 01MAR02 | 01MAR02 NON RATED |

BUPERSMAN 2230240

J H ZILIN GS9 ESO BY DIR OF THE CO

| | | | | |
|---|---|---|---|---|
| 30627 | SA | 9720/0000 | X | |
| WALLS, JEFFREY GLEN | | [redacted] | | USN |

00090

EMPR Duplicate Copy