1751

ADMINISTRATIVE REMARKS

SEE BUPERSMAN 5030420

SHIP/STATION NAVCRUITDIST MEMPHIS BY NAVY LIAISON AFEES JACKSON MS

2 SEP 1980: I certify that I know how to swim, or if not, that I will cooperate in achieving water survival qualifications while at recruit training. I understand that water survival qualification are:

Enter water feet first from height of 5 feet and float or tread water for 5 minutes.

Demonstrate techniques for preparing and using clothing and buoyant objects for staying afloat.

Demonstrate how to put on and care for inherently bouyant and CO2-inflatable life jackets.

Demonstrate, under simulated conditions, techniques of swimming through oil, flames, and debris.

I further understand that failure to achieve water survival qualifications during the first week of recruit training may result in reassignment to a later graduating recruit company.

R. G. STROUD, PNC, USN
NAVY LIASION
BY DIRECTION OF THE CO
Enlisting Officer

JEFFREY GLEN WALLS
Enlistee

2 SEP 1980: If I am married or subsequently marry while on active duty, and if my spouse is currently serving in the Navy or any other branch of the Armed Forces, I understand that no promises can or will be made regarding future assignment with or near my spouse. I hereby affirm that no person has made any oral or written promises in connection with any assignments or the possibility of future assignment, and I understand that assignment in accordance with the needs of the Navy outside the area of my spouse's assignment will not be the basis for my reassignment or discharge. I have read section (B) item 10c of my Enlistment Agreement, DD Form 4, 01JUN78 edition, and affirm that only those guarantees contained in writing on Annexes to the Enlistment Agreement apply to my enlistment relative to guaranteed assignment to duty or training.

R. G. STROUD, PNC, USN
NAVY LIASION
BY DIRECTION OF THE CO
Enlisting Officer

JEFFREY GLEN WALLS
Enlistee

00091

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| WALLS, JEFFREY GLEN | [redacted] | USN |

| | | | | |
|---|---|---|---|---|
| 9214600610:1 | 1726 | P610 | | |

81MAY12 USS WHIPPLE (FF-1062)

3 REMARKS (Use this section to amplify entries in blocks 4 thru 28 below and for other entries when the use of this form is directed in lieu of the Page 13 (NAVPERS 1070/613).)

| | | | |
|---|---|---|---|
| SA | [redacted] SN | 81MAY16 | 81MAY16 NON RATED |

BUPERSMAN 1430.16A

F. J. BIGGINS PNC USN PERS OFF

00092

| | | | |
|---|---|---|---|
| 54057 | SN | 0000/0000 | X |

WALLS, JEFFR[redacted]EY GLEN [redacted] USN

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

1. Name (Last, First MI Suffix): WALLS, JEFFREY G
2. Rate: SM1
3. Desig: SW
4. SSN: [redacted]
5. ACT [ ] TAR [X] INACT [ ] AT/ADSW/265 [ ]
6. UIC: 61894
7. Ship/Station: NMCRC WASHINGTON
8. Promotion Status: REGULAR
9. Date Reported: 98APR02

Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Promotion/Frocking [ ] 13. Special [ ]

Period of Report: 14. From: 98MAR08 15. To: 98NOV15

16. Not Observed Report [ ]
Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. [ ]

20. Physical Readiness: P/WS
21. Billet Subcategory (if any): NA

22. Reporting Senior (Last, FI MI): SPEARS, H E
23. Grade: CAPT
24. Desig: 1117
25. Title: CO
26. UIC: 61894
27. SSN: [redacted]

28. Command employment and command achievements.
Training and Administration of Naval Reservists: Provides Administrative, Logistical, and Training support for 1800 Reservists assigned to 90 units.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
CMD FITNESS CO Command Fitness Coordinator-4, Assistant RSTARS(TM) Coordinator-2, Assistant AT Coordinator-2. COLL: Assistant Urinalysis Coordinator-3. WATCH: Command Duty Officer-3, Command Duty Petty Officer-4.
LEAVE AND TRANSIT: 98MAR08-98APR01

For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.)
30. Date Counseled: 98MAY15
31. Counselor: SCOTT, L J
32. Signature of Individual Counseled: [signature]

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. [ ] | [X] | - Strong working knowledge or rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. [ ] | [ ] | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | - Needs Excessive supervision. - Product frequently needs rework. - Wasteful of resources. [ ] | [ ] | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. [X] | [ ] | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. [ ] |
| 35. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB [ ] | - Displays personal bias or engages in harassment. - Tolerates bias, unfairness or harassment in subordinates. - Lacks respect for EO objectives. - Interferes with order and discipline by disregarding rights of others. [ ] | [ ] | - Always treats others with fairness and respect. - Does not condone bias or harassment in or outside of workplace. - Supports Navy EO objectives. - Contributes to unit cohesiveness and morale. [X] | [ ] | - Admired for fairness and human respect. - Ensures a climate of fairness and respect for human worth. - Pro-active EO leader, achieves concrete EO objectives. - Leader and model contributor to unit cohesiveness and morale. [ ] |
| 36. MILITARY BEARING/CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | - Consistently unsat appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] | [ ] | - Excellent personal appearance. - Excellent conduct, conscientiously complies with regulations. - Complies with physical readiness program, within all standards. - Always lives up to Navy Core Values: HONOR, COMMITMENT, COURAGE. [X] | [ ] | - Exemplary personal appearance. - Model of conduct, on and off duty. - Excellent or outstanding PRT. A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/INITIATIVE: Responsibility, quantity of work. NOB [ ] | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. [ ] | [X] | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. [ ] | [ ] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. [ ] |

NAVPERS 1616/26 (7-95)

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| WALLS, JEFFREY G. | SM1 | SW | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. | | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. [X] | | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams. - The best at accepting and offering team direction. |
| 39. LEADERSHIP: (Optional for E1-E3) Organizing, motivating and developing others to accomplish goals. [X] | - Fails to motivate, train or develop subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices. - Does not attend to welfare of subordinates. | | - Effectively motivates, trains and develops subordinates. - Organizes successfully, solves problems as they occur. - Sets/achieves useful, realistic goals which support command mission. - Performs and leads effectively in stressful situations. - Clear, timely communicator. - Ensures safety of personnel and equipment. - Routinely considers subordinates' personal and professional welfare. | | - Inspiring motivator and trainer, consistently builds winners. - Superb organizer, great foresight, gets ahead of problems. - Leadership achievements significantly further command mission. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, has top safety record. - Constantly improves the personal and professional lives or others. |

40. Individual Trait Avg. Total of trait scores divided by number of graded traits. **2.67**

41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare programs, Rating Instructor Duty, Other. (Be specific)
ASSIGNMENT IN RATING

42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0.
[signature]
DELEO, D P, LT    Date: 11-19-98

43. COMMENTS ON PERFORMANCE: * All 5.0 and 1.0 marks must be specifically substantiated in comments. No numerical ranking permitted. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 or 12 pitch (10 to 12 point) only. Use upper and lower case.

- Managed the Command PRT Program for Full-Time Support staff members and supervised 90 Reserve Unit PRT Coordinators. Implemented a tracking systems to manage the accountability for 1800 PRT folders.

- Instructed Reserve Unit PRT Coordinator's on revisions to the Navy's PRT Program.

- Assisted in administering the Command Urinalysis Program. Attended a five day Urinalysis Program Coordinator's course.

- Reviewed and processed 200 Annual Training Orders applications in RSTARS(OM).

- Assisted in the monthly review of 1800 electronic training records.

- Scored an Outstanding on recent PRT.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvment, etc., during this period.
COMPLETED: Command Fitness Coordinators Course, Command Urinalysis Coordinator Course, Enlisted Training Administration Course.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | |
| 46. SUMMARY | X | 0 | 0 | 4 | 4 | 3 |

47. Retention: Not Recommended [ ] Recommended [X]

48. Reporting Senior Address
CO, NMCRC, NSW ANACOSTIA
2701 S CAPITOL ST SE BLDG 351
WASHINGTON, DC 20373-5812

49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against the performance standards and have provided written explanation to support the marks of 1.0 and 5.0.
[signature]
MCCARTHY, J N, CDR    Date: 19 NOV 98

50. Signature of Reporting Senior
[signature]    Date: 19 NOV 98

51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement. [ ] I do not intend to submit a statement. [X]
[signature]    Date: 11/21/98

52. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report
Date:

NAVPERS 1616/26 (1-95)

EMPRS Duplicate Copy

000094

ADMINISTRATIVE REMARKS
NAVPERS 1070/613
S/N 0106-LF-010-6991

COMMANDING OFFICER, USS ESTOCIN (FFG-15) FPO AE 09569-1473 HP: NORFOLK, VA

SM1 JEFFREY G. WALL'S SERVICE RECORD INDICATES SNM IS QUALIFIED FOR NEW CONSTRUCTION DUTY IAW TRANSMAN ARTICLE 12.08 AS SUCH:

NO PRIOR CONVICTION BY COURT-MARTIAL (PERS OFF INITIAL).

