000750

| LAST NAME | SSAN |
|---|---|
| WALLS | [redacted] |

**SECTION V – CERTIFICATIONS**

39. I CERTIFY THAT THE INFORMATION GIVEN BY ME IN THIS DOCUMENT IS TRUE, COMPLETE, AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT I AM BEING ACCEPTED FOR ENLISTMENT BASED ON THE INFORMATION PROVIDED BY ME IN THIS DOCUMENT; THAT IF ANY OF THE INFORMATION IS KNOWINGLY FALSE OR INCORRECT, I COULD BE TRIED IN A CIVILIAN OR MILITARY COURT AND COULD RECEIVE A LESS THAN HONORABLE DISCHARGE WHICH COULD AFFECT MY FUTURE EMPLOYMENT OPPORTUNITIES.

*(Your signature in this block must be witnessed by your recruiter.)*

| a. DATE SIGNED | b. NAME OF APPLICANT *(Type or print)* | c. SIGNATURE OF APPLICANT |
|---|---|---|
| 14 DECEMBER, 1979 | JEFFREY GLEN WALLS | Jeffrey Glen Walls |

40. DATA VERIFICATION BY RECRUITER *(Enter a description of the actual document used to verify items below.)*

| a. NAME | b. AGE | c. CITIZENSHIP |
|---|---|---|
| SEE item 37 | SEE item 37 | |

| d. EDUCATION | e. SOCIAL SECURITY ACCOUNT NUMBER |
|---|---|
| SEE item 37 | Social Security Acct. Card |

| f. PRIOR MILITARY SERVICE | g. OTHER *(Specify)* |
|---|---|
| N/A | N/A |

41. I CERTIFY THAT I HAVE WITNESSED APPLICANT'S SIGNATURE ABOVE AND THAT I HAVE VERIFIED THE DATA IN SECTIONS I, III, AND IV OF THIS DOCUMENT AND THE DOCUMENTS LISTED ABOVE AS PRESCRIBED BY MY DIRECTIVES. I FURTHER CERTIFY THAT I HAVE NOT MADE ANY PROMISES OR GUARANTEES OTHER THAN THOSE LISTED AND SIGNED BY ME IN ITEM 37. I UNDERSTAND MY LIABILITY TO TRIAL BY COURTS-MARTIAL UNDER THE UNIFORM CODE OF MILITARY JUSTICE SHOULD I EFFECT OR CAUSE TO BE EFFECTED THE ENLISTMENT OF ANYONE KNOWN BY ME TO BE INELIGIBLE FOR ENLISTMENT.

| a. DATE SIGNED | b. NAME & GRADE, SSAN, OR RECRUITER ID NO. OR ORGANIZATION *(Type or print)* | c. SIGNATURE OF RECRUITER |
|---|---|---|
| 14 DECEMBER, 1979 | [redacted] 347221 C.L. McCAUGHAN, BUC, USN | C.L. McCaughan |

**SECTION VI – ENLISTMENT OPTIONS ACCEPTED**

*(COMPLETED BY GUIDANCE COUNSELLOR, AFEES LIAISON NCO, ETC., AS SPECIFIED BY SPONSORING SERVICE)*

| 42a. ENL COMP | b. GRADE/RATE | c. DATE OF RANK | d. TERM ENL |
|---|---|---|---|
| USNR | E01 | 791220 | 6 |

| e. T-E MOS/AFS | f. PMOS/AFS | g. WAIVER CODE | h. OPT ANAL | i. PROG ENL FOR |
|---|---|---|---|---|
| SR | | YYY | KY | C4RM9 |

j. SPECIFIC OPTION/PROGRAM ENLISTED FOR *(Write in clear text English)*

PCN: 56599O5J-RM SHIP 1-9SEP80 TO RTC ORLANDO FL ADSD: 02SEP80

k. I CERTIFY THAT I HAVE REVIEWED ALL INFORMATION CONTAINED IN THIS DOCUMENT AND, TO THE BEST OF MY JUDGMENT AND BELIEF, APPLICANT FULFILLS ALL LEGAL AND POLICY REQUIREMENTS FOR ENLISTMENT. I ACCEPT HIM/HER FOR ENLISTMENT ON BEHALF OF THE UNITED STATES NAVY, AND CERTIFY THAT I HAVE NOT MADE ANY PROMISES OR GUARANTEES EXCEPT AS LISTED IN ITEM 42j ABOVE. I FURTHER CERTIFY THAT SERVICE REGULATIONS GOVERNING SUCH ENLISTMENT HAVE BEEN STRICTLY COMPLIED WITH AND ANY WAIVERS REQUIRED TO EFFECT APPLICANT'S ENLISTMENT HAVE BEEN SECURED AND ARE ATTACHED TO THIS DOCUMENT.

| l. DATE SIGNED | m. NAME & GRADE, SSAN, OR RECRUITER ID NO. OR ORGANIZATION *(Type or print)* | n. SIGNATURE OF ACCEPTOR |
|---|---|---|
| 20DEC79 | L. G. STROUD, PNC, USN [redacted] NAVY RECRUITING DISTRICT MEMPHIS TN | L. G. Stroud |

**SECTION VII – ENTNAC/NAC PROCESSING**

*(COMPLETED BY AFEES ENTNAC INTERVIEWER)*

43a. ENTNAC/NAC INTERVIEW COMPLETED ON 20 DECEMBER 1979. ADDITIONAL INFORMATION

☒ WAS NOT DISCLOSED. ☐ WAS DISCLOSED AND REPORTED TO THE SPONSORING SERVICE REPRESENTATIVE.

| b. DATE SIGNED | c. GRADE, NAME & ORGANIZATION OF INTERVIEWER *(Type or print)* | d. SIGNATURE OF INTERVIEWER |
|---|---|---|
| 20 DEC 1979 | FRED L. MCKENNY, CPT AFEES, JACKSON MS | Fred L. McKenney |

DD FORM 1 SEP 78 1966/7 DD FORMS 1966/1 THRU 8, 1 SEP 78, REPLACE THE PREVIOUS EDITION OF THIS SERIES (1 AUG 75), WHICH IS OBSOLETE.



00121

EMPRS Duplicate Copy

LAST NAME: WALLS 000757 SSAN: [redacted]

SECTION VIII – RECERTIFICATION BY APPLICANT AND CORRECTION OF DATA AT THE TIME OF ACTIVE DUTY ENTRY

44. I HAVE REVIEWED ALL INFORMATION CONTAINED IN THIS DOCUMENT THIS DATE; THAT INFORMATION IS STILL CORRECT AND TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF. IF CHANGES WERE REQUIRED, THE ORIGINAL ENTRY HAS BEEN MARKED "SEE VIII" AND THE CORRECT INFORMATION IS PROVIDED BELOW.

| a. QUESTION | b. CHANGE REQUIRED |
|---|---|
| 20i,22c,d,40d | SIGHTED HS DIPLOMA ISSUED BY MCCOMB MUNICIPAL SEPARATE SCHOOL DISTRICT ~~MCCOMB MS. GRADUATED 5AUG80~~ |
| 27a | CH TO TO 9/80 |
| | |
| | |

c. GRADE, NAME, & SSAN OF WITNESS (Type or print): L.G. STROUD, PNC, BSN [redacted]

f. SIGNATURE OF WITNESS: [signature]

d. SIGNATURE OF APPLICANT: Jeffrey Glen Walls — JEFFREY GLEN WALLS

e. DATE: 2SEP80

SECTION IX – PARENTAL/GUARDIAN CONSENT FOR ENLISTMENT

45. a. I/WE CERTIFY THAT Jeffery Glen Walls HAS NO OTHER LEGAL GUARDIAN OTHER THAN ME/US AND I/WE CONSENT TO HIS/HER ENLISTMENT IN THE UNITED STATES Navy. I/WE CERTIFY THAT *NO PROMISES OF ANY KIND* HAVE BEEN MADE TO ME/US CONCERNING ASSIGNMENT TO DUTY, TRAINING OR PROMOTION DURING HIS/HER ENLISTMENT *AS AN INDUCEMENT* TO ME/US TO SIGN THIS CONSENT. I/WE HEREBY AUTHORIZE THE ARMED FORCES REPRESENTATIVES CONCERNED TO PERFORM MEDICAL EXAMINATIONS, OTHER EXAMINATIONS REQUIRED, AND TO CONDUCT RECORDS CHECKS TO DETERMINE HIS/HER ELIGIBILITY. I/WE RELINQUISH ALL CLAIM TO HIS/HER SERVICE AND TO ANY WAGE OR COMPENSATION FOR SUCH SERVICE.

b. *FOR ENLISTMENT IN A RESERVE COMPONENT:* I/WE UNDERSTAND THAT, AS A MEMBER OF A RESERVE COMPONENT, HE/SHE MUST SERVE MINIMUM PERIODS OF ACTIVE DUTY FOR TRAINING UNLESS EXCUSED BY COMPETENT AUTHORITY. IN THE EVENT HE/SHE FAILS TO FULFILL THE OBLIGATIONS OF HIS/HER RESERVE ENLISTMENT, HE/SHE MAY BE RECALLED TO ACTIVE DUTY AS PRESCRIBED BY LAW. I/WE FURTHER UNDERSTAND THAT WHILE HE/SHE IS IN THE READY RESERVE, HE/SHE MAY BE ORDERED TO EXTENDED ACTIVE DUTY IN TIME OF WAR OR NATIONAL EMERGENCY DECLARED BY THE CONGRESS OR THE PRESIDENT OR WHEN OTHERWISE AUTHORIZED BY LAW.

c. I/WE CERTIFY THAT HIS/HER BIRTHDAY IS: [redacted]

46a. NAME OF WITNESS (Type or print): C L McCaughan

b. NAME OF PARENT (Type or print): Jethro Walls

c. DATE: 14 Dec 79

d. SIGNATURE OF WITNESS: [signature]

e. SIGNATURE OF PARENT: Jethro Walls

f. NAME OF WITNESS (Type or print): C L McCaughan

g. NAME OF PARENT (Type or print): Golden Walls

h. DATE: 14 Dec 79

i. SIGNATURE OF WITNESS: [signature]

j. SIGNATURE OF PARENT: Golden Walls

47. VERIFICATION OF SINGLE SIGNATURE CONSENT: N/A

SECTION X – STATEMENT OF NAME FOR OFFICIAL MILITARY RECORDS

48. IF THE PREFERRED ENLISTMENT NAME (*name given in block 2*) IS NOT THE SAME AS ON YOUR BIRTH CERTIFICATE AND IT HAS NOT BEEN CHANGED BY LEGAL PROCEDURE PRESCRIBED BY STATE LAW, COMPLETE THE FOLLOWING:

a. NA (Enter name as shown on your Birth Certificate)

b. I HEREBY STATE THAT I HAVE NOT CHANGED MY NAME THROUGH ANY COURT OR OTHER LEGAL PROCEDURE, THAT I PREFER TO USE THE NAME OF NA BY WHICH I AM KNOWN IN THE COMMUNITY AS A MATTER OF CONVENIENCE AND WITH NO CRIMINAL INTENT. I FURTHER STATE THAT I AM THE SAME PERSON AS THE PERSON WHOSE NAME IS SHOWN IN BLOCK 2.

