OPNAV 5520/20 (9/78) (REPLACES OPNAV FORM 5521/429)
CERTIFICATE OF PERSONNEL SECURITY INVESTIGATION, CLEARANCE AND ACCESS
(FOR USE SEE OPNAVINST 5510.1)
L/N 0107-LF-055-2100

001495

C214

## PART I - IDENTIFICATION DATA

| NAME | DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NO. |
|---|---|---|---|
| WALIS JEFFREY GLEN | [redacted] | CHICAGO, IL | [redacted] |

STATUS: ☐ OFFICER ☒ ENLISTED ☐ CIVILIAN SERVICE: USN /SR

SERVICE DATE: 80 09 02

☒ U.S. NATIVE ☐ U.S. NATURALIZED ________ (DATE NATURALIZED)

☐ IMMIGRANT ALIEN (SEE COMMENTS) ________ (DATE ACQUIRED) ☐ PHILIPPINE NONIMMIGRANT ALIEN (SEE COMMENTS)

## PART II - RECORD OF INVESTIGATION

| TYPE | AGENCY | DATE | CASE CONTROL # | TYPE | AGENCY | DATE | CASE CONTROL # |
|---|---|---|---|---|---|---|---|
| ENTNAC | DIS | 800223 | N/A | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## PART III - RECORD OF CLEARANCE

| DATE | CLEARANCE | BASIS/DATE | AUTHORIZING COMMAND (TYPED NAME AND SIGNATURE) | REMARKS |
|---|---|---|---|---|
| 801024 | SECRET | ENTNAC/ 800223 | N.A. PICOU LAW BY DIR OF CO RTC ORL FL | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DATE COMMENTS

COPY TO (MILITARY PERSONNEL ONLY): NAVY-CHIEF OF NAVAL PERSONNEL (PERS 81/NMPC 81); MARINE CORPS-COMMANDANT OF THE MARINE CORPS (MSRB)

00151

EMPRS Duplicate Copy

HISTORY OF ASSIGNMENTS

10. 31

| 1. GAIN | 2. ACTIVITY | 3. UIC | 4. LOSS | 5. INITIALS GAIN | 5. INITIALS LOSS |
|---|---|---|---|---|---|
| REEN 96DEC20 | USS COLE (DDG 67) HP: NORFOLK, VA SDCD: FEB91 | 21941 | TRF 98MAR07 | VS | VS |
| DUTY 98APR02 | NMCRC WASH DC BY PSD ANACOSTIA SHCD: 98APR | 61894 | | GJ | |
| 00 Oct 01 | NRPC NOLA (RECORDS ONLY) | 66327 | | BS | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| NAME (Last, first, middle initial) | SOCIAL SECURITY NUMBER | RANK/RATE |
|---|---|---|
| WALLS, JEFFREY GLEN | [redacted] | SM1 |

NAVPERS 1070/605 (Rev. 10-89) S/N 0106-LF-008-1800 00152 SEP 14 2001 BA 5

| 1. GAIN | 2. ACTIVITY | 3. UIC | 4. LOSS | 5. INITIALS | |
|---|---|---|---|---|---|
| | | | | GAIN | LOSS |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



00153

EMPRS Duplicate Copy

OPNAV 5520/20 (9/78) (REPLACES OPNAV FORM 5521/429)
CERTIFICATE OF PERSONNEL SECURITY INVESTIGATION, CLEARANCE AND ACCESS
(FOR USE SEE OPNAVINST 5510.1)
L/N 0107-LF-055-2100

C214

1461

## PART I - IDENTIFICATION DATA

| NAME | DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NO. |
|---|---|---|---|
| WALLS JEFFREY GLEN | [redacted] | CHICAGO, IL | [redacted] |

STATUS: ☐ OFFICER ☒ ENLISTED ☐ CIVILIAN SERVICE: USN /SR

SERVICE DATE: 80 09 02

☒ U.S. NATIVE ☐ U.S. NATURALIZED ______ (DATE NATURALIZED)

☐ IMMIGRANT ALIEN (SEE COMMENTS) ______ (DATE ACQUIRED) ☐ PHILIPPINE NONIMMIGRANT ALIEN (SEE COMMENTS)

## PART II - RECORD OF INVESTIGATION

| TYPE | AGENCY | DATE | CASE CONTROL # | TYPE | AGENCY | DATE | CASE CONTROL # |
|---|---|---|---|---|---|---|---|
| ENTNAC | DIS | 800223 | N/A | | | | |
| BI | DIS | 810109 | 80296 0077 | | | | |
| | | | | | | | |
| | | | | | | | |

## PART III - RECORD OF CLEARANCE

| DATE | CLEARANCE | BASIS/DATE | AUTHORIZING COMMAND (TYPED NAME AND SIGNATURE) | REMARKS |
|---|---|---|---|---|
| 801024 | SECRET | ENTNAC/ 800223 | N.N. PICOU LCJAW BY DIR OF CO RTC ORL FL | |
| 810114 | TOP SECRET | BI/810109 | J.L. MAYNARD PNCS USN PSD,NTC,SDIEGO,CA 92133 | |
| | | | | |
| | | | REC'D JAN 26 1981 | |
| | | | | |

DATE COMMENTS CERTIFIED A TRUE COPY Finish File Para-6.

19 Jan 81 [signature]

COPY TO (MILITARY PERSONNEL ONLY): NAVY-CHIEF OF NAVAL PERSONNEL (PERS 81/NMPC 81); MARINE CORPS-COMMANDANT OF THE MARINE CORPS (MSRB)

00154

EMPRS Duplicate Copy

1210 F610

84JAN28 USS WHIPPLE (FF-1062)

3. REMARKS (USE THIS SECTION TO AMPLIFY ENTRIES IN BLOCKS 4 THRU 29 BELOW AND FOR OTHER ENTRIES WHEN THE USE OF THIS FORM IS DIRECTED IN LIEU OF THE PAGE 13 (NAVPERS 1070/613))

FROCKED TO SM3 83DEC16

4U4b4UU448

| | | | |
|---|---|---|---|
| SN | SMSN | 83DEC16 | 82NOV16 DESIGNATE |
| MILPERSMAN 2230220 | | | |

R E PROVOST PN1 USN PERS OFF BY DIR

| | | | | |
|---|---|---|---|---|
| 54057 | SMSN | 0000/0000 | X | |
| WALLS, JEFFREY GLEN | | | [redacted] | USN |

160613

00155

OCR COPY

EMPRS Duplicate Copy

L 1616-1

35

# ENLISTED PERFORMANCE EVALUATION REPORT

1 NAME (LAST, FIRST, MIDDLE OR MIDDLE INITIAL): HALLS, JEFFREY G

2 RATE: SM1

3 SSN: [redacted]

BRANCH/CLASS: 4 [X] USN 5 [ ] USNR

STATUS: 6 [X] ACTIVE 7 [ ] INACTIVE 8 [ ] TEMAC 9 [ ] ACDUTRA

10 MEMBER'S SHIP OR STATION: NAVCRUITDIST MICHIGAN

11 MEMBER'S UIC: 62439

12 DATE REPORTED: 87JAN12

OCCASION FOR REPORT: 13 [ ] PERIODIC 14 [X] TRANSFER 15 OTHER

PERIOD OF REPORT: 16 FROM 90JAN03 17 TO 90AUG20

TYPE OF REPORT: 18 [X] REGULAR 19 [ ] CONCURRENT

20 PHYSICAL READINESS: P/04

21 RESERVE PART

22 DATE OF RATE: FROCKED

23 REPORTING SENIOR'S NAME (LAST AND INITIALS): MARMANN, B A

24 RANK: LCDR

25 TITLE: XO

26 SSN: [redacted]

| | EVALUATION SECTION *REQUIRES COMMENT IN BLOCK 51 | NOT OBS | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8* | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROFESSIONAL FACTORS | 27 MILITARY KNOWLEDGE/ PERFORMANCE | | X | | | | | | | | | |
| | 28 RATING KNOWLEDGE/ PERFORMANCE | | X | | | | | | | | | |
| PERSONAL TRAITS | 29 INITIATIVE | | X | | | | | | | | | |
| | 30 RELIABILITY | | X | | | | | | | | | |
| | 31 MILITARY BEARING | | X | | | | | | | | | |
| | 32 PERSONAL BEHAVIOR | | X | | | | | | | | | |
| | 33 HUMAN RELATIONS INCL. EQUAL OPPORTUNITY | | X | | | | | | | | | |
| SELF EXPRESSION | 34 SPEAKING ABILITY | | | X | | | | | | | | |
| | 35 WRITING ABILITY | | | X | | | | | | | | |
| LEADERSHIP | 36 DIRECTING | | X | | | | | | | | | |
| | 37 COUNSELING | | | X | | | | | | | | |
| 38 MANAGEMENT (E-7/8/9 ONLY, NOB FOR E-6 AND BELOW) | | X | | | | | | | | | | |
| 39 OVERALL EVALUATION | | | X | | | | | | | | | |
| 40 SUMMARY | | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ADVANCEMENT RECOMMENDATION: 41 [X] RECOMMENDED 42 [ ] PROGRESS TOWARD 43 [ ] NOT RECOM

