NAVY OCCUPATION/TRAINING AND AWARDS HISTORY — PAGE 2

14. PERSONNEL QUALIFICATION STANDARDS COMPLETED

| DATE COMPLETED | PQS TITLE/WATCH STATION TITLE | PQS WATCH STATION NO | OFFICER'S INITIALS |
|---|---|---|---|
| 90OCT12 | FINAL QUAL AS MK26 SRBOC | 43341A-01 | RGF |
| 90DEC16 | FINAL QUAL AS PETTY OFFICER OF THE WATCH | 43397A-0A | RGF |
| 90DEC16 | REQUAL IN BASIC DAMAGE CONTROL | 43119-2E | RGF |
| 90DEC16 | FINAL QUAL AS OFFICER OF THE DECK IN-PORT | 43397A-06 | RGF |
| 90OCT14 | AMMUNITIONS HANDLING AND STOWAGE TEAM MEMBER | 43202A 307 | RGF |
| 91MAR19 | FINAL QUAL AS DUTY MASTER-AT-ARMS | 43397A-05 | RGF |
| 91MAR25 | ISE/OPEN OCEAN QMOW (FINAL QUAL) | 43492-2BQ12 | RGF |
| 91MAR25 | FINAL QUAL AS MAINTENANCE PERSON | 43241E-02 | RGF |
| 91MAR25 | FINAL QUAL AS WORK-CENTER/GROUP SUPERVISOR | 43241E-01 | RGF |
| 91MAR29 | FINAL QUAL AS COMMUNICATIONS SECURITY MATERIAL SYSTEM USER | 43462-01 | RGF |
| 91JUL18 | FINAL QUAL AS LEE HELMSMAN | 43492-2BQ7 | RGF |
| 92JAN31 | FINAL QUAL AS RADIOTELEPHONE (R/I) CIRCUIT OPERATOR | 43307-3A01 | RGF |
| 92DEC07 | FINAL QUAL AS SOUND-POWERED PHONE TALKER | 43492-2BQ1 | RGF |
| 93OCT31 | FINAL QUAL AS ADVANCE DAMAGE CONTROL WATCH STATION TASKS | 43119-2E | RAH |
| 93OCT31 | FINAL QUAL AS FIRE FIGHTING TEAM MEMBER | 43119-2E | RAH |
| 94APR14 | FINAL QUAL AS BOUNDRYMAN | 43119-3E 305 | RAH |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| NAME (Last, First, Middle) | SOCIAL SECURITY NO | BRANCH AND CLASS |
|---|---|---|
| WALLS JEFFREY GLEN | [redacted] | USN |

U.S. Government Printing Office: 1985-

00181

# HISTORY OF ASSIGNMENTS

| 1. GAIN | 2. ACTIVITY | 3. UIC | 4. LOSS | 5. INITIALS GAIN | 5. INITIALS LOSS |
|---|---|---|---|---|---|
| REEN 94JUN09 | USS ESTOCIN (FFG-15) LANFLT | 20968 | TRAN 95SEP08 | HRH | |
| TEMDU 95SEP08 | PCD COLE (DDG 67) NORFOLK VA | 42080 | TRF 95NOV10 | TMP | TMP |
| TEMDU CFO 95113 | PCU COLE (DDG 67, PASCAGOULA, MS | 41298 | TRF 96MAR11 | | |
| DUTY 96MAR11 | USS COLE (DDG 67) HP: NORFOLK VA SDCD: 91MAR | 21941 | DISRE 96DEC19 | VS | VS |
| 96NOV19 | SDCD: 91FEB AUTH: EDVR DTD 96SEP24 | | | | |

| NAME (last, first, middle initial) | SOCIAL SECURITY NUMBER | RANK-RATE |
|---|---|---|
| WALLS, JEFFREY GLEN | [redacted] | SM1 |

NAVPERS 1070/605 (Rev. 10-89) S/N 0106-LF-008-1800

00182

EMPRS Duplicate Copy

09/09/97 10:34:21 ScreenScan

STANDARD FORM 93
JANUARY 1971
GSA FPMR 101-11.6

0 10762

Approved
Office of Management and Budget No., 29-R0191

# REPORT OF MEDICAL HISTORY

(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY-CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)

| | |
|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>Wells Jeffrey [illegible] | 2. SOCIAL SECURITY OR IDENTIFICATION NO.<br>[redacted] |
| 3. HOME ADDRESS (No. street or RFD, city or town, State, and ZIP code) | 4. POSITION (Title, grade, component) |

| | | |
|---|---|---|
| 5. PURPOSE OF EXAMINATION<br>USN | 6. DATE OF EXAMINATION<br>20-Dec-79 | 7. EXAMINING FACILITY OR EXAMINER, AND ADDRESS (Include ZIP Code)<br>AFEES, JACKSON, MS 39205 |

8. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Follow by description of past history, if complaint exists)

I AM IN good HEALTH
I AM TAKING No MEDICATIONS AT THIS TIME.

9. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| | ✓ | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

10. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

11. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | | Scarlet fever, erysipelas | | ✓ | | Cramps in your legs | | ✓ | | "Trick" or locked knee |
| | ✓ | | Rheumatic fever | | ✓ | | Frequent indigestion | | ✓ | | Foot trouble |
| | ✓ | | Swollen or painful joints | | ✓ | | Stomach, liver, or intestinal trouble | | ✓ | | Neuritis |
| | ✓ | | Frequent or severe headache | | ✓ | | Gall bladder trouble or gallstones | | ✓ | | Paralysis (include infantile) |
| | ✓ | | Dizziness or fainting spells | | ✓ | | Jaundice or hepatitis | | ✓ | | Epilepsy or fits |
| | ✓ | | Eye trouble | | ✓ | | Adverse reaction to serum, drug, or medicine | | ✓ | | Car, train, sea or air sickness |
| | ✓ | | Ear, nose, or throat trouble | | | | | | ✓ | | Frequent trouble sleeping |
| | ✓ | | Hearing loss | | ✓ | | Broken bones | | ✓ | | Depression or excessive worry |
| | ✓ | | Chronic or frequent colds | | ✓ | | Tumor, growth, cyst, cancer | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Severe tooth or gum trouble | | ✓ | | Rupture/hernia | | ✓ | | Nervous trouble of any sort |
| | ✓ | | Sinusitis | | ✓ | | Piles or rectal disease | | ✓ | | Periods of unconsciousness |
| | ✓ | | Hay Fever | | ✓ | | Frequent or painful urination | | | | |
| | ✓ | | Head injury | | ✓ | | Bed wetting since age 12 | | | | |
| | ✓ | | Skin diseases | | ✓ | | Kidney stone or blood in urine | | | | |
| | ✓ | | Thyroid trouble | | ✓ | | Sugar or albumin in urine | | | | |
| | ✓ | | Tuberculosis | | ✓ | | VD—Syphilis, gonorrhea, etc. | | | | |
| | ✓ | | Asthma | | ✓ | | Recent gain or loss of weight | | | | |
| | ✓ | | Shortness of breath | | ✓ | | Arthritis, Rheumatism, or Bursitis | | | | |
| | ✓ | | Pain or pressure in chest | | ✓ | | Bone, joint or other deformity | | | | |
| | ✓ | | Chronic cough | | ✓ | | Lameness | | | | |
| | ✓ | | Palpitation or pounding heart | | ✓ | | Loss of finger or toe | | | | |
| | ✓ | | Heart trouble | | ✓ | | Painful or "trick" shoulder or elbow | | | | |
| | ✓ | | High or low blood pressure | | ✓ | | Recurrent back pain | | | | |

12. FEMALES ONLY: HAVE YOU EVER

| YES | NO | DON'T KNOW | |
|---|---|---|---|
| | | | Been treated for a female disorder |
| | | | Had a change in menstrual pattern |

