NAVY OCCUPATION/TRAINING AND AWARD HISTORY
NAVPERS 1070/604 (Rev. 1/78) S/N 0106-LF-0...

36

*See BUPERSMAN: 5030280

## 1. NAVY ENLISTED CLASSIFICATION RECORD

| DATE | PRIMARY CODE | SECONDARY CODE | *OFFICER'S INITIALS |
|---|---|---|---|
| 1 OCT 1980 | DG– 9720 | 0000 | NNF E |
| | | | |
| | | | |
| | | | |

## 2. DESIGNATOR RECORD

| DATE | DESIGNATOR | QUALIFICATION OR REVOCATION | *OFFICER'S INITIALS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## 3. RECORD OF NAVY SERVICE SCHOOLS ATTENDED (CLASS R, A, C, F, P, V, AND E)

COURSE TITLE AND SCHOOL LOCATION: NAVSCOL RM CLASS "A" SERV SCOLCOM NAVTRACEN, SDIEGO, CALIF.

CLASS NEC: | COURSE LENGTH: | DATE ENROLLED:

DATE COMPLETED: 5FEB81 | FINAL MARK: DROP | CLASS STANDING: ___ in a class of ___

MANNER OF COMPLETION: ☐ GRADUATED ☒ DROPPED FOR

SIGNATURE*: R. J. Fangman
SR. J. FANGMAN, GSS
LEAD TRF CLK
BY DIRECTION OF CO

COURSE TITLE AND SCHOOL LOCATION:

CLASS NEC: | COURSE LENGTH: | DATE ENROLLED:

DATE COMPLETED: | FINAL MARK: | CLASS STANDING: ___ in a class of ___

MANNER OF COMPLETION: ☐ GRADUATED ☐ DROPPED FOR

SIGNATURE*:

COURSE TITLE AND SCHOOL LOCATION:

CLASS NEC: | COURSE LENGTH: | DATE ENROLLED:

DATE COMPLETED: | FINAL MARK: | CLASS STANDING: ___ in a class of ___

MANNER OF COMPLETION: ☐ GRADUATED ☐ DROPPED FOR

SIGNATURE*:

COURSE TITLE AND SCHOOL LOCATION:

CLASS NEC: | COURSE LENGTH: | DATE ENROLLED:

DATE COMPLETED: | FINAL MARK: | CLASS STANDING: ___ in a class of ___

MANNER OF COMPLETION: ☐ GRADUATED ☐ DROPPED FOR

SIGNATURE*:

## 4. TRAINING COURSES COMPLETED

| DESCRIPTION OF COURSE, RATE OR NAVPERS NUMBER | DATE COMPLETED | *OFF INIT | DESCRIPTION OF COURSE RATE OR NAVPERS NUMBER | DATE COMPLETED | *OFF INIT |
|---|---|---|---|---|---|
| RPO 3&2 3.97 | 19OCT81 | RES | | | |
| RM 3&2 3.96 | 19OCT81 | RES | | | |
| STANDARD FIRST AID 10081-C 3.98 | 21OCT81 | RES | | | |
| SIGNALMAN 3&2 NAVEDTRA 91291-1A | 12JAN83 | RES | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## 5. EDUCATIONAL EXPERIENCE LEVEL

GED (HS) EQUIVALENT TEST

| DATE PASSED | OFF. INITIALS |
|---|---|
| | |

STATE THAT ISSUED DIPLOMA OR CERTIFICATE:

COLLEGE LEVEL GENERAL EXAMS

| DATE PASSED | OFF. INITIALS |
|---|---|
| | |

PRESENT LEVEL OF EDUCATION: 12 13 14 15 16 17+

| NAME (Last, First, Middle) | COMPANY NUMBER | SOCIAL SECURITY NO. | BRANCH AND CLASS |
|---|---|---|---|
| RALLS JEFFREY LEE | C214 | [redacted] | USN |

4 [1]

EMPRS Duplicate Copy

00211

1761 356

NAVPERS 1070/604 (Rev. 1/78)
S/N 0106-LF-010-6947

| 6. PERSONNEL ADVANCEMENT REQUIREMENTS DESCRIPTION | DATE COMPLETED | OFF INIT | 7. [illegible] DESCRIPTION | DATE COMPLETED | OFF INIT | 8. [illegible] RATE AT WHICH ADVANCED, REDUCED OR CHANGED | | EFFECTIVE | TIME IN RATE COMPUTED FROM | OFF INIT |
|---|---|---|---|---|---|---|---|---|---|---|
| E3 | 03JAN83 | RDP | ML/E4 | 16SEP81 | [illegible] | | SR | 2 SEP 1980 | 2 SEP 1980 | [illegible] |
| | | | ML/E5 | 23JAN82 | [illegible] | SR | SA | 02MAR81 | 02MAR81 | [illegible] |
| | | | | | | SA | SN | 16MAY81 | 16MAY81 | [illegible] |
| | | | | | | SN | SA | 13MAY82 | 13MAY82 | [illegible] |
| | | | | | | SA | SN | 16NOV82 | 16NOV82 | [illegible] |

9. RECORD OF OFF DUTY EDUCATION AND VOC. TECH TRAINING

| DATE COMPLETED | NUMBER AND TITLE OF COURSE OR TEST | SCHOOL | GRADE | OFF INIT | DATE COMPLETED | NUMBER AND TITLE OF COURSE OR TEST | SCHOOL | GRADE | OFF INIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| 10. GOOD CONDUCT AWARDS AWARD NUMBER | DATE EARNED | OFF INIT | 11. DECORATIONS, UNIT, AND MARKSMANSHIP AWARDS AWARD | ACTIVITY | DATE OF AWARD | OFF INIT |
|---|---|---|---|---|---|---|
| | | | Battle Efficiency | USS WHIPPLE (FF-1062) | 11 DEC 1981 | [illegible] |

12. CAMPAIGN SERVICE AND OTHER AWARDS

| AWARD | ENGAGEMENT(S) | OFF INIT | AWARD | ENGAGEMENT(S) | OFF INIT |
|---|---|---|---|---|---|
| SEA SERVICE | 29 JUL 1982 | [illegible] | | | |

13. OTHER TRAINING COURSES INSTRUCTIONS COMPLETED

| DATE COMPLETED | TYPE OF COURSE AND OR INSTRUCTION | DURATION | LOCATION | OFF INIT |
|---|---|---|---|---|
| 30 OCT 1980 | RECRUIT TRAINING | 8 WKS | CRUITRACOM. NTC ORLANDO, FL | |
| 24JUL81 | GEN SHIPBOARD FIREFIGHTING | 2 DAYS | FTG, PEARL HARBOR, HI | [illegible] |
| 23SEP81 | GEN DAMAGE CONTROL QUAL | NA | USS WHIPPLE (FF-1062) | [illegible] |
| 23FEB83 | GENERAL SHIPBOARD FIREFIGHTING TRAINING( J-495-0412) | 2 DYS | FTG, PEARL HARBOR, HI | [illegible] |

WALLS, JEFFREY GLEN 00212 [redacted]

PRS Duplicate Copy

09/09/97 10:33:11 ScreenScan

1702

**NAVY OCCUPATION/TRAINING AND AWARDS HISTORY**
NAVPERS 1070/604 (Rev. 1/78) (S/N 0106-LF-010-6494)

PAGE 3
*See BUPERSMAN 5030280

14 PERSONNEL QUALIFICATION STANDARDS COMPLETED

| DATE COMPLETED | PQS TITLE-WATCH STATION TITLE | PQS/WATCH STATION NO. | OFFICER'S INITIALS |
|---|---|---|---|
| 82APR05 | QUALIFIED .45 PISTOL | NA | RCL |
| 83FEB02 | 3M MAINTENANCE PERSONNEL | 301 | REP |
| 83FEB24 | QUALIFIED AS MESSENGER OF THE WATCH (INPORT) | | REP |
| 84MAR27 | QUALIFIED DCPO | 4402 | REP |

00213

| NAME (Last, First, Middle) | COMPANY NUMBER | SOCIAL SECURITY NO | BRANCH AND CLASS |
|---|---|---|---|
| | | | USN |

EMPRS Duplicate Copy

WILLES, JEFFREY GLEN [redacted]

1731 | PL1C

85DEC16 USS MIDWAY CV-41

3. REMARKS (Use this section to amplify entries in blocks 4 thru 29 below and for other entries when the use of this form is directed in lieu of the Page 13 (NAVPERS 1070/613).)