NO NON-JUDICIAL PUNISHMENTS OR CIVIL VIOLATIONS, OTHER THAN MINOR TRAFFIC OFFENSES, FOR THE PREVIOUS 12 MONTHS (PERS OFF INITIAL)

NO INDEBTEDNESS PROBLEMS OF A SERIOUS OR CHRONIC NATURE (DEPT HD INITIAL)

NO HISTORY OF INSTABILITY OR SERIOUS HEALTH PROBLEMS (HM1 INITIAL)

NO EVIDENCE OF DRUG ABUSE IN THE PREVIOUS 12 MONTHS (DAPA INITIAL)

NO EVIDENCE OF EXCESSIVE USE OF ALCOHOL WITHOUT TREATMENT IN THE EVIOUS 12 MONTHS (DAPA INITIAL)

NO EVALUATION MARKS BELOW 3.6 IN ANY CATEGORY DURING THE PREVIOUS 12 MONTHS (PERS OFF INITIAL)

MEMBER IS ABLE TO COMPLETE OBLISERV REQUIREMENT FOR CURRENT OR PROSPECTIVE PAYGRADE PRIOR TO HIGH YEAR TENURE (PERS OFF INITIAL).

"COMPLIANCE WITH THE PROVISIONS OF CHAPTER 12 OF THE ENLISTED TRANSFER MANUAL (ENLTRANSMAN) IS CERTIFIED. MEMBER IS FULLY QUALIFIED FOR NEV CONSTRUCTION DUTY IAW ENLTRANSMAN 12.08."

K. V. FLOWERS — 8 MAR 95
LCDR USN — DATE
EXECUTIVE OFFICER
BY DIRECTION OF THE CO

---

"IN CONNECTION WITH ASSIGNMENT TO A NEW CONSTRUCTION SHIP, I UNDERSTAND THAT I WILL BE REQUIRED TO SERVE 24 MONTHS 0NB0ARD AFTER SHIP'S PLACEMENT "IN SERVICE" PRIOR TO TRANSFER TO FLEET RESERVE."

JEFFREY G. WALLS — 4 MAR 95
DATE

WALLS, JEFFREY GLEN [redacted] USN

4

00095

EMPRS Duplicate Copy

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6061

E-32

SHIP OR STATION
NAVY RECRUITING DISTRICT, DETROIT UIC: 62439

JGW : I certify that I have read SECNAVINST 5370.2A regarding the Standards of Conduct and Government Ethics, and fully understand the contents.

[signature]

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
| --- | --- | --- |
| WALLS JEFFREY GLEN | [redacted] | USN SM2 |

U.S. GOVERNMENT PRINTING OFFICE

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6991

SHIP OR STATION

Navy Recruiting District, Detroit, Michigan (UIC 62439)

05DEC89: Completed the Navy Rights and Responsibilities Course including the Sexual Harassment Prevention Seminar this date.

M. D. NEUBECKER, PNC, USN
Chief Administrator
By direction of the Commanding Officer

NAME (Last, First, Middle)
WALLS, JEFFREY G

SSN
[redacted]

BRANCH AND CLASS
USN

☆U.S. GPO: 1987-754-001/44937

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6) MAY 1997 J T

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| WALLS, JEFFREY G | SM1 | (SW) | [redacted] |

| 5. ACT [X] TAR [ ] INACT [ ] AT/ADSW/265 [ ] | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|
| | 21941 | DDG-67 COLE | REGULAR | 95SEP08 |

Occasion for Report: 10. Periodic [X] 11. Detachment of Individual [ ] 12. Promotion/Frocking [ ] 13. Special [ ]

Period of Report: 14. From: 95DEC01 15. To: 96NOV15

16. Not Observed Report [ ] Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. [ ]

20. Physical Readiness: P/WS

21. Billet Subcategory (if any): NA

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| BERDAR, C J | LCDR | 1110 | XO | 21941 | [redacted] |

28. Command employment and command achievements.

Initial Construction and Fitting Out, Builder's Sea Trials, BTG, INSURV Acceptance Trials, LOA, ARE, Crew Cert, Commissioning, SHAREM 116, CART II, TSTA I & II, Acoustic Trails, Ship Qualification Trails, Post Delivery Tests & Trails, LMA Assist.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

LPO PRI: Supervises 4 personnel in the day to day operations of Signal Communications-12. COLL: Work Center Supervisor-12, Damage Control Petty Officer-12; Seamanship Training Team-6; Enlisted Surface Warfare Specialist Board Member-6. WATCH: Signal Watch Supervisor-6. INPORT - Officer of the Deck-9; Duty Signalman-9.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | 96MAY15 | RICHARD, J P | [signature] |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. [ ] | - - - [ ] | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. [X] | - - - [ ] | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. [ ] | - - - [ ] | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. [X] | - - - [ ] | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. [ ] |
| 35. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB [ ] | - Displays personal bias or engages in harassment. - Tolerates bias, unfairness or harassment in subordinates. - Lacks respect for EO objectives. - Interferes with order and discipline by disregarding rights of others. [ ] | - - - - [ ] | - Always treats others with fairness and respect. - Does not condone bias or harassment in or outside of workplace. - Supports Navy EO objectives. - Contributes to unit cohesiveness and morale. [X] | - - - - [ ] | - Admired for fairness and human respect. - Ensures a climate of fairness and respect for human worth. - Pro-active EO leader, achieves concrete EO objectives. - Leader and model contributor to unit cohesiveness and morale. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | - Consistently unsat appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] | - - - - [ ] | - Excellent personal appearance. - Excellent conduct, conscientiously complies with regulations. - Complies with physical readiness program, within all standards. - Always lives up to Navy Core Values: HONOR, COMMITMENT, COURAGE. [X] | - - - - [ ] | - Exemplary personal appearance. - Model of conduct, on and off duty. - Excellent or outstanding PRT. A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [ ] | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. [ ] | - - - [ ] | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. [X] | - - - [ ] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. [ ] |

NAVPERS 1616/26 (7-95)

00098

EMPRS Duplicate Copy

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6) (cont'd)

RCS BUPERS 1610

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| WALLS, JEFFREY G | SM1 | (SW) | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. [ ] | - - - [ ] | - Reinforces others' efforts, meets commitments to team. - Understands goals, employs good teamwork techniques. - Accepts and offers team direction. [X] | - - - [ ] | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams. - The best at accepting and offering team direction. [ ] |
| 39. LEADERSHIP: (Optional for E1-E3) Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Fails to motivate, train or develop subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices. - Does not attend to welfare of subordinates. [ ] | - - - - - - - [ ] | - Effectively motivates, trains and develops subordinates. - Organizes successfully, solves problems as they occur. - Sets/achieves useful, realistic goals which support command mission. - Performs and leads effectively in stressful situations. - Clear, timely communicator. - Ensures safety of personnel and equipment. - Routinely considers subordinates' personal and professional welfare. [X] | - - - - - - - [ ] | - Inspiring motivator and trainer, consistently builds winners. - Superb organizer, great foresight, gets ahead of problems. - Leadership achievements significantly further command mission. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, has top safety record. - Constantly improves the personal and professional lives of others. [ ] |

| 40. Individual Trait Avg. Total of trait scores divided by number of graded traits. | 41. I recommend this individual for assignment of work: Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific.) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have provided written explanation of marks 1.0 and 5.0. |
|---|---|---|
| 3.00 | NA | [signature] ROBERTS, B T, RMC Date: 11/27/96 |

**43. COMMENTS ON PERFORMANCE:** * All 5.0 and 1.0 marks must be specifically substantiated in comments. No numerical ranking permitted. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 or 12 pitch (10 to 12 point) only. Use upper and lower case.

-Received solid reviews during CART II for his division's level of knowedge and training.

-Adequate leader of visual and signal communications personnel. Possesses strong working knowledge in his area of expertise. Built and fully qualified two effective and reliable watch teams in under three months.

-Supervised onload of over $100,000 worth of visual communications equipment.

-As Workcenter Supervisor, directly responsible for recording a perfect RAR of 100 percent during a recent LMA Assist Visit.

-With continued focus on his leadership skills, PO1 Walls will without a doubt reach his full potential with consistency.

**44. QUALIFICATIONS/ACHIEVEMENTS** - Education, awards, community involvement, etc., during this period.

Damage Control PO; 3M Maint man; Duty Master At Arms; Signal Watch Supervisor; 9mm & 12 guage shotgun. Completed Safety Program Afloat; Gen Shipboard Firefighting.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ] Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | | 48. Reporting Senior Address: COMMANDING OFFICER |
| 46. SUMMARY | X | 0 | 0 | 24 | 23 | 12 | USS COLE (DDG 67) FPO AE 09566-1285 |

| 49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support marks of 1.0 and 5.0. | 50. Signature of Reporting Senior |
|---|---|
| [signature] C. W. ROCK, LT Date: 25 Nov 96 | [signature] Date: 25 Nov 96 |
| 51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement [ ] I do not intend to submit a statement [X] [signature] Date: 27 Nov 96 | 52. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report Date: |

NAVPERS 1616/26 (7-95)