c. MY SOCIAL SECURITY ACCOUNT NUMBER REFLECTS THE NAME: NA

d. GRADE & NAME OF WITNESS (Type or print): NA

e. SIGNATURE OF APPLICANT: NA

f. DATE: NA

g. SIGNATURE OF WITNESS: NA

DD FORM 1966/8, 1 SEP 78 — DD FORMS 1966/1 THRU 8, 1 SEP 78, REPLACE THE PREVIOUS ... PAGE 8

00122

EMPRS Duplicate Copy

000758

# USN DRUG ABUSE CERTIFICATE (ENLISTMENT ONLY)

(THIS FORM IS AFFECTED BY THE PRIVACY ACT OF 1974 - SEE SECTION VIII FOR PRIVACY ACT STATEMENT)
(REPLACES ITEMS 37A - 37C OF THE DD FORM 1966)

## I. INTRODUCTION

Drug abuse by Navy personnel is prohibited. The purpose of this certificate is to obtain information which will help you and the Navy determine your enlistment and program eligibility. You should be completely honest in completing this certificate - if you are truthful now, no action can or will be taken against you as the result of any information you may reveal - your statement will be used only by the Navy and will not be released to any outside agency or person not authorized by you. YOU ARE CAUTIONED THAT SHOULD YOU CONCEAL DRUG ABUSE INFORMATION AT THIS TIME AND IT IS DISCOVERED AFTER YOUR ENLISTMENT, PUNITIVE ACTION MAY BE TAKEN AGAINST YOU BASED UPON THE FALSE STATEMENTS YOU HAVE MADE.

MOST NAVY PERSONNEL REQUIRE A SECURITY CLEARANCE AT SOME POINT IN THEIR CAREER. IN ORDER TO OBTAIN A SECURITY CLEARANCE, A NATIONAL CHECK OF POLICE AND SECURITY AGENCIES AND/OR A COMPREHENSIVE BACKGROUND INVESTIGATION INVOLVING PERSONAL INTERVIEWS WITH PREVIOUS EMPLOYERS, SCHOOL OFFICIALS, ACQUAINTANCES, AND OTHER INDIVIDUALS HAVING KNOWLEDGE OF YOUR PAST ACTIVITIES AND MORAL CHARACTER IS CONDUCTED. SHOULD THESE INVESTIGATIONS REVEAL PREVIOUS DRUG INVOLVEMENT WHICH YOU WITHHELD DURING YOUR ENLISTMENT, YOU MAY BE ELIMINATED FROM TRAINING AND POSSIBLY DISCHARGED FROM THE SERVICE UNDER LESS THAN HONORABLE CONDITIONS.

## II. EXPLANATION OF TERMS

Drug Abuse - The illegal, wrongful or improper use including experimental use of any narcotic substances, marijuana or dangerous drugs or illegal or wrongful possession, sale, transfer or supply of the same. When such drugs have been prescribed by competent medical personnel for medical purposes, their proper use by the patient prescribed for is not drug abuse. (R

Narcotics - Any opiates or cocaine or their synthetic equivalent (includes opium, morphine, heroin and methadone).

Dangerous Drugs - Those non-narcotics drugs that are habit forming or have a potential for abuse because of their stimulant, depressant, or hallucinogenic effect (e.g. barbiturates, amphetamines, LSD, PCP, STP, DOM, Peyote, etc.).

Marijuana - The intoxicating products of the hemp plant, cannabis sativa (including hashish) or any synthesis thereof.

Experimental Use - The illegal or improper use of a drug, not more than a few times, for reasons of curiosity or peer pressure.

## III. RECERTIFICATION

IMMEDIATELY BEFORE COMMENCEMENT OF ACTIVE DUTY IN THE REGULAR NAVY OR ACDU/ACDUTRA NAVAL RESERVE OR DEP, ALL PERSONNEL MUST COMPLETE SECTION V OF THIS CERTIFICATE. (R

## IV. CERTIFICATION

| | INITIALS YES | INITIALS NO | |
|---|---|---|---|
| 1. I HAVE ABUSED NARCOTICS, DANGEROUS DRUGS, OR MARIJUANA (AS DEFINED ABOVE). | | J.G.W. | (R |
| 2. I HAVE ABUSED NARCOTICS (AS DEFINED ABOVE) WITHIN THE PAST YEAR. | | J.G.W. | (R |
| 3. I HAVE ABUSED DANGEROUS DRUGS (AS DEFINED ABOVE) WITHIN THE PAST SIX MONTHS. | | J.G.W. | |
| 4. I HAVE USED OR BEEN IN POSSESSION OF MARIJUANA (AS DEFINED ABOVE) WITHIN THE PAST SIX MONTHS. | | J.G.W. | (R |
| 5. I HAVE BEEN CONVICTED FOR DRUG ABUSE (AS DEFINED ABOVE). | | J.G.W. | (R |
| 6. I REQUEST AN INDIVIDUAL EVALUATION FOR WAIVER CONSIDERATION. | | J.G.W. | (R (D |

KNOWING AND UNDERSTANDING ALL THE INFORMATION CONTAINED ABOVE, AND REALIZING THAT THIS DOCUMENT WILL BE USED TO DETERMINE MY ENLISTMENT AND PROGRAM ELIGIBILITY, I HEREBY STATE THAT THE ABOVE INFORMATION AS TO MY PREVIOUS DRUG INVOLVEMENT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE. I WILL NOT ABUSE ANY ILLEGAL DRUGS OR CONTROLLED SUBSTANCES WHILE IN THE SERVICE OF MY COUNTRY. I CERTIFY THAT I HAVE COMPLETED THIS FORM HONESTLY, WITHOUT CONCEALING ANY INFORMATION AND OF MY OWN FREE WILL. (A

| DATE | TYPED NAME OF APPLICANT AND SSAN | SIGNATURE |
|---|---|---|
| 14Dec79 | Jeffrey Glen Walls [redacted] | Jeffrey Glen Walls |

RECRUITER (AND WITNESSES): I CERTIFY THAT THE ABOVE INDIVIDUAL SIGNED THIS CERTIFICATE OF HIS/HER OWN FREE WILL AFTER TELLING ME/US HIS/HER ANSWERS ARE TRUE. (A

| DATE | TYPED NAME OF RECRUITER (AND WITNESSES) AND TITLE | SIGNATURE/S |
|---|---|---|
| 14Dec79 | C.L. McCaughan, BUC, USN | [signature] |

NAVCRUIT 1133/7 (1-79)

ANNEX "A" TO DD FORM 1966 DTD 20DEC79



EMPRS Duplicate Copy

00759

## V. RECERTIFICATION

| PRE-SERVICE DRUG ABUSE RECERTIFICATION FOR PERSONNEL ENLISTING REGULAR NAVY OR ENTERING ACDU/ACDUTRA NAVAL RESERVE FROM THE DELAYED ENTRY PROGRAM AND/OR COMPLETING ENLISTMENT PROCESSING. | INITIALS YES | NO |
|---|---|---|
| 1. I HAVE REREAD AND FULLY UNDERSTAND ALL THE INFORMATION CONTAINED IN THE USN DRUG ABUSE CERTIFICATE. | JGW | X |
| 2. I HEREBY STATE THAT THERE HAS BEEN NO CHANGE IN MY STATUS SINCE I PROVIDED THE ORIGINAL DRUG ABUSE INFORMATION ON ______ (DATE OF ORIGINAL INFORMATION) | JGW | |
| 3. I REQUEST AN INDIVIDUAL EVALUATION. | | JGW |
| 4. I RECERTIFY THAT I HAVE COMPLETED THIS FORM HONESTLY, WITHOUT CONCEALING ANY INFORMATION, AND OF MY OWN FREE WILL. | JGW | |

| DATE | TYPED NAME OF ENLISTEE AND SSAN | SIGNATURE |
|---|---|---|
| [illegible] | [illegible] | Jeffrey Dean Walls |

AFEES LIAISON P.O. (AND WITNESSES): I CERTIFY THAT THE ABOVE INDIVIDUAL SIGNED THIS CERTIFICATE OF HIS/HER OWN FREE WILL AFTER TELLING ME/US THE ANSWERS IN THIS SECTION ARE TRUE.

| DATE | TYPED NAME OF AFEES LPO (AND WITNESSES) AND TITLE | SIGNATURE/S |
|---|---|---|
| [illegible] | [illegible] | [signatures] |

## VI. PRE-SERVICE DRUG ABUSE WAIVER INFORMATION

PRE-SERVICE DRUG ABUSE WAIVER REQUIRED/NOT REQUIRED (Circle one as appropriate.)

| DATE | TYPED NAME OF RECRUITER AND SSAN | SIGNATURE |
|---|---|---|
| 14 Dec 79 | C. L. McCaughan [redacted] | C L McCaughan |

## VII. PRE-SERVICE DRUG ABUSE WAIVER AUTHORIZATION

PRE-SERVICE DRUG ABUSE WAIVER GRANTED/NOT GRANTED (circle one as appropriate) FOR ENLISTMENT IN THE FOLLOWING PROGRAM: ______________________

| DATE | TYPED NAME OF CO, NAVCRUITDIST (and COMNAVCRUITCOM, if required) | SIGNATURE |
|---|---|---|
| | | |
| | | |

## VIII. PRIVACY ACT STATEMENT

1. Authority. The authority to request this information is contained in Sections 504, 505, 508, 510, 511 and 802 of Title 10, United States Code as amended.

2. Principal Purpose or Purposes. The information in this document is used to determine your present enlistment and program eligibility. The information provided by you on this document is FOR OFFICIAL USE ONLY and will be maintained and used in strict confidence in accordance with Federal Law and Regulations.

3. Routine Uses. The information provided by you will become a permanent part of your Service Record. This information constitutes the minimum required to determine your present enlistment and program eligibility. The information provided by you on this document is FOR OFFICIAL USE ONLY and will be maintained and used in strict confidence in accordance with Federal Law and Regulations.

4. Whether Disclosure is Mandatory or Voluntary and Effect on Individual For Not Providing Information. The information requested is of a personal and confidential nature, and you do not have to provide such information unless you voluntarily wish to enlist in the Armed Forces of the United States. Failure to answer completely any of the questions or to provide the information requested in this form may result in an inability to fairly evaluate your enlistment and program eligibility and subsequent denial for enlistment.