44 ACKNOWLEDGEMENT BY AND SIGNATURE OF MEMBER
I ACKNOWLEDGE THAT I HAVE SEEN THIS EVALUATION REPORT AND UNDERSTAND MY RIGHTS UNDER ARTICLE 1110, U.S. NAVY REGS., 1973, TO SUBMIT A STATEMENT.
I INTEND TO SUBMIT/NOT TO SUBMIT A STATEMENT. (CIRCLE YOUR INTENTION)

DATE SIGNED BY MEMBER: [signature] 8/19/90

45 SIGNATURE OF REPORTING SENIOR: [signature]

46 ADDRESS OF REPORTING SENIOR:
COMMANDING OFFICER
NAVY RECRUITING DISTRICT, MICHIGAN
3100 E. JEFFERSON AVE
DETROIT, MI 48207-4221

47 TYPED NAME AND SIGNATURE OF REGULAR REPORTING SENIOR ON CONCURRENT REPORT

48 DATE FORWARDED: 90AUG21

49 DATE FWD (IF 47 USED)

DEC 0 6 1990

NAVPERS 1616/24 (REV 6-84) S/N 0106-LF-016-1726

NMPC (N-322) COPY

00156

U.S. GOVERNMENT PRINTING OFFICE: 1986—247-000

AUG 2 4 1990

SHIPPING PORT NOT REQUIRED FOR COMPLETION OF THIS MODE

| 50 MEMBER'S LAST NAME, INITIALS | 51 SSN | PERIOD OF REPORT 52 From | 53 To |
|---|---|---|---|
| WALLS, J G | [redacted] | 98JAN03 | 98AUG20 |

54 DUTIES AND RESPONSIBILITIES

Assigned as Navy Recruiting District, Michigan support in Lansing, Michigan. Responsible for obtaining birth verifications and transcripts. Performs supply and Navy Liaison MEPS runs and provides as-needed assistance to recruiters. Petty Officer-in-Charge of transportation (five vehicles) at NRS Lansing.

55 SPECIAL ACHIEVEMENTS

Completed all qualifications for conversion to MA RATING.

56 EVALUATION COMMENTS

This evaluation is submitted upon Petty Officer Wall's transfer to the USS ESTOCIN (FFG 15).

Petty Officer Walls has continued to provide top-notch support to this command. He is an excellent First Class Petty Officer whose positive attitude, enthusiasm and "can do" spirit contributed greatly to the high level of morale in his work space. He can always be counted on to provide extra assistance to help recruiters not only in the station and zone, but throughout the district and, on several occasions he helped recruiters throughout the nation. He cheerfully and willingly works beyond normal working hours to help his shipmates make goal.

Specific accomplishments include:

- Received his Seventh Silver Wreath Award and Letter of Commendation from Commanding Officer, Navy Recruiting District, Michigan for excellence in recruiting support.

- Received certificate of completion of Apprenticeship for Corrections Officer.

- Obtains 40-50 birth verifications per week for recruiters statewide, and sometimes nationally, a time-consuming but invaluable service.

- Actively involved in National Urban League of Lansing and Mothers Against Drunk Drivers (MADD).

Petty Officer Walls is strongly recommended for advancement.



EMPRS Duplicate Copy

# ENLISTED PERFORMANCE EVALUATION REPORT

| 1. NAME | 2. RATE | 3. SSN |
|---|---|---|
| [illegible] | [illegible] | [redacted] |

BRANCH/CLASS: 4. [X] USN 5. [ ] USNR

STATUS: 6. [X] ACTIVE 7. [ ] INACTIVE 8. [ ] TEMAC 9. [ ] ACDUTRA

| 10. MEMBER'S SHIP OR STATION | 11. MEMBER'S UIC | 12. DATE REPORTED |
|---|---|---|
| FFG-15 ESTOCIN | 20968 | 90SEP16 |

OCCASION FOR REPORT: 13. [X] PERIODIC 14. [ ] TRANSFER 15. OTHER

PERIOD OF REPORT: 16. FROM 93DEC01 17. TO 94NOV30

TYPE OF REPORT: 18. [X] REGULAR 19. [ ] CONCURRENT

20. PHYSICAL READINESS: P/WS

21. RESERVE PART

22. DATE OF RATE: 90JUN16

| 23. REPORTING SENIOR'S NAME (LAST AND INITIALS) | 24. RANK | 25. TITLE | 26. SSN |
|---|---|---|---|
| OTTUM, J A | CDR | CO | [redacted] |

| EVALUATION SECTION *REQUIRES COMMENT IN BLOCK 56 | NOT OBS | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8* | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROF. FACTORS — 27. MILITARY KNOWLEDGE PERFORMANCE | | X | | | | | | | | | |
| 28. RATING KNOWLEDGE/PERFORMANCE | | X | | | | | | | | | |
| PERSONAL TRAITS — 29. INITIATIVE | | X | | | | | | | | | |
| 30. RELIABILITY | | X | | | | | | | | | |
| 31. MILITARY BEARING | | X | | | | | | | | | |
| 32. PERSONAL BEHAVIOR | | X | | | | | | | | | |
| 33. HUMAN RELATIONS INCL. EQUAL OPPORTUNITY | | X | | | | | | | | | |
| SELF EXPRESS. — 34. SPEAKING ABILITY | | X | | | | | | | | | |
| 35. WRITING ABILITY | | X | | | | | | | | | |
| LDRSHIP — 36. DIRECTING | | X | | | | | | | | | |
| 37. COUNSELING | | X | | | | | | | | | |
| 38. MANAGEMENT (E-7/8/9 ONLY, NOB FOR E-6 AND BELOW) | X | | | | | | | | | | |
| 39. OVERALL EVALUATION | | * X | | | | | | | | | |
| 40. SUMMARY | | 32 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ADVANCEMENT RECOMMENDATION: 41. [X] RECOMMENDED 42. [ ] PROGRESS TOWARD 43. [ ] NOT RECOM. *

44. ACKNOWLEDGEMENT BY AND SIGNATURE OF MEMBER
I ACKNOWLEDGE THAT I HAVE SEEN THIS EVALUATION REPORT AND UNDERSTAND MY RIGHT TO SUBMIT A STATEMENT.
I INTEND TO SUBMIT / NOT TO SUBMIT A STATEMENT. (CIRCLE YOUR INTENTION.)