13. WHAT IS YOUR USUAL OCCUPATION?
None

14. ARE YOU (Check one)
[X] Right handed [ ] Left handed

93-101-01

00183

EMPRS Duplicate Copy

CHECK EACH ITEM YES OR NO. EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE ON RIGHT

000763

| YES | NO | |
|---|---|---|
| | ✓ | 15. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sun light, etc. |
| | ✓ | B. Inability to perform certain motions. |
| | ✓ | C. Inability to assume certain positions. |
| | ✓ | D. Other medical reasons (If yes, give reasons.) |
| | ✓ | 16. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details.) |
| | ✓ | 17. Have you ever been denied life insurance? (If yes, state reason and give details.) |
| | ✓ | 18. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occurred.) |
| | ✓ | 19. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) |
| | ✓ | 20. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | ✓ | 21. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | ✓ | 22. Have you ever been rejected for military service because of physical, mental, or other reasons? (If yes, give date and reason for rejection.) |
| | ✓ | 23. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge: whether honorable, other than honorable, for unfitness or unsuitability.) |
| | ✓ | 24. Have you ever received, is there pending, or have you applied for pension or compensation for existing disability? (If yes, specify what kind, granted by whom, and what amount, when, why.) |

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service.

| TYPED OR PRINTED NAME OF EXAMINEE | SIGNATURE |
|---|---|
| Jeffrey Glen Wells | Jeffrey Glen Wells |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY."

25. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in items 9 through 24. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

Negative medical history.

EXAMINEE DENIES HISTORY OF DRUG AND ALCOHOL ABUSE AND HOMOSEXUALITY

MCD

| TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | DATE | SIGNATURE | NUMBER OF ATTACHED SHEETS |
|---|---|---|---|
| M. C. D. CUMMINGS, M.D. | DEC 20 1979 | MCD Cummings | |

REVERSE OF STANDARD FORM 93

* U. S. GOVERNMENT PRINTING OFFICE : 1974 O - 560-618

00134

EMPRS Duplicate Copy

GRADE: PNC(AW) TITLE: PERSUFFSUPU ACTIVITY: PSD DETROIT, MI

/FC12/39/
DCN: 729900565P

EVENT: R25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: [redacted]
RANK/RATE: SM2
USN OR USNR: USN
SHIP OR STATION: NRD DETROIT MI
TOTAL NUMBER OF DEPENDENTS: 00

NAME: WALLS JEFFREY GLEN
UIC-ACTUAL: 62439
DEPNS CHG EFFECTIVE DATE:
INITIAL/CHANGE:

NAME OF SPOUSE:
SPOUSE DATE OF BIRTH: SPOUSE SSN: - -
SPOUSE RELATIONSHIP: IS SPOUSE DEPENDENT:
IS SPOUSE ACTIVE MEMBER OF UNIFORMED SERVICE: BRANCH:
SPOUSE CITIZENSHIP: DATE OF MARRIAGE:
PLACE OF MARRIAGE:

ADDRESS OF SPOUSE:

WAS SPOUSE PREVIOUSLY MARRIED:
PRIOR MARRIAGE DISSOLVED BY:
DATE PRIOR MARRIAGE DISSOLVED:
PLACE PRIOR MARRIAGE DISSOLVED:

WAS MEMBER PREVIOUSLY MARRIED: NO
PRIOR MARRIAGE DISSOLVED BY:
DATE PRIOR MARRIAGE DISSOLVED:
PLACE PRIOR MARRIAGE DISSOLVED:

NAME OF FATHER: [redacted]
IS FATHER DEPENDENT: NO
ADDRESS OF FATHER: [redacted]

NAME OF MOTHER: [redacted]
IS MOTHER DEPENDENT: NO
ADDRESS OF MOTHER: [redacted]

CHILD AND/OR DEPENDENT
NAME:
IS PERSON DEPENDENT:
RELATIONSHIP: DEPENDENT DATE OF BIRTH:
ADDRESS:

00185

NAME OF CUSTODIAN OTHER THAN CLAIMANT:

/FC12/39/
DCN: 729900565P

EVENT: R25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: [redacted] NAME: WALLS JEFFREY GLEN

OTHER PERSON, NOT ALREADY NAMED, TO BE NOTIFIED OF PERSONAL CASUALTY
NAME: NONE
RELATIONSHIP:
ADDRESS:

NEXT OF KIN OF SPOUSE (NOT HUSBAND, WIFE OR MINOR CHILD)
NAME:
RELATIONSHIP:
ADDRESS:

BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES
NAME: [redacted]
RELATIONSHIP: MOTHER
ADDRESS: [redacted]

PERCENTAGE: 100
PERSON TO RECEIVE ALLOTMENT IF IN A MISSING STATUS, SUBJECT TO SECNAV DETERMINATION
NAME: [redacted]
ADDRESS: [redacted]

PERCENTAGE: 80
BENEFICIARIES FOR GRATUITY PAY (NO SPOUSE OR CHILD SURVIVING)
NAME: [redacted]
RELATIONSHIP: MOTHER
ADDRESS: [redacted]

PERCENTAGE: 100
LIFE INSURANCE DATA (NOT INCLUDING NSLI OR SGLI)
NAME OF COMPANY: NONE
ADDRESS:

POLICY NUMBER:
LOCATION OF WILL OR OTHER VALUABLE PAPERS: NONE
RELIGION: CG
IS BENEFICIARY DESIGNATION OF SGLI ON FILE: NO DESIGNATION DATE:

00186

39

/FC12/39/
DCN: 729900565P

EVENT: P25 RECORD OF EMERGENCY DATA/DEPENDENCY APPLICATION

RECORD OF EMERGENCY DATA NAVPERS 1070/602R

SSN: [redacted] NAME: WALLS JEFFREY GLEN

REMARKS:

CERTIFICATION: I HAVE REVIEWED THE DATA ON THIS FORM AND CERTIFY THAT IT IS CORRECT.

JEFFREY GLEN WALLS
SIGNATURE OF DESIGNATOR

J. [illegible] P[illegible]TS, PNC(AW)
SIGNATURE OF WITNESS

TITLE PERSUPPSUPV DATE 26OCT87

00187

36

11. AWARDS

| AWARD NAME | DATE OF AWARD | AUTHORITY | ADV PNTS | INIT |
|---|---|---|---|---|
| NAVY GOOD CONDUCT (3) | 90MAY13<br>94MAY12 | AWARDSMAN | 2 | MRM |
| NAVY "E" | LATE ENTRY<br>92DEC31 | AWARDSMAN | 0 | MRM |
| SEA SERVICE DEPLOYMENT | LATE ENTRY<br>94MAR13 | AWARDSMAN | 0 | MRM |
| NAVAL RESERVE SEA SERVICE RIBBON (2) | 92SEP12<br>94SEP12 | AWARDSMAN | 0 | MRM |
| COMBAT ACTION RIBBON | LATE ENTRY<br>91MAR28 | AWARDSMAN | 0 | MRM |
| NAVY EXPEDITIONARY MEDAL | LATE ENTRY<br>91MAR28 | AWARDSMAN | 0 | MRM |
| SOUTHWEST ASIA SERVICE MEDAL | LATE ENTRY<br>91MAR28 | AWARDSMAN | 0 | MRM |
| UNITED NATIONS SERVICE MEDAL | LATE ENTRY<br>91MAR28 | AWARDSMAN | 0 | MRM |
| KUWAIT LIBERATION MEDAL | LATE ENTRY<br>91MAR28 | AWARDSMAN | 0 | MRM |
| NAVY AND MARINE CORPS ACHIEVEMENT MEDAL | 95MAR<br>95SEP | CO, USS ESTOCIN (FFG 15) | 2 | VS |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| WALLS, JEFFREY GLEN | [redacted] | USN |