350-04

| | | | |
|---|---|---|---|
| SM3 | SM2 | 85DEC16 | 85JUL01 |
| | X | | |

NETPDC ADV LTR 3-85 DTD 17 MAY 85

F. K. SARIFUA, PNC(SW), USN, BYDIRCO

| | | | |
|---|---|---|---|
| 03341 | SM2 | 0000/0000 | X |
| WALLS, JEFFREY GLEN | | [redacted] | USN |

00214

p-recon
Phd #6
Cat

Jre

**REFERENDUM**

Walls, Jeffrey G.
*08381-05*

Here

OCT 13 2005

Subject's Name:

| Walls | Jeffrey | | |
|---|---|---|---|
| Last | First | MI | Suffix |

OCT 13 2005

☑ ~~REQUEST~~ FOR RECONSIDERATION

☐ ~~Approved~~: [signature] 12 6 05

☐ Disapproved: ______ ______

Signature Date

☐ ADMINISTRATIVE RE-OPEN

☐ Approved: ______ ______

Signature Date

COMMENTS: Ms. order VA, SR

Batt MO

**NOTE:** Please deliver to OIS Section with "closed" BCNR file

NEW Docket No.

8381-05

(OIS/11 1Jul86)

DEPARTMENT OF VETERANS AFFAI[illegible]
Regional Office
Federal Building
31 Hopkins Plaza
Baltimore, MD 21201

8381-05
in Phd

November 8, 2005

Department of the Navy
Board For Correction of the Naval Records
2 Navy Annex
Washington, DC 20370-5100

313/21-dh
CSS [redacted]

Dear Whom It May Concern:

The information checked below is furnished in response to your recent request under the Privacy Act.

__X__ Enclosed is the information you requested. (Copy of medical records and rating decisions)

_____ The information requested is being furnished at the written request or with the written consent of the veteran. Since this information is privileged, its confidentiality should be maintained.

_____ The copies requested may not be released without the charge of $____. We will send them upon receipt of a check for this amount. Make your check payable to the Department of Veterans Affairs and mail it, along with this letter, to the above address.

_____ The system of records named by you does contain a record retrievable by your name and file number.

_____ We have accepted the information you submitted and have amended your record accordingly.

If we may be of any further assistance, please contact our office at 1-800-827-1000. A Veterans Service Representative will be pleased to assist you.

Sincerely yours,

R. S. Burke, Jr.

R. S. Burke, Jr.
Veterans Service Center Manager

Mr. Jeffrey M. Walls ([redacted])
[redacted]

Disable American Veteran
1120 Vermont Ave. N.W.
Rm. 1117
Washington D.C. 20425

RECEIVED
MAR 18 2002
Service Center
Varo Balto., MD.

Dear Mr. Gregory,

Oct. 12, 2001

I am writting this letter reguarding an urgent matter. I Was realesed from the military on September 31, 2000, and retired into the inactive duty reserve. For over 12 years I had suffered from a lower back pain. The pain at times is so sevier that I would be bed ridden for days at a time. For 12 years I continued to performed my military duties while in pain. When I Complained of the pain several Navy Phisicians informed me that ~~I mean~~ the pain was no ~~sevier~~ sever and posed no problems. ~~They~~ I was later told by the phisican to continue with my assigned task. On July of 2000, prior to my realease into retirement, I began to have ~~seavere~~ severe pain in my lower ~~ba~~ back. I was given ~~and~~ an MRI and process began by my doctor to have ~~me~~ my placed ~~in~~ in a medical hold status. I am not quite sure What took Place next. However, I Was not placed on medical hold and was Was realese from the military with a physical

00217

SSN: [redacted]

disability. During my final physical I noted my Conditions and never Completed the ~~remainder~~ remainder of my physical, due to my Conditions. For a period of 10 months I could not function and ~~had~~ have to be assisted by my family. I had No income, and I was forced to rely on funds I had saved and my retirement.

I didn't know what the status was and still don't. all I know is that I didn't entered into the Navy with this Condition, and I should of not been ~~sent~~ released in a Condition such as ~~that~~ this.

The reason I am ~~writing~~ writing this letter to you is for ~~some~~ some type of guidance. I cannot afford an attorney ~~or~~ or someone to represent me in this matter. I would just like the navy to ~~do~~ due what they stated they would do. any assistance would be helpful, and thank you for your time.

God Bless

Sincerely

[signature]

Jeffrey M. Walk

RECEIVED
MAR 18 2002
Service Center
Yaro Balto., MD.

DEPARTMENT OF VETERANS AFFAIRS
Baltimore Regional Office
Federal Building
31 Hopkins Plaza
Baltimore MD 21201

JAN 25 2005

In Reply Refer To: 313/21/rw
CSS [redacted]
WALLS, Jeffrey G

JEFFREY G WALLS
[redacted]

Dear Mr. Walls:

We made a decision on your claim for service connected compensation received on October 20, 2004.

This letter tells you what we decided. It includes a copy of our rating decision that gives the evidence used and reasons for our decision. We have also included information about what to do if you disagree with our decision, and who to contact if you have questions or need assistance.

## What Did We Decide?

We determined that the following service connected condition(s) hasn't/haven't changed:

| Medical Description | Percent (%) Assigned |
|---|---|
| Chronic low back strain | 20% |
| Left knee ligament injury | 10% |

We determined that the following conditions were not related to your military service, so service connection couldn't be granted:

| Medical Description |
|---|
| Stomach and digestion problems |
| Headaches |

Your compensation payment will continue unchanged.

JAN 25 2005

00219

pch 02

CSS [redacted]
Walls, Jeffrey G

## Why Did We Make the Decision Now?

A recent court decision held that VA must wait one year before denying your claim. In the Veterans Benefits Act of 2003, Congress reinstated the VA's authority to make decisions on all claims without waiting one year. Therefore, we have decided your claim.

## You can still Send Pertinent Evidence

On **November 16, 2004** we sent you a letter telling you that information and evidence is necessary to support your claim. You have until **November 16, 2005** to make sure we receive the information and evidence we requested from you. If we receive the information and evidence to support this claim after that date, we may not be able to pay benefits from the date we received your claim.

We have enclosed a copy of your Rating Decision for your review. It provides a detailed explanation of our decision, the evidence considered and the reasons for our decision. You can find the decision discussed in the section titled *"Decision."* The evidence we considered is discussed in the section titled *"Evidence."* The reasons for our decision can be found in the portion of the rating titled *"Reasons for Decision"* or *"Reasons and Bases."*

## What You Should Do If You Disagree With Our Decision.

If you do not agree with our decision, you should write and tell us why. You have *one year from the date of this letter to appeal the decision.* The enclosed *VA Form 4107, "Your Rights to Appeal Our Decision,"* explains your right to appeal.