EMPRO Duplicate Copy

00000

1616-1

# ENLISTED PERFORMANCE EVALUATION REPORT

| Field | Entry |
|---|---|
| 1 Name (Last, First, Middle Initial) | WALLS, JEFFERY G |
| 2 Rate/Rating | SMP |
| 3 SSN | [redacted] |
| Branch/Class | 4 [X] USN; 5 [ ] USNR |
| Status | 6 [X] ACTIVE; 7 [ ] INACTIVE; 8 [ ] TEMAC; 9 [ ] ACDUTRA |
| 10 Member's Ship or Station | NAVCRUITDIST DETROIT |
| 11 Member's UIC | 62439 |
| 12 Date Reported | 87JAN22 |
| Occasion for Report | 13 [X] PERIODIC; 14 [ ] TRANSFER; 15 OTHER |
| Period of Report | 16 FROM 86NOV18; 17 TO 87MAR31 |
| Type of Report | 18 [X] REGULAR; 19 [ ] CONCURRENT |
| 20 Height and Weight/Phys. Qual. | PASSED |
| 21 Reserve Part | |
| 22 Eff Date of Rate | 85DEC16 |
| 23 Reporting Senior's Name (Last and Initials) | MCANALLY, N D |
| 24 Rank | LCDR |
| 25 Title | XO |
| 26 SSN | [redacted] |

| Evaluation Section (*Requires Comment) | Not Obs | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8* | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Professional Factors: 27 Military Knowledge/Performance | | | | | X | | | | | | |
| Professional Factors: 28 Rating Knowledge/Performance | | | | | X | | | | | | |
| Personal Traits: 29 Initiative | | | | | X | | | | | | |
| Personal Traits: 30 Reliability | | | | | X | | | | | | |
| Personal Traits: 31 Military Bearing | | | X | | | | | | | | |
| Personal Traits: 32 Personal Behavior | | | X | | | | | | | | |
| Personal Traits: 33 Human Relations Incl Equal Opportunity | | | X | | | | | | | | |
| Self Expression: 34 Speaking Ability | | | | | X | | | | | | |
| Self Expression: 35 Writing Ability | | | | X | | | | | | | |
| Leadership: 36 Directing | | | | | | X | | | | | |
| Leadership: 37 Counseling | | | | | | X | | | | | |
| 38 Management (E-7/8/9 Only) | X | | | | | | | | | | |
| 39 Overall Evaluation | | | | | X | | | | | | |
| 40 Summary | | 15 | 23 | 6 | 3 | 0 | 0 | 0 | 0 | 0 | 0 |

Advancement Recommendation: 41 [ ] RECOMMENDED; 42 [X] PROGRESSING TOWARD; 43 [ ] NOT RECOM

44 SIGNATURE OF MEMBER
I ACKNOWLEDGE THAT I HAVE SEEN THIS EVALUATION REPORT AND UNDERSTAND MY RIGHTS UNDER ARTICLE 1110, U.S. NAVY REGS., 1973, TO SUBMIT A STATEMENT.

STATEMENT: ~~DESIRED~~/NOT DESIRED (CROSS OUT AS APPROPRIATE)

[signature]

45 SIGNATURE OF REPORTING SENIOR

[signature]

46 ADDRESS OF REPORTING SENIOR
COMMANDING OFFICER
NAVY RECRUITING DISTRICT DETROIT
3100 E. JEFFERSON AVE
DETROIT, MI 48207-4221

47 TYPED NAME AND SIGNATURE OF REGULAR REPORTING SENIOR ON CONCURRENT REPORT

FINISH FILE NMPC-322
DATE: 1 8 JUN 1987 INITIAL: [initials]

48 DATE FORWARDED 87MAY08

49 DATE FWD (IF 47 USED)

NAVPERS 1616/24 (5-82) S/N 0106-LF-016-1725

NMPC (N-322) COPY

EMPRS Duplicate Copy

00400

OCR TYPING FONT NOT REQUIRED FOR COMPLETION OF THIS SIDE

| NAME (LAST, FIRST, MIDDLE INITIAL) | SSN | PERIOD OF REPORT |
| --- | --- | --- |
| WALLS, [illegible] G. | [redacted] | From 86NOV18 To 87MAR31 |

Assigned as Navy Recruiting District, Detroit support staff in Lansing, Michigan. Responsible for birth verifications for the State of Michigan and providing assistance to Navy Recruiting Districts in CONUS. Tasked with providing a positive Navy image in the civilian community. LV/TR/TEMDUINS: 86NOV18 - 87JAN22

55 SPECIAL ACHIEVEMENTS

56 EVALUATION COMMENTS

SM2 Walls reported on board with no training in the requirements of recruiting procedures. Very slow in grasping assigned tasks. Requires a great deal of supervision on a daily basis. Unaggressive. Weak in leadership abilities. Quiet and reserved. Wears his uniform with great pride and his military bearing is excellent. With much training and supervision Petty Officer Walls could develop into an above average Petty Officer. Progressing towards advancement to First Class Petty Officer. Recommended for retention.

00101

ADV. PAY PAID

33

SEQ-ITN:
EVENT: L28 ENLISTED ACTIVITY LOSS DCN: 02050000068

DETACHING ENDORSEMENT TO ORDERS NAVCOMPT 4062

SSN: [redacted] NAME: WALLS JEFFREY GLEN PAY GRADE: E6

ORDER AUTH NO: 1228 DATE OF ORDERS: 90JUN22 END NO: 01
UIC: 62439 DET HOUR: 0900 DET DATE: 90AUG20
MAR DET FOR: PERMDY UIC REPORTING TO: 20968
NATURE OF DUTY: REG DUTY PROSPECTIVE CREWMEMBER:
OTHER DUTY: ALTING CAT CODE: TAC: 630
NO MONTHS DEPLOYED: UIC ADDR:

DAYS DELAY LV AUTH: 030 DAYS PROCEED AUTH: 4 DAYS TVL TIME AUTH: 02
EMGNCY LV: NO DAYS EMGNCY LV: LV PERMDY STA AREA:
LV OUT CONUS: SHIP ALT: 1 PROJ ARR DATE: 90SEP25

SEPARATION PAYMENT: DISABILITY:
OTHER SEPARATION CODES: SEPTN CODE:
PAY DUE AT DISCH: PERSONAL FUNDS:
DISCH GRAT PAID: SEPTN PAY:

LEAVE ADDRESS: STREET: [redacted]
CITY: [redacted]
STATE: [redacted] ZIP CODE: [redacted]
COUNTRY:

REMARKS:
PREPARED BY PN2 BIRD.

2330007

ACCEPTED FOR ENLISTMENT AT: OR ORDERED TO ACTIVE DUTY FROM:
CITY AND STATE OR COUNTRY: DATE:
I HEREBY ELECT MILEAGE TO THE FOLLOWING LOCATION (CITY, STATE OR COUNTRY):

HOME OF RECORD AT TIME OF ENLISTMENT, INDUCTION OR ORDERS TO ACTIVE DUTY:

APPROPRIATION DATA:
RANK/RATE:
SIGNATURE OF MEMBER

AUTHENTICATING OFFICER'S NAME AND GRADE: L G CABIAD PNC USN
TITLE: PERSOFF BY DIRECTION
ACTIVITY:

00102

L G Cabiad

SIGNATURE OF AUTHENTICATING OFFICER

DEPENDENCY APPLICATION/RECORD OF EMERGENCY DATA

1. UNIT I.D.: 21941
2. SHIP OR STATION: USS COLE (DDG 67)
3. [redacted]
4. [redacted]

5. NAME OF SPOUSE
6. DATE OF BIRTH OF SPOUSE
7. RELATIONSHIP
8. PLACE OF MARRIAGE (CITY & STATE OR COUNTRY)
9. DATE MARRIED
10. CITIZENSHIP OF SPOUSE
[redacted] 11. ADDRESS OF SPOUSE
12. DEP
13. NAME OF CHILD OR DEPENDENT
14. DATE OF BIRTH
15. RELATIONSHIP
16. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT)
17. DEP
18. NAME OF CHILD OR DEPENDENT
19. DATE OF BIRTH
20. RELATIONSHIP
21. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT)
22. DEP
23. NAME OF CHILD OR DEPENDENT
24. DATE OF BIRTH
25. RELATIONSHIP
26. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT)
27. DEP
28. NAME OF CHILD OR DEPENDENT
29. DATE OF BIRTH
30. RELATIONSHIP
31. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT)
32. DEP

[redacted] 33. NAME OF FATHER: JETHRO NMN WALLS (DECEASED)
34. ADDRESS OF FATHER (SEE SPECIAL INSTRUCTIONS BEFORE COMPLETING BLOCK 35)
35. DEP: NO
36. NAME OF MOTHER: [redacted]
37. ADDRESS OF MOTHER (SEE SPECIAL INSTRUCTIONS BEFORE COMPLETING BLOCK 38): [redacted]
38. DEP: YES

39. WERE YOU PREVIOUSLY MARRIED: ☐ YES ☒ NO
40. PRIOR MARRIAGE DISSOLVED BY: ☐ DEATH ☐ ANNULMENT ☐ DIVORCE
41. DATE
42. PLACE (CITY & STATE OR COUNTRY)
43. WAS SPOUSE PREVIOUSLY MARRIED: ☐ YES ☐ NO
44. PRIOR MARRIAGE DISSOLVED BY: ☐ DEATH ☐ ANNULMENT ☐ DIVORCE
45. DATE
46. PLACE (CITY & STATE OR COUNTRY)

47. OTHER: NONE
48. ADDRESS
49. RELATIONSHIP
50. NEXT OF KIN OF SPOUSE (NOT MEMBER, WIFE OR MINOR CHILD)
51. ADDRESS
52. RELATIONSHIP

53. BENEFICIARY(IES) FOR UNPAID PAY AND ALLOWANCES: [redacted]
54. ADDRESS: [redacted]
55. RELATIONSHIP: MOTHER
56. %: 100