EMPRS Duplicate Copy

MAY 1 1998 C T

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6)

RCS BUPERS 1610-1

| | | | |
|---|---|---|---|
| 1. Name (Last, First MI Suffix): WALLS, JEFFREY G | 2. Rate: SM1 | 3. Desig: SW | 4. SSN: [redacted] |

| | | | | |
|---|---|---|---|---|
| 5. ACT [X] TAR [ ] INACT [ ] AT/ADSW/265 [ ] | 6. UIC: 21941 | 7. Ship/Station: DDG-67 COLE | 8. Promotion Status: REGULAR | 9. Date Reported: 95SEP08 |

Occasion for Report: 10. Periodic [ ] 11. Detachment of Individual [X] 12. Promotion/Frocking [ ] 13. Special [ ]

Period of Report: 14. From: 97NOV16 15. To: 98MAR07

16. Not Observed Report [ ] | Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. [ ] | 20. Physical Readiness: P/WS | 21. Billet Subcategory (if any): NA

| | | | | | |
|---|---|---|---|---|---|
| 22. Reporting Senior (Last, FI MI): NOLAN, R J | 23. Grade: CDR | 24. Desig: 1110 | 25. Title: CO | 26. UIC: 21941 | 27. SSN: [redacted] |

28. Command employment and command achievements.
COMPTUEX, HOLIDAY LEAVE AND UPKEEP, JOINT TASK FORCE EXERCISE 1-98, POM

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
BERTHING POIC | Pri: Supervises 4 personnel in daily upkeep and maintenance of a 104 person berthing compartment-3. Watch: Inport Officer of the Deck-3.

| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.) | 30. Date Counseled: 97MAY15 | 31. Counselor: ROBERTS, B T | 32. Signature of Individual Counseled: (signed) |
|---|---|---|---|

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | - Marginal knowledge of rating, specialty or job. - Unable to apply knowledge to solve routine problems. - Fails to meet advancement/PQS requirements. [ ] | [ ] | - Strong working knowledge of rating, specialty and job. - Reliably applies knowledge to accomplish tasks. - Meets advancement/PQS requirements on time. [X] | [ ] | - Recognized expert, sought out by all for technical knowledge. - Uses knowledge to solve complex technical problems. - Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | - Needs excessive supervision. - Product frequently needs rework. - Wasteful of resources. [ ] | [ ] | - Needs little supervision. - Produces quality work. Few errors and resulting rework. - Uses resources efficiently. [X] | [ ] | - Needs no supervision. - Always produces exceptional work. No rework required. - Maximizes resources. [ ] |
| 35. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB [ ] | - Displays personal bias or engages in harassment. - Tolerates bias, unfairness or harassment in subordinates. - Lacks respect for EO objectives. - Interferes with order and discipline by disregarding rights of others. [ ] | [ ] | - Always treats others with fairness and respect. - Does not condone bias or harassment in or outside of workplace. - Supports Navy EO objectives. - Contributes to unit cohesiveness and morale. [X] | [ ] | - Admired for fairness and human respect. - Ensures a climate of fairness and respect for human worth. - Pro-active EO leader, achieves concrete EO objectives. - Leader and model contributor to unit cohesiveness and morale. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | - Consistently unsat appearance. - Poor self-control; conduct resulting in disciplinary action. - Unable to meet one or more physical readiness standards. - Fails to live up to one or more Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] | [ ] | - Excellent personal appearance. - Excellent conduct, conscientiously complies with regulations. - Complies with physical readiness program, within all standards. - Always lives up to Navy Core Values: HONOR, COMMITMENT, COURAGE. [X] | [ ] | - Exemplary personal appearance. - Model of conduct, on and off duty. - Excellent or outstanding PRT. A leader in physical readiness. - Exemplifies Navy Core Values: HONOR, COMMITMENT, COURAGE. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [ ] | - Needs prodding to attain qualification or finish job. - Prioritizes poorly. - Avoids responsibility. [ ] | [ ] | - Productive and motivated. Completes tasks and qualifications fully and on time. - Plans/prioritizes effectively. - Reliable, dependable, willingly accepts responsibility. [X] | [ ] | - Energetic self-starter. Completes tasks or qualifications early, far better than expected. - Plans/prioritizes wisely and with exceptional foresight. - Seeks extra responsibility and takes on the hardest jobs. [ ] |

NAVPERS 1616/26 (7-95)

00125

EMPRS Duplicate Copy

# EVALUATION REPORT & COUNSELING RECORD (E1 - E6) (cont'd)

RCS BUPERS 1610

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| WALLS, JEFFREY G | SM1 | SW | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team. - Fails to understand team goals or teamwork techniques. - Does not take direction well. [ ] | [ ] | - Reinforces others' efforts, meets commitments to team. - Understands team goals, employs good teamwork techniques. - Accepts and offers team direction. [X] | [ ] | - Team builder, inspires cooperation and progress. - Focuses goals and techniques for teams. - The best at accepting and offering team direction. [ ] |
| 39. LEADERSHIP: (Optional for E1-E3) Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Fails to motivate, train or develop subordinates. Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission. - Lacks ability to cope with or tolerate stress. Inadequate communicator. - Tolerates hazards or unsafe practices. - Does not attend to welfare of subordinates. [ ] | [ ] | - Effectively motivates, trains and develops subordinates. - Organizes successfully, solves problems as they occur. - Sets/achieves useful, realistic goals which support command mission. - Performs and leads effectively in stressful situations. - Clear, timely communicator. - Ensures safety of personnel and equipment. - Routinely considers subordinates' personal and professional welfare. [X] | [ ] | - Inspiring motivator and trainer, consistently builds winners. - Superb organizer, great foresight, gets ahead of problems. - Leadership achievements significantly further command mission. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, has top safety record. - Constantly improves the personal and professional lives of others. [ ] |

| 40. Individual Trait Avg. Total of trait scores divided by number of graded traits: | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other (Be specific.) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against these performance standards and have forwarded written explanation of marks 1.0 and 5.0. |
|---|---|---|
| 3.00 | NONE | ROBERTS, B T RMC (SW) Date: 2/... |

43. COMMENTS ON PERFORMANCE: * All 5.0 and 1.0 marks must be specifically substantiated in comments. No numerical ranking permitted. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 or 12 pitch (10 to 12 point) only. Use upper and lower case.

This evaluation is submitted on the occassion of SM1(SW) Walls transfer to Navy Marine Corps Reserve Center Washington D.C. Petty Officer Walls continues to meet all assigned tasks with adequate results. The spirited morale of the operations department is a direct result of the high state of readiness and cleanliness of the berthing compartment.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ] Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | | 48. Reporting Senior Address: COMMANDING OFFICER |
| 46. SUMMARY | X | 0 | 0 | 1 | 0 | 0 | USS COLE (DDG 67) FPO AE 09566-1285 |

49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation to support marks of 1.0 and 5.0.
ROCK, C W LCDR Date: 19 Feb 98

50. Signature of Reporting Senior Date: 19 Feb 98

51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement." I intend to submit a statement. [ ] I do not intend to submit a statement. [X]
Date: 20 Feb 98

52. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report
Date:

NAVPERS 1616/26 (7-95)

EMPRS Duplicate Copy

00126

**ADMINISTRATIVE REMARKS**
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6061

E-32

SHIP OR STATION
PCU COLE (DDG-67) P.O.BOX 7003 PASCAGOULA MS. 39568-7003

28 FEB 96 MEMBER ATTENDED AND RECEIVED CERTIFICATION IN THE AMERICAN HEART ASSOCIATION CARDIOPULMONARY RESUSCITATION AND FOREIGN-BODY AIRWAY OBSTRUCTION ADULT COURSE.

L. D. HILL
HMC USN

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| WALLS JEFFREY | [redacted] | USN |

HISTORY OF ASSIGNMENTS 31

LEGEND: THE FOLLOWING ABBREVIATIONS WILL BE USED IN GAIN ENTRY AND LOSS ENTRY COLUMNS.

GAINS

- ENL - ENLISTED
- REEN - REENLISTED
- EXTENL - EXTENDED ENLISTMENT
- RECACDU - RECALLED TO ACTIVE DUTY
- RECACDUTRA - RECEIVED FOR ACTIVE DUTY FOR TRAINING
- RECDUT - RECEIVED FOR DUTY
- RECTAD - RECEIVED FOR TAD
- RECTD - RECEIVED FOR TEMPORARY DUTY
- RECTEMDUINS - RECEIVED FOR TEMPORARY DUTY UNDER INSTRUCTION
- RECDUINS - RECEIVED FOR DUTY FOR UNDER INSTRUCTION
- RECTADINS - RECEIVED FOR TEMPORARY ADDITIONAL DUTY UNDER INSTRUCTION
- RECDP - RECEIVED DRILL PAY
- RECNP - RECEIVED NON PAY
- RECTREAT - RECEIVED FOR TREATMENT
- RECCFO - RECEIVED IN CONNECTION WITH FITTING OUT

LOSSES

- RELACDU - RELEASED FROM ACTIVE DUTY
- RELACDUTRA - RELEASED FROM ACTIVE DUTY FOR TRAINING
- DISCH - DISCHARGED
- TRAN - TRANSFERRED

| 1 TYPE AND DATE OF GAIN ENTRY | 2 ACTIVITY | 3 DUTIES | 4 TYPE AND DATE OF LOSS ENTRY | 5 INITIALS a | b |
|---|---|---|---|---|---|
| | RECONSTRUCTION PREVIOUS | REEN EFF: 84AUG31 FOR 6YRS | | | |
| RECDUT 15JAN87 | NRD DETROIT MI BY PSD DETROIT MI | OF RATE: SM2 PRD:0489 | | | |
| 27OCT87 | MBRS PRD HAS BEEN ADJUSTED TO 0789 AUTH: EPAD DTD 27OCT87 | | | | |
| 13FEB89 | PROJECTED ROTATION DATE ADJUSTED TO: AUG90 AUTHORITY: NAVPERS 1306/7 OF 13FEB89 | | DISCH 90JUL16 | LGC | LGC |

NAME (Last, first, middle)
WALLS, JEFFERY GLEN

[redacted]