DATE SIGNED BY MEMBER: 8 DEC 94

45. SIGNATURE OF REPORTING SENIOR: [signature]

46. ADDRESS OF REPORTING SENIOR:
COMMANDING OFFICER
USS ESTOCIN (FFG-15)
FPO AE 09659-1471

47. TYPED NAME, TITLE, ADDRESS, AND SIGNATURE OF REGULAR REPORTING SENIOR ON CONCURRENT REPORT

48. DATE SIGNED: 11 DEC 1994

49. DATE SIGNED (IF 47 USED)

NAVPERS 1616/24 (REV. 6-84)

COPY: [X] SUPERS RECORD [ ] FIELD RECORD [ ] ACTIVITY [ ] MEMBER'S

DEC 28 1994

00158

| 30. MEMBER'S LAST NAME, INITIALS | 31. SSN | PERIOD OF REPORT |
| --- | --- | --- |
| WALLS, J. G | [redacted] | [illegible] |

PRI: LEADING SM-12, LEADING PETTY OFFICER-12, WORK CENTER SUPERVISOR-12, WATCH: JOOD(UNDERWAY)-12 SWOW-12, QMOW-12, OOD(INPORT)-12, DUTY MAA-12. COLL: DIVISIONAL CAREER COUNSELOR-12, URINALYSIS COORDINATOR-12, REPAIR PARTS PETTY OFFICER-12, SAFETY PETTY OFFICER-12, COMMAND ASSESSMENT TEAM MEMBER-12. DEPLOYMENT: NUMEROUS NRT TRAINING EVOLUTIONS. OPERATIONS SUPPORT DEMOCRACY 14DEC93-18FEB94, GREAT LAKES CRUISE 16MAY94-16AUG94.

33. SPECIAL ACHIEVEMENTS

RECEIVED HAMS OPERATOR LICENSE AND BASIC SAILING LICENSE.

34. EVALUATION COMMENTS

SM1 WALLS' PERFORMANCE WAS OUTSTANDING. HIS RESOURCEFUL LEADERSHIP AS WORK CENTER SUPERVISOR OF OC01 DIVISON WAS EXCELLENT. SM1 WALLS WAS INSTRUMENTAL IN ACCOMPLISHING ESTOCIN'S MANY MISSIONS. SPECIFIC ACCOMPLISHMENTS INCLUDE:

- TRAINED AND SUPERVISED SIGNALMEN, ENABLING THE SHIP TO SCORE AN OUTSTANDING ON THE COMDESRON SIX TYCOMEX.

- MANAGED ESTOCIN'S URINALYSIS PROGRAM BY ENSURING ALL PROCEDURES WERE CORRECTLY ADHERED TO AND ALL DOCUMENTS WERE CORRECTLY FILLED OUT. HIS EFFORTS DIRECTLY CONTRIBUTED TO A ZERO DISCREPANCY COMMAND INSPECTION.

- CONDUCTED TRAINING AT THE OFFICER CANIDATE SCHOOL IN NEWPORT, RI, GIVING VALUABLE TRAINING ON VISUAL COMMUNICATIONS TO PROSPECTIVE OFFICERS.

- VOLUNTERED OFF DUTY TIME TO ASSIST OTHERS IN THE PHYSICAL READINESS TEST. THIS ALLOWED SIX PERSONNEL TO REMAIN BELOW BODY FAT PERCENTAGE.

- RECEIVED OUTSTANDING ON LAST PHYSICAL READINESS TEST.

- ENSURED A SUPERB PMS RESULT IN HIS DIVISION DURING THE RECENT 3M INSPECTION.

SM1 WALLS IS A SUPERB FIRST CLASS PETTY OFFICER WITH UNLIMITED POTENTIAL. HE HAS PERFORMED HIS DUTIES IN A PROFESSIONAL MANNER. HIS DEDICATION AND LOYALTY MAKE HIM A VALUABLE ASSET TO ESTOCIN. SM1 WALLS IS HIGHLY RECOMMENDED FOR CHIEF PETTY OFFICER.

RETENTION: RECOMMENDED.

00159

EMPRS Duplicate Copy

BEST DOCUMENT AVAILABLE

NAVY OCCUPATION/TRAINING AND AWARDS HISTORY
NAVPERS 1070/604 (REV. 11-81) S/N 0106-LF-010-6040

36

1. NAVY ENLISTED CLASSIFICATION RECORD

| DATE | PRIMARY CODE | SECONDARY CODE | *OFFICER'S INITIALS |
|---|---|---|---|
| 03SEP87 | RECONSTRUCTION 0000 | 0000 | JP |

2. DESIGNATOR RECORD

| DATE | DESIGNATOR | QUALIFICATION OR REVOCATION | *OFFICERS INITIALS |
|---|---|---|---|
| 13JAN86 | E S W S | QUALIFIED | LGC |

3. RECORD OF NAVY SERVICE SCHOOLS ATTENDED (CLASS R, A, C, F, P, V AND E)

COURSE TITLE AND SCHOOL LOCATION: ADVANCE FIELD MEDICAL TECH. U.S. NAVAL, MARINE TRNG. CENTER 154TH DIV.
EARNED NEC: | COURSE LENGTH: UNKNOWN | DATE ENROLLED: UNKNOWN
DATE COMPLETED: 12MAY82 | FINAL MARK: PASS | CLASS STANDING: N/A in a class of
MANNER OF COMPLETION: [X] GRADUATED [ ] DROPPED FOR
SIGNATURE: J. K. POWERS, PNC(AW), USN, PERSOFF BY DIR

COURSE TITLE AND SCHOOL LOCATION: ADVANCED SIGNALMAN COURSE (J-203-0803) AT FTC NORFOLK VA
EARNED NEC: NA | COURSE LENGTH: 2WKS | DATE ENROLLED:
DATE COMPLETED: | FINAL MARK: PASS | CLASS STANDING: NA in a class of
MANNER OF COMPLETION: [XX] GRADUATED [ ] DROPPED FOR
SIGNATURE: L G CABIAD PNC USN PERSOFF BY DIRECTION

COURSE TITLE AND SCHOOL LOCATION: MILITARY CORRECTION SCHOOL (LAW ENFORCEMENT COUNSELOR/BRIG ESCORT) AT SUBIC BAY RP
EARNED NEC: NA | COURSE LENGTH: 8WKS | DATE ENROLLED: 86JUN
DATE COMPLETED: 86JUL24 | FINAL MARK: PASS | CLASS STANDING: NA in a class of
MANNER OF COMPLETION: [XX] GRADUATED [ ] DROPPED FOR
SIGNATURE: L G CABIAD PNC USN, PERSOFF BY DIRECTION

COURSE TITLE AND SCHOOL LOCATION:
EARNED NEC: | COURSE LENGTH: | DATE ENROLLED:
DATE COMPLETED: | FINAL MARK: | CLASS STANDING: in a class of
MANNER OF COMPLETION: [ ] GRADUATED [ ] DROPPED FOR
SIGNATURE*

4. TRAINING COURSES COMPLETED

| DESCRIPTION OF COURSE, RATE OR NAVPERS NUMBER | DATE COMPLETED | *OFF INIT | DESCRIPTION OF COURSE, RATE OR NAVPERS NUMBER | DATE COMPLETED | *OFF INIT |
|---|---|---|---|---|---|
| SM 1&C 3.8 NET 10136-D | 88JUL01 | BAD | | | |
| MRPO 1 3.8 NET 10046 | 88AUG01 | BAD | | | |
| MA1 NET 91426-1 3.7 | 90JAN09 | SBP | | | |

5. EDUCATIONAL EXPERIENCE LEVEL

GED (HS) EQUIVALENT TEST
DATE PASSED | OFF. INITIALS
STATE THAT ISSUED DIPLOMA OR CERTIFICATE
COLLEGE LEVEL GENERAL EXAMS
DATE PASSED | OFF. INITIALS
PRESENT LEVEL OF EDUCATION
12 13 14 15 16 17+

NAME (Last, First, Middle): WALLS, JEFFERY GLEN
SOCIAL SECURITY NO: [redacted]
USN

00161

EMPRS Duplicate Copy

[illegible]
S/N 0106-LF-010-[illegible]

| 6. PERSONNEL ADVANCEMENT REQUIREMENT | | | 7. PERFORMANCE TESTS | | | 8. ADVANCEMENT, REDUCTION OR CHANGE IN RATING | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | DATE COMPLETED | *OFF INIT. | DESCRIPTION | DATE COMPLETED | *OFF. INIT. | RATE ADVANCED, REDUCED OR CHANGED | | EFFECTIVE | TIME IN RATE COMPUTED FROM | *OFF. INIT. |
| PARS SM1 | 88AUG01 | DAD | M/L E6 | 88AUG01 | DAD | — | SM1 | 851216 | 850701 | [signature] |
| | | | | | | SM2 | SM1 | 90JUN16 | 90JAN01 | [signature] |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