00188

EMPRS Duplicate Copy

56

12. PERSONNEL QUALIFICATION STANDARDS (PQS)

| PQS TITLE | PQS STATION # | DATE | INIT | PQS TITLE | PQS STATION # | DATE | INIT |
|---|---|---|---|---|---|---|---|
| FINAL QUAL AS REPAIR PARTS SUPPLY PETTY OFF | 43241F-Q2 | 94OCT30 | [illegible] | | | | |
| FINAL QUAL AS SEC FOR SHIPS MAINT AND MATER MANAGMENT(3-M) | ;3241F | 95APR11 | [illegible] | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| WALLS, JEFFREY GLEN | [redacted] | USN |

NAVPERS 1070/604 (Rev. 7/91) PAGE 4

*U.S.GPO:1993-0-708-064



00189

EMPRS Duplicate Copy

# REPORT OF MEDICAL EXAMINATION

| | | |
|---|---|---|
| 1. LAST NAME—FIRST NAME—MIDDLE NAME<br>WALLS, JEFFREY GLEN | 2. GRADE AND COMPONENT OR POSITION<br>SML | 3. IDENTIFICATION NO.<br>[redacted] |
| 4. HOME ADDRESS (Number, street or RFD, city or town, State and ZIP Code)<br>[redacted] | 5. PURPOSE OF EXAMINATION<br>RAD / RET | 6. DATE OF EXAMINATION<br>2JUN00 |
| 7. SEX: M / 8. RACE: BLK / 9. TOTAL YEARS GOVERNMENT SERVICE: MILITARY 20, CIVILIAN | 10. AGENCY<br>USN | 11. ORGANIZATION UNIT<br>USN |
| 12. DATE OF BIRTH<br>[redacted] / 13. PLACE OF BIRTH<br>CHICAGO, IL | 14. NAME, RELATIONSHIP, AND ADDRESS OF NEXT OF KIN<br>[redacted] | |
| 15. EXAMINING FACILITY OR EXAMINER, AND ADDRESS<br>NAVAL BRANCH MEDICAL CLINIC<br>WASHINGTON NAVY YARD<br>624 WARRINGTON AVE SE<br>WASHINGTON, DC 20374-5022 | 16. OTHER INFORMATION | |
| 17. RATING OR SPECIALTY | TIME IN THIS CAPACITY (Total) | LAST SIX MONTHS |

## CLINICAL EVALUATION

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|
| ✓ | 18. HEAD, FACE, NECK AND SCALP | |
| ✓ | 19. NOSE | |
| ✓ | 20. SINUSES | |
| ✓ | 21. MOUTH AND THROAT | |
| ✓ | 22. EARS—GENERAL (Internal canals) (Auditory acuity under items 70 and 71) | |
| ✓ | 23. DRUMS (Perforation) | |
| ✓ | 24. EYES—GENERAL (Visual acuity and refraction under items 59, 60 and 67) | |
| ✓ | 25. OPHTHALMOSCOPIC | |
| ✓ | 26. PUPILS (Equality and reaction) | |
| ✓ | 27. OCULAR MOTILITY (Associated parallel movements nystagmus) | |
| ✓ | 28. LUNGS AND CHEST (Include breasts) | |
| ✓ | 29. HEART (Thrust, size, rhythm, sounds) | |
| ✓ | 30. VASCULAR SYSTEM (Varicosities, etc.) | |
| ✓ | 31. ABDOMEN AND VISCERA (Include hernia) | |
| ✓ | 32. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Prostate, if indicated) | |
| ✓ | 33. ENDOCRINE SYSTEM | |
| ✓ | 34. G-U SYSTEM | |
| ✓ | 35. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | 36. FEET | |
| ✓ | 37. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | 38. SPINE, OTHER MUSCULOSKELETAL | |
| | 39. IDENTIFYING BODY MARKS, SCARS, TATTOOS | ✓ |
| ✓ | 40. SKIN, LYMPHATICS | |
| ✓ | 41. NEUROLOGIC (Equilibrium tests under item 72) | |
| ✓ | 42. PSYCHIATRIC (Specify any personality deviation) | |
| | 43. PELVIC (Females only) (Check how done) ☐ VAGINAL ☐ RECTAL | |

NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary)

Scar rt forearm

BEST AVAILABLE DOCUMENT

(Continue in item 73)

44. DENTAL (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

Restorable Teeth / Non-restorable teeth / Missing Teeth / Replaced by Dentures / Fixed Partial dentures

| R I G H T | 1 X | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 X | L E F T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 X | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 X | |

REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES: Type - 2, Class - 1, Qual- Yes

## LABORATORY FINDINGS

| | | |
|---|---|---|
| 45. URINALYSIS: A. SPECIFIC GRAVITY | | 46. CHEST X-RAY (Place, date, film number and result) |
| B. ALBUMIN NE / C. SUGAR | D. MICROSCOPIC | NE |

| 47. SEROLOGY (Specify test used and result) | 48. EKG | 49. BLOOD TYPE AND RH FACTOR | 50. OTHER TESTS |
|---|---|---|---|
| RPR - NON-REACTIVE | NE | A POSITIVE | CHOL: 180<br>TRIG: 99<br>HDL: 42<br>LDL: 118<br>GLU: 69<br>HIV- PENDING |

NSN 7540-00-634-4038
88-122

Standard Form 88 (REV. 3/89)
General Services Administration
Interagency Comm. on Medical Record
FIRMR (41 CFR) 201-45.505

00190

EMPRS Duplicate Copy

## MEASUREMENTS AND OTHER FINDINGS

51 HEIGHT: 71 | 52 WEIGHT: 198 | 53 COLOR HAIR: Black | 54 COLOR EYES: Brown | 55 BUILD: ☒ SLENDER ☐ MEDIUM ☐ HEAVY ☐ OBESE | 56 TEMPERATURE: 98.6

57 BLOOD PRESSURE (Arm at heart level)

| A SITTING | SYS 140 DIAS 90 | B RECUMBENT | SYS DIAS | C STANDING (3 min) | SYS DIAS |
|---|---|---|---|---|---|

58 PULSE (Arm at heart level)

| A SITTING | B AFTER EXERCISE | C 2 MIN AFTER | D RECUMBENT | E AFTER STANDING 3 MIN |
|---|---|---|---|---|
| 96 | | | | HIA- |

59 DISTANT VISION — RIGHT 20/ 50 CORR. TO 20/ 20; LEFT 20/ 70 CORR. TO 20/ 20

60 REFRACTION — BY S CX; BY S CX

61 NEAR VISION — 20/30 CORR. TO BY; 20/25 CORR. TO BY

62 HETEROPHORIA (Specify distance) Hm³ Westminster 833-3537

ES* EX* R.H. L.H. PRISM DIV. PRISM CONV. CT PC PD

63 ACCOMMODATION — RIGHT LEFT

64 COLOR VISION (Test used and result) 9/9 [illegible]

65 DEPTH PERCEPTION (Test used and score) — UNCORRECTED / CORRECTED

66 FIELD OF VISION

67 NIGHT VISION (Test used and score)

68 RED LENS TEST

69 INTRAOCULAR TENSION

70 HEARING — RIGHT WV /15 SV /15; LEFT WV /15 SV /15

71 AUDIOMETER

| | 250 258 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | / | 0 | 10 | 10 | 5 | 5 | 5 | / |
| LEFT | / | 5 | 5 | 5 | 5 | 5 | 0 | / |

72 PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

73 NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

TOBACCO USAGE: Ø
ALCOHOL CONSUMPTION: Ø
PM.HX: (L) Knee + LBP
FAM HX: HTN [illegible]

I HAVE BEEN INFORMED OF AND UNDERSTAND THE PROVISIONS OF ARTICAL 15-9 (4) OF THE MANUAL OF THE MEDICAL DEPARTMENT.