## Do You Have Questions Or Need Assistance?

If you have any questions or need assistance with this claim, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

If you call, please refer to your VA file number 587 15 1656. If you write to us, put your full name and VA file number on the letter. Please send all correspondence to the address at the top of this letter. You can visit our web site at www.va.gov for more information about veterans' benefits.

CSS [redacted]
Walls, Jeffrey G

We sent a copy of this letter to DAV because you appointed them as your representative. If you have questions or need assistance, you can also contact them.

Sincerely yours,

R. S. Burke, Jr.
Veterans Service Center Manager
Email us at: baltimore.query@vba.va.gov

Enclosure(s): Rating Decision
VA Form 4107

cc: DAV

File Copy

**DEPARTMENT OF VETERANS AFFAIRS**
**Baltimore VA Regional Office**
**31 Hopkins Plaza**
**Baltimore, MD 21201**

**Jeffrey G. Walls**

**VA File Number**
[redacted]

**Represented by:**
**DISABLED AMERICAN VETERANS**

**Rating Decision**
**January 19, 2005**

## INTRODUCTION

The records reflect that you are a veteran of the Peacetime and Gulf War Era. You served in the Navy from September 2, 1980 to September 30, 2000. You filed a new claim and a claim for increased evaluation that was received on October 20, 2004. We grant service connection for a disease or disability that began during military service or was caused by some event or experience in service. We grant increased evaluations when the evidence shows the level of disability has increased. Based on a review of the evidence listed below, we have made the following decisions on your claim.

## DECISION

1 . Evaluation of chronic low back strain, which is currently 20 percent disabling, is continued.

2 . Evaluation of left knee ligament injury, which is currently 10 percent disabling, is continued.

3 . Service connection for stomach and digestion problems is denied.

4 . Service connection for headaches is denied.

## EVIDENCE

- Copies of Service Medical Records, for the period September 2, 1980 through September 30, 2000
- Progress Notes, VA Medical Center Washington, D.C., from May 26, 2004 through December 16, 2004
- VA Form 21-4138, Statement in Support of Claim, received October 20, 2004
- Letter to you, dated November 16, 2004, explaining the Veterans Claims Assistance Act of 2000 and requesting evidence in support of your claim
- VA Examinations, VA Medical Center Washington D.C., from November 13, 2004 through December 13, 2004

## REASONS FOR DECISION

**1. Evaluation of chronic low back strain currently evaluated as 20 percent disabling.**

We have continued the evaluation of chronic low back strain as 20 percent disabling because although recent evidence shows some improvement in the condition, sustained improvement has not been definitively established. VA Examinations, VA Medical Center Washington D.C., dated November 13, 2004 and December 13, 2004, reveal limited range of motion, with 95 degrees flexion, 20 degrees extension, 35 degrees right and left lateral flexion, 35 degrees left lateral rotation and 20 degrees right lateral rotation. There was no evidence of edema, tenderness, guarding, redness, heat, instability, weakness, abnormal movement, spasm, pain on motion, pain on motion against resistance, or pain on repeated movement. There were no neurological deficits found. During examination, you reported that you continue to experience pain in your back. X-rays levoscoliosis and mild straightening of the normal physiologic curvature. There was normal vertebral body and disc space height.

We obtained progress notes from the VA Medical Center in Washington, D.C., from May 26, 2004 through December 16, 2004, which reveal treatment for complaints of stiffness and pain. Notes indicate that you have been participating in physical therapy and the pain has significantly improved with physical therapy.

The criteria for rating diseases and injuries of the spine apply with or without symptoms such as pain (whether or not it radiates), stiffness, or aching in the area of the spine affected by residuals of injury or disease. A higher evaluation of 40 percent is not warranted unless there is unfavorable ankylosis of the entire cervical spine; or, forward flexion of the thoracolumbar spine 30 degrees or less; or, favorable ankylosis of the entire thoracolumbar spine.

The assigned evaluation is not considered permanent and is subject to a future review examination to determine whether sustained improvement has been established.

**2. Evaluation of left knee ligament injury currently evaluated as 10 percent disabling.**

We have continued the evaluation of left knee ligament injury as 10 percent disabling based on VA Examinations, VA Medical Center Washington D.C., dated November 13, 2004 and December 13, 2004, showing full range of motion, with subjective complaints of pain. Range of motion revealed 140 degrees flexion and 0 degree extension. There was no evidence of varus or valgus deformity, soft tissue swelling, effusion, tenderness, guarding, redness, heat, instability, weakness, abnormal movement, spasm, pain on motion, pain on motion against resistance, or pain on repeated movement. X-rays reveal tibiofemoral medial compartment joint space narrowing and a small inferior posterior patellar osteophyte.

We obtained progress notes from the VA Medical Center in Washington, D.C., from May 26, 2004 through December 16, 2004, which reveal treatment for complaints of left knee pain.

A higher evaluation of 20 percent is not warranted unless there is evidence of moderate subluxation or lateral instability of the knee.

This disability is not specifically listed in the rating schedule; therefore, it is rated analogous to a disability in which not only the functions affected, but anatomical localization and symptoms, are closely related.

**3. Service connection for stomach and digestion problems.**

We have denied service connection for stomach and digestion problems because copies of service medical records are negative for treatment for these conditions during military service. We obtained progress notes from the VA Medical Center in Washington, D.C., from May 26, 2004 through December 16, 2004, which are negative for treatment for complaints of stomach and digestion problems. Notes indicate you have a good appetite with no restrictions. We sent you a letter, dated November 16, 2004, explaining the Veterans Claims Assistance Act of 2000 and requesting evidence in support of your

claim. Specifically, we requested evidence showing that your condition has existed from military service to the present time. To date, we have not received a response to our request. Service connection is not warranted because a disability has not been clinically diagnosed which is related to military service.

**4. Service connection for headaches.**

We have denied service connection for headaches because copies of service medical records are negative for treatment for this condition during military service. We obtained progress notes from the VA Medical Center in Washington, D.C., from May 26, 2004 through December 16, 2004, which reveal you have been treated for complaints of severe intermittent occipital headaches which are relieved with Advil. We sent you a letter, dated November 16, 2004, explaining the Veterans Claims Assistance Act of 2000 and requesting evidence in support of your claim. Specifically, we requested evidence showing that your condition has existed from military service to the present time. To date, we have not received a response to our request. Service connection is not warranted because a disability has not been clinically diagnosed which is related to military service.

**REFERENCES:**

Title 38 of the Code of Federal Regulations, Pensions, Bonuses and Veterans' Relief contains the regulations of the Department of Veterans Affairs which govern entitlement to all veteran benefits. For additional information regarding applicable laws and regulations, please consult your local library, or visit us at our web site, www.va.gov.

| Rating Decision | *Department of Veterans Affairs* *Baltimore VA Regional Office* | | | Page 1 01/19/2005 |
|---|---|---|---|---|
| NAME OF VETERAN Jeffrey G. Walls | VA FILE NUMBER [redacted] | SOCIAL SECURITY NR [redacted] | POA DISABLED AMERICAN VETERANS | COPY TO |

| ACTIVE DUTY | | | |
|---|---|---|---|
| EOD | RAD | BRANCH | CHARACTER OF DISCHARGE |
| 09/02/1980 | 09/30/2000 | Navy | Honorable |

| LEGACY CODES | | | |
|---|---|---|---|
| ADD'L SVC CODE | COMBAT CODE | SPECIAL PROV CDE | FUTURE EXAM DATE |
| | 1 | | 0706 |