57. PERSON TO RECEIVE ALLOTMENT IF IN A MISSING STATUS SUBJECT TO SECNAV DETERMINATION: [redacted]
58. ADDRESS: [redacted]
59. %: 00

60. BENEFICIARY(IES) FOR GRATUITY PAY (NO SPOUSE OR CHILD SURVIVING): [redacted]
61. ADDRESS: [redacted]
62. RELATIONSHIP: UNCLE
63. %: 100

64. LIFE INSURANCE DATA (OTHER THAN SGLI): NONE
65. ADDRESS
66. POLICY NUMBER

67. RELIGION: 08
68. [redacted]
69. [redacted]
70. RANK / RATE: E6/SM1
71. PAGE: 1
72. OF PAGES: 1

73. NAME OF MEMBER (LAST, FIRST, MIDDLE): WALLS JEFFREY GLEN
74. SSN: [redacted]
75. USN: ☒
76. USNR: ☐

NAVPERS 1070/602 (Rev. 7-98) S/N 0106-LF-012-0025 PART II BUREAU OF NAVAL PERSONNEL

00103

EMPRS Duplicate Copy

NAVPERS 1070/602 (Rev. 7-72) (PART II) (BACK)

77. LOCATION OF WILL OR OTHER VALUABLE PAPERS
1336 HEMMINGWAY CIRCLE JACKSON MS 39208

78. REMARKS
ADDRESS CHANGE ONLY.

Is beneficiary designation of S.G.L.I. on file? [X] YES [ ] NO — DATE (If Yes) 97JAN07

NOTE: THIS FORM DOES NOT DESIGNATE OR CHANGE BENEFICIARIES OF GOV'T LIFE INSURANCE.

| 79. SIGNATURE OF DESIGNATOR | 80. SIGNATURE OF APPROVING OFFICER, TITLE, AND DATE |
|---|---|
| JEFFREY GLEN WALLS | 97JAN07<br>V. SMALLWOOD, PNCS(SW), USN PERSOFF BYDIRCO |

CERTIFICATION OF DESIGNATOR

I have reviewed the data entered on this form and certify that it is correct.
Execute a new NAVPERS 1070/602 if data is not correct.

| DATE | SIGNATURE OF DESIGNATOR | DATE | SIGNATURE OF DESIGNATOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

00104

EMPRS Duplicate Copy

1616-1

# ENLISTED PERFORMANCE EVALUATION REPORT

| | | |
|---|---|---|
| 1. NAME (LAST, FIRST, MIDDLE INITIAL): WALLS, JEFFREY G | 2. RATE: SM1 (SW) | 3. SSN: [redacted] |
| BRANCH/CLASS: 4. [X] USN 5. [ ] USNR | STATUS: 6. [X] ACTIVE 7. [ ] INACTIVE 8. [ ] TEMAC | 9. [ ] ACDUTRA |
| 10. MEMBER'S SHIP OR STATION: FFG-15 ESTOCIN | 11. MEMBER'S UIC: 20963 | 12. DATE REPORTED: 93MAR12 |
| OCCASION FOR REPORT: 13. [ ] PERIODIC 14. [X] TRANSFER 15. OTHER | PERIOD OF REPORT 16. FROM: 94DEC01 | 17. TO: 95SEP08 |
| TYPE OF REPORT: 18. [X] REGULAR 19. [ ] CONCURRENT; 20. PHYSICAL READINESS: P/US | 21. RESERVE PART | 22. DATE OF RATE: 95JAN17 |
| 23. REPORTING SENIOR'S NAME (LAST AND INITIALS): FLOWERS, K V; 24. RANK: LCDR | 25. TITLE: XO | 26. SSN: [redacted] |

| EVALUATION SECTION * REQUIRES COMMENT IN BLOCK 56 | NOT OBS | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8* | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FACTORS — 27. MILITARY KNOWLEDGE/PERFORMANCE | | X | | | | | | | | | |
| FACTORS — 28. RATING KNOWLEDGE/PERFORMANCE | | X | | | | | | | | | |
| PERSONAL TRAITS — 29. INITIATIVE | | X | | | | | | | | | |
| PERSONAL TRAITS — 30. RELIABILITY | | X | | | | | | | | | |
| PERSONAL TRAITS — 31. MILITARY BEARING | | X | | | | | | | | | |
| PERSONAL TRAITS — 32. PERSONAL BEHAVIOR | | X | | | | | | | | | |
| PERSONAL TRAITS — 33. HUMAN RELATIONS INCL. EQUAL OPPORTUNITY | | X | | | | | | | | | |
| SELF EXPRESSION — 34. SPEAKING ABILITY | | X | | | | | | | | | |
| SELF EXPRESSION — 35. WRITING ABILITY | | X | | | | | | | | | |
| LEADERSHIP — 36. DIRECTING | | X | | | | | | | | | |
| LEADERSHIP — 37. COUNSELING | | X | | | | | | | | | |
| 38. MANAGEMENT (E-7/8/9 ONLY, NOT FOR E-6 AND BELOW) | X | | | | | | | | | | |
| 39. OVERALL EVALUATION | | * X | | | | | | | | | |
| 40. SUMMARY | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ADVANCEMENT RECOMMENDATION: 41. [X] RECOMMENDED 42. [ ] PROGRESS TOWARD 43. [ ] NOT RECOM. *

45. SIGNATURE OF REPORTING SENIOR: (signature)

44. ACKNOWLEDGEMENT BY AND SIGNATURE OF MEMBER
I ACKNOWLEDGE THAT I HAVE SEEN THIS EVALUATION REPORT AND UNDERSTAND MY RIGHT TO SUBMIT A STATEMENT.
I INTEND TO SUBMIT, ~~DO NOT INTEND TO SUBMIT A STATEMENT~~ (CIRCLE YOUR INTENTION)

46. ADDRESS OF REPORTING SENIOR:
COMMANDING OFFICER
USS ESTOCIN (FFG-15)
FPO AE 09659-1417

DATE SIGNED BY MEMBER: (signature) 24AUG95

47. TYPED NAME, TITLE, ADDRESS, AND SIGNATURE OF REGULAR REPORTING SENIOR ON CONCURRENT REPORT

48. DATE SIGNED: 24 AUG 1995

49. DATE SIGNED (IF 47 USED)

NAVPERS 1616/24 (REV. 3-90)

COPY [ ] BUPERS RETURN [ ] HOLD RECORD [ ] ACTIVITY [ ] MEMBER'S

[illegible] | SSN | [illegible]
WALLS, J G | [redacted] | 94DEC01 — 95SEP0[illegible]

**DUTIES AND RESPONSIBILITIES**

PRI: LEADING SM-12, LPO-12, SUPERVISED 8 PERSONNEL. WATCH: SMOW-12, OOD INPORT-12, DUTY MAA-12, JOOD/CONNING OFFICER-12 COLL: DIVISIONAL CAREER COUNSELOR-12, URINALYSIS COORDINATOR-12, REPAIR PARTS PETTY OFFICER-12, SAFETY PETTY OFFICER-12, COMMAND ASSESMENT TEAM MEMBER-12.

**SPECIAL ACHIEVEMENTS**

**EVALUATION COMMENTS**

SM1 WALLS IS A SUPERB PERFORMER, EXCELLING IN ALL AREAS OF LEADERSHIP AND MANAGEMENT. SM1 WALLS HAS SHOWN HIMSELF TO BE A VERSATILE, "CAN DO" SAILOR BY ASSUMING THE DUAL ROLES OF SIGNALMAN OF THE WATCH AND AS QUARTER MASTER OF THE WATCH. THIS DEMONSTRATED HIS FLEXIBILITY AND HAS MADE HIM A KEY CONTRIBUTOR TO ALL SHIP WIDE GOALS. SPECIFIC ACCOMPLISHMENTS INCLUDE:

- PERSONALLY RECOGNIZED BY COMDESRON SIX FOR OUTSTANDING ASSIST SHIP VISITS DURING TWO TYCOMMEX INSPECTIONS. HE DIRECTLY CONTRIBUTED TO THE EXCELLENT SCORE FOR ESTOCIN.

- SERVED AS OPERATIONS DEPARTMENT PRT COORDINATOR.

- ASSISTED IN THE ESWS PROGRAM BY CONDUCTING NUMEROUS LESSON TOPIC LECTURES.

- ASSISTED IN CONDUCTING, COMPILING, AND DISSEMINATING COMMAND CLIMATE RESULTS.

- PARTICIPATED IN NUMEROUS COMMUNITY SERVICES WITH PHI BETA SIGMA ORGANIZATION AT HOWARD UNIVERSITY AND THE BIG BROTHER/BIG SISTER ASSOCIATION.

- CONDUCTED VISUAL COMMUNICATIONS TRAINING AT THE OFFICER PREPARATORY SCHOOL IN NORFOLK, VIRGINIA.

- COMPLETED THE COURSE AND STUDIES FOR POLICE I COURSE UNDER THE DEPARTMENT OF LABOR APPRENTICESHIP PROGRAM.

- SCORED OUTSTANDING ON MOST RECENT PHYSICAL READINESS TEST.