NAVPERS 1070/605 (REV. 3-80) S/N 0106-LF-010-6062

00128

EMPRS Duplicate Copy

1616-1

35

# ENLI[illegible]D PERFORMANCE EVALUATION [illegible]PORT

1 NAME (LAST, FIRST, MIDDLE OR MIDDLE INITIAL) WALLS, JEFFREY G

2 RATE SM1(SW)

3 SSN [redacted]

BRANCH/CLASS: 4 [X] USN 5 [ ] USNR

STATUS: 6 [X] ACTIVE 7 [ ] INACTIVE 8 [ ] TEMAC 9 [ ] ACDUTRA

10 MEMBER'S SHIP OR STATION FFG-15 ESTOCIN

11 MEMBER'S UIC 20968

12 DATE REPORTED 90SEP16

OCCASION FOR REPORT: 13 [X] PERIODIC 14 [ ] TRANSFER 15 OTHER

PERIOD OF REPORT: 16 FROM 90AUG21 17 TO 91NOV30

TYPE OF REPORT: 18 [X] REGULAR 19 [ ] CONCURRENT

20 PHYSICAL READINESS P/10

21 RESERVE PART

22 DATE OF RATE 90JUN16

23 REPORTING SENIOR'S NAME (LAST AND INITIALS) SAVIGNAC, R D

24 RANK LCDR

25 TITLE XO

26 SSN [redacted]

| EVALUATION SECTION *REQUIRES COMMENT IN BLOCK 56 | NOT OBS | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8* | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROFESSIONAL FACTORS: 27 MILITARY KNOWLEDGE/PERFORMANCE | | | X | | | | | | | | |
| PROFESSIONAL FACTORS: 28 RATING KNOWLEDGE/PERFORMANCE | | X | | | | | | | | | |
| PERSONAL TRAITS: 29 INITIATIVE | | | X | | | | | | | | |
| PERSONAL TRAITS: 30 RELIABILITY | | | X | | | | | | | | |
| PERSONAL TRAITS: 31 MILITARY BEARING | | X | | | | | | | | | |
| PERSONAL TRAITS: 32 PERSONAL BEHAVIOR | | X | | | | | | | | | |
| PERSONAL TRAITS: 33 HUMAN RELATIONS INCL EQUAL OPPORTUNITY | | X | | | | | | | | | |
| SELF EXPRESSION: 34 SPEAKING ABILITY | | | X | | | | | | | | |
| SELF EXPRESSION: 35 WRITING ABILITY | | | X | | | | | | | | |
| LEADERSHIP: 36 DIRECTING | | | X | | | | | | | | |
| LEADERSHIP: 37 COUNSELING | | | X | | | | | | | | |
| 38 MANAGEMENT (E-7/8/9 ONLY, NOB FOR E6 AND BELOW) | X | | | | | | | | | | |
| 39 OVERALL EVALUATION | | * | X | | | | | | | | |
| 40 SUMMARY | | 21 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ADVANCEMENT RECOMMENDATION: 41 [X] RECOMMENDED 42 [ ] PROGRESSING TOWARD 43 [ ] NOT RECOM.

44 ACKNOWLEDGEMENT BY AND SIGNATURE OF MEMBER.
I ACKNOWLEDGE THAT I HAVE SEEN THIS EVALUATION REPORT AND UNDERSTAND MY RIGHTS UNDER ARTICLE 1110, U.S. NAVY REGS., 1973, TO SUBMIT A STATEMENT.
I INTEND TO (SUBMIT) (NOT TO SUBMIT) A STATEMENT. (CIRCLE YOUR INTENTION).

[signature]

DATE SIGNED BY MEMBER 15 DEC 91

45 SIGNATURE OF REPORTING SENIOR [signature]

46 ADDRESS OF REPORTING SENIOR
COMMANDING OFFICER
[illegible] -1173
FP[illegible]

47 TYPED NAME AND SIGNATURE OF REGULAR REPORTING SENIOR ON CONCURRENT REPORT

48 DATE FORWARDED 15 DEC 1991

49 DATE FWD (IF 47 USED)

APR 0 6 1992

NAVPERS 1616/24 (REV 6-84) SN 0106-LF-016-1726

NMPC (N-322) COPY

* U.S. GOVERNMENT PRINTING OFFICE: 1988–[illegible]

EMPRS Duplicate Copy

OPTIONAL STATEMENT NOT REQUIRED FOR COMPLETION OF THIS FORM

| 50 MEMBER'S LAST NAME, INITIALS | 51 SSN | PERIOD OF REPORT 52 From | 53 To |
|---|---|---|---|
| WALLS, JEFFREY G | [redacted] | 90AUG21 | 91NOV30 |

PRI: Leading Signalman-14, Divisional LPO-12, Supervises 5 Personnel. Watch: SHOW-14, OHOW-8, Inport OOD-12, Duty HAA-12.
COLL: Divisional PHS Coordinator-12, Divisional PQS Coordinator-12, Divisional Career Counselor-12. Deployed Great Lakes 90DEC ... JUN26-AUG30.

55 SPECIAL ACHIEVEMENTS

Awarded National Defense Service Medal. Completed HA 1&C and Career Information Courses. Received Associate Criminal Justice Corrections Certificate.

56 EVALUATION COMMENTS

SH1(SW) Walls is responsible for singlehandedly re-establishing ESTOCIN'S Signal Bridge after a period during which there were no signalman assigned. His immediate task was to prepare for Limited Team Training in Guantanamo Bay, Cuba. Petty Officer Walls approached this challenge with enthusiasm and resourcefulness, collecting and ordering all the necessary gear and rapidly training an SM striker to perform to FTG standards. He has established himself on ESTOCIN and is developing into a fine LPO. Petty Officer Walls performs the full range of his duties including PQS coordinator, PHS coordinator, and duty HAA. Specific accomplishments include:

- Was instrumental in ensuring the success of ESTOCIN'S role in the Defender's Day celebration at Ft McHenry. Petty Officer Walls choreographed a flag and light show that was appreciated by hundreds of spectators ashore.

- Received praise for his personal appearance during consecutive personnel inspections.

- Volunteered to give aid when the Guantanamo Elementary School complex was damaged in a flood.

- Willingly gave his time in preparing for the dependant childrens Christmas party and visiting the Cleveland Veterans Hospital.

Petty Officer Walls is a vital member of ESTOCIN's crew. His abilities and leadership skills make him an asset and a positive model for junior sailors. SH1(SW) Walls maintains himself in top physical condition. He is recommended for advancement to Chief Signalman.

RETENTION: Recommended.

ADMINISTRATIVE REMARKS
NAVPERS [illegible] (REV. [illegible])
S/N [illegible]

SHIP OR STATION
Commanding Officer, Navy Recruiting District, Detroit

E-32

17 APR 87: I certify that I have read and understand the provisions of NRDMIINST 5370.1 and SECNAVINST 5370.2 (series) pertaining to the Standards of Conduct.

(Signature)

Witnessed: M. K. EVANS, PN1, USN
Administrative Assistant
By direction of the Commanding Officer

NAME (Last, First, Middle)
WALLS JEFFREY GLEN

SSN
[redacted]

BRANCH AND CLASS
USN

U.S. GOVERNMENT PRINTING OFFICE: [illegible]

7



EMPRS Duplicate Copy

# EVALUATION REPORT & COUNSELING RECORD (E1-E6)

RCS BUPERS 1610-1

| | | | |
|---|---|---|---|
| 1. Name (Last, First MI Suffix) WALLS, JEFFREY G | 2. Rate SM1 | 3. Desig SW | 4. SSN [redacted] |

| | | | | |
|---|---|---|---|---|
| 5. ACT [X] TAR [ ] INACT [ ] AT/ADSW/265 [ ] | 6. UIC 61894 | 7. Ship/Station NMCRC WASH DC | 8. Promotion Status REGULAR | 9. Date Reported 98APR02 |

| | | | | |
|---|---|---|---|---|
| Occasion for Report 10. Periodic [X] | Detachment 11. of Individual [ ] | Promotion/ 12. Frocking [ ] | 13. Special [ ] | Period of Report 14. From: 98NOV16 15. To: 99NOV15 |
| 16. Not Observed Report [ ] | Type of Report 17. Regular [X] | 18. Concurrent [ ] | 19. [ ] | 20. Physical Readiness P/WS / 21. Billet Subcategory (if any) BASIC |

| | | | | | |
|---|---|---|---|---|---|
| 22. Reporting Senior (Last, FI MI) SPEARS, H E | 23. Grade CAPT | 24. Desig 1117 | 25. Title CO | 26. UIC 61894 | 27. SSN [redacted] |

28. Command employment and command achievements.

Training and Administration of Naval Reservists. Provides administrative, logistical and training support to 1,868 Selected Reservists (SELRES) assigned to 89 units. Command received 1998 Golden Anchor Award.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)

[TRAINING ADMIN] Training Department Administrator-12. Responsible for in/outgoing correspondence, drafting of meorandum orders and order modifications. COLL: PRT Coordinator-11 and Assistant Urinalysis Coordinator-12. WATCH: Command Duty Petty Officer-12.

| | | | |
|---|---|---|---|
| For Mid-term Counseling Use. (When completing EVAL, enter 30 and 31 from counseling record, sign 32.) | 30. Date Counseled 99MAY19 | 31. Counselor CRESPO, A | 32. Signature of Individual Counseled |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL KNOWLEDGE: Technical knowledge and practical application. NOB [ ] | -Marginal knowledge of rating, specialty or job. -Unable to apply knowledge to solve routine problems. -Fails to meet advancement/PQS requirements. [ ] | [ ] | -Strong working knowledge of rating, specialty and job. -Reliably applies knowledge to accomplish tasks. -Meets advancement/PQS requirements on time. [X] | [ ] | -Recognized expert, sought out by all for technical knowledge. -Uses knowledge to solve complex technical problems. -Meets advancement/PQS requirements early/with distinction. [ ] |
| 34. QUALITY OF WORK: Standard of work; value of end product. NOB [ ] | -Needs excessive supervision. -Product frequently needs rework. -Wasteful of resources. [ ] | [ ] | -Needs little supervision. -Produces quality work. Few errors and resulting rework. -Uses resources efficiently. [X] | [ ] | -Needs no supervision. -Always produces exceptional work. No rework required. -Maximizes resources. [ ] |
| 35. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB [ ] | -Displays personal bias or engages in harassment. -Tolerates bias, unfairness or harassment in subordinates. -Lacks respect for EO objectives. -Interferes with order and discipline by disregarding rights of others. [ ] | [ ] | -Always treats others with fairness and respect. -Does not condone bias or harassment in or outside of workplace. -Supports Navy EO objectives. -Contributes to unit cohesiveness and morale. [X] | [ ] | -Admired for fairness and human respect. -Ensures a climate of fairness and respect for human worth. -Pro-active EO leader, achieves concrete EO objectives. -Leader and model contributor to unit cohesiveness and morale. [ ] |
| 36. MILITARY BEARING/ CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | -Consistently unsat appearance. -Unsatisfactory demeanor/conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program, within all standards. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [X] | [ ] | -Exemplary personal appearance. -Exemplary representative of Navy. -Excellent or outstanding PRT. A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] |
| 37. PERSONAL JOB ACCOMPLISHMENT/ INITIATIVE: Responsibility, quantity of work. NOB [ ] | -Needs prodding to attain qualification or finish job. -Prioritizes poorly. -Avoids responsibility. [ ] | [X] | -Productive and motivated. Completes tasks and qualifications fully and on time. -Plans/prioritizes effectively. -Reliable, dependable, willingly accepts responsibility. [ ] | [ ] | -Energetic self-starter. Completes tasks or qualifications early, far better than expected. -Plans/prioritizes with exceptional skill and foresight. -Seeks extra responsibility and takes on the hardest jobs. [ ] |