9. RECORD OF OFF-DUTY EDUCATION AND VOC/TECH TRAINING

| DATE COMPLETED | NUMBER AND TITLE OF COURSE OR TEST | SCHOOL | GRADE | *OFF. INIT. | DATE COMPLETED | NUMBER AND TITLE OF COURSE OR TEST | SCHOOL | GRADE | *OFF. INIT. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 10. GOOD CONDUCT AWARDS | | | 11. DECORATIONS; UNIT; AND MARKSMANSHIP AWARDS | | | |
|---|---|---|---|---|---|---|
| AWARD NUMBER | DATE EARNED | *OFF. INIT. | AWARD | ACTIVITY | DATE OF AWARD | *OFF. INIT. |
| FIRST | 12MAY86 | [illegible]P | THIRD SILVER WREATH AWARD | NRD DETROIT MI | 16AUG88 | DAD |
| SECOND | 90MAY12 | LGC | FOURTH SILVER WEARTH AWARD | NRD DETROIT MI. | 23JAN89 | LGC |
| | | | MERITORIOUS UNIT COMMENDATION | BTL GRP ALPHA TASK GROUP 70.1 | 82JUL27 84MAY01 | LGC |

12. CAMPAIGN/SERVICE AND OTHER AWARDS

| AWARD | ENGAGEMENT(S) | *OFF. INIT. | AWARD | ENGAGEMENT(S) | *OFF. INIT. |
|---|---|---|---|---|---|
| NAVY ACHIEVEMENT MEDAL | 02SEP87 | [illegible]P | | | |
| | | | | | |
| | | | | | |

13. OTHER TRAINING COURSES/INSTRUCTIONS COMPLETED

| DATE COMPLETED | TYPE OF COURSE AND/OR INSTRUCTION | DURATION | LOCATION | *OFF. INIT. |
|---|---|---|---|---|
| 24JUN86 | NURSE TECHNICIAN CLASS | UNKNOWN | UNKNOWN | [illegible]P |
| | | | | |
| | | | | |
| | | | | |

U.S. Government Printing Office: [illegible]

1759

# ENLISTED PERFORMANCE RECORD

| 1. PERIOD OF REPORT | 2. REASON | 3. RATE | 4. TRAITS: Rate Knowledge | Reliability | Military Bearing | Personal Behavior | Directing | Overall Evaluation | 5. SHIP OR STATION | 6. INITIALS |
|---|---|---|---|---|---|---|---|---|---|---|
| 83FEB01-83DEC15 | ADV | SN | 3.6 | 3.6 | 3.4 | 3.6 | N.O. | 3.6 | USS WHIPPLE (FF-1062) | REP |
| 83DEC16 | C/R | SMSN | DESIGNATED AS SMSN (NAVPERS 1070/610 & 604) | | | | | | USS WHIPPLE (FF-1062) | REP |
| 84JUN16 | M | SM3 | ADVANCED THIS DATE (NAVPERS 1070/610) | | | | | | USS WHIPPLE (FF-1062) | REP |
| 83DEC16-84JUN30 | P | SM3 | 3.2 | 3.6 | 3.6 | 3.8 | N.O. | 3.6 | USS WHIPPLE (FF-1062) | REP |
| 84JUL11 | CO'S NJP | SM3 | SEE PAGE (7) | | | | | | USS WHIPPLE (FF-1062) | REP |
| 84AUG30 | M | SM3 | DISCHARGED/IMMEDIATE REENLISTMENT | | | | | | USS WHIPPLE (FF-1062) | REP |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| NAME (Last) (First) (Middle) | SSN | BRANCH/CLASS |
|---|---|---|
| WALLS, JEFFREY GLEN | [redacted] | USN |

NAVPERS 1070/609 (REV. 3-80) S/N 0106-LF-010-6071

00163

EMPRS Duplicate Copy

/FC12/39/
DCN: 7299005659P

EVENT: R05 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: 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 NAME: WALLS JEFFREY GLEN

OTHER PERSON, NOT ALREADY NAMED, TO BE NOTIFIED OF PERSONAL CASUALTY
NAME: NONE
RELATIONSHIP:
ADDRESS:

NEXT OF KIN OF SPOUSE (NOT HUSBAND, WIFE OR MINOR CHILD)
NAME:
RELATIONSHIP:
ADDRESS:

BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES
NAME: [redacted]
RELATIONSHIP: MOTHER
ADDRESS: [redacted]

PERCENTAGE: 100
PERSON TO RECEIVE ALLOTMENT IF IN A MISSING STATUS, SUBJECT TO SECNAV
DETERMINATION
NAME: [redacted]
ADDRESS: [redacted]

PERCENTAGE: 80
BENEFICIARIES FOR GRATUITY PAY (NO SPOUSE OR CHILD SURVIVING)
NAME: [redacted]
RELATIONSHIP: MOTHER
ADDRESS: [redacted]

PERCENTAGE: 100
LIFE INSURANCE DATA (NOT INCLUDING NSLI OR SGLI)
NAME OF COMPANY: NONE
ADDRESS:

00164

POLICY NUMBER:
LOCATION OF WILL OR OTHER VALUABLE PAPERS: NONE
RELIGION: 06
IS BENEFICIARY DESIGNATION OF SGLI ON FILE: NO DESIGNATION DATE:

/FC12.39/
DCN: 72?980065P

EVENT: R25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: [redacted]
RANK/RATE: SM2
USN OR USNR: USN
SHIP OR STATION: NRD DETROIT MI
TOTAL NUMBER OF DEPENDENTS: 00

NAME: HALLS JEFFREY GLEN
UIC-ACTUAL: 62439
DEPNS CHG EFFECTIVE DATE:
INITIAL/CHANGE:

NAME OF SPOUSE:
SPOUSE DATE OF BIRTH:
SPOUSE SSN:
SPOUSE RELATIONSHIP:
IS SPOUSE DEPENDENT:
IS SPOUSE ACTIVE MEMBER OF UNIFORMED SERVICE:
BRANCH:
SPOUSE CITIZENSHIP:
DATE OF MARRIAGE:
PLACE OF MARRIAGE:

ADDRESS OF SPOUSE:

WAS SPOUSE PREVIOUSLY MARRIED:
PRIOR MARRIAGE DISSOLVED BY:
DATE PRIOR MARRIAGE DISSOLVED:
PLACE PRIOR MARRIAGE DISSOLVED:

WAS MEMBER PREVIOUSLY MARRIED: NO
PRIOR MARRIAGE DISSOLVED BY:
DATE PRIOR MARRIAGE DISSOLVED:
PLACE PRIOR MARRIAGE DISSOLVED:

NAME OF FATHER: [redacted]
IS FATHER DEPENDENT: NO
ADDRESS OF FATHER: [redacted]

NAME OF MOTHER: [redacted]
IS MOTHER DEPENDENT: NO
ADDRESS OF MOTHER: [redacted]

CHILD AND/OR DEPENDENT
NAME:
IS PERSON DEPENDENT:
RELATIONSHIP:
DEPENDENT DATE OF BIRTH:
ADDRESS:

00165

FC12/39?
DCN: 729900565P

EVENT: R[illegible]5 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: [redacted] NAME: WALLS JEFFREY GLEN

REMARKS:

CERTIFICATION: I HAVE REVIEWED THE DATA ON THIS FORM AND CERTIFY THAT IT IS CORRECT.

JEFFREY GLEN WALLS
SIGNATURE OF DESIGNATOR

L J [illegible]TIS, PNC(AW)
SIGNATURE OF WITNESS

TITLE PERSUPPSUPV DATE 26OCT87

39

FC12/39

DCN: 729900565P

EVENT: R25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: [redacted] NAME: WALLS JEFFREY GLEN

REMARKS:

CERTIFICATION: I HAVE REVIEWED THE DATA ON THIS FORM AND CERTIFY THAT IT IS CORRECT.