[signature] SIGNATURE 6/2/00 DATE

(Use additional sheets if necessary)

74 SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

- ? Hx of HTN never evaluated recommend BP monitoring x 10 days
- HIV Drawn

THE PHYSICAL EXAMINATION HAS BEEN ADMINISTRATIVELY REVIEWED FOR COMPLETENESS AND ACCURACY.

[signature] SIGNATURE HM2 RATE 23JUN00 DATE

75 RECOMMENDATIONS—FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

BP evaluation

76 A PHYSICAL PROFILE: P U L H E S

77 EXAMINEE (Check) A ☒ IS QUALIFIED FOR Separation; B ☐ IS NOT QUALIFIED FOR

B PHYSICAL CATEGORY: A B C E

78 IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

79 TYPED OR PRINTED NAME OF PHYSICIAN: Harold Yu PA-C 8202 — SIGNATURE [signature]

80 TYPED OR PRINTED NAME OF PHYSICIAN — SIGNATURE

81 TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (Indicate which): Aimad Davoudian DMD — SIGNATURE [signature]

82 TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY: Harold Yu PA-C 8202 — SIGNATURE [signature] — NUMBER OF ATTACHED SHEETS

*U.S. Government Printing Office: 1992 — 312-071/40308 SF 88 (Rev. 3-89) BACK



EMPRS Duplicate Copy

ADMINISTRATIVE REMARKS
NAVPERS 1070/613
S/N 0106-LF-010-6991

COMMANDING OFFICER, USS ESTOCIN (FFG-15) FPO AE 09569-1473 HP: NORFOLK, VA

94JUL20: Attended initial HIV/AIDS educational PER SECNAV NOTE 53.00.

M. R. MILROY, PNC(SW/AW), USNR(TAR)
Personnel Officer
By direction of the Commanding Officer

| WALLS, JEFFERY | [redacted] | USN |
|---|---|---|

1753

ADMINISTRATIVE REMARKS

SHIP OR STATION
RECRUIT TRAINING COMMAND, NAVAL TRAINING CENTER, SAN DIEGO CA 92133

19MAR81
DATE

GRADUATED FROM EXPANDED APPRENTICESHIP TRAINING. COMPLETION OF E-3 CORRESPONDENCE COURSE IS HEREBY WAIVED. THE EXPANDED APPRENTICESHIP TRAINING COURSE CONTENT EXCEEDS THE KNOWLEDGE FACTORS NORMALLY TESTED AT THE E-3 LEVEL, AND FURTHER EXAMINATION IS NOT CONSIDERED NECESSARY. HOWEVER, ADMINISTRATION OF THE E-3 EXAM REMAINS AT LOCAL COMMAND DISCRETION IN ACCORDANCE WITH ARTICLE 105.1 OF BUPERSINST 1430.16A.

R.J. Fangman MMM
R. J. FANGMAN, GS5
LEAD TRF CLK
BY DIRECTION OF CO
R.J. FANGMAN, GS-5, LEADT.FCLK BY DIR CO

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| WALLS, JEFFREY GLEN | [redacted] | USN |

ADMINISTRATIVE REMARKS NAVPERS 1070/613 (REV. 3-73) S/N 0106-LF-010-6161

00193

EMPRS Duplicate Copy

000744

# ENLISTMENT/REENLISTMENT DOCUMENT — ARMED FORCES OF THE UNITED STATES

## A. IDENTIFICATION DATA

| 1. NAME (Last, First, Middle) | 2. SSAN | 3. DATE OF ENL/REENL | 4. GRADE |
|---|---|---|---|
| Walls Jeffrey Glen | [redacted] | 20 DECEMBER 1979 | SR E-1 |

| 5. HOME OF RECORD (City, State, ZIP Code) | 6. PLACE OF ENLISTMENT/REENLISTMENT |
|---|---|
| [redacted] | AFEES JACKSON MS |

| 7. DATE OF BIRTH | 8. SELECTIVE SERVICE NO. | 9. PREV Mil SVC UPON ENL/REENL | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| [redacted] | [X] NOT REGISTERED | a. Total Active Military Service | 00 | 00 | 00 |
| | | b. Total Inactive Military Service | 00 | 00 | 00 |

## B. AGREEMENTS

10. I am enlisting/reenlisting in the United States NAVAL RESERVE on 20 DECEMBER, 19 79 for 6 years in pay grade E-1. The additional details of my enlistment/reenlistment are in Section C and Annex(es) A,

a. *FOR ENLISTMENT IN A DELAYED ENTRY/ENLISTMENT PROGRAM (DEP) (Not applicable to the Army or Air National Guard):* I understand that I will, within 365 days, be ordered to active duty as a Reservist for 4 years unless I enlist in the Regular Component of the United States NAVY for not less than 4 years. My enlistment in the DEP is in a non-pay status. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, or mailing address.

b. Remarks: *(If "None" so state)* I understand that my pay date begins upon enlistment in the Delayed Entry Program, with actual payment beginning after enlistment on active duty. I also understand that upon enlistment on active duty, my combined period of active duty and subsequent reserve component service will equal six years.

c. The agreements in this section and the attached annex(es) are all the promises made to me by the Government. ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED. J. G. W.
*(Initials of Enlistee/Reenlistee)*

## C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS

11. *FOR ALL ENLISTEES OR REENLISTEES:* Many laws, regulations, and military customs will govern my conduct and require me to do many things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

a. My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

(1) Required to obey all lawful orders and perform all assigned duties.

(2) Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

(3) Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

S6T00 000745

LAST NAME
Walls

SSAN
[redacted]

C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS (Continued from page 1)

(4) Required upon order to serve in combat or other hazardous situations.

(5) Entitled to receive pay, allowances and other benefits as provided by law and regulation.

b. Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my Status, pay, allowances, benefits, and responsibility as a member of the Armed Forces REGARDLESS of the provisions of this enlistment/reenlistment document.

c. In the event of war, my enlistment in the Armed Forces continues until six months after the war ends, unless my enlistment is ended sooner by the President of the United States.

12. Military Service Obligation. *(FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS INCLUDING THE NATIONAL GUARD.)*

a. *FOR ALL ENLISTEES* [illegible] I must serve a total of six years. Any part of that service not served on active duty must be served in a Reserve Component unless I am sooner discharged.

b. If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until six months after the end of that period.

c. As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty *(other than for training)* for the entire period of the war or emergency and for six months after its end.

d. As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent *(other than as provided in paragraph 10 of this enlistment/reenlistment document)* as follows:

*(1)* In a time of national emergency declared by the President, I may be ordered to active duty *(other than for training)* for not more than 24 consecutive months.

*(2)* I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

*(a)* I am not assigned to or participating satisfactorily in a unit of the Ready Reserve; and

*(b)* I have not met my Reserve obligation; and

*(c)* I have not served on active duty for a total of 24 months.

*(3)* I may be ordered to perform additional active duty for training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than 6 months.

*(4)* When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty for not more than 90 days if I am a member of a selected Reserve unit.

e. Except in time of war or national emergency declared by Congress, I may be transferred to the Standby Reserve, upon my request, if I am not serving on active duty and if my total active duty *(other*



EMPRS Duplicate Copy

000746

| LAST NAME | SSAN |
|---|---|
| Walls | [redacted] |

**C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS** *(Continued from page 2)*

*than active duty for training)* service and satisfactory service in the Ready Reserve has lasted at least 60 months. As a member of the Standby Reserve, I will have no Reserve training requirements and can be involuntarily ordered to active duty only in time of war or national emergency declared by Congress or as otherwise authorized by law. I may not transfer to the Standby Reserve while I am serving under an agreement to remain in the Ready Reserve for a stated period.