**JURISDICTION:** Claim for Increase Received 10/20/2004

**SUBJECT TO COMPENSATION (1. SC)**

5237 CHRONIC LOW BACK STRAIN (FORMERLY UNDER DC 5292)
Service Connected, Gulf War, Incurred
Future Exam July 2006
20% from 10/01/2000

5099-5024 LEFT KNEE LIGAMENT INJURY
Service Connected, Gulf War, Incurred
10% from 10/01/2000

***COMBINED EVALUATION FOR COMPENSATION :***

30% from 10/01/2000

**NOT SERVICE CONNECTED/NOT SUBJECT TO COMPENSATION (8.NSC Gulf War, Peacetime)**

7399-7346 STOMACH AND DIGESTION PROBLEMS
Not Service Connected, No Diagnosis

8199-8100 HEADACHES
Not Service Connected, No Diagnosis

Chiquetta V. Hawkins, Rating Specialist

Beth Shepherd, Decision Review Officer

00226

Date: DEC 20,2004 Compensation and Pension Exam Report Page: 1
WASHINGTON.VA.GOV
** REPRINT OF FINAL **
Processing time: 32
For JOINTS (SHOULDER/ELBOW/WRIST/HIP/KNEE/ANKLE) Exam

Name: WALLS,JEFFREY G SSN: [redacted](W1656)
C-Number: [redacted]
DOB: [redacted]
Address: [redacted]

City,State,Zip+4: [redacted] Res Phone: [redacted]
Bus Phone: [redacted]

Entered active service: SEP 2,1980 Last rating exam date:
Released active service: SEP 30,2000

Priority of exam: Increase

Examining provider: 1917
Examined on: DEC 13,2004

Examination results:

C&P EXAMINATION

PATIENT: WALLS, JEFFREY G

SOCIAL SECURITY NUMBER: [redacted]

C-NUMBER: [redacted]

DATE OF BIRTH: DOB: [redacted]

DATE OF EXAMINATION: DECEMBER 13, 2004

PLACE OF EXAMINATION: WASHINGTON, D.C.

PRIORITY OF EXAMINATION: INCREASE

SELECTED EXAMINATION(S): JOINTS (EXAM REF #141553)
SPINE (EXAM REF #141554)

GENERAL REMARKS:
VETERAN CLAIMS INCREASE IN SERVICE CONNECTION FOR LEFT KNEE, LOWER BACK

A: C-FILE:
NOT AVALIABLE

B: PAST HISTORY:
PATIENT IS A 42 YEAR OLD, RIGHT HANDED BM

WEIGHT: NOW 205 LBS LAST YEAR: 200 LBS

DOES NOT REPORT PAST MEDICAL HISTORY OF PUD, GI BLEED, GOUT
FEVER/CHILLS/CONSTITUTIONAL SYMPTOMS

SOCIAL HISTORY:
OCCUPATION - SEDENTARY
EXERCISE - WEIGHTS ON MACHINE - 30 MINUTES WITH 110 LBS BENCH PRESS, 25
LBS FREE WEIGHTS; ELLIPITCAL MACHINE ONCE A WEEK FOR 45 MINUTES

FAMILY HISTORY
RHEUMATOID ARTHRITS - PARENTS, PATERNAL GRANDMOTHER

ALLERGY/ADVERSE REACTION
Continued on next page
VA Form 2507

Name: WALLS,JEFFREY G SSN: [redacted] C-number: [redacted]
For JOINTS (SHOULDER/ELBOW/WRIST/HIP/KNEE/ANKLE) Exam

Exam Results Continued

DRUG: PENICILLIN - RASH
FOOD: NONE
OTHER: NONE

MEDICATIONS:
- FLEXERIL 10 MG PO QD PRN - LAST USED ON DECEMBER 2, 2004
- PERCOCET ONE TABLET PO PRN - LAST USED IN NOVEMBER 2004

C: PHYSICAL EXAMINATION

GENERAL:
PATIENT IS WELL-DEVELOPED, WELL-NOURISHED, COOPERATIVE, IN NAD
WEIGHT: 205 LBS

SPINE
ABLE TO PERFORM STRAIGHT LEG RAISING TEST TO 60 DEGREES WITH NO RADIATION OF PAIN DESCRIBED. HAS PAIN IN THE LEFT KNEE ON LIFTING THE LEG STRAIGHT

NEUROLOGICAL EXAMINATION:
-GAIT: AMBULATES WITHOUT ASSISTANCE, ERECT, NORMAL POSTURE/GAIT
ABLE TO WALK ON TOES BUT NOT ON HEELS AND PERFORM SQUATTING WITHOUT PAIN
- SENSORY EXAMINATION NO GROSS SENSORY DEFECT TO LIGHT TOUCH
- MUSCLE STRENGTH IS 5/5 THROUGHOUT BILATERALLY
- REFLEXES: DTRS SYMMETRIC AND 2 BILAT
- PLANTERS ARE DOWNGOING

JOINTS: HISTORY, PHYSICAL EXAMINATION, RANGE OF MOTION

LEFT KNEE:
INJURY - IN 1984 PATIENT WAS IN AN ACCIDENT AND SUSTAINED A TORN CARTILAGE AND LIGAMENT. HE HAD ARTHROSCOPIC SURGERY IN 1985 TO DEBRIDE THE KNEE. AFTER THIS THE PAIE WORSENED AND THE KNEE STARED SWELLING FREQUENTLY AND REQUIRED DRAINAGE. HE
RECEIVED PHYSICAL THERAPY, WHICH HELPED AND HE STILL DOES THOSE EXERCISES. HE ALSO RECEIVED LOCAL INJECTIONS TO THE KNEE, WHICH HE DOES NOT THINK HELPED. NOW HE HAS PAIN IN THE KNEE OFF AND ON. IN THE MORNING KNEE IS PAINFUL FOR 10 MINUTES TO 45 MINUTES. PAIN IMPROVES AFTER HE WALKS AROUND ANDDOES HIS EXERCISE. HE DOES NOT TAKE PAIN MEDICATIONS USUALLY FOR HIS KNEE. ONCE WHEN HE TURNED SUDDENLY DURING TRAINING EXERICSES, THE KNEE GAVE OUT AND HE WAS TREATED AT A HOSPITAL BUT WAS NOT ADMITTED. KNEE IS NOT REPORTED TO BE PAINFUL, SWOLLEN, HOT, RED, STIFF, WEAK, UNSTABLE, LOCKING, GETTING-TIRED, LACKING ENDURANCE
EFFECT ON DAY TO DAY LIFE - DOES NOT RUN FOR EXERCISE
EFFECT ON WORK - INTERFERES WITH TRAINING
DEVICES - HE WAS GIVEN A BRACE BUT HE DOES NOT KNOW WHERE IT IS NOW. STATES HE WAS TOLD TO WEAR IT BUT IT WAS NOT COMFORTABLE.