SM1 WALLS HAS PERFORMED HIS DUTIES IN A HIGHLY PROFESSIONAL MANNER. HE IS A GIFTED TEACHER WHO NOT ONLY POINTS OUT PROBLEMS, BUT FINDS SOLUTIONS. HE LEADS BY EXAMPLE AS DEMONSTRATED BY HIS TOP NOTCH PHYSICAL SHAPE AND POSITIVE ATTITUDE. HIS TIRELESS DEDICATION TO THE CORE VALUES OF HONOR, COMMITMENT AND COURAGE MAKE HIM A PRIME CANDIDATE FOR SELECTION AS CHIEF PETTY OFFICER. SM1 WALLS HAS MY STRONGEST RECOMMENDATION FOR ADVANCEMENT AND ANY SPECIAL PROGRAM.

RETENTION: RECOMMENDED.

00106

PRIVACY ACT STATEMENT: Authority to request this information is contained in 5 USC 301, Departmental Regulations. The principal purpose of the information is to identify your personal skills and capabilities in order to assign you training duties commensurate thereto. It will therefore be used initially to assist in ascertaining your suitability for particular types of formal training and duty assignment. Additionally, it may be used throughout your naval service by officials and employees of the Department of the Navy in the performance of their official duties related to the management, supervision, and administration of Navy military personnel and the operation of personnel affairs and functions. Completion of the form is mandatory except for items dealing with Leisure Time Activities, Talent for Public Entertainment, Sports in which Qualified, and Highest Position of Leadership, which are voluntary; failure to provide required information may result in denial of your requests for training or duty assignments which you might desire later in your naval service, or in other administrative action being taken.

| PREPARING ACTIVITY | | | CO NO | DATE PREPARED |
|---|---|---|---|---|
| RECRUIT TRAINING COMMAND | ORLANDO | FL | C214 | 9/22/80 |

| TEST FORM | DATE ADMIN | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A5 | 11/6/79 | 44 | 31 | 50 | 50 | 60 | 32 | 54 | 34 | 49 | 34 | 58 | 44 | 36 |

| MOST SIGNIFICANT EDUCATION | DATES | YEARS EDUCATION | DEGREE |
|---|---|---|---|
| High School | *9/76-8/80 | 12 | HS |

SPECIAL TEST SCORES

| NAME | FORM | DATE | SCORE |
|---|---|---|---|
| NFQT | | | - |
| DLAH | | | - |
| APT | | | - |

NAME OF COLLEGE OR UNIVERSITY

MAJOR SCHOOL COURSE

Academic

| SPECIAL STUDIES | ALG GEOM | TRIG | PHYS | TYPING |
|---|---|---|---|---|
| HIGH SCHOOL | - | - | - | - - |
| COLLEGE | | | | - |

LEISURE TIME ACTIVITIES: -

TALENT FOR PUBLIC ENTERTAINMENT: -

SPORTS IN WHICH QUALIFIED: -

HIGHEST POSITION OF LEADERSHIP: -

SPECIALIZED TRAINING

-*Attended summerschool to have sufficient required credits to graduate.

| MAIN CIVILIAN OCCUPATION | YRS SERVICE | DOT CODE |
|---|---|---|
| STUDENT | - | 000.000 |

DUTIES SKILLS MACHINES

| SECOND BEST OCCUPATION | YEARS SERVICE |
|---|---|
| - | |

DUTIES SKILLS MACHINES

REMARKS (2/-/-/-) Biology I yr., HS

ASVAB ADMINISTERED BY AFEES- Jackson HS

| RIGHT EYE UNCORR | RIGHT EYE CORR | LEFT EYE UNCORR | LEFT EYE CORR | RIGHT HANDED | LEFT HANDED | QUALIFIED SWIMMER CLASS | | NORM | DEF |
|---|---|---|---|---|---|---|---|---|---|
| 20/100 | 20/20 | 20/100 | 20/20 | x | | III | COLOR PERCEPTION | x | |
| | | | | | | | HEARING | x | |

RATING RECOMMENDATIONS

| | 1ST | 2ND | 3RD | 4TH | 5TH |
|---|---|---|---|---|---|
| IN | RM | - | - | - | - |
| OUT | - | - | - | - | - |

SIGNED: LINDA C. HOWELL, PN2, USN

I understand what has been recorded herein and the information is correct. I also accept and volunteer for the apprenticeship(s) ratings and types of duty involved

X J.G. Walls

JEFFREY GLEN WALLS — EXAMINEE'S SIGNATURE

| NAME | SSN | RATE | CLASS |
|---|---|---|---|
| WALLS JEFFREY GLEN | [redacted] | SRSG | 11 |

1752

SHIP OR STATION

PERSUPPACT NTC SAN DIEGO CA [illegible] NTC SAN DIEGO CA UIC: [illegible]

19MAR81: ATTENDED 4 WEEKS OF SEAMAN APPRENTICESHIP TRAINING UPON COMPLETION OF THE BASIC MILITARY TRAINING PHASE OF RECRUIT TRAINING. RECEIVED ORIENTATION AND INSTRUCTION IN GENERAL TOPICS LISTED BELOW IN PREPARATION FOR ASSIGNMENT TO THE GENERAL AND SERVICE RATINGS WITHIN RATING GROUPS I THRU VI:

A. SHIPBOARD ORGANIZATION AND SAFETY: DRILLS, EVOLUTIONS AND SAFETY PROCEDURES.

B. DECK & BOAT SEAMANSHIP: NOMENCLATURE, CARGO, HANDLING, PRESERVATION, REPLENISHMENT AT SEA AND LINE HANDLING.

C. WATCHSTANDING: TYPES OF WATCHES AND LOOKOUTS, TERMINOLOGY, HONORS AND CEREMONIES.

D. GUNNERY: TYPES OF WEAPONS, SMALL ARMS, TERMINOLOGY AND GENERAL CHARACTERISTICS.

E. DAMAGE CONTROL: DAMAGE CONTROL ORGANIZATION AND PROCEDURES, CONTROL OF FLOODING, NBCD AND COMPARTMENT DESIGNATION.

F. ADMINISTRATION: PERSONNEL QUALIFICATIONS, MAINTENANCE REQUIREMENT CARDS (MRC), 3-M SYSTEMS, PQS AND SHIPBOARD CHAIN OF COMMAND.

R. J. Fangman MMM

R. J. FANGMAN, GS5
LEAD TR. CLK
BY DIRECTION OF CO

R.J. FANGMAN, GS-5, LEADTRFCLK BY DIR CO

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
| --- | --- | --- |
| WALLS, JEFFREY GLEN | [redacted] | USN |

ADMINISTRATIVE REMARKS- NAVPERS 1070/613 (REV. 3/73) S/N 0106-LF-010-6131

13

EMPRS Duplicate Copy

EC10/39/
DLN: 01220003SP

EVENT: R25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: [redacted]
RANK/RATE: SM2
USN OR USNR: USN
SHIP OR STATION: NRD DETROIT MI
TOTAL NUMBER OF DEPENDENTS: 00

NAME: WALLS JEFFREY GLEN
UIC-ACTUAL: 62439
DEPNS CHG EFFECTIVE DATE:
INITIAL/CHANGE:

NAME OF SPOUSE:
SPOUSE DATE OF BIRTH:
SPOUSE SSN: - -
SPOUSE RELATIONSHIP:
IS SPOUSE DEPENDENT:
IS SPOUSE ACTIVE MEMBER OF UNIFORMED SERVICE: BRANCH:
SPOUSE CITIZENSHIP:
DATE OF MARRIAGE:
PLACE OF MARRIAGE:

ADDRESS OF SPOUSE:

WAS SPOUSE PREVIOUSLY MARRIED:
PRIOR MARRIAGE DISSOLVED BY:
DATE PRIOR MARRIAGE DISSOLVED:
PLACE PRIOR MARRIAGE DISSOLVED:

WAS MEMBER PREVIOUSLY MARRIED: NO
PRIOR MARRIAGE DISSOLVED BY:
DATE PRIOR MARRIAGE DISSOLVED:
PLACE PRIOR MARRIAGE DISSOLVED:

NAME OF FATHER: [redacted] NMN [redacted]
IS FATHER DEPENDENT: NO
ADDRESS OF FATHER: [redacted]

NAME OF MOTHER: [redacted]
IS MOTHER DEPENDENT: NO
ADDRESS OF MOTHER: [redacted]

CHILD AND/OR DEPENDENT
NAME:
IS PERSON DEPENDENT:
RELATIONSHIP:
DEPENDENT DATE OF BIRTH:
ADDRESS:

00109

NAME OF CUSTODIAN OTHER THAN CLAIMANT:

NAVPERS 1070/602R PAGE 01 OF 03

FC:17/39/
DCN: 01770A035P

EVENT: R25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: [redacted] NAME: WALLS JEFFREY GLEN

OTHER PERSON, NOT ALREADY NAMED, TO BE NOTIFIED OF PERSONAL CASUALTY
NAME: NONE
RELATIONSHIP:
ADDRESS:

NEXT OF KIN OF SPOUSE (NOT HUSBAND, WIFE OR MINOR CHILD)
NAME:
RELATIONSHIP:
ADDRESS:

BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES
NAME: [redacted]
RELATIONSHIP: MOTHER
ADDRESS: [redacted]

PERCENTAGE: 100
PERSON TO RECEIVE ALLOTMENT IF IN A MISSING STATUS, SUBJECT TO SECNAV DETERMINATION
NAME: [redacted]
ADDRESS: [redacted]

PERCENTAGE: 80
BENEFICIARIES FOR GRATUITY PAY (NO SPOUSE OR CHILD SURVIVING)
NAME: [redacted]
RELATIONSHIP: MOTHER
ADDRESS: [redacted]

PERCENTAGE: 100
LIFE INSURANCE DATA (NOT INCLUDING NSLI OR SGLI)
NAME OF COMPANY: NONE
ADDRESS:

POLICY NUMBER:
LOCATION OF WILL OR OTHER VALUABLE PAPERS: NONE
RELIGION: SS
BENEFICIARY DESIGNATION OF SGLI ON FILE: NO DESIGNATION DATE:

00110

NAVPERS 1070/602 PAGE 02 OF 03

/FC12/39/
DCN: 0177A0035P

EVENT: R25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: [redacted]    NAME: WALLS JEFFREY GLEN

REMARKS:

CERTIFICATION: I HAVE REVIEWED THE DATA ON THIS FORM AND CERTIFY THAT IT IS CORRECT.