# EVALUATION REPORT & COUNSELING RECORD (E1-E6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| WALLS, JEFFREY G | SM1 | SW | [redacted] |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. TEAMWORK: Contributions to team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. [ ] | [ ] | -Reinforces others' efforts, meets commitments to team. -Understands goals, employs good teamwork techniques. -Accepts and offers team direction. [X] | [ ] | -Team builder, inspires cooperation and progress. -Focuses goals and techniques for teams. -The best at accepting and offering team direction. [ ] |
| 39. LEADERSHIP: (Optional for E1-E3) Organizing, motivating and developing others to accomplish goals. NOB [ ] | -Fails to motivate, train or develop subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. -Does not attend to welfare of subordinates. [ ] | [X] | -Effectively motivates, trains and develops subordinates. -Organizes successfully, solves problems as they occur. -Sets/achieves useful, realistic goals which support command mission. -Performs and leads effectively in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. -Routinely considers subordinates' personal and professional welfare. [ ] | [ ] | -Inspiring motivator and trainer, consistently builds winners. -Superb organizer, great foresight, gets ahead of problems. -Leadership achievements significantly furthers command mission. -Perseveres through the toughest challenges and inspires others. -Exceptional communicator. -Makes subordinates safety-conscious, has top safety record. -Constantly improves the personal and professional lives of others. [ ] |

| 40. Individual Trait Avg. total of trait scores divided by number of graded traits. | 41. I recommend this individual for (maximum of two): Assignment in Rating, Sea Special Programs, Shore Special Programs, Commissioning Programs, Special Warfare Programs, Rating Instructor Duty, Other. (Be specific) | 42. Signature of Rater (Typed Name & Rate): I have evaluated this member against the above performance standards and have forwarded written explanation of marks 1.0 and 5.0. |
|---|---|---|
| 2.71 | ASSIGNMENT IN RATE / SEA DUTY | [signature] CRESPO, A, EMCS (SW) Date: 30Nov99 |

43. COMMENTS ON PERFORMANCE: * All 5.0 and 1.0 marks must be specifically substantiated in comments. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is prohibited. Font must be 10 or 12 Pitch (10 or 12 point) only. Use upper and lower case.

SM1 Walls has shown some progress throughout this marking period. Has shown increased desire to work as part of the team, provides assistance to departmental personnel on a variety of functions. However, he continues to require guidance and routine supervision in performance of his duties and assigned tasks.
-Has received counseling on uniform appearance, and has made an effort to improve; occasionally needs to be reminded of standards.
-Performs well as a Reserve INDOC Instructor, has received favorable comments from student critiques.
-Assists AT Coordinators in the processing of annual training orders. Produces memorandum orders for unit personnel whose order's have not been finalized, ensuring personnel meet their gaining commands needs.
-Volunteers to assist units as a certified CPR provider, during their PRT testing.

44. QUALIFICATIONS/ACHIEVEMENTS - Education, awards, community involvement, etc., during this period.
Community involvement: Assisted NMCRC Washington in the Marine Corps Toys for Tots drive: Assisted as a video editor for Community Television of Prince George's County.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote | 47. Retention: Not Recommended [ ] Recommended [X] |
|---|---|---|---|---|---|---|---|
| 45. INDIVIDUAL | | | | X | | | 48. Reporting Senior Address: CO, NMCRC, NDW, ANACOSTIA ANNEX |
| 46. SUMMARY | X | 1 | 0 | 4 | 6 | 3 | 183 SPRUANCE CIRCLE, SW, S-117 WASHINGTON, DC 20373-5812 |

49. Signature of Senior Rater (Typed Name & Grade/Rate): I have reviewed the evaluation of this member against these performance standards and have provided written explanation in support the marks of 1.0 and 5.0.
[signature] DELEO, D E, LT Date: 11-30-99

50. Signature of Reporting Senior
[signature] Date: 30Nov99

51. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement. [ ] I do not intend to submit a statement. [X]
[signature] Date: NOV 30 DEC 99

52. Type name, grade, command, UIC, and signature of regular Reporting Senior on Concurrent Report
Date:

NAVPERS 1616/26 (7-95)

00133

EMPRS Duplicate Copy

1758

# ENLISTED PERFORMANCE RECORD

*See BUPERSMAN 5030360

| 1. DATE | 2. REASON | 3. RATE | 4. TRAITS: PROFESSIONAL PERFORMANCE | MILITARY BEHAVIOR | LEADERSHIP AND SUPERVISORY ABILITY | MILITARY APPEARANCE | ADAPTABILITY | 5. SHIP OR ACTIVITY | 6. INITIALS* |
|---|---|---|---|---|---|---|---|---|---|
| 02 SEP 1980 | M | | DATE OF ENLISTMENT | | | | | CRUITRACOM, NTC. ORLANDO, FLA. | |
| | M | | RECRUIT TRAINING | | | | | CRUITRACOM, NTC. ORLANDO, FLA. | |
| 10FEB81 | T | SR | N.O | N.O | N.O | N.O | N.O | SSC, NTC SDIEGO, CA | |
| 02MAR81 | M/AR | SA | ADVANCED TO SA (PG 4810) | | | | | SSC NTC SDIEGO CA | |
| 12MAY81 | M/AR | SN | ADVANCED TO SN (PG 4810 DTD 16MAY81) | | | | | USS WHIPPLE (FF-1062) | |
| 13MAY82 | M | SN | CO'S NJP (PAGE 7, 13) | | | | | USS WHIPPLE (FF-1062) | |
| 13MAY82 | M/RR | SA | REDUCED IN RATE TO SA THIS DATE | | | | | USS WHIPPLE (FF-1062) | FEP |
| 31JAN82 | P | SN | 3.2 | 3.4 | N.O | 3.6 | 3.4 | USS WHIPPLE FF1062 | |
| 16NOV82 | M/AR | SN | ADVANCED THIS DATE PG 10, DTD 16NOV82, & PG 4 | | | | | USS WHIPPLE (FF-1062) | REP |
| 31JAN83 | P | SN | 3.0 | 3.0 | N.O. | 3.4 | 3.4 | USS WHIPPLE (FF-1062) | REP |
| 01SEP83 | M | SN | RECOMMENDED FOR ADVANCEMENT TO SM3 | | | | | USS WHIPPLE FF-1062 | REP |

| NAME (Last, First, Middle) | COMPANY NUMBER | SOCIAL SECURITY NO | BRANCH AND CLASS |
|---|---|---|---|
| WALLS JEFFREY GLEN | C214 | [redacted] | USN |

ENLISTED PERFORMANCE RECORD - NAVPERS 1070/609 (REV. 12/73) S/N 0106-LF-010-6970

00134

EMPRS Duplicate Copy

[illegible]

EVENT: [illegible] REENLISTMENT CONTRACT
IMMEDIATE REENLISTMENT CONTRACT [illegible]

NAME: WALLS JEFFREY GLEN SSN: [illegible]

FIRST: I am reenlisting in the UNITED STATES NAVY/NAVAL RESERVE for 4 years from 90.08.17, unless sooner discharged by proper authority. My new contract expiration date is 94.08.16.

SECOND: I have read and understand SECTION 6[illegible] OF TITLE 10 OF THE UNITED STATES CODE: (a) The senior officer present afloat in foreign waters shall send to the United States by Government or other transportation as soon as possible each enlisted member of the naval service who is serving on a naval vessel, whose term of enlistment has expired, and who desires to return to the United States. However, when the senior officer present afloat considers it essential to the public interest, he may retain such a member on active duty until the vessel returns to the United States. (b) Each member retained under this section: (1) shall be discharged not later than 30 days after his arrival in the United States; and (2) except in time of war is entitled to an increase in basic pay of 25 percent. (c) The substance of this section shall be included in the enlistment contract of each person enlisting in the naval service.

THIRD: I understand that I may be extended on, or ordered to active duty for the duration of any war or national emergency declared by Congress, and for 6 months thereafter, and that my agreed period of active service may be extended as otherwise authorized by law.

FOURTH: I have had this contract fully explained to me. I understand it and certify that no promise of any kind has been made to me concerning assignment to duty, geographical area, schooling, special programs, assignment of government quarters, or transportation of dependents except as indicated: BENEFITS OF RATE

UIC: 6743[illegible] STATUS: ACTIVE X INACTIVE RADO MONTHS/DAYS: / DOB: 67[illegible]
PLACE OF REENLISTMENT: NAD MICHIGAN ADSD: 800907 PEBD: 791220
HOME OF RECORD: SUMMIT MS RATE: SM1 DATE OF PAYGRADE: 900616
CITIZENSHIP: US CITIZEN COUNTRY: DATE LAST DISCHARGE: 900716
TOTAL ACTIVE SERVICE: 09/10/16 TOTAL PRIOR INACTIVE SERVICE: 00/08/12
YEARS/MONTHS/DAYS YEARS/MONTHS/DAYS

OATH OF ENLISTMENT: I, JEFFREY GLEN WALLS, do solemnly swear (or affirm) that I will support and defend the constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same, and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulation and the Uniform Code of Military Justice. So help me God. I swear (or affirm) that I am fully aware and fully understand the conditions under which I am enlisting.