JEFFREY GLEN WALLS
SIGNATURE OF DESIGNATOR

L. ... DAVIS, PNC(AW)
SIGNATURE OF WITNESS

TITLE PERSUPPSUPV DATE 26OCT87

001038

P601-7R

| | | | | |
|---|---|---|---|---|
| 82MAY13 | USS WHIPPLE (FF-1062) AT PEARL HARBOR | | | |
| | NJP | 82MAY13 | 92, 121, 123 | |
| 82MAY13 | X | | | |
| X | SN | SA | 82MAY13 | |
| X | 309.00 | 1 | | |

[illegible] MAY 82: COMMANDING OFFICER'S NON-JUDICIAL PUNISHMENT
DATE OF OFFENSE: 12 MAY 1982
NATURE OF OFFENSE: VIOLATION OF THE UCMJ, ARTICLE 92, 121, 123
CH I: BY WRONGFULLY POSSESSING TWO HYPODERMIC NEEDLES AND ONE SYRINGE.
CH II: BY WRONGFULLY WITHHOLD TWO STROBE LIGHTS OF A VALUE OF ABOUT $51.00, THE PROPERTY OF THE UNITED STATES GOVERNMENT.
CH III: SP 1 - WITH INTENT TO DEFRAUD, FALSELY

[illegible]

P601-7R

001038

| | | | | |
|---|---|---|---|---|
| 82MAY13 | USS WHIPPLE (FF-1062) AT PEARL HARBOR | | | |
| | NJP | 82MAY13 | 92, 121, 123 | |
| 82MAY13 | X | | | |
| X | SN | SA | 82MAY13 | |
| X | 309.00 | 1 | | |

13 MAY 82: COMMANDING OFFICER'S NON-JUDICIAL PUNISHMENT
DATE OF OFFENSE: 12 MAY 1982
NATURE OF OFFENSE: VIOLATION OF THE UCMJ, ARTICLE 92, 121, 123 -
CH I: BY WRONGFULLY POSSESSING TWO HYPODERMIC NEEDLES AND ONE SYRINGE.
CH II: BY WRONGFULLY WITHHOLD TWO STROBE LIGHTS OF A VALUE OF ABOUT $50.00, THE PROPERTY OF THE UNITED STATES GOVERNMENT.
CH III: SP 1 - WITH INTENT TO DEFRAUD, FALSELY ALTER THE WRITING OF ENLISTED CLASSIFICATION RECORD, BY CHANGING SCORES.
SP 2 - WITH INTENT TO DEFRAUD, FALSELY MAKE IN ITS ENTIVETY THE WRITING OF COMMANDING OFFICER SEAMAN APPRENTICE TRAINING.

NJP AWARDED: RESTRICTION AND EXTRA DUTIES FOR FIFTEEN (15) DAYS. REDUCTION TO NEXT INFERIOR PAY GRADE OF E-2. FORFEITURE OF $309.00 PAY PER MONTH FOR ONE (1) MONTH.

M. T. HEAD, LTJG, USNR, BY DIRECTION OF THE CO

| | | | |
|---|---|---|---|
| | 54057 | SA | |
| WALLS, JEFFREY GLEN | [redacted] | USN | |

037795

00169

EMPRS Duplicate Copy

**ADMINISTRATIVE REMARKS**
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6991

E-3

SHIP OR STATION: Navy Recruiting District, Detroit (UIC 62439)

3JAN90: "Selectee for advancement to SH1 from participation in the Cycle 124 Navy-wide advancement examination conducted in September 1989 and frocked to that rate per BUPERSINST 1430.16".

H. D. NEUBECKER, PNC, USN
Chief Administrator
By direction of the Commanding Officer

---

3JAN90: "I understand frocking is an administrative authorization to wear the uniform and insignia of a higher pay grade without pay entitlements or allowances of that grade. I further understand frocking is effected at my option, any cost for additional uniforms or insignia will be defrayed by me and no retro-active pay, allowances, or reimbursements are authorized. I volunteer to be frocked to the rate of SH1.

SH1 3/1/90
Signature/rate date

00170

NAME (Last, First, Middle): WALLS, Jeffrey G | SSN: [redacted] | BRANCH AND CLASS: USN

*U.S. Government Printing Office: 1988-[illegible]

EMPRS Duplicate Copy

ADMINISTRATIVE REMARKS
NAVPERS 1070/613
S/N 0106-LF-010-6991

COMMANDING OFFICER, USS ESTOCIN (FFG-15) FPO AE 09569-1473 HP: NORFOLK, VA

94JUN09 : I hereby certify the following to be my Leave Settlement Elections:

Cash Settlement (From LV Balance on 31 Aug 76): 00.

Cash Settlement (From LV Balance on or after 01 Sep 76): 00.

Leave Carried Over to new or extended enlistment: REMAINDER.

M. R. MILROY, PN1(SW/AW), USNR(TAR)
Personnel Officer
By direction of the Commanding Officer

---

94JUN09 : I Received instruction in the UCMJ, per article 137. Uniform Code of Military Justice and completed course of instruction in the code of conduct for member's of the Armed Forces of the United States per U.S. Navy Regulations, article 0740.1 and MPM 1010150.

JEFFREY GLEN WALLS

WITNESSED: M. R. MILROY, PN1(SW/AW), USNR(TAR)
Personnel Officer,
By direction of the Commanding Officer

---

94JUN09 : ~~Immediately reenlisted this date for 2 years.~~

M. R. MILROY, PN1(SW/AW), USNR(TAR)
Personnel Officer
By direction of the Commanding Officer

| | | |
|---|---|---|
| WALLS, JEFFREY GLEN | [redacted] | USN |

00171

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

1. NAME *(Last, First, Middle)*: WALLS, JEFFREY GLEN
2. DEPARTMENT, COMPONENT AND BRANCH: NAVY USN
3. SOCIAL SECURITY NO.: [redacted]
4.a. GRADE, RATE OR RANK: SM1
4.b. PAY GRADE: E6
5. DATE OF BIRTH *(YYMMDD)*: [redacted]
6. RESERVE OBLIG. TERM. DATE: Year NA Month Day
7.a. PLACE OF ENTRY INTO ACTIVE DUTY: ORLANDO, FL
7.b. HOME OF RECORD AT TIME OF ENTRY *(City and state, or complete address if known)*: SUMMIT, MS
8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: NAVMARCORESCEN WASHINGTON, DC
8.b. STATION WHERE SEPARATED: PERSUPPDET WASHINGTON, DC
9. COMMAND TO WHICH TRANSFERRED: NAVAL RESERVE PERSONNEL CENTER, NEW ORLEANS, LA 70149
10. SGLI COVERAGE: Amount: $ 100,000.00 ☐ None
11. PRIMARY SPECIALTY *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*: 9502 INSTRUCTOR 2YRS, 5MOS
X X X X X X X X X X X X X X X X X X X X X X X X X

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 1984 | AUG | 31 |
| b. Separation Date This Period | 2000 | SEP | 30 |
| c. Net Active Service This Period | 16 | 01 | 00 |
| d. Total Prior Active Service | 03 | 11 | 29 |
| e. Total Prior Inactive Service | 00 | 08 | 12 |
| f. Foreign Service | 02 | 06 | 00 |
| g. Sea Service | 12 | 06 | 11 |
| h. Effective Date of Pay Grade | 1990 | JAN | 01 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED *(All periods of service)*: NAVY & MARINE CORPS ACHIEVEMENT MEDAL(3); COMBAT ACTION RIBBON; JOINT MERITORIOUS UNIT AWARD; MERITORIOUS UNIT COMMENDATION; NAVY "E" RIBBON(4); GOOD CONDUCT MEDAL(5); NAVY EXPEDITIONARY MEDAL; NATIONAL DEFENSE SERVICE MEDAL; SOUTHWEST ASIA SERVICE MEDAL;