13. *IF ENLISTING IN THE NAVY OR MARINE CORPS:* I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

**D. CERTIFICATION AND ACCEPTANCE**

14. My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian or military court and, if found guilty, may be punished.

I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. Any questions I had were explained to my satisfaction. I fully understand that ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED. ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW: *(If none, check "NONE" and initial)*

☒ NONE J.G.W.
*(Initials of Applicant/Reenlistee)*

| 14a. TYPED NAME OF APPLICANT/REENLISTEE | 14b. SIGNATURE OF APPLICANT/REENLISTEE | 14c. DATE SIGNED |
|---|---|---|
| Jeffrey Glen Walls | Jeffrey Glen Walls | 20 DEC 1979 |

15. On behalf of the United States NAVY, I accept this applicant for enlistment. I have witnessed the signature in item 14b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

| 15a. NAME, GRADE, SSAN AND ORGANIZATION OF SERVICE REPRESENTATIVE *(Type or print)* | 15b. SIGNATURE OF SERVICE REPRESENTATIVE | 15c. DATE SIGNED |
|---|---|---|
| L.G. STROUD PNC [redacted] NAVCRUITDIST MEMPHIS TN | [signature] | 20 DEC 1979 |

**E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT**

16. *FOR SERVICE IN A REGULAR OR RESERVE COMPONENT OF THE ARMED FORCES EXCEPT THE ARMY NATIONAL GUARD OR AIR NATIONAL GUARD:*

I, Jeffrey Glen Walls, do solemnly swear *(or affirm)* that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.



EMPRS Duplicate Copy

000747

LAST NAME: Walls

SSAN: [redacted]

**E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT** *(Continued from page 3)*

I acknowledge that the above oath has been administered to me and that I have sworn *(or affirmed)* to the same.

16a. SIGNATURE OF ENLISTEE/REENLISTEE AND DATE: 20 DEC 1979 — Jeffrey Allen Walls

16b. SIGNATURE OF ENLISTEE ENLISTED FROM DEP INTO REGULAR COMPONENT AND DATE: 2 SEP 1980 — Jeffrey Allen Walls

16c. The above oath, as filled in, was administered, subscribed, and duly sworn to *(or affirmed)* before me on 20 DECEMBER, 19 79.

16d. NAME, GRADE, AND ORGANIZATION OF ENLISTING OFFICER *(Type or print)*: FRED L MCKENNEY CPT, AFEES JACKSON MS

16e. SIGNATURE OF ENLISTING OFFICER: Fred L McKenney

17. *FOR ENLISTMENT IN A REGULAR COMPONENT FROM A DELAYED ENTRY/ENLISTMENT PROGRAM:*

I request to be discharged from the Delayed Entry/Enlistment Program and enlisted in the Regular Component of the United States NAVY for a period of FOUR years effective this date. No changes have been made in my enlistment options OR if changes were made they are recorded on Annex(es) NA which replace(s) Annex(es) NA. The information in my "Application for Enlistment — Armed Forces of the United States" *(DD Form 1966)* is accurate as of this date.

17a. DATE: 2 SEPTEMBER 1980

17b. SIGNATURE OF DEP ENLISTEE: Jeffrey Allen Walls

**F. APPROVAL AND ACCEPTANCE BY SERVICE REPRESENTATIVE**

18. This enlistee is discharged from the Reserve Component shown in Item 10 and is accepted for enlistment in the Regular Component of the United States NAVY this date, in pay grade E-1. Applicant served 00 years 08 months 12 days in the DEP. AGREEMENTS IN ITEM 10 AND ATTACHED ANNEX(ES) OR AS MODIFIED IN ITEM 17, REMAIN IN EFFECT.

18a. NAME, GRADE, SSAN, AND ORGANIZATION OF SERVICE REPRESENTATIVE *(Type or print)*: L G STROUD PNC USN [redacted] NAVCRUITDIST MEMPHIS TN

18b. SIGNATURE OF SERVICE REPRESENTATIVE: [signature]

18c. The oath of enlistment in Item 16, as filled in, was readministered, subscribed, and duly sworn to *(or affirmed)* before me on 2 SEPTEMBER, 19 80.

18d. NAME, GRADE, AND ORGANIZATION OF ENLISTING OFFICER *(Type or print)*: FRED L MCKENNEY CPT, AFEES JACKSON MS

18e. SIGNATURE OF ENLISTING OFFICER: Fred L McKenney

**FOUR YEAR OBLIGOR SCHOOL GUARANTEE PROGRAM**

**[illegible]0748**

| NAME: (LAST, FIRST, MIDDLE) | SSAN |
|---|---|
| WALLS, Jeffrey Glen | [redacted] |

I have been guaranteed one of the following programs:

__XX__ 1 Assignment to the __RM__ Class "A" School.

-OR-

__NA__ ~~2. Programmed School Input (PSI) with assignment to the _____ Class "A"~~ School approximately twelve (12) to fifteen (15) months after commencement of active duty.

-OR-

__NA__ 3. Occupational Specialty (OCCSPEC) School Guarantee in the _____ category. This category contains the following Class "A" Schools: ______________ ______. I will be assigned to one of these Class "A" Schools as the needs of the Navy require.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I understand that my eligibility for my guaranteed program will be rechecked during recruit training and subsequent schooling. I must, at all times, remain eligible for the required security clearance and meet the physical qualifications of my guaranteed program. If it is determined that I am ineligible to continue in this program, any one of the following courses of action will be taken:

1. If I become ineligible for my guaranteed program because of a personal fact of which I knew and did not include in my application for enlistment, I may be assigned to an alternate Navy program or separated from the Navy. This reassignment or separation will be made by the Navy, based on my qualifications and the needs of the Navy.

2. If I become ineligible for my guaranteed program because of a personal fact of which I did not know or which I knew and included in my application for enlistment, I will have the following options:

a. Reassignment to a Navy program in which a vacancy exists and (or rate/rating) for which I am qualified and desire,

-OR-

b. Honorable discharge from the Navy.

3. If my guaranteed program training is stopped because of disciplinary reaso or failure to meet the Navy's academic or professional standards during any ph of my training, I will be reassigned duties as the needs of the Navy require.

| | |
|---|---|
| L. G. STROUD, PNC, USN 20DEC79<br>~~Navy Liaison, By direction of the CO~~<br>(Signature of Witness/Date) | Jeffrey Glen WALLS 20DEC79<br>(Signature of Enlistee/Date) |
| TYPE NAME AND POSITION UNDER SIGNATURE | TYPE NAME UNDER SIGNATURE |

00198

NAVCRUIT FORM 1133/12 (9-78) ANNEX __A__ TO DD FORM 4 __20DEC79__

EMPRS Duplicate Copy

36

12. PERSONNEL QUALIFICATION STANDARDS (PQS)

| PQS TITLE | PQS STATION # | DATE | INIT | PQS TITLE | PQS STATION # | DATE | INIT |
|---|---|---|---|---|---|---|---|
| BASIC DAMAGE CONTROL | 43119-G 301-306 | 96JAN05 | [illegible] | | | | |
| DUTY MASTER AT ARMS (INTERIM) | | 96MAR06 | VS | | | | |
| OFFICER OF THE DECK INPORT | (FNL REQUAL) 43397-BQ8 | 96MAR08 | VS | | | | |
| WORK CCENTER/GROUP SUPERVISOR | 43241F-Q3 (FNL REQUAL) | 96MAR07 | VS | | | | |
| SIGNALMAN OF THE WATCH (FNL REQUAL) | 43354B | 96APR16 | VS | | | | |
| SIGNALMAN SUPERVISOR | 43354B (FNL REQUAL) | 96APR16 | VS | | | | |
| 3M MAINTENANCE MAN (FNL REQUAL) | 301 43241F-QI | 96APR05 | VS | | | | |
| 9mm PISTOL OPERATOR (301) | 43466-B (FINAL) | 96APR30 | VS | | | | |
| 12 GAUGE SHOTGUN OPERATOR (312) | 43466-B (FINAL) | 96APR30 | VS | | | | |
| REACTION FORCE MEMBER | 43387-2BQ1 301 | 96AUG12 | VS | | | | |

| NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| WALLS, JEFFERY GLEN | [redacted] | USN |

NAVPERS 1070/604 (Rev. 7/91)



4

☆U.S. GOVERNMENT PRINTING OFFICE: 1994—530-187

00199

EMPRS Duplicate Copy

**ADMINISTRATIVE REMARKS**
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6001

E-32

SHIP OR STATION Navy Recruiting District, Detroit (UIC 62439)

3JAN90: "Selectee for advancement to SH1 from participation in the Cycle 124 Navy-wide advancement examination conducted in September 1989 and frocked to that rate per BUPERSINST 1430.16".