ON EXAMINATION:
THERE IS BILATERAL CREPITUS
THERE IS NO SOFT TISSUE SWELLING, EFFUSION, TENDERNESS, GUARDING, REDNESS, HEAT, INSTABILITY, WEAKNESS, ABNORMAL MOVEMENT, SPASM, PAIN ON MOTION, PAIN ON MOTION
AGAINST RESISTANCE, PAIN ON REPEATED MOVEMENT
RANGE OF MOTION
FLEXION 0-140 DEGREES
EXTENSION 0 DEGREES
THERE IS NO VARUS OR VALGUS DEFORMITY
THERE IS VARUS OR VALGUS LAXITY IN BOTH 0 & 30 DEG OF FLEXION ON THE LEFT
LACHMAN'S TEST IS NEGATIVE
DRAWER TEST IS NEGATIVE
MCMURRAY'S TEST IS NEGATIVE
Continued on next page
VA Form 2507

Name: WALLS,JEFFREY G SSN: [redacted] C-number: [redacted]
For JOINTS (SHOULDER/ELBOW/WRIST/HIP/KNEE/ANKLE) Exam

Exam Results Continued

LUMBAR SPINE:
AFTER THE ABOVE ACCIDENT IN 1984, PATIENT DEVELOPED BACKACHE FOR A WEEK WHICH RESOLVED. SIX MONTHS LATER HE DEVELOPED BACKACHE AGAIN WHILE LIFTING WEIGTS. HE WAS TREATED WITH PAIN MEDICATIONS BUT THE PAIN WORSENED OVER THE YEARS. IN 1998
HE HAD A C.A.T SCAN AND WAS FOUND TO HAVE DISC DISEASE WITH PRESSURE ON NERVES. HE WAS TREATEDW ITH EPIDURAL INJECTIONS AND PHYSICLA THERAPY TOGETHER WITH PAIN MEDICATIONS. IN 1999 HE HAD A REPEAT COURSE OF INJECTIONS. PHYSICAL THERAPY AND
INJECTIONS HELPED. IN 2000 HE DEVELOPED SEVERE PAIN AND COULD NOT MOVE AND WAS TREATED WITH PHYSICAL THERAPY AFTER TRACTION AND LOCAL STEROIDS. LOCAL STEROIDS WERE REPEATED IN 2001 AND 2002. NOW HE HAS MODERATE BACKACHE IN THE MORNING ON
GETTING UP AND IT LASTS FOR 20 MINUTES. IT IMPROVES WITH ACTIVITY. HE GETS PAIN ANYTIME HE MAKES A SHARP TURN AND HAS TO GET UP REALLY SLOW AND LEAN A CERTAIN WAY. BACK IS NOT REPORTED TO BE SWOLLEN, HOT, RED, STIFF, WEAK, UNSTABLE, GIVING-OUT, LOCKING, GETTING-TIRED, LACKING ENDURANCE
EFFECT ON DAY TO DAY LIFE - HAS AFFECTED MOST ACTIVITIE. STATES HE HAS TO TAKE THE TRASH ONE BAG AT A TIME. HAD TO CUT BACK ON HIS WEIGHT LIFTING
EFFECT ON WORK - HAD TO BE GIVEN A DESK JOB BECAUSE HE COULD NOT GET OUT OF HIS CAR FAST
DEVICES - HAS A BRACE AT HOME AND IS NOT WEARING IT TODAY. WHEN HE WEARS IT, IT HELPS THE BACK
ON EXAMINATION:
THERE IS NO OEDEMA, TENDERNESS, GUARDING, REDNESS, HEAT, INSTABILITY, WEAKNESS, ABNORMAL MOVEMENT, SPASM, PAIN ON MOTION, PAIN ON MOTION AGAINST RESISTANCE, PAIN ON
REPEATED MOVEMENT
RANGE OF MOTION

| | |
|---|---|
| FLEXION | 0-95 DEGREES |
| EXTENSION | 0-20 DEGREES |
| LEFT LATERAL FLEXION | 0-35 DEGREES |
| RIGHT LATERAL FLEXION | 0-35 DEGREES |
| LEFT LATERAL ROTATION | 0-35 DEGREES |
| RIGHT LATERAL ROTATION | 0-20 DEGREES |

D: DIAGNOSTIC AND CLINICAL TESTS:
X-RAYS: DECEMBER 13, 2004
LUMBAR SPINE:
STRAIGHTENING OF THE PHYSIOLOGIC CURVATURE WITHOUT SIGNIFICANT SPONDYLOLISTHESIS. LEVOSCOLIOSIS. NORMAL VERTEBRAL BODY AND DISC SPACE HEIGHT.

LEFT KNEE:
OFFICAL RADIOLOGY REPORT IS NOT AVAILABLE. THERE APPEARS TO BE NO CAHNGE IN KNEE JOINT FROM THE KNEE X-RAYS DONE ON JULY 2, 2004. THERE IS A SMALL CALCIFIED ARA IN THE SOFT TISSUE

E: DIAGNOSIS

LEFT KNEE CARTILAGE TEAR: ONGOING SYMPTOMS ARE LIKELY TO BE SECONDARY TO PAST INJURY

LUMBOSACRAL STRAIN: ONGOING SYMPTOMS ARE LIKELY TO BE SECONDARY TO PAST STRAIN. THERE IS NO EVIDENCE OF ARTHRITIS

This exam has been reviewed and approved by the examining physician.
VA Form 2507

Date: DEC 20,2004 Compensation and Pension Exam Report Page: 1
WASHINGTON.VA.GOV
** REPRINT OF FINAL **
Processing time: 32
For SPINE Exam

Name: WALLS,JEFFREY G SSN: [redacted]6)
C-Number: [redacted]
DOB: [redacted]

Address: [redacted]

City,State,Zip+4: [redacted] Res Phone: [redacted]
Bus Phone: [redacted]

Entered active service: SEP 2,1980 Last rating exam date:
Released active service: SEP 30,2000

Priority of exam: Increase

Examining provider: 1917
Examined on: NOV 13,2004

Examination results:

C&P EXAMINATION

PATIENT: WALLS, JEFFREY G

SOCIAL SECURITY NUMBER: [redacted]

C-NUMBER: 587151656

DATE OF BIRTH: DOB: [redacted]

DATE OF EXAMINATION: DECEMBER 13, 2004

PLACE OF EXAMINATION: WASHINGTON, D.C.

PRIORITY OF EXAMINATION: INCREASE

SELECTED EXAMINATION(S): JOINTS (EXAM REF #141553)
SPINE (EXAM REF #141554)

GENERAL REMARKS:
VETERAN CLAIMS INCREASE IN SERVICE CONNECTION FOR LEFT KNEE, LOWER BACK

A: C-FILE:
NOT AVALIABLE

B: PAST HISTORY:
PATIENT IS A 42 YEAR OLD, RIGHT HANDED BM

WEIGHT: NOW 205 LBS LAST YEAR: 200 LBS

DOES NOT REPORT PAST MEDICAL HISTORY OF PUD, GI BLEED, GOUT
FEVER/CHILLS/CONSTITUTIONAL SYMPTOMS

SOCIAL HISTORY:
OCCUPATION - SEDENTARY
EXERCISE - WEIGHTS ON MACHINE - 30 MINUTES WITH 110 LBS BENCH PRESS, 25
LBS FREE WEIGHTS; ELLIPITCAL MACHINE ONCE A WEEK FOR 45 MINUTES

FAMILY HISTORY
RHEUMATOID ARTHRITS - PARENTS, PATERNAL GRANDMOTHER

ALLERGY/ADVERSE REACTION
Continued on next page
VA Form 2507

Exam Results Continued

DRUG: PENICILLIN - RASH
FOOD: NONE
OTHER: NONE

MEDICATIONS:
- FLEXERIL 10 MG PO QD PRN - LAST USED ON DECEMBER 2, 2004
- PERCOCET ONE TABLET PO PRN - LAST USED IN NOVEMBER 2004

C: PHYSICAL EXAMINATION

GENERAL:
PATIENT IS WELL-DEVELOPED, WELL-NOURISHED, COOPERATIVE, IN NAD
WEIGHT: 205 LBS

SPINE
ABLE TO PERFORM STRAIGHT LEG RAISING TEST TO 60 DEGREES WITH NO RADIATION OF PAIN DESCRIBED. HAS PAIN IN THE LEFT KNEE ON LIFTING THE LEG STRAIGHT