SIGNATURE OF DESIGNATOR    SIGNATURE OF WITNESS

TITLE RECRUITER SUPPORT    DATE 4/5/90

00111

31

## HISTORY OF ASSIGNMENTS

LEGEND: THE FOLLOWING ABBREVIATIONS WILL BE USED IN GAIN ENTRY AND LOSS ENTRY COLUMNS

**GAINS:**

- ENL – ENLISTED
- REEN – REENLISTED
- EXTENL – EXTENDED ENLISTMENT
- RECACDU – RECALLED TO ACTIVE DUTY
- RECACDUTR – RECEIVED FOR ACTIVE DUTY FOR TRAINING
- RECDUT – RECEIVED FOR DUTY
- RECTAD – RECEIVED FOR TAD
- RECTD – RECEIVED FOR TEMPORARY DUTY
- RECTDUINS – RECEIVED FOR TEMPORARY DUTY UNDER INSTRUCTION
- RECDUINS – RECEIVED FOR DUTY FOR UNDER INSTRUCTION
- RECTADUINS – RECEIVED FOR TEMPORARY ADDITIONAL DUTY UNDER INSTRUCTION
- RECDP – RECEIVED DRILL PAY
- RECNP – RECEIVED NON-PAY
- RECTREAT – RECEIVED FOR TREATMENT
- RECCFO – RECEIVED IN CONNECTION WITH FITTING OUT

**LOSSES:**

- RELACDU – RELEASED FROM ACTIVE DUTY
- RELACDUTRA – RELEASED FROM ACTIVE DUTY FOR TRAINING
- DISCH – DISCHARGED
- TRAN – TRANSFERRED

| 1. TYPE AND DATE OF GAIN ENTRY | 2. ACTIVITY | 3. DUTIES | 4. TYPE AND DATE OF LOSS ENTRY | 5. INITIALS A | B |
|---|---|---|---|---|---|
| REENL 90JUL17 | NRD MICHIGAN BY PSD DETORIT MI | UIC: 62439 ACC: 100 OF RATE: SM1 | TRAN 90AUG20 | DAS | EGR |
| | PROJECTED ROTATION DATE: SHDCD: 87JAN | 90AUG | | | |
| RECDUT 90SEP14 | USS ESTOCIN (FFG-15) SWCD: SEP 90 EAOS: JUL | RATE OF SM1 94 PRD APR 95 | DISCH 94JUN08 | RLE | ZKRM |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

NAME (last, first, middle): [illegible]

SOCIAL SECURITY NUMBER: [redacted]

NAVPERS 1070/605 (REV. 3-80) S/N 0106-LF-010-6062

5

00112

EMPRS Duplicate Copy

CERTIFICATE OF PERSONNEL SECURITY INVESTIGATION, CLEARANCE AND ACCESS
(FOR USE SEE OPNAVINST 5510.1F)
S/N 0107-LF-056-2100

C514

4/

## PART I - IDENTIFICATION DATA

| NAME | DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NO. |
|---|---|---|---|
| WALLS JEFFREY GLEN | [redacted] | CHICAGO, IL | [redacted] |

STATUS: ☐ OFFICER ☒ ENLISTED ☐ CIVILIAN SERVICE: USN /SR

SERVICE DATE: 80 09 02

☒ U.S. NATIVE ☐ U.S. NATURALIZED ______ (DATE NATURALIZED)

☐ IMMIGRANT ALIEN (SEE COMMENTS) ______ (DATE ACQUIRED) ☐ PHILIPPINE NONIMMIGRANT ALIEN (SEE COMMENTS)

## PART II - RECORD OF INVESTIGATION

| TYPE | AGENCY | DATE | CASE CONTROL # | TYPE | AGENCY | DATE | CASE CONTROL # |
|---|---|---|---|---|---|---|---|
| ENTNAC | DIS | 800223 | N/A | | | | |
| BI | DIS | 810109 | 80296 0077 | | | | |
| | | | | | | | |
| | | | | | | | |

## PART III - RECORD OF CLEARANCE

| DATE | CLEARANCE | BASIS/DATE | AUTHORIZING COMMAND (TYPED NAME AND SIGNATURE) | REMARKS |
|---|---|---|---|---|
| 801024 | SECRET | ENTNAC/ 800223 | N.W. [illegible] USN<br>DP DIV OF CO RTC ORL FL | |
| 810114 | TOP SECRET | BI/810109 | J.L. HAYWARD PNCS USN<br>PSD,NTC,SDIEGO,CA 92133 | 870122 ADMINISTRATIVELY WITHDRAWN |
| | | | | |
| | | | | |
| | | | | |

DATE: 870122

COMMENTS: CLEARANCE ADMINISTRATIVELY WITHDRAWN IN ACCORDANCE WITH ALNAV 065/85 AND WITHOUT PREJUDICE.

W. H. MARTIN, CAPT, USN, COMMANDING OFFICER

COPY TO (MILITARY PERSONNEL ONLY): NAVY-CHIEF OF NAVAL PERSONNEL (PERS 81/NMPC 81); MARINE CORPS-COMMANDANT OF THE MARINE CORPS (MSRB)

## PART IV : [illegible] ACCESS

| COMMAND | LEVEL OR PROGRAM | FROM (Y,M,D) | AUTHORITY | TO (Y,M,D) | REMARKS |
|---|---|---|---|---|---|
| SSC-NTC SDIEGO-CA | SECRET | 810107 | [illegible].L. MAYNARD PNCS USN BY DIR | 810210 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

000750

# APPLICATION FOR ENLISTMENT – ARMED FORCES OF THE UNITED STATES

*Form Approved OMB 22-R 0331*

**DATA REQUIRED BY THE PRIVACY ACT OF 1974**

AUTHORITY: Title 10, United States Code, Sections 504, 505, 508, and 510, and Executive Order 9397.

PRINCIPAL PURPOSE: To determin your eligibility for enlistment.

ROUTINE USES: If you are enlisted, this form becomes the principal source document for, and a part of, your military personnel records which are used to make decisions related to your training, promotion, reassignment, and other personnel management actions.

DISCLOSURE: Voluntary; failure to answer all questions on this form except 12, 26, 32, and 35 may result in denial of your enlistment.

**WARNING**

Information provided by you on this form is FOR OFFICIAL USE ONLY and will be maintained and used in strict compliance with Federal law and regulation. The information provided by you becomes the property of the United States Government and it may be consulted throughout your military service career, particularly whenever either favorable or adverse administrative or disciplinary actions related to you are involved.

YOU CAN BE PUNISHED BY FINE, IMPRISONMENT OR BOTH IF YOU ARE FOUND GUILTY OF MAKING A KNOWING AND WILLFUL FALSE STATEMENT ON THIS APPLICATION.

**INSTRUCTIONS** *(Read carefully BEFORE filling out this form)*

1. Type or print LEGIBLY all answers; if the answer is "None" or "Not Applicable," so state.
2. Questions 12, 26, and 32 are optional and may be left blank. Question 35 may be answered orally.
3. If additional space is needed for any answer, continue it in Item 37, "REMARKS."

## SECTION I – PERSONAL DATA

1. SOCIAL SECURITY ACCOUNT NUMBER: [redacted]

2. NAME (Last - First - Middle (& Maiden, if any), Jr., Sr., etc.): WALLS JEFFREY GLEN

3. CURRENT ADDRESS (Street, City, County, State, & ZIP Code): P.O. BOX [redacted] 28113 39666

4. HOME OF RECORD (City, County, State, & ZIP Code): P.O. BOX [redacted] 28113 39666

5. CITIZENSHIP: [X] U.S. (BIRTH) [ ] U.S. (DERIVED) [ ] U.S. (NATURALIZED) [ ] U.S. NATIONAL [ ] NON U.S. (Specify) — C1

6. SEX: [X] MALE [ ] FEMALE — M

7. POPULATION GROUP: [ ] AM INDIAN [ ] ASIAN [X] BLACK [ ] WHITE [ ] OTHER (Specify) — N

8. ETHNIC GROUP: NONE — 1

9. MARITAL STATUS: SINGLE — S

10. NO. OF DEPENDENTS: NONE (0) — 0

11. DATE OF BIRTH (Y Y M M D D): [redacted]

12. RELIGIOUS PREFERENCE: SEE BLK 37 — 0 0

13. EDUC (Highest grade completed): 12 — 115

14. SELECTIVE SERVICE INFORMATION: NUMBER — [X] NOT REGISTERED; CLASS

15. FOREIGN LANGUAGE AND SKILL: NONE [ ] SPEAK [ ] WRITE [ ] READ

16. DRIVER'S LICENSE INFORMATION: STATE MS; NUMBER [redacted]; EXPIRES NOV 80

DO NOT WRITE IN THIS SECTION (Go on to Item 22)