**** SIGNATURE OF REENLISTEE: [signature] FIRST [signature] MIDDLE [signature] LAST

Subscribed and sworn before me this 17th DAY OF JULY, A.D. 1990

SIGNATURE AND GRADE: [signature] K.A. KEELY, LT, USN

OFFICIAL TITLE: ASST ENL PROG OFF NRD MICHIGAN

NAVPERS 1070/601

00135

3349289

1616-1

# ENLISTED PERFORMANCE EVALUATION REPORT

35

1 NAME (LAST, FIRST, MIDDLE OR MIDDLE INITIAL) WALLS, JEFFREY C

2 RATE SM2

3 SSN [redacted]

BRANCH/CLASS 4 [X] USN 5 [ ] USNR

STATUS 6 [X] ACTIVE 7 [ ] INACTIVE 8 [ ] TEMAC 9 [ ] ACDUTRA

10 MEMBER'S SHIP OR STATION NAVCRUITDIST DETROIT

11 MEMBER'S UIC 62439

12 DATE REPORTED 87JAN22

OCCASION FOR REPORT 13 [X] PERIODIC 14 [ ] TRANSFER 15 OTHER

PERIOD OF REPORT 16 FROM 88APR01 17 TO 89MAR31

TYPE OF REPORT 18 [X] REGULAR 19 [ ] CONCURRENT

20 PHYSICAL READINESS P/8

21 RESERVE PART

22 DATE OF RATE 85DEC16

23 REPORTING SENIOR'S NAME (LAST AND INITIALS) MARMANN, B A

24 RANK LCDR

25 TITLE XO

26 SSN [redacted]

| EVALUATION SECTION *REQUIRES COMMENT IN BLOCK 50 | | NOT OBS | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8* | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROFESSIONAL FACTORS | 27 MILITARY KNOWLEDGE/PERFORMANCE | | | X | | | | | | | | |
| | 28 RATING KNOWLEDGE/PERFORMANCE | | | X | | | | | | | | |
| PERSONAL TRAITS | 29 INITIATIVE | | X | | | | | | | | | |
| | 30 RELIABILITY | | | X | | | | | | | | |
| | 31 MILITARY BEARING | | X | | | | | | | | | |
| | 32 PERSONAL BEHAVIOR | | X | | | | | | | | | |
| | 33 HUMAN RELATIONS INCL EQUAL OPPORTUNITY | | X | | | | | | | | | |
| SELF EXPRESSION | 34 SPEAKING ABILITY | | | X | | | | | | | | |
| | 35 WRITING ABILITY | | | X | | | | | | | | |
| LEADERSHIP | 36 DIRECTING | X | | | | | | | | | | |
| | 37 COUNSELING | X | | | | | | | | | | |
| 38 MANAGEMENT (E-7/8/9 ONLY, NOB FOR E-6 AND BELOW) | | X | | | | | | | | | | |
| 39 OVERALL EVALUATION | | | | X | | | | | | | | |
| 40 SUMMARY | | [illegible] | 35 | 2[illegible]4 | [illegible]1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ADVANCEMENT RECOMMENDATION 41 [X] RECOMMENDED 42 [ ] PROGRESS TOWARD 43 [ ] NOT RECOM

44 ACKNOWLEDGEMENT BY AND SIGNATURE OF MEMBER
I ACKNOWLEDGE THAT I HAVE SEEN THIS EVALUATION REPORT AND UNDERSTAND MY RIGHTS UNDER ARTICLE 1110, U.S. NAVY REGS, 1973, TO SUBMIT A STATEMENT.
~~I INTEND TO SUBMIT~~ / (NOT TO SUBMIT A STATEMENT) (CIRCLE YOUR INTENTION)

DATE SIGNED BY MEMBER: [signature] 3/31/89

45 SIGNATURE OF REPORTING SENIOR [signature]

46 ADDRESS OF REPORTING SENIOR
COMMANDING OFFICER
NAVY RECRUITING DISTRICT, DETROIT
3100 E. JEFFERSON AVENUE
DETROIT, MI 48207-4221

47 TYPED NAME AND SIGNATURE OF REGULAR REPORTING SENIOR ON CONCURRENT REPORT

48 DATE FORWARDED 89APR0[illegible]5

49 DATE FWD (IF 47 USED)

NAVPERS 1616/26 (REV 6-85) SN 0106-LF-016-1726
REPORT NMPC 1616-1 (ES-9)

NMPC (N-322) COPY

NMPC-322

DATE: 1989 MAY 08 INITIAL [initials]

U.S. GOVERNMENT PRINTING OFFICE 1986

10 APR 1989

00136

EMPRS Duplicate Copy

OCR TYPING FONT NOT REQUIRED FOR COMPLETION OF THIS SIDE

| 50 MEMBER'S LAST NAME, INITIALS | 51 SSN | PERIOD OF REPORT | |
|---|---|---|---|
| WALLS, J G | [redacted] | 52 From 88APR01 | 53 To 80MAR31 |

54 DUTIES AND RESPONSIBILITIES

Assigned as NRD Detroit support in Lansing, Michigan. Responsible for obtaining birth verifications and providing assistance to recruiting personnel. Petty Officer-in-Charge of vehicle at NRS Lansing.

55 SPECIAL ACHIEVEMENTS

Completed Education for Criminal Justice and Commercial Broadcast and Intervention courses at Lansing Community College. Completed Fundamentals and Systems Summary and Special Signals correspondence courses.

56 EVALUATION COMMENTS

Petty Officer Walls is an excellent Petty Officer who has become an invaluable asset to the command. He has shown great initiative to overcome obstacles in order to complete his assigned tasks. In many cases, Petty Officer Walls is under excessive time pressure to accomplish his job and has always persevered. He aggressively seeks out better ways in assisting recruiters and is always willing to do more than what is required of him. Petty Officer Walls is a self-motivated individual who takes pride in himself and projects a positive Navy image at all times. He is recommended for advancement and retention.

Specific accomplishments include:

- Received Second and Third Silver Wreath Awards and Letters of Commendation from Commanding Officer, Navy Recruiting District, Detroit for support in Recruiting Excellence.

- Received Fourth Silver Wreath Award and Letter of Commendation from Commander, Navy Recruiting Area FOUR.

- Member of Small Business Art Association.

- Received Second Safe Driving Award from Commander, Navy Recruiting Area FOUR.

- Actively involved in National Urban League of Lansing and also involved in MADD.

00137

EMPRS Duplicate Copy

&11L N: 823900125P

EVENT: R25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

240/024

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: [redacted]
RANK/RATE: SM1
USN OR USNR: USN
SHIP OR STATION: N&MRCR WASH DC
TOTAL NUMBER OF DEPENDENTS: 01

NAME: WALLS JEFFREY GLEN
UIC-ACTUAL: 61894
DEPNS CHG EFFECTIVE DATE: [redacted]
INITIAL/CHANGE: CHANGE

NAME OF SPOUSE:
SPOUSE DATE OF BIRTH:
SPOUSE SSN: - -
SPOUSE RELATIONSHIP:
IS SPOUSE DEPENDENT:
IS SPOUSE ACTIVE MEMBER OF UNIFORMED SERVICE: BRANCH:
SPOUSE CITIZENSHIP:
DATE OF MARRIAGE:
PLACE OF MARRIAGE:

ADDRESS OF SPOUSE:

WAS SPOUSE PREVIOUSLY MARRIED:
PRIOR MARRIAGE DISSOLVED BY:
DATE PRIOR MARRIAGE DISSOLVED:
PLACE PRIOR MARRIAGE DISSOLVED:

WAS MEMBER PREVIOUSLY MARRIED: NO
PRIOR MARRIAGE DISSOLVED BY:
DATE PRIOR MARRIAGE DISSOLVED:
PLACE PRIOR MARRIAGE DISSOLVED:

NAME OF FATHER: [redacted]
IS FATHER DEPENDENT: NO
ADDRESS OF FATHER: DECEASED

NAME OF MOTHER: [redacted]
IS MOTHER DEPENDENT: YES
ADDRESS OF MOTHER: [redacted]

---

CHILD AND/OR DEPENDENT
NAME:
IS PERSON DEPENDENT:
RELATIONSHIP:
DEPENDENT DATE OF BIRTH:
ADDRESS:

NAME OF CUSTODIAN OTHER THAN CLAIMANT:

NAVPERS 1070/602R





EMPRS Duplicate Copy

DCN: 823900125P

EVENT: R25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: [redacted] NAME: WALLS JEFFREY GLEN

OTHER PERSON, NOT ALREADY NAMED, TO BE NOTIFIED OF PERSONAL CASUALTY
NAME:
RELATIONSHIP:
ADDRESS:

NEXT OF KIN OF SPOUSE (NOT HUSBAND, WIFE OR MINOR CHILD)
NAME:
RELATIONSHIP:
ADDRESS:

BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES
NAME: [redacted]
RELATIONSHIP: MOTHER
ADDRESS: [redacted]

PERCENTAGE: 100
PERSON TO RECEIVE ALLOTMENT IF IN A MISSING STATUS, SUBJECT TO SECNAV DETERMINATION
NAME: [redacted]
ADDRESS: [redacted]

PERCENTAGE: 80
BENEFICIARIES FOR GRATUITY PAY (NO SPOUSE OR CHILD SURVIVING)
NAME: [redacted]
RELATIONSHIP: UNCLE
ADDRESS: [redacted]

PERCENTAGE: 100
LIFE INSURANCE DATA (NOT INCLUDING NSLI OR SGLI)
NAME OF COMPANY:
ADDRESS:

---

POLICY NUMBER:
LOCATION OF WILL OR OTHER VALUABLE PAPERS: [redacted]
RELIGION: 08
IS BENEFICIARY DESIGNATION OF SGLI ON FILE: YES DESIGNATION DATE: 97JAN07

/FC12/39/
DCN: 823900125P

EVENT: R25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

DEPENDENCY APPLICATION NAVPERS 1070/602R

SSN: [redacted] NAME: WALLS JEFFREY GLEN

REMARKS:

MBR'S DEPN MOTHER ERRONEOUSLY DROPPED OFF PAGE 2 AS A DEPN EFFECTIVE 980403 PER DFAS-CL MSG 260234ZAUG98. THIS IS TO REINSTATE MOTHER AS A DEPN AS REQUESTED BY MSG. SIGHTED LATEST NAVCOMPT 3072 APPROVING MOTHER AS A DEPN FROM 970915 TO 980915. (ANNUAL UPDATE FROM DFAS-CL)

ADDRESS UPDATE. CSQ

CERTIFICATION: I WILL IMMEDIATELY NOTIFY MY COMMANDING OFFICER OF ANY CHANGE IN THE DEPENDENCY OF THE DEPENDENTS LISTED ABOVE. I AM AWARE THAT MAKING FALSE STATEMENTS ON A CLAIM AGAINST THE U.S. GOVERNMENT IS PUNISHABLE BY TRIAL BY COURTS MARTIAL. I HEREBY CERTIFY THAT I HAVE PERSONAL KNOWLEDGE OF THE FACTS STATED HEREIN AND THAT THEY ARE TRUE AND CORRECT.