14. MILITARY EDUCATION *(Course title, number of weeks, and month and year completed)*: INSTRUCTOR TRAINING, 2WKS, APR98; ADV SIGNALMAN COURSE, 2WKS, JUL90; SMALL CRAFT TRAINING PROGRAM, 6WKS, NOV89; ADV DRUG & ALCOHOL CONSULTANT FACILITATOR, 8WKS, AUG86; MILITARY CORRECTION SCHOOL, 8WKS, JUL86; CUSTOMS SCHOOL, 2WKS, SEP98; MILITARY POLICE SCHOOL, 6MOS, APR91.//

15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: Yes ☐ No ☒
15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT: Yes ☒ No ☐
16. DAYS ACCRUED LEAVE PAID: NONE
17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION: Yes ☒ No ☐

18. REMARKS
"The information contained herein is subject to computer matching within the Department of Defense or with other affected federal and non-federal agencies for verification purposes and to determine eligibility for, and/or continued compliance with, the requirement of the Federal Benefit Program."
BLK 13 CONT'D - HUMANITARIAN SERVICE MEDAL; SEA SERVICE DEPLOYMENT RIBBON(5); NAVY RECRUITING SERVICE RIBBON; NAVAL RESERVE SEA SERVICE RIBBON(2); NAVY & MARINE CORPS OVERSEAS SERVICE RIBBON; UNITED NATIONS SERVICE MEDAL; KUWAIT LIBERATION MEDAL(SAUDIARABIA); EXPERT PISTOL SHOT MEDAL.//
X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X
EFFECTIVE DATE OF TRANSFERRED TO FLEET RESERVE STATUS: 01

19.a. MAILING ADDRESS AFTER SEPARATION *(Include Zip Code)*: [redacted]
19.b. NEAREST RELATIVE *(Name and address - include Zip Code)*: [redacted]
20. MEMBER REQUESTS COPY 6 BE SENT TO MS DIR. OF VET AFFAIRS ☒ Yes ☐ No
21. SIGNATURE OF MEMBER BEING SEPARATED: *(signature)*
22. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title and signature)*: *(signature)* C. S. QUEBRAL, PN1(AW), USN, TM2 SUPVR, BYDIR

SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

23. TYPE OF SEPARATION: TRANSFERRED TO FLEET RESERVE
24. CHARACTER OF SERVICE *(Include upgrades)*: HONORABLE
25. SEPARATION AUTHORITY: MILPERSMAN: 3855180
26. SEPARATION CODE: NBD
27. REENTRY CODE: RE-2
28. NARRATIVE REASON FOR SEPARATION: SUFFICIENT SERVICE FOR RETIREMENT
29. DATES OF TIME LOST DURING THIS PERIOD: TL: NONE
30. MEMBER REQUESTS COPY 4: Initials *(initials)*

DD Form 214, NOV 88 EMPRS Duplicate Copy S/N 0102-LF-006-5500 *Previous editions are obsolete.* 00172 SERVICE - 2

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

1. NAME (Last, First, Middle): WALLS, JEFFREY GLEN
2. DEPARTMENT, COMPONENT AND BRANCH: NAVY USN
3. SOCIAL SECURITY NO.: [redacted]
4.a. GRADE, RATE OR RANK: SM1
4.b. PAY GRADE: E6
5. DATE OF BIRTH (YYMMDD): [redacted]
6. RESERVE OBLIG. TERM. DATE: Year NA | Month | Day

7.a. PLACE OF ENTRY INTO ACTIVE DUTY: ORLANDO, FL
7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known): SUMMIT, MS

8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: NAVMARCORESCEN WASHINGTON, DC
8.b. STATION WHERE SEPARATED: PERSUPPDET WASHINGTON, DC

9. COMMAND TO WHICH TRANSFERRED: NAVAL RESERVE PERSONNEL CENTER, NEW ORLEANS, LA 70149
10. SGLI COVERAGE: ☐ None. Amount: $ 100,000.00

11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)
9502 INSTRUCTOR 2YRS, 5MOS
X X X X X
X X X X X
X X X X X
X X X X X
X X X X X

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 198[illegible] | AUG | [illegible] |
| b. Separation Date This Period | [illegible]08 | SEP | 30 |
| c. Net Active Service This Period | [illegible] | [illegible] | [illegible] |
| d. Total Prior Active Service | [illegible] | [illegible] | 29 |
| e. Total Prior Inactive Service | [illegible] | [illegible] | [illegible] |
| f. Foreign Service | [illegible] | [illegible] | [illegible] |
| g. Sea Service | [illegible] | [illegible] | [illegible] |
| h. Effective Date of Pay Grade | [illegible] | JAN | 01 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
NAVY & MARINE CORPS ACHIEVEMENT MEDAL(3); COMBAT ACTION RIBBON; JOINT MERITORIOUS UNIT AWARD; MERITORIOUS UNIT COMMENDATION; NAVY "E" RIBBON(4); GOOD CONDUCT MEDAL(5); NAVY EXPEDITIONARY MEDAL; NATIONAL DEFENSE SERVICE MEDAL; SOUTHWEST ASIA SERVICE MEDAL;

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)
INSTRUCTOR TRAINING, 2WKS, APR98; ADV SIGNALMAN COURSE, 2WKS, JUL90; SMALL CRAFT TRAINING PROGRAM, 6WKS, NOV89; ADV DRUG & ALCOHOL CONSULTANT FACILITATOR, 8WKS, AUG86; MILITARY CORRECTION SCHOOL, 8WKS, JUL86; CUSTOMS SCHOOL, 2WKS, SEP98; MILITARY POLICE SCHOOL, 6MOS, APR91.//

15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: Yes ☐ No ☒
15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT: Yes ☒ No ☐
16. DAYS ACCRUED LEAVE PAID: NONE

17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION: Yes ☐ No ☒

18. REMARKS
The information contained herein is subject to computer matching within the Department of Defense or with other affected federal and non federal agencies for verification purposes and to determine eligibility for, and/or continued compliance with, the requirement of the Federal Benefit Program.
BLK 13 CONT'D: HUMANITARIAN SERVICE MEDAL; SEA SERVICE DEPLOYMENT RIBBON(5); NAVY RECRUITING SERVICE RIBBON; NAVAL RESERVE SEA SERVICE RIBBON(2); NAVY & MARINE CORPS OVERSEAS SERVICE RIBBON; UNITED NATIONS SERVICE MEDAL; KUWAIT LIBERATION MEDAL(SAUDI ARABIA); EXPERT PISTOL SHOT MEDAL.//
X X X X X X X X X X
X X X X X X X X X X
X X X X X X X X X X
EFFECTIVE DATE OF TRANSFERRED TO FLEET RESERVE STATUS: [illegible]01

19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code): [redacted]
19.b. NEAREST RELATIVE (Name and address - include Zip Code): [redacted]

20. MEMBER REQUESTS COPY 6 BE SENT TO: [illegible] MS [illegible]
21. SIGNATURE OF MEMBER BEING SEPARATED: (signature)
22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature): (signature) O.S. OUDBRAE, PN1(AW), USN, TM2 SUPVR, BYDIR

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

23. TYPE OF SEPARATION: TRANSFERRED TO FLEET RESERVE
24. CHARACTER OF SERVICE (Include upgrades): HONORABLE
25. SEPARATION AUTHORITY: MILPERSMAN 1835180
26. SEPARATION CODE: NBD
27. REENTRY CODE: RE-2
28. NARRATIVE REASON FOR SEPARATION: SUFFICIENT SERVICE FOR RETIREMENT
29. DATES OF TIME LOST DURING THIS PERIOD: NONE
30. MEMBER REQUESTS COPY 4 (Initials): (initials)

BE AVAILA[BLE] DOCUM[ENT]

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD SAFEGUARD IT

ANY ALTERATIONS IN MARKED AREAS RENDER FORM VOID

DD FORM 214, 1 JUL 79 — 1757

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| [illegible] | [illegible] | [redacted] |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| [illegible] | [illegible] | [redacted] | [illegible] |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| [illegible] | [illegible] |