M. D. NEUBECKER, PNC, USN
Chief Administrator
By direction of the Commanding Officer

---

3JAN90: "I understand frocking is an administrative authorization to wear the uniform and insignia of a higher pay grade without pay entitlements or allowances of that grade. I further understand frocking is effected at my option, any cost for additional uniforms or insignia will be defrayed by me and no retro-active pay, allowances, or reimbursements are authorized. I volunteer to be frocked to the rate of SH1.

Signature/rate date 3/1/90

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| WALLS, Jeffrey G | [redacted] | USN |

*U.S. Government Printing Office: 1985-604-005/90894 2-1

00400

**DEPENDENCY APPLICATION/RECORD OF EMERGENCY DATA**

1. UNIT I.D.: 62439
2. SHIP OR STATION: NAVCRUITDIST MI
[redacted]
5. NAME OF SPOUSE:
6. DATE OF BIRTH OF SPOUSE:
7. RELATIONSHIP:
8. PLACE OF MARRIAGE (CITY & STATE OR COUNTRY):
9. DATE MARRIED:
10. CITIZENSHIP OF SPOUSE:
[redacted]
11. ADDRESS OF SPOUSE:
12. DEP:
13. NAME OF CHILD OR DEPENDENT:
14. DATE OF BIRTH:
15. RELATIONSHIP:
16. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
17. DEP:
18. NAME OF CHILD OR DEPENDENT:
19. DATE OF BIRTH:
20. RELATIONSHIP:
21. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
22. DEP:
23. NAME OF CHILD OR DEPENDENT:
24. DATE OF BIRTH:
25. RELATIONSHIP:
26. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
27. DEP:
28. NAME OF CHILD OR DEPENDENT:
29. DATE OF BIRTH:
30. RELATIONSHIP:
31. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
32. DEP:
[redacted]
33. NAME OF FATHER: [redacted]
34. ADDRESS OF FATHER (SEE SPECIAL INSTRUCTIONS BEFORE COMPLETING BLOCK 35): [redacted]
35. DEP: NO
36. NAME OF MOTHER: [redacted]
37. ADDRESS OF MOTHER (SEE SPECIAL INSTRUCTIONS BEFORE COMPLETING BLOCK 38): [redacted]
38. DEP: NO
39. WERE YOU PREVIOUSLY MARRIED? ☐ YES ☐ NO
40. PRIOR MARRIAGE DISSOLVED BY ☐ DEATH ☐ ANNULMENT ☐ DIVORCE
41. DATE:
42. PLACE (CITY & STATE OR COUNTRY):
43. WAS SPOUSE PREVIOUSLY MARRIED? ☐ YES ☐ NO
44. PRIOR MARRIAGE DISSOLVED BY ☐ DEATH ☐ ANNULMENT ☐ DIVORCE
45. DATE:
46. PLACE (CITY & STATE OR COUNTRY):
47. OTHER:
48. ADDRESS:
49. RELATIONSHIP:
50. NEXT OF KIN OF SPOUSE (NOT HUSBAND, WIFE OR MINOR CHILD):
51. ADDRESS:
52. RELATIONSHIP:
53. BENEFICIARY(S) FOR UNPAID PAY AND ALLOWANCES: [redacted]
54. ADDRESS: [redacted]
55. RELATIONSHIP: MOTHER
56. %: 100
57. PERSON TO RECEIVE ALLOTMENT IF IN A MISSING STATUS, SUBJECT TO SECNAV DETERMINATION: [redacted]
58. ADDRESS: [redacted]
59. %: 80
60. BENEFICIARY(S) FOR GRATUITY PAY (NO SPOUSE OR CHILD SURVIVING): [redacted]
61. ADDRESS: [redacted]
62. RELATIONSHIP: MOTHER
63. %: 100
64. LIFE INSURANCE DATA (NAME OF CO) (DO NOT INCLUDE SGLI): NONE
65. ADDRESS:
66. POLICY NUMBER: 00401
67. RELIGION: 30
68. [redacted]
70. RANK / RATE: SM2
71. PAGE: 1
72. OF PAGES: 1
73. NAME OF DESIGNATOR (LAST, FIRST, MIDDLE): WALLS, JEFFREY GLEN
74. SSN: [redacted]
75. USN: [X]
76. USNR: ☐


NAVPERS 1070/602 ... BUREAU OF NAVAL PERSONNEL

NAVPERS 1070/602 (Rev 7-72) (PART II) (B...)

77. LOCATION OF WILL OR OTHER VALUABLE PAPERS
NONE

78. REMARKS

Is beneficiary designation of S.G.L.I on file? X YES NO — DATE (If Yes) 86FEB07

NOTE: THIS FORM DOES NOT DESIGNATE OR CHANGE BENEFICIARIES OF S.G.L.I. LIFE INSURANCE

79. SIGNATURE OF ... JEFFREY GLEN WALLS

80. SIGNATURE OF ... OFFICER, TITLE AND DATE — J. F. ... PNC(AW) USN BY DIR 87JAN22

CERTIFICATION OF DESIGNATOR

I have reviewed the data entered on this form and certify that it is correct.
Execute a new NAVPERS 1070/602 if data is not correct.

| DATE | SIGNATURE OF DESIGNATOR | DATE | SIGNATURE OF DESIGNATOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

00~02

EMPRS Duplicate Copy

ADMINISTRATIVE REMARKS
NAVPERS 1070/613 (REV. 10-81)
S/N 0106-LF-010-6991

E-82

SHIP OR STATION USS ESTOCIN (FFG-15), PHILADELPHIA, PA

8 APR 92 : Received National Defense Service Medal Set this Date.

Witnessed: B. Flynn, PN3

NAME (Last, First, Middle) WALLS

SSN [redacted]

BRANCH AND CLASS

13 9

00-03

EMPRS Duplicate Copy

/FC30/
DCN: 635500003I

EVENT CODE: REENLISTMENT CONTRACT

IMMEDIATE REENLISTMENT CONTRACT NAVPERS 1070/601

NAME: WALLS JEFFREY GLEN SSN: [redacted] BR-CL: USN

FIRST: I am reenlisting in the UNITED STATES NAVY for 4 years from 96DEC20, unless sooner discharged by proper authority. My new contract expiration date is 00DEC19.

SECOND: I have read and understand SECTION 5540 of TITLE 10 OF THE UNITED STATES CODE: (a) The senior officer present afloat in foreign waters shall send to the United States by Government or other transportation as soon as possible each enlisted member of the naval service who is serving on a naval vessel, whose term of enlistment has expired, and who desires to return to the United States. However, when the senior officer present afloat considers it essential to the public interest, he may retain such member on active duty until the vessel returns to the United States. (b) Each member retained under this section: (1) shall be discharged not later than 30 days after his arrival in the United States; and (2) except in time of war is entitled to an increase in basic pay of 25 percent. (c) The substance of this section shall be included in the enlistment contract of each person enlisting in the naval service.