NEUROLOGICAL EXAMINATION:
-GAIT: AMBULATES WITHOUT ASSISTANCE; ERECT, NORMAL POSTURE/GAIT
ABLE TO WALK ON TOES BUT NOT ON HEELS AND PERFORM SQUATTING WITHOUT PAIN
- SENSORY EXAMINATION NO GROSS SENSORY DEFECT TO LIGHT TOUCH
- MUSCLE STRENGTH IS 5/5 THROUGHOUT BILATERALLY
- REFLEXES: DTRS SYMMETRIC AND 2 BILAT
- PLANTERS ARE DOWNGOING

JOINTS: HISTORY, PHYSICAL EXAMINATION, RANGE OF MOTION

LEFT KNEE:
INJURY - IN 1984 PATIENT WAS IN AN ACCIDENT AND SUSTAINED A TORN CARTILAGE AND LIGAMENT. HE HAD ARTHROSCOPIC SURGERY IN 1985 TO DEBRIDE THE KNEE. AFTER THIS THE PAIE WORSENED AND THE KNEE STARED SWELLING FREQUENTLY AND REQUIRED DRAINAGE. HE RECEIVED PHYSICAL THERAPY, WHICH HELPED AND HE STILL DOES THOSE EXERCISES. HE ALSO RECEIVED LOCAL INJECTIONS TO THE KNEE, WHICH HE DOES NOT THINK HELPED. NOW HE HAS PAIN IN THE KNEE OFF AND ON. IN THE MORNING KNEE IS PAINFUL FOR 10 MINUTES TO 45 MINUTES. PAIN IMPROVES AFTER HE WALKS AROUND ANDDOES HIS EXERCISE. HE DOES NOT TAKE PAIN MEDICATIONS USUALLY FOR HIS KNEE. ONCE WHEN HE TURNED SUDDENLY DURING TRAINING EXERICSES, THE KNEE GAVE OUT AND HE WAS TREATED AT A HOSPITAL BUT WAS NOT ADMITTED. KNEE IS NOT REPORTED TO BE PAINFUL, SWOLLEN, HOT, RED, STIFF, WEAK, UNSTABLE, LOCKING, GETTING-TIRED, LACKING ENDURANCE
EFFECT ON DAY TO DAY LIFE - DOES NOT RUN FOR EXERCISE
EFFECT ON WORK - INTERFERES WITH TRAINING
DEVICES - HE WAS GIVEN A BRACE BUT HE DOES NOT KNOW WHERE IT IS NOW. STATES HE WAS TOLD TO WEAR IT BUT IT WAS NOT COMFORTABLE.

ON EXAMINATION:
THERE IS BILATERAL CREPITUS
THERE IS NO SOFT TISSUE SWELLING, EFFUSION, TENDERNESS, GUARDING, REDNESS, HEAT, INSTABILITY, WEAKNESS, ABNORMAL MOVEMENT, SPASM, PAIN ON MOTION, PAIN ON MOTION
AGAINST RESISTANCE, PAIN ON REPEATED MOVEMENT
RANGE OF MOTION
FLEXION 0-140 DEGREES
EXTENSION 0 DEGREES
THERE IS NO VARUS OR VALGUS DEFORMITY
THERE IS VARUS OR VALGUS LAXITY IN BOTH 0 & 30 DEG OF FLEXION ON THE LEFT
LACHMAN'S TEST IS NEGATIVE
DRAWER TEST IS NEGATIVE
MCMURRAY'S TEST IS NEGATIVE
Continued on next page

Exam Results Continued

LUMBAR SPINE:
AFTER THE ABOVE ACCIDENT IN 1984, PATIENT DEVELOPED BACKACHE FOR A WEEK WHICH RESOLVED. SIX MONTHS LATER HE DEVELOPED BACKACHE AGAIN WHILE LIFTING WEIGTS. HE WAS TREATED WITH PAIN MEDICATIONS BUT THE PAIN WORSENED OVER THE YEARS. IN 1998
HE HAD A C.A.T SCAN AND WAS FOUND TO HAVE DISC DISEASE WITH PRESSURE ON NERVES. HE WAS TREATEDW ITH EPIDURAL INJECTIONS AND PHYSICLA THERAPY TOGETHER WITH PAIN MEDICATIONS. IN 1999 HE HAD A REPEAT COURSE OF INJECTIONS. PHYSICAL THERAPY AND
INJECTIONS HELPED. IN 2000 HE DEVELOPED SEVERE PAIN AND COULD NOT MOVE AND WAS TREATED WITH PHYSICAL THERAPY AFTER TRACTION AND LOCAL STEROIDS. LOCAL STEROIDS WERE REPEATED IN 2001 AND 2002. NOW HE HAS MODERATE BACKACHE IN THE MORNING ON
GETTING UP AND IT LASTS FOR 20 MINUTES. IT IMPROVES WITH ACTIVITY. HE GETS PAIN ANYTIME HE MAKES A SHARP TURN AND HAS TO GET UP REALLY SLOW AND LEAN A CERTAIN WAY. BACK IS NOT REPORTED TO BE SWOLLEN, HOT, RED, STIFF, WEAK, UNSTABLE, GIVING-OUT, LOCKING, GETTING-TIRED, LACKING ENDURANCE
EFFECT ON DAY TO DAY LIFE - HAS AFFECTED MOST ACTIVITIE. STATES HE HAS TO TAKE THE TRASH ONE BAG AT A TIME. HAD TO CUT BACK ON HIS WEIGHT LIFTING
EFFECT ON WORK - HAD TO BE GIVEN A DESK JOB BECAUSE HE COULD NOT GET OUT OF HIS CAR FAST
DEVICES - HAS A BRACE AT HOME AND IS NOT WEARING IT TODAY. WHEN HE WEARS IT, IT HELPS THE BACK
ON EXAMINATION:
THERE IS NO OEDEMA, TENDERNESS, GUARDING, REDNESS, HEAT, INSTABILITY, WEAKNESS, ABNORMAL MOVEMENT, SPASM, PAIN ON MOTION, PAIN ON MOTION AGAINST RESISTANCE, PAIN ON
REPEATED MOVEMENT
RANGE OF MOTION

| | |
|---|---|
| FLEXION | 0-95 DEGREES |
| EXTENSION | 0-20 DEGREES |
| LEFT LATERAL FLEXION | 0-35 DEGREES |
| RIGHT LATERAL FLEXION | 0-35 DEGREES |
| LEFT LATERAL ROTATION | 0-35 DEGREES |
| RIGHT LATERAL ROTATION | 0-20 DEGREES |

D: DIAGNOSTIC AND CLINICAL TESTS:
X-RAYS: DECEMBER 13, 2004
LUMBAR SPINE:
STRAIGHTENING OF THE PHYSIOLOGIC CURVATURE WITHOUT SIGNIFICANT SPONDYLOLISTHESIS. LEVOSCOLIOSIS. NORMAL VERTEBRAL BODY AND DISC SPACE HEIGHT.