## SECTION II – EXAMINATION AND ENLISTMENT DATA PROCESSING CODES
— FOR OFFICE USE ONLY —

17. MENTAL TEST RESULTS

a. TEST ID: A15; b. AFQT %ILE: 56

c. APTITUDE RAW SCORES:

| G | I | N | O | A | D | W | K | A | R | S | P | M | K | E | I | M | C | C | S | S | T | A | I |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 5 | 4 | 2 | 1 | 4 | 1 | 3 | 0 | 5 | 1 | 5 | 0 | 4 | 2 | 0 | 1 | 0 | 1 | 0 | 0 | 5 | 0 | 7 |

18. MEDICAL RESULTS

| a. P | U | L | H | E | S | X | b. HT. | c. WEIGHT | d. BLOOD PRESSURE SYSTOLIC | DYSTOLIC | e. HAIR COLOR | f. EYE COLOR | g. VISUAL ACUITY UNCORRECTED | CORRECTED | h. COLOR VISION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 2 | 1 | | 69 | 132 | 130 | 070 | BLK | BRN | RT 20/ 100; LF 20/ 100 | RT 20/ 20; LF 20/ 25 | PASS |

19. DELAYED ENLISTMENT DATA

| a. DATE OF ENLISTMENT (YYMMDD) | b. PROJ ACTIVE DUTY DATE (YYMMDD) | c. ES | d. RECRUITER IDENTIFICATION | e. PROG ENL FOR | f. T-E MOS/AFS |
|---|---|---|---|---|---|
| 791220 | 800901 | 3 | 0347000000 | C4 M9 | SR |

20. ACCESSION DATA

| a. DATE OF ENLISTMENT | b. ACTIVE DUTY SVC DATE | c. PAY ENTRY DATE | d. TOE | e. WAIVER | f. PAY GRADE | g. DATE OF GRADE | h. ES | i. HIGHEST GRADE |
|---|---|---|---|---|---|---|---|---|
| | | 791220 | 4 | YYY | | | 1 | 122 |

| j. RECRUITER IDENTIFICATION | k. PROG ENL FOR | l. T-E MOS/AFS | m. PMOS AFS | n. YOUTH | o. O A | p. TRANSFER TO |
|---|---|---|---|---|---|---|
| 5086014112 | A4RMC | | | YY9 | NY | N31155 |

21. SVC REQUIRED DATA CODES (1–70)

| LAST NAME | | SSAN |
|---|---|---|
| WALLS | 000751 | [redacted] |

## SECTION III — VERIFICATION OF PERSONAL DATA

**22. EDUCATION** (List all high schools and colleges attended; if none attended, show last school attended.)

| a. MONTH & YEAR FROM | TO | b. NAME AND LOCATION OF SCHOOL | c. GRADUATE NO | YES | d. DEGREE RECEIVED |
|---|---|---|---|---|---|
| 08/77 | Pres | McComb High School, Gibson Bldg. 7th Street, McComb, Ms. 39648 | X | | SEE Block 37 |
| | | | | | |
| | | | | | |

**23. CITIZENSHIP** (You must provide your recruiter with the necessary documents to confirm your answers.)

| a. PLACE OF BIRTH (City County, State, & Country) | | b. CERTIFICATE ISSUED BY (County & State) |
|---|---|---|
| Chicago, Cook, IL. | | Cook, IL. |
| c. BIRTH CERTIFICATE FILE NO.: #100-5632 | d. NATURALIZATION CERTIFICATE NO.: N/A | e. IF CITIZENSHIP IS DERIVED, GIVE PARENTS' CERTIFICATE NO(S), DATE, PLACE, & COURT: N/A |
| f. IF AN ALIEN, GIVE ALIEN REGISTRATION NO.: N/A | g. NATIVE COUNTRY: N/A | |
| h. DATE AND PORT OF ENTRY INTO THE U.S.A.: N/A | | i. DATE AND PLACE LAST REGISTERED: N/A |

**24. MILITARY SERVICE**

a. ARE YOU NOW OR HAVE YOU EVER BEEN IN ANY REGULAR OR RESERVE BRANCH OF THE ARMED FORCES OR IN THE ARMY NATIONAL GUARD OR IN THE AIR NATIONAL GUARD?

☒ NO (Go on to question 26)

☐ YES (Complete the following and give your recruiter the appropriate DD Form 214 or DD Form 215 for review.)

| b. PAY GRADE | c. SERVICE NUMBER | d. SERVICE COMPONENT | e. DATE OF ENTRY | f. DATE OF DISCH/REL | g. TYPE OF DISCH/REL CERTIFICATE | h. DAYS LOST (If any) |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |

i. IF YOU ARE NOW A MEMBER OF ANY RESERVE OR NATIONAL GUARD UNIT, GIVE THE UNIT NAME, ITS ADDRESS, AND TELEPHONE NUMBER

*DO NOT WRITE IN THIS BLOCK — COMPLETED BY RECRUITER*

| 25. VERIFICATION OF SERVICE | a. | YRS | MOS | DAYS | b. PEBD | c. ADSD | d. LAST RE-CODE | e. SPN/SPD |
|---|---|---|---|---|---|---|---|---|
| | TOT ACT MIL SVC | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| | TOT INACT MIL SVC | [illegible] | [illegible] | 12 | | | | |

## SECTION IV — OTHER BACKGROUND DATA

**26. COMMERCIAL LIFE INSURANCE POLICIES** (OPTIONAL ENTRY)

(Information, if provided, is used to assist your survivors in filing claims should you die while on active duty.)

| a. NAME OF COMPANY ISSUING POLICY | b. POLICY NUMBER |
|---|---|
| NONE | |

**27. EMPLOYMENT** (Show all periods of employment and unemployment.)

| a. MONTH & YEAR FROM | TO | b. NAME AND ADDRESS OF COMPANY | c. JOB TITLE | d. NAME OF SUPERVISOR |
|---|---|---|---|---|
| | | | | |
| 10/79 | Pres | UNEMPLOYED | | |
| 05/79 | 10/79 | MARTIN Luther King Mem. Center 1012 Summit Street McComb, MS 39648 | MAINTENANCE | A.J. CARTER |
| 11/69 | 05/79 | UNEMPLOYED | | |

00116

2

LAST NAME: WALLS 000752

SSN: [redacted]

## SECTION IV – OTHER BACKGROUND DATA *(Continued from page 2)*

28. RESIDENCES *(List all for the last five years or 18th birthday whichever is shorter.)*

| a. MONTH & YEAR FROM | TO | b. STREET ADDRESS | c. CITY | d. STATE | e. ZIP CODE |
|---|---|---|---|---|---|
| 11/75 | Pres | P.O. Box [redacted] | [redacted] | [redacted] | [redacted] |
| | | | | | |
| | | | | | |

| 29. MARITAL STATUS AND DEPENDENCY | NO | YES |
|---|---|---|
| a. Are you now, or have you ever been, married? | J.G.W | |
| b. If you have been married, are you now living with your spouse? | J.G.W | |
| c. Have you ever been divorced or legally separated? *(If "yes", enter date, place and court which granted the divorce or legal separation in item 37, "REMARKS".)* | J.G.W | |
| d. Is any court order or judgment in effect that directs you to provide support for children or alimony? *(If "yes", enter date, place and court which granted alimony or support, including orders resulting from paternity suits, in item 37, "REMARKS".)* | J.G.W | |
| e. Is any person dependent on you for their support? *(If "yes", list them in item 30 below and check "DEPN/YES" block.)* | J.G.W | |

30. RELATIVES

| a. NAME *(Last - First - Middle)* | b. DEPN NO | DEPN YES | c. DATE OF BIRTH | d. PLACE OF BIRTH | e. PRESENT ADDRESS | f. CITIZENSHIP |
|---|---|---|---|---|---|---|
| FATHER [redacted] (NMN) | X | | [redacted] | [redacted] | [redacted] | US |
| MOTHER *(Maiden Name)* [redacted] | X | | [redacted] | [redacted] | [redacted] | US |
| SPOUSE *(Maiden Name)* N/A | | | | | | |
| CHILDREN None | | | | | | |
| | | | | | | |
| | | | | | | |
| OTHERS *(Brothers, Sisters, In-laws, etc.)* [redacted] | X | | [redacted] | [redacted] | [redacted] | US |
| [redacted] | X | | [redacted] | [redacted] | [redacted] | US |

31. RELATIVES AND FRIENDS LIVING IN FOREIGN COUNTRIES

*(List anyone with whom you had or have a close relationship who lives in a foreign country.)*

| a. NAME | b. RELSHIP | c. AGE | d. OCCUPATION | e. ADDRESS | f. CITIZENSHIP |
|---|---|---|---|---|---|
| None | | | | | |
| | | | | | 00117 |