SIGNATURE OF APPLICANT

CSQuesada
SIGNATURE OF APPROVING OFFICER

Pers Supv
TITLE

98Aug27
DATE

00140

STANDARD FORM 93
REV. OCTOBER 1974
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45-505

APPROVED
OFFICE OF MANAGEMENT AND BUDGET No. 29-R0191

# REPORT OF MEDICAL HISTORY

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

1. LAST NAME—FIRST NAME—MIDDLE NAME: WALLS, JEFFREY GLEN
2. SOCIAL SECURITY OR IDENTIFICATION NO.: [redacted]
3. HOME ADDRESS (No. street or RFD, city or town, State, and ZIP CODE): [redacted]
4. POSITION (title, grade, component): E-6 / USN
5. PURPOSE OF EXAMINATION: RAD / RET
6. DATE OF EXAMINATION: 6/2/00
7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS (Include ZIP Code): WALTER BRANCH MEDICAL CLINIC, WASHINGTON NAVY YARD, 524 WARRINGTON AVE SE, WASHINGTON DC 20374

8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint exists)

HEALTH: Good
MEDICATIONS: Ø
ALLERGIES: PCN

BEST AVAILABLE DOCUMENT

9. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

10. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | ✓ | | Scarlet fever, erysipelas |
| | ✓ | | Rheumatic fever |
| | ✓ | | Swollen or painful joints |
| | ✓ | | Frequent or severe headache |
| | ✓ | | Dizziness or fainting spells |
| | ✓ | | Eye trouble |
| | ✓ | | Ear, nose, or throat trouble |
| | ✓ | | Hearing loss |
| | ✓ | | Chronic or frequent colds |
| | ✓ | | Severe tooth or gum trouble |
| | ✓ | | Sinusitis |
| | ✓ | | Hay Fever |
| | ✓ | | Head injury |
| | ✓ | | Skin diseases |
| | ✓ | | Thyroid trouble |
| | ✓ | | Tuberculosis |
| | ✓ | | Asthma |
| | ✓ | | Shortness of breath |
| | ✓ | | Pain or pressure in chest |
| | ✓ | | Chronic cough |
| | ✓ | | Palpitation or pounding heart |
| | ✓ | | Heart trouble |
| | ✓ | | High or low blood pressure |

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| | ✓ | | Cramps in your legs |
| | ✓ | | Frequent indigestion |
| | ✓ | | Stomach, liver, or intestinal trouble |
| | ✓ | | Gall bladder trouble or gallstones |
| | ✓ | | Jaundice or hepatitis |
| | ✓ | | Adverse reaction to serum, drug, or medicine |
| | ✓ | | Broken bones |
| | ✓ | | Tumor, growth, cyst, cancer |
| | ✓ | | Rupture/hernia |
| | ✓ | | Piles or rectal disease |
| | ✓ | | Frequent or painful urination |
| | ✓ | | Bed wetting since age 12 |
| | ✓ | | Kidney stone or blood in urine |
| | ✓ | | Sugar or albumin in urine |
| | ✓ | | VD—Syphilis, gonorrhea, etc. |
| | ✓ | | Recent gain or loss of weight |
| | ✓ | | Arthritis, Rheumatism, or Bursitis |
| ✓ | | | Bone, joint or other deformity |
| | ✓ | | Lameness |
| | ✓ | | Loss of finger or toe |
| | ✓ | | Painful or "trick" shoulder or elbow |
| ✓ | | | Recurrent back pain |

| YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|
| ✓ | | | "Trick" or locked knee |
| | ✓ | | Foot trouble |
| | ✓ | | Neuritis |
| | ✓ | | Paralysis (include infantile) |
| | ✓ | | Epilepsy or fits |
| | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Frequent trouble sleeping |
| | ✓ | | Depression or excessive worry |
| | ✓ | | Loss of memory or amnesia |
| | ✓ | | Nervous trouble of any sort |
| | ✓ | | Periods of unconsciousness |

12. FEMALES ONLY: HAVE YOU EVER

| YES | NO | |
|---|---|---|
| | | Been treated for a female disorder |
| | | Had a change in menstrual pattern |

13. WHAT IS YOUR USUAL OCCUPATION?

14. ARE YOU (Check one)
☑ Right handed ☐ Left handed

93-103-02

EXCEPTION TO SF 93
APPROVED BY CIRM 12/83

| YES | NO | CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT | |
|---|---|---|---|
| | | 15. Have you been refused employment or been unable to hold a job or stay in school because of: | Left knee sometimes lock in place. This was caused by an accident aboard ship. Swelling and stiffness in the morning. Doesn't affect motor skills. Some pain in the morning before walking waking up. |
| | ✓ | A. Sensitivity to chemicals, dust, sunlight, etc. | |
| | ✓ | B. Inability to perform certain motions. | |
| | ✓ | C. Inability to assume certain positions | |
| | ✓ | D. Other medical reasons (If yes, give reasons.) | |
| | ✓ | 16. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details.) | |
| | ✓ | 17. Have you ever been denied life insurance? (If yes, state reason and give details.) | |
| | ✓ | 18. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) | |
| ✓ | | 19. Have you ever been a patient in any type of hospitals? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | |
| | ✓ | 20. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) | |
| | ✓ | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) | |
| | ✓ | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? (If yes, give date and reason for rejection.) | |
| | ✓ | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability.) | |
| | ✓ | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) | |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| | |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here:)

① Morning stiffness c̄ improvement throughout day Ⓛ knee. No hx of fx.

② Scoliosis found on x-ray. No significant back pain

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| Harold Yu 8707 | 23Jun00 | [signature] PA-C | |

1616-1

# ENLISTED PERFORMANCE EVALUATION REPORT

1. NAME (LAST, FIRST, MIDDLE OR MIDDLE INITIAL): WALLS, JEFFREY G
2. RATE: SM1(SW)
3. SSN: [redacted]

BRANCH/CLASS: 4. [X] USN 5. [ ] USNR
STATUS: 6. [X] ACTIVE 7. [ ] INACTIVE 8. [ ] TEMAC 9. [ ] ACDUTRA

10. MEMBER'S SHIP OR STATION: PRECOMMISSIONING UNIT COLE (DDG 67)
11. MEMBER'S UIC: 41288
12. DATE REPORTED: 95SEP08

OCCASION FOR REPORT: 13. [X] PERIODIC 14. [ ] TRANSFER 15. OTHER
PERIOD OF REPORT: 16. FROM 95SEP09 17. TO 95NOV30

TYPE OF REPORT: 18. [X] REGULAR 19. [ ] CONCURRENT
20. PHYSICAL READINESS: P/WS
21. RESERVE PART
22. DATE OF RATE: 95JAN16

23. REPORTING SENIOR'S NAME (LAST AND INITIALS): BERDAR, C J
24. RANK: LCDR
25. TITLE: XO
26. SSN: [redacted]

| EVALUATION SECTION *REQUIRES COMMENT IN BLOCK 56 | NOT OBS | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8* | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROF. FACTORS — 27. MILITARY KNOWLEDGE PERFORMANCE | | | | | | | | | | | |
| 28. RATING KNOWLEDGE/ PERFORMANCE | | | | | | | | | | | |
| PERSONAL TRAITS — 29. INITIATIVE | | | | | | | | | | | |
| 30. RELIABILITY | | | | | | | | | | | |
| 31. MILITARY BEARING | | | | | | | | | | | |
| 32. PERSONAL BEHAVIOR | | | | | | | | | | | |
| 33. HUMAN RELATIONS INCL. EQUAL OPPORTUNITY | | | | | | | | | | | |
| SELF EXPRESS — 34. SPEAKING ABILITY | | | | | | | | | | | |
| 35. WRITING ABILITY | | | | | | | | | | | |
| LDRSHIP — 36. DIRECTING | | | | | | | | | | | |
| 37. COUNSELING | | | | | | | | | | | |
| 38. MANAGEMENT (E-7/8/9 ONLY, N/A FOR E-6 AND BELOW) | | | | | | | | | | | |
| 39. OVERALL EVALUATION | X | * | | | | | | | | | |
| 40. SUMMARY | | | | | | | | | | | |

ADVANCEMENT RECOMMENDATION: 41. [ ] RECOMMENDED 42. [ ] PROGRESS TOWARD 43. [ ] NOT RECOM. *

44. ACKNOWLEDGEMENT BY AND SIGNATURE OF MEMBER
I ACKNOWLEDGE THAT I HAVE SEEN THIS EVALUATION REPORT AND UNDERSTAND MY RIGHT TO SUBMIT A STATEMENT.
I INTEND TO SUBMIT/NOT TO SUBMIT A STATEMENT. (CIRCLE YOUR INTENTION)

DATE SIGNED BY MEMBER: 20 Dec 95

45. SIGNATURE OF REPORTING SENIOR

46. ADDRESS OF REPORTING SENIOR:
COMMANDING OFFICER
PCU COLE (DDG 67)
PO BOX 7003
PASCAGOULA, MS 39568-7003

47. TYPED NAME, TITLE, ADDRESS, AND SIGNATURE OF REGULAR REPORTING SENIOR ON CONCURRENT REPORT
48. DATE SIGNED
49. DATE SIGNED (IF 47 USED)

NAVPERS 1616/24 (REV. 2-90)

COPY: [ ] BUPERS RECORD [ ] FIELD RECORD [ ] ACTIVITY [ ] MEMBER'S

00143

EMPRS Duplicate Copy

| 30 MEMBER'S LAST NAME, INITIALS | 31. SSN | PERIOD OF REPORT 32. FROM | 33. TO |
|---|---|---|---|
| WALLS, J G | [redacted] | 95SEP09 | 95NOV30 |

34 DUTIES AND RESPONSIBILITIES

35 SPECIAL ACHIEVEMENTS

Completed: Career Information Training Course (CITC); Command Assessment Team (CAT) Instructor Celestial Navigation Refresher; Navy Leadership Development Program (NLDP); Safety Program Afloat; General Shipboard Fire Fighting.

36 EVALUATION COMMENTS

Petty Officer Walls has been assigned to Precommissioning Unit COLE (DDG 67) for less than 90 days, not long enough to permit a comprehensive evaluation.