9. COMMAND TO WHICH TRANSFERRED: N/A

10. SGLI COVERAGE: AMOUNT: [illegible] ☐ NONE

11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY *(Additional specialty numbers and titles involving periods of one or more years)*

SM-0000

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. Date Entered AD This Period | [illegible] | [illegible] | [illegible] |
| b. Separation Date This Period | [illegible] | [illegible] | [illegible] |
| c. Net Active Service This Period | [illegible] | [illegible] | [illegible] |
| d. Total Prior Active Service | [illegible] | [illegible] | [illegible] |
| e. Total Prior Inactive Service | [illegible] | [illegible] | [illegible] |
| f. Foreign Service | [illegible] | [illegible] | [illegible] |
| g. Sea Service | [illegible] | [illegible] | [illegible] |
| h. Effective Date of Pay Grade | [illegible] | [illegible] | [illegible] |
| i. Reserve Oblig. Term. Date | [illegible] | [illegible] | [illegible] |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED *(All periods of service)*

BATTLE EFFICIENCY
SEA SERVICE (2 AWARDS)
X X X X

14. MILITARY EDUCATION *(Course Title, number weeks, and month and year completed)*

X X X X

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT | 17. DAYS ACCRUED LEAVE PAID |
|---|---|---|
| ☐ YES ☒ NO | ☒ YES ☐ NO | NONE |

18. REMARKS

[illegible]

[illegible]

X X X X X X X X

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE SENT TO DIR. OF VET AFFAIRS |
|---|---|
| [illegible] | ☐ YES ☐ NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| | [illegible] |

SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Includes upgrades) |
|---|---|
| [illegible] | [illegible] |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENLISTMENT CODE |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

28. NARRATIVE REASON FOR SEPARATION: [illegible]

29. DATES OF TIME LOST DURING THIS PERIOD: [illegible] | 30. MEMBER REQUESTS COPY 4: [illegible]

S/N 0102-LF-000-2140

EMPRS Duplicate Copy

00174

SERVICE-8

1357 [ PL10 ]

82NOV16 USS WHIPPLE FF-1062

5. REMARKS (USE THIS SECTION TO AMPLIFY ENTRIES IN BLOCKS [illegible] THROUGH [illegible] BELOW AND/OR OTHER ENTRIES WHEN THE USE OF THIS FORM IS [illegible] [illegible])

| | | | |
|---|---|---|---|
| SA | SN | 82NOV16 | 82NOV16 NON RATED |

BUPERSINST 1430.16A

R E PROVOST PN1 USN PERS OFF BY DIR

| | | | | |
|---|---|---|---|---|
| 54057 | SN | 9720/0000 | X | |
| WALLS, JEFFREY GLEN | | | [redacted] | USN |

00175

EMPRS Duplicate Copy

3349567

1616-1

# ENLISTED PERFORMANCE EVALUATION REPORT

35

| | | | |
|---|---|---|---|
| 1 NAME (LAST, FIRST, MIDDLE OR MIDDLE INITIAL) WALLS, JEFFERY ? | | 2 RATE | 3 SSN [redacted] |
| BRANCH/CLASS 4 [X] USN 5 [ ] USNR | STATUS 6 [X] ACTIVE 7 [ ] INACTIVE | 8 [ ] TEMAC | 9 [ ] ACDUTRA |
| 10 MEMBER'S SHIP OR STATION NAVCRUITDIST DETROIT | | 11 MEMBER'S UIC 62439 | 12 DATE REPORTED 87JAN22 |
| OCCASION FOR REPORT 13 [X] PERIODIC 14 [ ] TRANSFER | 15 OTHER | PERIOD OF REPORT 16 FROM 87APR01 | 17 TO 88MAR31 |
| TYPE OF REPORT 18 [X] REGULAR 19 [ ] CONCURRENT | 20 PHYSICAL READINESS PASSED | 21 RESERVE PART | 22 DATE OF RATE 85DEC16 |
| 23 REPORTING SENIOR'S NAME (LAST AND INITIALS) MCANALLY, W D | 24 RANK LCDR | 25 TITLE XO | 26 SSN [redacted] |

| EVALUATION SECTION *REQUIRES COMMENT IN BLOCK 56 | | NOT OBS | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8* | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PROFESSIONAL FACTORS | 27 MILITARY KNOWLEDGE/ PERFORMANCE | | | X | | | | | | | | |
| | 28 RATING KNOWLEDGE/ PERFORMANCE | | | X | | | | | | | | |
| PERSONAL TRAITS | 29 INITIATIVE | | | X | | | | | | | | |
| | 30 RELIABILITY | | | X | | | | | | | | |
| | 31 MILITARY BEARING | | X | | | | | | | | | |
| | 32 PERSONAL BEHAVIOR | | X | | | | | | | | | |
| | 33 HUMAN RELATIONS INCL EQUAL OPPORTUNITY | | X | | | | | | | | | |
| SELF EXPRESSION | 34 SPEAKING ABILITY | | | | X | | | | | | | |
| | 35 WRITING ABILITY | | | X | | | | | | | | |
| LEADERSHIP | 36 DIRECTING | X | | | | | | | | | | |
| | 37 COUNSELING | X | | | | | | | | | | |
| 38 MANAGEMENT (E-7/8/9 ONLY, NOB FOR E6 AND BELOW) | | X | | | | | | | | | | |
| 39 OVERALL EVALUATION | | | • | Y | | | | | | | | |
| 40 SUMMARY | | | 24 | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ADVANCEMENT RECOMMENDATION 41 [X] RECOMMENDED 42 [ ] PROGRESSING TOWARD 43 [ ] NOT RECOM

45 SIGNATURE OF REPORTING SENIOR

44 ACKNOWLEDGEMENT BY AND SIGNATURE OF MEMBER.
I ACKNOWLEDGE THAT I HAVE SEEN THIS EVALUATION REPORT AND UNDERSTAND MY RIGHTS UNDER ARTICLE 1110, U.S. NAVY REGS., 1973, TO SUBMIT A STATEMENT.
~~I INTEND TO SUBMIT/NOT TO SUBMIT A STATEMENT. (CIRCLE YOUR INTENTION)~~ (circled: NOT TO SUBMIT)

DATE SIGNED BY MEMBER: 3/24/88

46 ADDRESS OF REPORTING SENIOR
COMMANDING OFFICER
NAVY RECRUITING DISTRICT, DETROIT
3100 E. JEFFERSON AVE
DETROIT, MI 48207-4221

47 TYPED NAME AND SIGNATURE OF REGULAR REPORTING SENIOR ON CONCURRENT REPORT

48 DATE FORWARDED 88APR01

49 DATE END OF 47 USED)

FINISH FILE NMPC-322
DATE: 27 OCT 1988 INITIAL:

NAVPERS 1616/24 (REV 6-80) S/N-0106-LF-016-1726
REPORT NMPC 1616-1 (E5-9)

NMBC (N-822) COPY

00176

EMPRS Duplicate Copy

OCR TYPING FONT NOT REQUIRED FOR COMPLETION OF THIS SIDE

| 50 MEMBER'S LAST NAME, INITIALS | 51 SSN | PERIOD OF REPORT |
|---|---|---|
| WALLS, J G | [redacted] | 52 From 87APR01 53 To 88MAR31 |

54 DUTIES AND RESPONSIBILITIES

Petty Officer Walls is assigned as NRD Detroit Support Staff in Lansing, Michigan. Responsible for birth verifications and providing assistance to recruiting personnel. Petty Officer-in-Charge of vehicles at Navy Recruiting Station Lansing. Responsible for maintaining positive Navy image in civilian community.

55 SPECIAL ACHIEVEMENTS

Attending Criminal Justice classes at Lansing Community College.

56 EVALUATION COMMENTS

Petty Officer Walls has improved considerably during the past year. He continually strives to improve his knowledge of recruiting and aggressively seeks out ways to assist the production recruiters. He has become self motivated in the completion of his assigned tasks and diligently ensures their accuracy. Petty Officer Walls reflects great pride in himself and the Navy by his sharp appearance and exceptional military bearing. He is recommended for retention and advancement.