THIRD: I understand that I may be extended on, or ordered to active duty for the duration of any war or national emergency declared by Congress, and for 6 months thereafter, and that my agreed period of active service may be extended as otherwise authorized by law.

FOURTH: I have had this contract fully explained to me. I understand it and certify that no promise of any kind has been made to me concerning assignment to duty, geographical area, schooling, special programs, assignment of government quarters, or transportation of dependents except as indicated:
BENEFITS OF RATE

UIC: 21941 STATUS: ACTIVE X INACTIVE RADO MONTHS/DAYS: / DOB: 621117
PLACE OF REENLISTMENT: NORFOLK VA ADSD: 800902 PEBD: 791220
HOME OF RECORD: SUMMIT PIKE MS RATE: SM1 DATE OF PAYGRADE: 900616
CITIZENSHIP: US CITIZEN COUNTRY: US DATE LAST DISCHARGE: 961219
TOTAL ACTIVE SERVICE: 16/03/18 TOTAL PRIOR INACTIVE SERVICE: 00/08/12
YEARS/MONTHS/DAYS YEARS/MONTHS/DAYS

OATH OF ENLISTMENT: I, JEFFREY GLEN WALLS, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same, and that I will obey the orders of the President of the United States and the orders of the officers appointed over me according to regulations and the Uniform Code of Military Justice. So help me God. I swear (or affirm) that I am fully aware and fully understand the conditions under which I am enlisting

**** SIGNATURE OF REENLISTEE: [signature]
FIRST MIDDLE LAST

Subscribed and sworn before me this 20TH day of DECEMBER, A.D. 1996

SIGNATURE AND GRADE: [signature] TITLE: ELECTRICAL OFFICER
K. J. AZZOLLINI, LTJG, USN
NAVPERS 1070/601

00204

EMPRS Duplicate Copy

36

# ENLISTED QUALIFICATIONS HISTORY

## 1. EDUCATIONAL EXPERIENCE LEVEL

| GED (HS) EQUIVALENT TEST | | | COLLEGE LEVEL GENERAL EXAMS | | PRESENT LEVEL OF EDUCATION |
|---|---|---|---|---|---|
| DATE ISSUED | ISSUING STATE | INIT | DATE PASSED | INIT | 12 13 14 15 16 17 |
| | | | | | |

## 2. CLASSIFICATION/ASVAB TESTING QUALIFICATIONS

| TEST FORM ID | DATE ADMIN. | AFQT | GS | AR | WK | PC | NO | CS | AS | MK | MC | EI | VE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

ASVAB ADMINISTERED BY:

SPECIAL TEST SCORES

| NAME | FORM | DATE | SCORE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

CLASSIFIER'S SIGNATURE:

## 3. RECORD OF OFF-DUTY EDUCATION/VOC/TECH TRAINING AND NON-REQUIRED CORRESPONDENCE COURSES

| NUMBER/TITLE OF COURSE OR TEST | SCHOOL | DATE COMPLETED | GRADE | INIT | NUMBER/TITLE OF COURSE OR TEST | SCHOOL | DATE COMPLETED | GRADE | INIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## 4. OTHER TRAINING COURSES/INSTRUCTIONS COMPLETED

| DATE COMPLETED | TYPE OF COURSE AND/OR INSTRUCTION | DURATION | LOCATION | INIT |
|---|---|---|---|---|
| 94SEP07 | CAT INDOC P-050-0002 | 1 DAY | FLEETRACEN NORVA | |
| 95FEB04 | CITC (005N) | 1 DAY | NAVBASE, NORVA | |
| 95SEP22 | CELESTIAL NAV REFRESHER (J-06±-0603) | 5 DAYS | FTC, NORVA | |
| 95SEP29 | NLDP (LPO) (P-500-0034) | 5 DAYS | NAVLEADTRAU, LCREEK | |
| 95OCT06 | SAFETY PROG AFLT (A-493-2099) | 5 DAYS | NAVOSHENVTRACEN | |
| 95OCT10 | GEN SHBD FIREFIGHTING (J-495-0412) | 1 DAY | FTC, NORVA | |

| NAME (Last, First, Middle) | SOCIAL SECURITY NUMBER | BRANCH AND CLASS |
|---|---|---|
| WALLS, JEFFREY GLEN | [redacted] | USN |

NAVPERS 1070/604 (Rev. 7/91)
S/N 0106-LF-012-2500



00205

EMPRS Duplicate Copy

WALES JEFF[illegible] [illegible]RN

SIRCZA

NONE

0S0781

[redacted] /SEE #6

[redacted] /MOTHER/SEE #6/100%

[redacted] /MOTHER/SEE #6/100%

SAME AS ITEM 10

BENE DESIG NOT FILED

E-1

*Jeffrey Glen Walls* *[signature]* E-5 *3 SEP 80*

**INSTRUCTIONS TO SERVICEMEMBER** This extremely important form is to be used by you to show the names and addresses of your spouse, children, parents, and any other person(s) you would like notified if you become a casualty, and, to designate beneficiaries for certain benefits if you die. IT IS YOUR RESPONSIBILITY to keep your Record of Emergency Data up to date to show your desires as to beneficiaries to receive certain death payments, and to show changes in your family or other dependents listed, for example, as a result of marriage, civil court action, death, or address change. Regarding your designation in item 11, allotment if missing (if used by your Service), please read the following statement carefully, and sign on the line provided.

I fully understand that, if I am captured, missing, or interned, my designation of allotments to dependents from my pay and allowances serves only as a guide to the Secretary of my Service. The Secretary may alter my designated allotment in the best interests of myself, my dependents, or the United States Government.

*Jeffrey Glen Walls*
SIGNED

00206

09/09/97 10:32:32 ScreenScan

1700

## HISTORY OF ASSIGNMENTS

**LEGEND:** THE FOLLOWING ABBREVIATIONS WILL BE USED IN GAIN ENTRY & LOSS ENTRY COLUMNS.

**GAINS:**

- ENL - ENLISTED
- REEN - REENLISTED
- EXTENE - EXTENDED ENLISTMENT
- RECACDU - RECALLED TO ACTIVE DUTY
- RECACDUTRA - RECEIVED FOR ACTIVE DUTY FOR TRAINING
- RECDUT - RECEIVED FOR DUTY
- RECTAD - RECEIVED FOR TAD
- RECTD - RECEIVED FOR TEMPORARY DUTY
- RECTEMDUINS - RECEIVED FOR TEMPORARY DUTY UNDER INSTRUCTION
- RECDUINS - RECEIVED FOR DUTY UNDER INSTRUCTION
- RECTEMDUINS ... ADDITIONAL DUTY UNDER INSTRUCTION
- RECDP - RECEIVED DRILL PAY
- RECNP - RECEIVED NON-PAY
- RECTREAT - RECEIVED FOR TREATMENT
- RECCFO - RECEIVED IN CONNECTION WITH FITTING OUT

**LOSSES:**

- RELACDU - RELEASED FROM ACTIVE DUTY
- RELACDUTRA - RELEASED FROM ACTIVE DUTY FOR TRAINING
- DISCH - DISCHARGED
- TRAN - TRANSFERRED

| 1. TYPE AND DATE OF GAIN ENTRY | 2. ACTIVITY | 3. DUTIES | 4. TYPE AND DATE OF LOSS ENTRY | 5. INITIALS | |
|---|---|---|---|---|---|
| ENL 02 SEP 1980 | AFEES | RECRUIT | TRAN 02 SEP 1980 | NNR | |
| RECTEMDUINS 03 SEP 1980 | CRUITRACOM NTC ORLANDO, FL | RECRUIT TRAINING | TRAN 30 OCT 1980 | NNPE | |
| RECTEMDUINS | SSC NTC SDIEGO CALIF [redacted] STUDENT | | TRAN 10FEB81 | [illegible] | |
| 10FEB81 | NAVAJCOM OTHERS NTC SAN DIEGO CA | TD | TRANS 19MAR81 | SB | |
| RECDUT 27MAR81 | USS WHIPPLE (FF-1062) PEARL HARBOR, HI | OF RATE SN | DISCH 84AUG30 | REP | REP |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| NAME (Last, First, Middle) | COMPANY NUMBER | SOCIAL SECURITY NO | BRANCH AND CLASS |
|---|---|---|---|
| WALLS JEFFREY GLEN | C6I8 | [redacted] | USN |

HISTORY OF ASSIGNMENTS - NAVPERS 1070/605 (REV. 11/77) S/N 0106-LF-010-6951

5 1

EMPRS Duplicate Copy

00227

ADMINISTRATIVE REMARKS
[illegible]
[illegible]

SHIP OR STATION
NAVY RECRUITING DISTRICT, MICHIGAN (UIC 62439)

90MAR30: I certify that I have read SECNAVINST 5370.2H regarding the Standards of Conduct and Government Ethics, and fully understand the contents.