LEFT KNEE:
OFFICAL RADIOLOGY REPORT IS NOT AVAILABLE. THERE APPEARS TO BE NO CAHNGE IN KNEE JOINT FROM THE KNEE X-RAYS DONE ON JULY 2, 2004. THERE IS A SMALL CALCIFIED ARA IN THE SOFT TISSUE

E: DIAGNOSIS

LEFT KNEE CARTILAGE TEAR: ONGOING SYMPTOMS ARE LIKELY TO BE SECONDARY TO PAST INJURY

LUMBOSACRAL STRAIN: ONGOING SYMPTOMS ARE LIKELY TO BE SECONDARY TO PAST STRAIN. THERE IS NO EVIDENCE OF ARTHRITIS

This exam has been reviewed and approved by the examining physician.
VA Form 2507

VETERANS AFFAIRS MEDICAL CENTER
50 IRVING STREET, NW
WASHINGTON, DC 20422

PAGE:1

RADIOLOGY/NUCLEAR MEDICINE REPORT

CASE NO:3322
PATIENT NAME:WALLS,JEFFREY G
CLINIC/WARD:C&P NARAYAN
EXAMINATION:SPINE LUMBAR
DATE REPORTED:DEC 13,2004
TECHNICIAN:SMITH,DARAL R

SSN:[redacted]
REQUESTOR:NARAYAN,PUNEET
DATE OF EXAM:DEC 13,2004 16:28
DATE ENTERED:DEC 13,2004 22:00
AGE:42

**************************************************************************
THIS FORM REPLACES SF519a
(Case 3322 COMPLETE) SPINE LUMBAR (RAD Detailed) CPT:72110

Clinical History:
C7P EXAMINATION FOR PAIN

Report:
LUMBAR SPINE:

FINDINGS: Straightening of the physiologic curvature without significant spondylolisthesis. Levoscoliosis. Normal vertebral body and disc space height.

Impression:
Levoscoliosis and mild straightening of the normal physiologic curvature.

t: 12/13/04/sms

Primary Diagnostic Code:

Primary Interpreting Staff:
LEROY WILLIAMS, radiologist (Verifier)

/SMS

VAMC WASH DCWASHINGTON
Name:WALLS,JEFFREY G
SSN:[redacted]
Date:DEC 13,2004 16:28

VETERANS AFFAIRS MEDICAL CENTER PAGE:1
50 IRVING STREET, NW
WASHINGTON, DC 20422

RADIOLOGY/NUCLEAR MEDICINE REPORT

CASE NO:3324
PATIENT NAME:WALLS,JEFFREY G SSN:[redacted]
CLINIC/WARD:C&P NARAYAN REQUESTOR:NARAYAN,PUNEET
EXAMINATION:KNEE 2 VIEWS DATE OF EXAM:DEC 13,2004 16:28
DATE REPORTED:DEC 13,2004 DATE ENTERED:DEC 13,2004 22:01
TECHNICIAN:SMITH,DARAL R AGE:42

*************************************************************************
THIS FORM REPLACES SF519a
(Case 3324 COMPLETE) KNEE 2 VIEWS (RAD Detailed) CPT:73560
Proc Modifiers : LEFT

Clinical History:
C7P EXAMINATION

Report:
KNEE:

FINDINGS: A mild narrowing of the medial tibiofemoral compartment without fracture or dislocation. Posterior inferior patellar small osteophyte.

Impression:
Tibiofemoral medial compartment joint space narrowing. Small inferior posterior patellar osteophyte.

t: 12/13/04/sms

Primary Diagnostic Code:

Primary Interpreting Staff:
LEROY WILLIAMS, radiologist (Verifier)

/SMS

VAMC WASH DCWASHINGTON
Name:WALLS,JEFFREY G
SSN:[redacted]
Date:DEC 13,2004 16:28

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

COMPENSATION AND PENSION EXAM INQUIRY

Name: WALLS,JEFFREY G
SSN: [redacted]
C-Number: [redacted]
DOB: [redacted]
Address: [redacted]
City,State,Zip+4: [redacted]
Res Phone: [redacted]
Bus Phone: [redacted]
Entered active service: SEP 2,1980
Released active service: SEP 30,2000

>>> Future C&P Appointments <<<

Requested exams currently on file:
JOINTS (SHOULDER/ELBOW/WRIST/HIP/KNEE/ANKLE)
Requested on OCT 17,2002@08:04:33 by BALTIMORE-RO - Completed

JOINTS (SHOULDER/ELBOW/WRIST/HIP/KNEE/ANKLE)
Requested on NOV 15,2004@15:35:24 by BALTIMORE-RO - Open

SPINE
Requested on NOV 15,2004@15:35:24 by BALTIMORE-RO - Open

This request was initiated on NOV 15,2004 at 15:35:24
Requester: WATSON,ERIC L
Requesting Regional Office: BALTIMORE-RO

Exams on this request:
JOINTS
SPINE

** Status of request:
New

RATED DISABILITIES:
LIMITED MOTION IN LUMBAR SPINE 20 %
Service-Connected? Yes DX Code: 5292
TENDON INFLAMMATION 10 %
Service-Connected? Yes DX Code: 5024

Other Disabilities:

General Remarks:
POA - Disabled American Veterans

Veteran submitted an increase claim for his service connected Left Knee Condition and Lower Back Condition.

TITLE: NEURO: OUTPATIENT NOTE(E)
DATE OF NOTE: DEC 16, 2004@13:53 ENTRY DATE: DEC 16, 2004@13:53:54
AUTHOR: SHAMIM, SADAT A EXP COSIGNER: ZHAI, PING
URGENCY: STATUS: COMPLETED
INSTITUTION:
DIVISION: WASHINGTON VAMC

NEUROLOGY CLINIC NOTE
S- Continued morning stiffness in the back for about 30mins, Saw rheum in AAFB and has been recieveing PT over there. Pain significantly improved on PT. Motrin is better for the pain than the flexeril per patient. Had his typical sharp frontal headache sudden onset lasts about 5 mins 9/10 in intensity. Has had these headaches for > 10 years. Usually gets his headache in the afternoon. no n/v. no photophobia. TENS unit helps alot. Patient to bring emg/ncs report , but couldn't find it.

ROS: no CP, no SOB, no N/V/D/C, no fever/chills, no belly pain,

MEDS:
CYCLOBENZAPRINE HCL 10MG TAB SIG: TAKE ONE-HALF TABLET BY MOUTH THREE TIMES A DAY AS NEEDED ** FOR MUSCLE SPASM ** TAKE SCHEDULED THREE TIMES A DAY FOR 3-4 DAYS WHEN PAIN IS WORSE OTHERWISE AS NEEDED, CAN TAKE 10MG THREE TIMES A DAY NOT DROWSY.

O-BP: 140/75, P: 55 , R: 20, T:97.9, Pain: 2/10
RESP: b-cta
CVS: rrr, no m/g/r
ABD: soft
EXT: no edema
NECK: supple,

NEURO: MS: alert and oriented to person, place, and time, speaking fluently, apropriately, and intelligently,
CN: eom intact, perrl, face symmetric, sensation intact, hearing symmetric, scm/traps intact, tongu/uvula midline
MOTOR: Tone: nrml, Atrophy:none

| | FFL | INT | FEX | BIC | TRI | DEL | DFLX | PFLX | HAM | ILP | QUADS | TOES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RT: | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | down |
| LT: | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | down |

DTR'S:

| | BR | BIC | TRI | KNE | ANKLE |
|---|---|---|---|---|---|
| RT: | 2 | 2 | 2 | 2 | 2 |
| LT: | 2 | 2 | 2 | 2 | 2 |

CEREBELLAR:
RAM: intact
FTN/HTS: intact
GAIT: nrml stable gait, able to heal, toe, and tandem
SENSORY: LT, PP, VIB, PROP: all intact

LABS:

AP: 41 yo AAM with h/o back trauma and knee trauma with chronic intermittent mild pain. Headaches chronic (> 10yrs), recurrent and self limited < 5 mins and

treating with meds prn would not be effective. Prophylactic meds can be tried, but neither me nor the patient are interested on starting any new meds on a chronic bases.