000759

| LAST NAME | SSAN |
|---|---|
| WALLS | [redacted] |

SECTION IV – OTHER BACKGROUND DATA *(Continued from page 3)*

| 32. MEMBERSHIP IN YOUTH PROGRAMS | NO | YES |
|---|---|---|
| Have you ever been enrolled in an ROTC, Junior ROTC, or Sea Cadet Program, or have you been a member of the Civil Air Patrol? *(Optional entry - you may be entitled to a higher enlistment grade based on such membership and participation. If "yes", enter organization and its address in item 37.)* | J.G.W. | |

| 33. DECLARATIONS *(Answer by placing your initials in the appropriate block; explain "yes" answers in item 37; "REMARKS".)* | NO | YES |
|---|---|---|
| a. Have you ever been rejected for enlistment, reenlistment, or induction by any branch of the Armed Forces of the United States? | J.G.W. | |
| b. Are you now, or have you ever been, a deserter from any branch of the Armed Forces of the United States? | J.G.W. | |
| c. Are you now drawing, or do you have an application pending, or approval for: Retired pay, disability allowance, severance pay, or a pension from the Government of the United States? | J.G.W. | |
| d. Are you a conscientious objector? That is, do you now have, or have you ever had, a firm, fixed, and sincere objection to participation in war in any form or to the bearing of arms because of religious training or belief? | J.G.W. | |
| e. Are you the only living child of your parents? | J.G.W. | |
| f. Have you been a draft evader or participated in an amnesty program? | J.G.W. | |
| g. Do you now have, or have you had within the past ten years, knowing membership with the specific intent of furthering the aims of, or adherence to, and active participation in any foreign or domestic organization or association or movement or group or combination of persons which unlawfully advocates or practices the commission of acts of force or violence to prevent others from exercising their rights under the Constitution or the Laws of the United States, or of any State, or which seeks to overthrow the Government of the United States or subdivision thereof by unlawful means? *(If "yes", give the name(s) of the organization(s) and inclusive dates of your membership in item 37.)* | J.G.W. | |
| h. Have you ever visited a foreign country except as a member of the United States Armed Forces performing official duties? *(If "yes", give year and month, countries visited, and purpose of travel in item 37.)* | J.G.W. | |
| i. Have you ever worked for a foreign government? *(If "yes", give dates of employment, name of the government you worked for, and description and location of your duties in item 37.)* | J.G.W. | |

| 34. UNDERSTANDINGS | INITIALS |
|---|---|
| a. I UNDERSTAND THAT IF I AM REJECTED FOR ENLISTMENT BECAUSE OF A DISQUALIFICATION THAT I HAVE CONCEALED, I MAY NOT BE PROVIDED RETURN TRANSPORTATION FROM THE PLACE OF EXAMINATION TO MY HOME. | J.G.W. |
| b. I UNDERSTAND THAT ~~IF I HAVE NOT REACHED MY 26TH BIRTHDAY,~~ AN ORIGINAL ENLISTMENT OBLIGATES ME TO SERVE IN THE ARMED FORCES FOR A PERIOD OF SIX *(6)* YEARS *(ACTIVE AND RESERVE)* UNLESS SOONER DISCHARGED. | J.G.W. |

35. CHARACTER AND SOCIAL ADJUSTMENT

*(Read and consider the following instructions carefully BEFORE answering questions a through f on top of page 5.)*

1. If your answer to every question is truthfully "NO", initial in the appropriate space.

2. You are not required to answer or explain your responses to these questions in writing if your answer is "YES" or you have reservations about answering questions of this nature. Instead, you may request a personal interview in which you may provide the required information for each question orally.

a. If you choose the personal interview, the information you give may be investigated; however, any written record of the interview itself will not be retained more than six months after your entry on active duty and will not become a part of your permanent military personnel service record.

b. This information may be requested from you again at some future date if you enlist and may become a part of your security investigative file at that time. This could occur as a result of your being considered for duties involving access to classified information or other types of duty requiring a personnel security investigation.

3. A "YES" answer will not necessarily disqualify you for enlistment; it will depend on the circumstances surrounding the situation involved.

INITIAL HERE IF YOU PREFER A PERSONAL INTERVIEW: ________

*DO NOT WRITE IN THIS BLOCK — TO BE COMPLETED BY INTERVIEWER*

APPLICANT HAS BEEN INTERVIEWED AND IS

☐ ELIGIBLE FOR ENLISTMENT ☐ INELIGIBLE FOR ENLISTMENT

| DATE OF INTERVIEW | GRADE, NAME, ORG & TITLE OF INTERVIEWER | SIGNATURE OF INTERVIEWER |
|---|---|---|
| | | |

00118

DD FORM 1 SEP 78 1966/4 — DD FORMS 1966/1 THRU 8, 1 SEP 78, REPLACE THE PREVIOUS EDITION OF THIS SERIES (1 AUG 75), WHICH IS OBSOLETE. NPBF6YB2S89737 S/N 0102-LF-001-9667

000754

LAST NAME: WALLS | SSAN: [redacted]

**SECTION IV – OTHER BACKGROUND DATA** *(Continued from page 4)*

| | NO | YES |
|---|---|---|
| a. Have you ever taken any narcotic substance, sedative, stimulant, or tranquilizer drugs, except as prescribed by a licensed physician? | X | X |
| b. Have you ever intentionally sniffed glue, paint, hairspray, or other chemical fumes? | X | X |
| c. Have you ever been involved in the use, purchase, possession, or sale of marijuana, LSD, or any other harmful or habit-forming drugs and/or chemicals, except as prescribed by a licensed physician? | X | X |
| d. Has your use of alcoholic beverages *(such as liquor, beer, wine)* ever resulted in the loss of a job, arrest by police, or treatment for alcoholism? | D.G.W. | |
| e. Have you ever been a patient *(whether or not formally committed)* in any institution primarily devoted to the treatment of mental, nervous, emotional, psychological, or personality disorders? | D.G.W. | |
| f. Have you ever engaged in homosexual activity *(sexual relations with another person of the same sex)*? | D.G.W. | |

36. **INVOLVEMENT WITH POLICE OR JUDICIAL AUTHORITIES**

YOUR ANSWERS TO THE FOLLOWING QUESTIONS WILL BE VERIFIED WITH THE FEDERAL BUREAU OF INVESTIGATION *(FBI)* AND OTHER AGENCIES TO DETERMINE ANY PREVIOUS RECORDS OF ARREST OR CONVICTIONS OR JUVENILE COURT ADJUDICATIONS. IF YOU CONCEAL SUCH RECORDS AT THIS TIME, YOU MAY, UPON ENLISTMENT, BE SUBJECT TO DISCIPLINARY ACTION AND/OR DISCHARGE/SEPARATION FROM THE MILITARY SERVICE WITH OTHER THAN AN HONORABLE DISCHARGE.

*(Answer by placing your initials in the appropriate block.)*

| | NO | YES |
|---|---|---|
| a. Have you ever been arrested, charged, cited *(including traffic violations)* or held by any law-enforcement or juvenile authorities in the United States or in a foreign country regardless of whether the citation or charge was dropped or dismissed or you were found not guilty? | D.G.W. | |
| b. As a result of being arrested, charged, cited, or held by law-enforcement or juvenile authorities, have you ever been convicted, fined, or forfeited bond, or adjudicated a youthful offender or juvenile delinquent *(regardless of whether the record in your case has been "sealed", expunged, or otherwise stricken from the court record)*? | D.G.W. | |
| c. Have you ever been detained, held . or served time in, any jail or prison or reform or industrial school or any juvenile facility or correctional institution in the United States or in a foreign country? | D.G.W. | |
| d. Have you been released from parole, probation, juvenile supervision, or given a suspended sentence or relieved of charges pending on condition that you apply for or enlist in the United States Armed Forces? | D.G.W. | |
| e. Are you now involved in, or a party to, or connected with, any court action or civil suit? *(Explain a "yes" answer in item 37.)* | D.G.W. | |

f. Explain below "yes" answers given in "a" through "d" above. *(Include all incidents with law-enforcement authorities even if the citation or charge was dropped or dismissed or you were found not guilty or you have been told by recruiting personnel or anyone else that the incident was not important enough to list.)*

| OFFENSE (1) | DATE (2) | PLACE (3) | AGE (4) | DISPOSITION (5) | COURT (6) |
|---|---|---|---|---|---|
| None | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[redacted]

LAST NAME
WALLS

SSAN [redacted]

SECTION IV – OTHER BACKGROUND DATA (Continued from page 5)

37. REMARKS (Enter item(s) being continued)

Item 12. Religious Preference: Southern Baptist Convention
Item 40A,B,C Verification By:
Sighted DD Form 372 Dated 14 Dec '79 from Division of Statistics and Records state of IL. Cert [redacted] file date [redacted], Birth date true and correct as stated [redacted].
Phoncon between C.L. McCaughan, BUC, USN and Cindy Callahan Records verification office on 17 Dec 1979. DD form 372 to follow.
Item 40d. Verification by:
Phoncon between C.L. McCaughan, BUC, USN and Helen Fesmire, school counselor of McComb High School on 14 Dec '79. DD 370 from high school showing expected graduation date to follow.

38. I AM INTERESTED IN THE FOLLOWING MILITARY SKILLS: I FULLY UNDERSTAND THAT I WILL NOT BE GUARANTEED ANY SPECIFIC MILITARY SKILL OR ASSIGNMENT TO A GEOGRAPHICAL AREA UNLESS IT IS INCLUDED IN SECTION VI OF THIS FORM AND IN MY DD FORM 4 AND ATTACHED ANNEXES OR IF MY RECRUITER LISTED IT IN ITEM 37 ABOVE.

Radioman rating DEP until 1 September 1980