SEE BUPERSMAN 5030420

SHIP OR STATION

USS WHIPPLE FF-1062 AT PEARL HARBOR, HI

6 JUN 83: SN J. WALLS HAS COMPLETED 30 DAYS MESS COOKING THIS DATE.

R. E. PROVOST, PN1, USN
PERSONNEL OFFICER

00145

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| WALLS, JEFFREY GLEN | [redacted] | USN |

36

# ENLISTED QUALIFICATIONS HISTORY

## 1. EDUCATIONAL EXPERIENCE LEVEL

| GED (HS) EQUIVALENT TEST | | | COLLEGE LEVEL GENERAL EXAMS | | PRESENT LEVEL OF EDUCATION | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE ISSUED | ISSUING STATE | INIT | DATE PASSED | INIT | 12 | 13 | 14 | 15 | 16 | 17 |
| | | | | | | | | | | |

## 2. CLASSIFICATION/ASVAB TESTING QUALIFICATIONS

| TEST FORM ID | DATE ADMIN. | AFQT | GS | AR | WK | PC | NO | CS | AS | MK | MC | EI | VE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

ASVAB ADMINISTERED BY:

SPECIAL TEST SCORES

| NAME | FORM | DATE | SCORE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

CLASSIFIER'S SIGNATURE:

## 3. RECORD OF OFF-DUTY EDUCATION/VOC/TECH TRAINING AND NON-REQUIRED CORRESPONDENCE COURSES

| NUMBER/TITLE OF COURSE OR TEST | SCHOOL | DATE COMPLETED | GRADE | INIT | NUMBER/TITLE OF COURSE OR TEST | SCHOOL | DATE COMPLETED | GRADE | INIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## 4. OTHER TRAINING COURSES/INSTRUCTIONS COMPLETED

| DATE COMPLETED | TYPE OF COURSE AND/OR INSTRUCTION | DURATION | LOCATION | INIT |
|---|---|---|---|---|
| 95NOV09 | MILITARY CUSTOMS INSP (J-551-0050) | 3 DAYS | PTC, NORVA | [illegible] |
| 96AUG22 | CITC | 2 DAYS | USS COLE (DDG 67) | [illegible] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| WALLS, JEFFERY GLEN | [redacted] | USN |

NAVPERS 1070/604 (Rev. 7/91)
S/N 0106-LF-012-2500

4

00146

EMOPS Duplicate Copy

30

# IMMEDIATE REENLISTMENT CONTRACT

NAME: JEFFREY GLEN WALLS SSN: [redacted] BR/CL: USN

FIRST: I am reenlisting in the UNITED STATES NAVY/[redacted] for TWO years from 94JUN09, unless sooner discharged by proper authority. My new contract expiration date is 96JUN08.

SECOND: I have read and understand the following SECTION OF TITLE 10 OF THE UNITED STATES CODE:

SECTION 5540 OF TITLE 10 OF THE UNITED STATES CODE: "(a) The senior officer present afloat in foreign waters shall send to the United States by Government or other transportation as soon as possible each enlisted member of the naval service who is serving on a naval vessel, whose term of enlistment has expired, and who desires to return to the United States. However, when the senior officer present afloat considers it essential to the public interest, he may retain such a member on active duty until the vessel returns to the United States. (b) Each member retained under this section; (1) shall be discharged not later than 30 days after his arrival in the United States; and (2) except in time of war is entitled to an increase in basic pay of 25 percent. (c) The substance of this section shall be included in the enlistment contract of each person enlisting in the naval service."

THIRD: I understand that I may be extended on, or ordered to active duty for the duration of any war or national emergency declared by Congress, and for six months thereafter, and that my agreed period of active service may be extended as otherwise authorized by law.

FOURTH: I have had this contract fully explained to me, I understand it, and certify that no promise of any kind has been made to me concerning assignment to duty, geographical area, schooling, special programs, assignment of government quarters, or transportation of dependents except as indicated BENIFITS OF RATE.

UIC: 20968 STATUS: ACTIVE X INACTIVE ____ RADO MONTHS/DAYS: ____ DOB: 621117

PLACE OF REENLISTMENT: USS ESTOCIN (FFG-15) HOME OF RECORD: SUMMIT MS

CITIZENSHIP: US CITIZEN COUNTRY: US RATE: SM1 DATE OF PAYGRADE: 90JUN16

ADSD: 80SEP02 PEBD: 79DEC20 DATE LAST DISCHARGE: 94JUN08

TOTAL ACTIVE SERVICE: 13/09/08 (YEARS/MONTHS/DAYS) TOTAL PRIOR INACTIVE SERVICE: 00/08/12 (YEARS/MONTHS/DAYS)

"OATH OF ENLISTMENT: I, JEFFREY GLEN WALLS do solemnly swear (or affirm) that I will support and defend the constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same, and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulation and the Uniform Code of Military Justice. So help me God. I swear (or affirm) that I am fully aware and fully understand the conditions under which I am enlisting.

**** SIGNATURE OF REENLISTEE [signature] FIRST MIDDLE LAST

Subscribed and sworn before me this NINTH day of JUNE, A.D. 1994

SIGNATURE [signature]

AND GRADE: K. V. GREEN ENS USN (REENLISTING OFFICER NAME AND RANK) OFFICAL TITLE: COMMUNICATIONS OFFICER

09/09/97 10:33:33 ScreenScan

[illegible]

1162

NAVPERS 1070/604 (Rev. 1/78)
S/N 0106-LF-010-6047

PAGE 2

| 6. PERSONNEL ADVANCEMENT REQUIREMENT | | | 7. PERFORMANCE TESTS | | | 8. ADVANCEMENT, REDUCTION OR CHANGE IN RATING | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | DATE COMPLETED | *OFF INIT. | DESCRIPTION | DATE COMPLETED | *OFF. INIT. | RATE ADVANCED, REDUCED OR CHANGED | | EFFECTIVE | TIME IN RATE COMPUTED FROM | *OFF. INIT. |
| | | | | | | SN | SMSN | 83DEC16 | 82NOV16 | REP |
| | | | | | | SMSN | SM3 | 84JUN16 | 84JAN01 | REP |
| | | | | | | | | | | |
| | | | | | | | | | | |

9. RECORD OF OFF DUTY EDUCATION AND VOC/TECH TRAINING

| DATE COMPLETED | NUMBER AND TITLE OF COURSE OR TEST | SCHOOL | GRADE | *OFF. INIT. | DATE COMPLETED | NUMBER AND TITLE OF COURSE OR TEST | SCHOOL | GRADE | *OFF. INIT. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 10. GOOD CONDUCT AWARDS | | | 11. DECORATIONS, UNIT, AND MARKSMANSHIP AWARDS | | | |
|---|---|---|---|---|---|---|
| AWARD NUMBER | DATE EARNED | *OFF INIT. | AWARD | ACTIVITY | DATE OF AWARD | *OFF. INIT. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

12. CAMPAIGN/SERVICE AND OTHER AWARDS

| AWARD | ENGAGEMENT(S) | *OFF. INIT. | AWARD | ENGAGEMENT(S) | *OFF. INIT. |
|---|---|---|---|---|---|
| SEA SERVICE | 14 DEC 1983 | D | | | |
| | | | | | |
| | | | | | |

13. OTHER TRAINING COURSES/INSTRUCTIONS COMPLETED

| DATE COMPLETED | TYPE OF COURSE AND/OR INSTRUCTION | DURATION | LOCATION | *OFF. INIT. |
|---|---|---|---|---|
| 15JUN83 | DC GEN | 2 DAYS | FTG, PEARL HARBOR, HI | REP |
| 26JUN84 | GEN SHIPBOARD FIREFIGHTING TRN | 2DYS | FTG PEARL HARBOR, HI | REP |
| | | | | |
| | | | 00148 | |

BUPERS Duplicate Copy

U.S. Government Printing Office ... 635-273/2238 Region No. 3-II

NAVY [illegible] AND AWARDS HISTORY
[illegible] (REV. [illegible]) S/N [illegible]

PAGE 7

14. PERSONNEL QUALIFICATION STANDARDS COMPLETED

| DATE COMPLETED | PQS TITLE/WATCH STATION TITLE | PQS/WATCH STATION NO. | *OFFICER'S INITIALS |
|---|---|---|---|
| 08SEP85 | SHIP'S INDOCTRINATION | 43354 Q1 | LGC |
| 08SEP85 | FUNDAMENTALS AND SYSTEMS SUMMARY | 43355 Q1(101-114) | LGC |
| 08SEP85 | SYSTEMS | 43355 Q1 (201-211) | LGC |
| 08SEP85 | SIGNAL BRIDGE RECORDER/MESSENGER | 43354 Q1 (401) | LGC |
| 08SEP85 | FLAG BAG OPERATOR | 43354 Q1 (402) | LGC |
| 08SEP85 | SIGNAL BRIDGE SPOTTER | 43354 Q1 (403) | LGC |
| 08SEP85 | INCANDESCENT SEARCHLIGHT OPERATOR | 43354 Q1 (404) | LGC |
| 08SEP85 | MERCURY XENON SEARCHLIGHT OPERATOR | 43355 Q1 (405) | LGC |
| 08SEP85 | SIGNALMAN OF THE WATCH | 43354 Q1 (406) | LGC |
| 08SEP85 | AMPHIBIOUS BOAT SIGNALMAN | 43354 Q1 (407) | LGC |
| 08SEP85 | SIGNALMAN SUPERVISOR | 43354 Q1 (408) | LGC |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| NAME (Last, First, Middle) | SOCIAL SECURITY NO. | BRANCH AND CLASS |
|---|---|---|
| WALLS, JEFFREY GLEN | [redacted] | USN |

00149

EMPRS Duplicate Copy

# ENLISTED PERFORMANCE RECORD

| 1. PERIOD OF REPORT | 2. REASON | 3. RATE | 4. TRAITS: Rate Knowledge | Reliability | Military Bearing | Personal Behavior | Directing | Overall Evaluation | 5. SHIP OR STATION | 6. INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 90JAN03 90JUL17 | M | SM1 | REENLISTED FOR 4 YEARS THIS DATE | | | | | | NRD MICHIGAN BY PSD DETROIT MI | LGC |
| 90AUG20 | T | SM1 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | NRD MICHIGAN BY PSD DETROIT MI | LGC |
| 90AUG21 91NOV30 | P | SM1 | 4.0 | 3.8 | 4.0 | 4.0 | 3.8 | 3.8 | USS ESTOCIN(FFG-15) | RGF |
| 91DEC01 92NOV30 | P | SM1 | 4.0 | 3.8 | 4.0 | 4.0 | 4.0 | 4.0 | USS ESTOCIN (FFG-15) | RGF |
| 92DEC01 93NOV30 | P | SM1 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | USS ESTOCIN FFG-15 | SMH |
| 94JUN08 | M | SM1 | FINAL PERFORMANCE AVERAGE 3.95 | | | | | | USS ESTOCIN (FFG-15) | SMH |
| 94JUN08 | M | SM1 | RECOMMENDED FOR REENLISTMENT | | | | | | USS ESTOCIN (FFG-15) | SMH |

| NAME (Last) | (First) | (Middle) | SSN | BRANCH/CLASS |
|---|---|---|---|---|
| WALLS | JEFFREY | GLEN | [redacted] | USN |

NAVPERS 1070/609 (REV 3-83) S/N 0106-LF-010-6071

*GPO:1983—705-012/8510 2-1

EMPRS Duplicate Copy

00150