Specific accomplishments include:

- Received 1st Silver Wreath Award and Letter of Commendation from Commanding Officer, Navy Recruiting District, Detroit for recruiting support excellence.
- Member of Navy Recruiting District, Detroit's Zone of the Year FY87.
- Member Small Business Art Association.
- Actively involved in community youth program assistance and community educational services.

ADMINISTRATIVE REMARKS
NAVPERS 1070/613
S/N 0106-LF-010-6991

COMMANDING OFFICER, USS ESTOCIN (FFG-15) FPO AE 09569-1473 HP: NORFOLK;

11 JAN 95 :

1. Navy and Department of Defense policy strictly prohibits haz to the potential of death or injury to personnel involved. Hazin not be tolerated on board USS ESTOCIN (FFG-15), nor in the United Navy. Initiations and special ceremonies may be conducted only w expressed approval of the Commanding Officer. Any informal cere initiation, skylarking or horseplay, that could in any way subje shipmate to injury or humiliation, is strictly prohibited.

2. Hazing includes any behavior which causes or has potential t an individual; or group to be embarrassed, humiliated or injured. take the form of physical or verbal abuse. The issue of whether member has consented or volunteered is irrelevant if the action received approval from the Command.

3. For the purpose of instruction, examples of hazing include: wa shipmates to the deck to give "pink bellies"; "blanket parties"; or tying a members arms or legs; handcuffing members to fixed ob placing foreign substances or liquids on personnel; sabotaging pe member's rack or personal property; "tacking on crows"; forced cut shaving of hair; Packing foreign substances into body cavities; members to strip their clothes; requiring members to consume exc amounts of alcohol. This list is not all inclusive and provides representative examples of hazing. The policy is simple: NO HA

4. Personnel identified as violating the hazing policy are subje punishment under the Uniform Code of Military Justice.

5. I acknowledge that I have read and fully understand the above

SIGNATURE OF MEMBER

Witnessed by:
K. V. FLOWERS
LCDR USN
EXECUTIVE OFFICER

| WALLIS, JEFFREY L. | [redacted] | USN |
|---|---|---|
| NAME LAST, FIRST, MI | SSN | BRANCH/CL |

00178

36

**NAVY OCCUPATION/TRAINING AND AWARDS HISTORY**
[illegible] (REV. 11-89) [illegible]

**1. NAVY ENLISTED CLASSIFICATION RECORD**

| DATE | PRIMARY CODE | SECONDARY CODE | *OFFICER'S INITIALS |
|---|---|---|---|
| REEN 4YRS 90JUL17 | 0000 | 9585 | LGC |
| | | | |
| | | | |
| | | | |

**2. DESIGNATOR RECORD**

| DATE | DESIGNATOR | QUALIFICATION OR REVOCATION | *OFFICERS INITIALS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**3. RECORD OF NAVY SERVICE SCHOOLS ATTENDED (CLASS R, A, C, F, P, V AND E)**

COURSE TITLE AND SCHOOL LOCATION

| EARNED NEC | COURSE LENGTH | DATE ENROLLED |
|---|---|---|
| DATE COMPLETED | FINAL MARK | CLASS STANDING ___ in a class of ___ |

MANNER OF COMPLETION
☐ GRADUATED ☐ DROPPED FOR

SIGNATURE*

COURSE TITLE AND SCHOOL LOCATION

| EARNED NEC | COURSE LENGTH | DATE ENROLLED |
|---|---|---|
| DATE COMPLETED | FINAL MARK | CLASS STANDING ___ in a class of ___ |

MANNER OF COMPLETION
☐ GRADUATED ☐ DROPPED FOR

SIGNATURE*

COURSE TITLE AND SCHOOL LOCATION

| EARNED NEC | COURSE LENGTH | DATE ENROLLED |
|---|---|---|
| DATE COMPLETED | FINAL MARK | CLASS STANDING ___ in a class of ___ |

MANNER OF COMPLETION
☐ GRADUATED ☐ DROPPED FOR

SIGNATURE*

COURSE TITLE AND SCHOOL LOCATION

| EARNED NEC | COURSE LENGTH | DATE ENROLLED |
|---|---|---|
| DATE COMPLETED | FINAL MARK | CLASS STANDING ___ in a class of ___ |

MANNER OF COMPLETION
☐ GRADUATED ☐ DROPPED FOR

SIGNATURE*

**4. TRAINING COURSES COMPLETED**

| DESCRIPTION OF COURSE, RATE OR NAVPERS NUMBER | DATE COMPLETED | *OFF INIT | DESCRIPTION OF COURSE, RATE OR NAVPERS NUMBER | DATE COMPLETED | *OFF INIT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**5. EDUCATIONAL EXPERIENCE LEVEL**

GED (HS) EQUIVALENT TEST

| DATE PASSED | OFF. INITIALS |
|---|---|
| | |

STATE THAT ISSUED DIPLOMA OR CERTIFICATE

COLLEGE LEVEL GENERAL EXAMS

| DATE PASSED | OFF. INITIALS |
|---|---|
| | |

PRESENT LEVEL OF EDUCATION

12 13 14 15 16 17+

| NAME (Last, First, Middle) | SOCIAL SECURITY NO | BRANCH AND CLASS |
|---|---|---|
| WALLS, JEFFREY GLEN | [redacted] | USN |

4 [3]

00179

EMPRS Duplicate Copy

NAVPERS 1070/604 (REV. 11-01) PAGE 2

| 6. PERSONNEL ADVANCEMENT REQUIREMENT | | | 7. PERFORMANCE TESTS | | | 8. ADVANCEMENT, REDUCTION OR CHANGE IN RATING | | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | DATE COMPLETED | *OFF INIT. | DESCRIPTION | DATE COMPLETED | *OFF. INIT. | RATE ADVANCED, REDUCED OR CHANGED | EFFECTIVE | TIME IN RATE COMPUTED FROM | *OFF. INIT. |
| SMC | 91JUN29 | ESB | M12 E7 | 91SEP13 | E | | | | |

9. RECORD OF OFF-DUTY EDUCATION AND VOC/TECH TRAINING

| DATE COMPLETED | NUMBER AND TITLE OF COURSE OR TEST | SCHOOL | GRADE | *OFF. INIT. | DATE COMPLETED | NUMBER AND TITLE OF COURSE OR TEST | SCHOOL | GRADE | *OFF. INIT. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| 10. GOOD CONDUCT AWARDS | | | 11. DECORATIONS; UNIT; AND MARKSMANSHIP AWARDS | | | |
|---|---|---|---|---|---|---|
| AWARD NUMBER | DATE EARNED | *OFF. INIT. | AWARD | ACTIVITY | DATE OF AWARD | *OFF. INIT. |
| | | | | | | |

12. CAMPAIGN/SERVICE AND OTHER AWARDS

| AWARD | ENGAGEMENT(S) | *OFF. INIT. | AWARD | ENGAGEMENT(S) | *OFF. INIT. |
|---|---|---|---|---|---|
| SEVENTH SILVER WREATH AWARD | 13JAN90 13JUN90 | [illegible] | | | |
| NAVAL RESERVE SEA SERVICE RIBBON | 92SEP15 | ESB | | | |

13. OTHER TRAINING COURSES/INSTRUCTIONS COMPLETED

| DATE COMPLETED | TYPE OF COURSE AND/OR INSTRUCTION | DURATION | LOCATION | *OFF. INIT. |
|---|---|---|---|---|
| 91FEB04 | CAREER INFORMATION COURSE | 1DAY | NAVSURFGROUP FOUR NEWPORT, RI | RGF |
| 92JUL22 | SOVIET SIGNALING PROCEDURES | 3DAYS | FTC NORFOLK, VA | RGF |
| 21AUG92 | SEXUAL HARASSMENT AWARENESS TRNG. | 1 DAY | SIMA NEWPORT, RI | RAH |

00180

EMPRS Duplicate Copy