00208

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| WALLS JEFFREY GLEN | [redacted] | USN |

[illegible]

EMPRS Duplicate Copy

1611-1

# 0519 ENLISTED PERFORMANCE EVALUATION REPORT

35

| | | |
|---|---|---|
| 1 NAME (LAST, FIRST, MIDDLE OR MIDDLE INITIAL) WALLS, JEFFREY GLEN | 2 RATE/RATING SM2 | 3 USN [redacted] |

BRANCH/CLASS: 4 [X] USN 5 [ ] USNR

STATUS: 6 [X] ACTIVE 7 [ ] INACTIVE 8 [ ] TEMAC 9 [ ] ACDUTRA

| | | |
|---|---|---|
| 10 MEMBER'S SHIP OR STATION CV 41 USS MIDWAY | 11 MEMBER'S UIC 03341 | 12 DATE REPORTED 84DEC07 |

OCCASION FOR REPORT: 13 [X] PERIODIC 14 [ ] TRANSFER 15 OTHER

PERIOD OF REPORT: 16 FROM 85MAR01 17 TO 86MAR31

TYPE OF REPORT: 18 [X] REGULAR 19 [ ] CONCURRENT

20 HEIGHT AND WEIGHT/PHYS. QUAL. 09.3

21 RESERVE PART

22 EFF DATE OF RATE 85DEC16

| | | | |
|---|---|---|---|
| 23 REPORTING SENIOR'S NAME (LAST AND INITIALS) OLIVERIA D K | 24 RANK LCDR | 25 TITLE DEPT HD | 26 SSN [redacted] |

| EVALUATION SECTION (* REQUIRES COMMENT) | NOT OBS | 4.0 | 3.8 | 3.6 | 3.4 | 3.2 | 3.0 | 2.8* | 2.6* | 2.0* | 1.0* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROFESSIONAL FACTORS: 27 MILITARY KNOWLEDGE/PERFORMANCE | | | | X | | | | | | | |
| 28 RATING KNOWLEDGE/PERFORMANCE | | | | | X | | | | | | |
| PERSONAL TRAITS: 29 INITIATIVE | | | | | X | | | | | | |
| 30 RELIABILITY | | | | X | | | | | | | |
| 31 MILITARY BEARING | | | X | | | | | | | | |
| 32 PERSONAL BEHAVIOR | | X | | | | | | | | | |
| 33 HUMAN RELATIONS INCL EQUAL OPPORTUNITY | | X | | | | | | | | | |
| SELF EXPRESSION: 34 SPEAKING ABILITY | | | | X | | | | | | | |
| 35 WRITING ABILITY | | | | X | | | | | | | |
| LEADERSHIP: 36 DIRECTING | | | | | X | | | | | | |
| 37 COUNSELING | | | | | X | | | | | | |
| 38 MANAGEMENT (E-7/8/9 ONLY) | X | | | | | | | | | | |
| 39 OVERALL EVALUATION | | | | X | | | | | | | |
| 40 SUMMARY | | 1 | 2 | 1 | 8 | 0 | 0 | 0 | 0 | 0 | 0 |

ADVANCEMENT RECOMMENDATION: 41 [ ] RECOMMENDED 42 [X] PROGRESSING TOWARD 43 [ ] NOT RECOM

44 SIGNATURE OF MEMBER
I ACKNOWLEDGE THAT I HAVE SEEN THIS EVALUATION REPORT AND UNDERSTAND MY RIGHTS UNDER ARTICLE 1110, U.S. NAVY REGS., 1973: TO SUBMIT A STATEMENT.

STATEMENT: ~~DESIRED~~/NOT DESIRED (CROSS OUT AS APPROPRIATE)

WALLS JEFFREY G.

[signature]

45 SIGNATURE OF REPORTING SENIOR
[signature] D K Ol...

46 ADDRESS OF REPORTING SENIOR
COMMUNICATIONS OFFICER
USS MIDWAY (CV 41)
FPO SAN FRANCISCO 96631-2710

47 TYPED NAME AND SIGNATURE OF REGULAR REPORTING SENIOR ON CONCURRENT REPORT

48 DATE FORWARDED 86MAY09

49 DATE REC (IF 47 USED)

NAVPERS 1616/24 (5-82) SN 0106-LF-016-1725
REPORT NMPC 1616-1 (EN-9)

FINISH FILE NMPC-322
DATE: 13 JUN 1986 INITIAL:

NMPC (N-322) COPY

U.S. GOVERNMENT PRINTING OFFICE: 1982 — 361-329/V-082

EMPRS Duplicate Copy 0250

B08517

0520

OCR TYPING FONT NOT REQUIRED FOR COMPLETION OF THIS SIDE

50 MEMBER'S LAST NAME, INITIALS: WALLS J G | 51 [illegible] [redacted] | PERIOD OF REPORT 52 From 85MAR01 53 To 86MAR31

54 DUTIES AND RESPONSIBILITIES Signals Operator: Transmits and receives visual messages via Flashing Light, Flaghoist and Semaphore with secondary duties of lookout surveillance underway. Duty Section Leader (Inport): Responsible for notification to the Officer of the Deck of ship movements within visual range, proper display of absentee and award pennants, and maintaining the sharp appearance and security of all Signal spaces. Safety Petty Officer. (continued)

55 SPECIAL ACHIEVEMENTS Awards: Sea Service Award. Exercise Participation: Cope Thunder, Bright Star, Valiant Usher 85, Team Spirit 85, Team Spirit 86, Annualex 60G. DEPLOYMENT: Indian Ocean Deployment 85Jun30 to 85Sep13.

56 EVALUATION COMMENTS Average performer. Weak Signals Operator. Receives visual signals via Flashing Light and Semaphore below required competence level. Unagressive. Follows rather than leads. Tactful and respectful in dealing with seniors. Lacks leadership and rating knowledge to provide strong working relationship with juniors. Performed exceptionally well while TAD to Ship's Master-at-Arms Force where he adapted quickly, was a team player and a credit to X-2 Division. Quiet and well-mannered. Excellent command of the English language, both oral and written, Maintains an impeccable appearance. Wears uniform with obvious pride. Conduct above reproach. Has potential. Professional development dependent upon increase in personal initiative and motivation to reach acceptable levels of rate and rating. Recommended for retention and progressing toward advancement.

---

**Block 54 continued:** TAD to Ship's Master-at-Arms Force 85OCT25 to 86Mar31: Enforces U. S. Naval and ship's regulations, assists the Command Duty Officer and Assistant Command Duty Officer in carrying out the routine Plan of the Day and makes patrols throughout the ship. USS Midway is a permanent unit of the U. S. Seventh Fleet, operating from Yokosuka, Japan as a participant in the Overseas Family Residency Program.

00210

'21B