REC:
1. Flexeril 5mg-10mg qhs and increase to tid scheduled for 3-4 days for breakthrough backpain.
2. Can take motrin 600mg-800mg tid scheduled for 3-4 days for breakthrough backpain then stop.
3. Cont PT/OT.
4. Cont TENS unit.
5. DC from neuro clinic.

/es/ SADAT A. SHAMIM

Signed: 12/16/2004 18:10

/es/ PING ZHAI, MD
MD
Cosigned: 12/17/2004 08:57

** PROGRESS NOTES ***************************************************************

TITLE: Addendum
DATE OF NOTE: OCT 13, 2004@16:18 ENTRY DATE: OCT 13, 2004@16:18:31
AUTHOR: SHAMIM,SADAT A EXP COSIGNER: SANDBRINK,FRIEDHELM
URGENCY: STATUS: COMPLETED
INSTITUTION:
DIVISION: WASHINGTON VAMC

Reviewed MRI of L-spine with neuroradiology. There is some possible clumping of lower cauda equina, but this is likely insignificant.

/es/ SADAT A. SHAMIM

Signed: 10/13/2004 16:20

/es/ FRIEDHELM SANDBRINK
MD, NEURO ATTENDING
Cosigned: 10/13/2004 16:20

================================================================================

--- Original Document ---

10/07/04 NEURO: OUTPATIENT NOTE(E):
NEUROLOGY CLINIC NOTE
S- feels stiff all over for about 20mins every morning, Back pain has improved eg it is only present in the morning now and he feels that sudden movements aggravate his back, TENS unit is helping, Motrin helped, but he ran out. Flexeril is also helpful--he only takes it when he needs it. Lost cane which he uses to help himself get out of his car.

ROS: no CP, no SOB, no N/V/D/C, no fever/chills, no belly pain, severe intermittent occipital pounding HA about 1/week that last for about 45 minutes relieved by advil, associated with photophobia, no n/v or phonophobia, has to stop whatever he is doing and lays down. He had the same headaches 10 years ago, but came back in 7/04, usually HA occurs around noon b/f lunch.

MEDS:
CYCLOBENZAPRINE HCL 10MG TAB SIG: TAKE ONE-HALF TABLET BY MOUTH THREE TIMES A DAY AS NEEDED ** FOR MUSCLE SPASM ** TAKE SCHEDULED THREE TIMES A DAY FOR 3-4 DAYS WHEN PAIN IS WORSE OTHERWISE AS NEEDED, CAN TAKE 10MG THREE TIMES A DAY NOT DROWSY.
MOTRIN 800MG tid prn (not taking)

O-BP: 135/79, P: 66, R: 20, T: 97.7, Pain: 5/10
RESP: b-cta
CVS: rrr, no m/g/r
ABD: soft
EXT: no edema
NECK: supple no bruits
BACK: mild left paraspinous tenderness,

NEURO: MS: alert and oriented to person, place, and time, speaking fluently, apropriately, and intelligently.
CN: eom intact, perrl, fields intact, face symmetric, sensation intact, hearing symmetric, scm/traps intact, tongue/uvula midline
MOTOR: Tone: nrml , Atrophy: none

| | FFL | INT | FEX | BIC | TRI | DEL | DFLX | PFLX | HAM | ILP | QUADS | TOES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RT: | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | down |
| LT: | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | down |

DTR'S:

| | BR | BIC | TRI | KNE | ANKLE |
|---|---|---|---|---|---|
| RT: | 2 | 2 | 2 | 2 | 2 |
| LT: | 2 | 2 | 2 | 2 | 2 |

CEREBELLAR:
RAM: intact
FTN/HTS: intact
GAIT: stable, slightly painful,
SENSORY: LT, PP, VIB, PROP: all intact

LABS:
MRI L-spine 4/04 from outside hospital (neuro resident read):
Shows multilevel djd with L4-5, L5-S1 stenosis with post laminectomy. ? of some clumping of lower nerves will need to review with neuroradiology.

HIP X-ray:
Normal left hip.

Knee X-ray:
There is some joint space narrowing without osteophyte formation.

AP: 41 yo AAM with h/o back trauma and knee trauma with chronic pain with radiations down to the left heal now worse since recent car accident. He also complains of morning stiffness that lasts 20mins. Exam is nrml except for some paraspinous tenderness. Incidental h/o chronic recurent episodic headache associated with photophobia c/w migranous type headache with nrml exam. Patient says his pcp is managing these headaches currently. Can consider trial of Imitrex 25mg prn for these headaches.
REC:
1. Flexeril 5mg-10mg qhs and increase to tid scheduled for 3-4 days for breakthrough backpain.
2. Can take motrin 600mg-800mg tid scheduled for 3-4 days for breakthrough backpain then stop.
3. PT/OT (re-ordered)
4. Cont TENS unit
5. Patient to bring emg/ncs report
6. RTC in 2-3 months.

/es/ SADAT A. SHAMIM

Signed: 10/07/2004 15:02

/es/ FRIEDHELM SANDBRINK
MD, NEURO ATTENDING
Cosigned: 10/08/2004 13:00

TITLE: NEURO: OUTPATIENT NOTE(E)
DATE OF NOTE: OCT 07, 2004@10:46 ENTRY DATE: OCT 07, 2004@10:46:30
AUTHOR: SHAMIM, SADAT A EXP COSIGNER: SANDBRINK, FRIEDHELM
URGENCY: STATUS: COMPLETED
INSTITUTION:
DIVISION: WASHINGTON VAMC

*** NEURO: OUTPATIENT NOTE(E) Has ADDENDA ***

NEUROLOGY CLINIC NOTE
S- feels stiff all over for about 20mins every morning; Back pain has improved eg it is only present in the morning now and he feels that sudden movements aggravate his back, TENS unit is helping, Motrin helped, but he ran out. Flexeril is also helpful--he only takes it when he needs it. Lost cane which he uses to help himself get out of his car.

ROS: no CP, no SOB, no N/V/D/C, no fever/chills, no belly pain, severe intermittent occipital pounding HA about 1/week that last for about 45 minutes relieved by advil, associated with photophobia, no n/v or phonophobia, has to stop whatever he is doing and lays down. He had the same headaches 10 years ago, but came back in 7/04, usually HA occurs around noon b/f lunch.

MEDS:
CYCLOBENZAPRINE HCL 10MG TAB SIG: TAKE ONE-HALF TABLET BY MOUTH THREE TIMES A DAY AS NEEDED ** FOR MUSCLE SPASM ** TAKE SCHEDULED THREE TIMES A DAY FOR 3-4 DAYS WHEN PAIN IS WORSE OTHERWISE AS NEEDED, CAN TAKE 10MG THREE TIMES A DAY NOT DROWSY.
MOTRIN 800MG tid prn (not taking)

O-BP: 135/79, P: 66, R: 20, T: 97.7, Pain: 5/10
RESP: b-cta
CVS: rrr, no m/g/r
ABD: soft
EXT: no edema
NECK: supple no bruits
BACK: mild left paraspinous tenderness,

NEURO: MS: alert and oriented to person, place, and time, speaking fluently, apropriately, and intelligently.
CN: eom intact, perrl, fields intact, face symmetric, sensation intact, hearing symmetric, scm/traps intact, tongue/uvula midline
MOTOR: Tone: nrml , Atrophy: none

| | FFL | INT | FEX | BIC | TRI | DEL | DFLX | PFLX | HAM | ILP | QUADS | TOES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RT: | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | down |
| LT: | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | down |

DTR'S:

| | BR | BIC | TRI | KNE | ANKLE |
|---|---|---|---|---|---|
| RT: | 2 | 2 | 2 | 2 | 2 |