LT: 2 2 2 2 2
CEREBELLAR:
RAM: intact
FTN/HTS: intact
GAIT: stable, slightly painful,
SENSORY: LT, PP, VIB, PROP: all intact

LABS:
MRI L-spine 4/04 from outside hospital (neuro resident read):
Shows multilevel djd with L4-5, L5-S1 stenosis with post laminectomy. ? of some clumping of lower nerves will need to review with neuroradiology.

HIP X-ray:
Normal left hip.

Knee X-ray:
There is some joint space narrowing without osteophyte formation.

AP: 41 yo AAM with h/o back trauma and knee trauma with chronic pain with radiations down to the left heal now worse since recent car accident. He also complains of morning stiffness that lasts 20mins. Exam is nrml except for some paraspinous tenderness. Incidental h/o chronic recurent episodic headache associated with photophobia c/w migranous type headache with nrml exam. Patient says his pcp is managing these headaches currently. Can consider trial of Imitrex 25mg prn for these headaches.
REC:
1. Flexeril 5mg-10mg qhs and increase to tid scheduled for 3-4 days for breakthrough backpain.
2. Can take motrin 600mg-800mg tid scheduled for 3-4 days for breakthrough backpain then stop.
3. PT/OT (re-ordered)
4. Cont TENS unit
5. Patient to bring emg/ncs report
6. RTC in 2-3 months.

/es/ SADAT A. SHAMIM

Signed: 10/07/2004 15:02

/es/ FRIEDHELM SANDBRINK
MD, NEURO ATTENDING
Cosigned: 10/08/2004 13:00

10/13/2004 ADDENDUM STATUS: COMPLETED
Reviewed MRI of L-spine with neuroradiology. There is some possible clumping of lower cauda equina, but this is likely insignificant.

/es/ SADAT A. SHAMIM

Signed: 10/13/2004 16:20

/es/ FRIEDHELM SANDBRINK
MD, NEURO ATTENDING
Cosigned: 10/13/2004 16:20

TITLE: CONSULT REHAB MEDICINE OUTPT
DATE OF NOTE: OCT 08, 2004@13:45 ENTRY DATE: OCT 08, 2004@13:45:54
AUTHOR: WILSON,GLORIA EXP COSIGNER:
URGENCY: STATUS: COMPLETED
INSTITUTION: WASHINGTON
DIVISION: WASHINGTON VAMC

See Rehab/PT note dtd 10/7/04.

/es/ GLORIA WILSON
PROGRAM ASSISTANT
Signed: 10/08/2004 13:46

TITLE: CONSULT REHAB MEDICINE OUTPT
DATE OF NOTE: OCT 07, 2004@15:13 ENTRY DATE: OCT 07, 2004@15:13:25
AUTHOR: DOMBROSKI,ROBERTA EXP COSIGNER:
URGENCY: STATUS: COMPLETED
INSTITUTION: WASHINGTON
DIVISION: WASHINGTON VAMC

Pt. was issued one single point adjustable cane as requested.

/es/ ROBERTA DOMBROSKI
CHIEF, PHYSICAL THERAPY
Signed: 10/07/2004 15:14

TITLE: CONSULT REHAB MEDICINE OUTPT
DATE OF NOTE: SEP 24, 2004@09:04 ENTRY DATE: SEP 24, 2004@09:04:25
AUTHOR: LEVINE,ADELE A EXP COSIGNER:
URGENCY: STATUS: COMPLETED
INSTITUTION: WASHINGTON
DIVISION: WASHINGTON VAMC

Pt did not show for his initial evaluation and has not rescheduled his missed appointment in over 72 hours. He is now discharged from the PT clinic. If he does need rehabilitation, please reconsult. Thank you.

/es/ ADELE A LEVINE
Physical Therapist
Signed: 09/24/2004 09:05

TITLE: PHYSICAL THERAPY NO SHOW
DATE OF NOTE: AUG 31, 2004@09:44 ENTRY DATE: AUG 31, 2004@09:44:34
AUTHOR: LEVINE,ADELE A EXP COSIGNER:
URGENCY: STATUS: COMPLETED

INSTITUTION: WASHINGTON
DIVISION: WASHINGTON VAMC

Patient did not show for regularly scheduled P.T. appointment.

[] Inpatient visit:
Ward did not contact clinic to cancel or reschedule appointment.

[x] Outpatient visit:
Patient did not contact clinic to cancel or reschedule appointment.

/es/ ADELE A LEVINE
Physical Therapist
Signed: 08/31/2004 09:44

TITLE: Addendum
DATE OF NOTE: JUL 20, 2004@13:06 ENTRY DATE: JUL 20, 2004@13:07:01
AUTHOR: SHAMIM,SADAT A EXP COSIGNER: FISH,STEVEN L
URGENCY: STATUS: COMPLETED
INSTITUTION: WASHINGTON
DIVISION: WASHINGTON VAMC

ENCOUNTER COMPLETION

/es/ SADAT A. SHAMIM

Signed: 07/20/2004 13:07

/es/ STEVEN L. FISH
MD, NEUROLOGIST
Cosigned: 07/20/2004 13:20

================================================================================

--- Original Document ---

07/02/04 CONSULT NEUROLOGY OUTPT:
NEUROLOGY CONSULT HISTORY AND PHYSICAL

CC: Back Pain

HPI: 41 yo aam who started having back pain in 1985 after a accident on the flight deck in . Since then he has had mild chronic low back pain. In 1998 he had
an MRI that showed "some abnormality" in his lower spine. He was initially treated by a chiropractor for scoliosis and was eventually seen by a neurologist because of chronic changes associated with his scoliosis. Patient has been recieving epidurals since spring of 1999 which has been of significant benefit. He also recieves steroid injections every 2 months in his lower back at Bethesda Naval Hospital. He is currently changing care to VAMC-DC. Takes naprosyn 500mg prn--ends up taking twice a week. Also takes Motrin 800mg about twice a week. Flexeril was helpful, but he is no longer on it.

Patient had car accident in 2/04 when his car was totalled since then his pain has been worse. He we )to PT/OT with improvement. )e had back spasms with left leg tingling. Currently pain in his lower back feels like pressure. He gets sharp pain when turns quickly such as when he is coming out of the car. Pain radiates down the left leg down to the heal. Radiating pain is usually present in the am. He has morning stiffness that lasts about 15 mins.

ROS: no cp, no sob, no n/v/d/c, no incontinence, no neck pain, no chagne in wt, no fevers.

PMH: Chronic left knee pain that occurred with his initial back trauma
Chronic low back pain

PSH: Left knee arthroscopy

PCP: YELLOW/ Shroff, D.

ALL: PENICILLIN--->breaks out in rash

HOME MEDS:
Naprosyn 500mg prn
Motrin 800mg prn
Valium--prn--he does not take because it makes him sleepy.

SH: lives with brother, works two jobs--works as dept of defence police (desk job), he is collecting workmans comp from his previous job as investigator for dept of defence. nonsmoker, denies etoh, no ilicit drugs

FH: mom died with colon ca, dad has HTN.

PE: young aam in nad
T: 97.6 P: 66 R: 18 BP: 133/71 PAIN: 5/10
RESP: b-cta
CVS: rrr, no m/g/r
ABD: soft, nontender,
EXT: no edema
NECK: supple, no bruits
Back: poor mobility in lateral and forward flexion, some left paraspinous tendernes.
Ipsilateral SLR on left is post

NEURO: MS: alert and oriented to person, place, and time, speaking fluently, apropriately, and intelligently
CN: eom intact, perrl, face symmetric, sensation intact, hearing symmetric, scm/traps intact, tongue/uvula midline
MOTOR: TONE: nrml, ATROPHY: none ,

| | FFL | INT | FEX | BIC | TRI | DEL | DFLX | PFLX | HAM | ILP | QUADS | TOES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RT: | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | down |
| LT: | 5 | 5 | 5 | 5 | 5 | 5 | *4+ | 5 | *4+ | *4+ | *4+ | down |

* pain.

DTR'S:

| | BR | BIC | TRI | KNE | ANKLE |
|---|---|---|---|---|---|
| RT: | 2 | 2 | 2 | 2 | 2 |
| LT: | 2 | 2 | 2 | 2 | 2 |

CEREBELLAR:
RAM: intact
FTN/HTS: intact
GAIT: limps puting most of his wt on his rt leg.
SENSORY: LT, PP, PROP: intact

LABS:
No data available

EKG:
X-ray L-spine 2/01:
1. Levoscoliosis and mild straightening of the normal physiologic curvature.

AP: 41 yo AAM with h/o back trauma and knee trauma with chronic pain with radiations down to the left heal now worse since recent car accident. Exam is significant for left lower back tenderness. Most of his pain appears to be muscular spasms, however, he does have some intermittent neuropathic pain. His knee pain is most likely osteoarthritic in nature with his h/o trauma, but may also be referred pain from his back. Will do conservative management for now.
REC:
1. Flexeril 5mg tid scheduled for 3-4 days for breakthrough
2. Naprosyn 500mg bid scheduled for 3-4 days for breakthrough pain
3. PT/OT
4. TENS unit
5. X-ray left knee and hip
6. Patient to bring recent mri films and emg/ncs report
7. Will not continue with epidural or steroid shots for now. Will also consider addition of amitriptyline or neurontin in the future, but currently radiating pain is minimal.
8. RTC in 2-3 months.

/es/ SADAT A. SHAMIM

Signed: 07/02/2004 14:34

/es/ STEVEN L. FISH
MD, NEUROLOGIST
Cosigned: 07/02/2004 14:54

TITLE: CONSULT NEUROLOGY OUTPT
DATE OF NOTE: JUL 02, 2004@12:44 ENTRY DATE: JUL 02, 2004@12:44:41
AUTHOR: SHAMIM,SADAT A EXP COSIGNER: FISH,STEVEN L
URGENCY: STATUS: COMPLETED
INSTITUTION: WASHINGTON
DIVISION: WASHINGTON VAMC

*** CONSULT NEUROLOGY OUTPT Has ADDENDA ***



CC: Back Pain

HPI: 41 yo aam who started ying back pain in 1985 after accident on the flight deck in . Since then he has had mild chronic low back pain. In 1998 he had
an MRI that showed "some abnormality" in his lower spine. He was initially treated by a chiropractor for scoliosis and was eventually seen by a neurologist because of chronic changes associated with his scoliosis. Patient has been recieving epidurals since spring of 1999 which has been of significant benefit. He also recieves steroid injections every 2 months in his lower back at Bethesda Naval Hospital. He is currently changing care to VAMC-DC. Takes naprosyn 500mg prn--ends up taking twice a week. Also takes Motrin 800mg about twice a week. Flexeril was helpful, but he is no longer on it.

Patient had car accident in 2/04 when his car was totalled since then his pain has been worse. He went to PT/OT with improvement. He had back spasms with left leg tingling. Currently pain in his lower back feels like pressure. He gets sharp pain when turns quickly such as when he is coming out of the car. Pain radiates down the left leg down to the heal. Radiating pain is usually present in the am. He has morning stiffness that lasts about 15 mins.

ROS: no cp, no sob, no n/v/d/c, no incontinence, no neck pain, no chagne in wt, no fevers.

PMH: Chronic left knee pain that occurred with his initial back trauma
Chronic low back pain

PSH: Left knee arthroscopy

PCP: YELLOW/ Shroff, D.

ALL: PENICILLIN--->breaks out in rash

HOME MEDS:
Naprosyn 500mg prn
Motrin 800mg prn
Valium--prn--he does not take because it makes him sleepy.

SH: lives with brother, works two jobs--works as dept of defence police (desk job), he is collecting workmans comp from his previous job as investigator for dept of defence. nonsmoker, denies etoh, no ilicit drugs

FH: mom died with colon ca, dad has HTN.

PE: young aam in nad
T: 97.6 P: 66 R: 18 BP: 133/71 PAIN: 5/10
RESP: b-cta
CVS: rrr, no m/g/r
ABD: soft, nontender,
EXT: no edema
NECK: supple, no bruits
Back: poor mobility in lateral and forward flexion, some left paraspinous tendernes.



Ipsilateral SLR on left is post

NEURO: MS: alert and oriented to person, place, and time, speaking fluently,

apropriately, and intelligently
CN: eom intact, perrl face symmetric, sensation intact, hearing symmetric, scm/traps intact, tongue/uvula midline
MOTOR: TONE: nrml, ATROPHY: none ,

| | FFL | INT | FEX | BIC | TRI | DEL | DFLX | PFLX | HAM | ILP | QUADS | TOES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RT: | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | down |
| LT: | 5 | 5 | 5 | 5 | 5 | 5 | *4+ | 5 | *4+ | *4+ | *4+ | down |

* pain.

DTR'S:

| | BR | BIC | TRI | KNE | ANKLE |
|---|---|---|---|---|---|
| RT: | 2 | 2 | 2 | 2 | 2 |
| LT: | 2 | 2 | 2 | 2 | 2 |

CEREBELLAR:
RAM: intact
FTN/HTS: intact
GAIT: limps puting most of his wt on his rt leg.
SENSORY: LT, PP, PROP: intact

LABS:
No data available

EKG:
X-ray L-spine 2/01:
1. Levoscoliosis and mild straightening of the normal physiologic curvature.

AP: 41 yo AAM with h/o back trauma and knee trauma with chronic pain with radiations down to the left heal now worse since recent car accident. Exam is significant for left lower back tenderness. Most of his pain appears to be muscular spasms, however, he does have some intermittent neuropathic pain. His knee pain is most likely osteoarthritic in nature with his h/o trauma, but may also be referred pain from his back. Will do conservative management for now.
REC:
1. Flexeril 5mg tid scheduled for 3-4 days for breakthrough
2. Naprosyn 500mg bid scheduled for 3-4 days for breakthrough pain
3. PT/OT
4. TENS unit
5. X-ray left knee and hip
6. Patient to bring recent mri films and emg/ncs report
7. Will not continue with epidural or steroid shots for now. Will also consider addition of amitriptyline or neurontin in the future, but currently radiating pain is minimal.
8. RTC in 2-3 months.

/es/ SADAT A. SHAMIM

Signed: 07/02/2004 14:34

/es/ STEVEN L. FISH



MD, NEUROLOGIST
Cosigned: 07/02/2004 14:54

07/20/2004 ADDENDUM STATUS: COMPLETED

ENCOUNTER COMPLETION

/es/ SADAT A. SHAMIM

Signed: 07/20/2004 13:07

/es/ STEVEN L. FISH
MD, NEUROLOGIST
Cosigned: 07/20/2004 13:20

TITLE: ACE CLINIC NEW LEVEL III
DATE OF NOTE: JUL 20, 2004@10:22 ENTRY DATE: JUL 20, 2004@10:22:16
AUTHOR: FELIX,DAWN EXP COSIGNER:
URGENCY: STATUS: COMPLETED
INSTITUTION: WASHINGTON
DIVISION: WASHINGTON VAMC

HPI:41 y/o AAM presents for vesting physical. Pt will be coming here for healthcare.

PMH:Lower back pain

PSH:Left knee arthroscopy- 1985

FH:

Father:deceased, 58yrs, kidney disease, lung CA, MI
Mother:deceased, 60yrs, colon CA
Siblings:2, 1 sister with liver disorder

SH:

Occupation:Police officer, single, no children
Diet:Good appetite, no restrictions
Exercise/Leisure:Wts x6// cardio x1/wk/church activites, volunteer work
Alcohol:Past occasional use. Quit 10yrs ago
Tobacco:Denies past and current use
Drugs:Denies past and current use

Sexual hx:Denies erectiled difficulties. Sexually active. Uses condoms consistently. One sexual partner. Denies hx of STD's

Allergies: PENICILLIN- rash

Outpatient Meds:
Cyclobenzaprine Hcl 10mg Tab Take One-half Tablet by Mouth Three Times A Day As Needed for Muscle Spasm
Ginseng x2/wk
Multivitamin daily



ROS:
Neuro: denies syncope, seizures, paralysis, parathesia
Resp: denies cough, wheezing, dyspnea
CV: denies chest pain palpitations, PND, orthopnea

```
        TITLE: ACE CLINIC NURSING PROGRESS NOTE
 DATE OF NOTE: JUL 20, 2004@09:39      ENTRY DATE: JUL 20, 2004@09:39:18
       AUTHOR: ELBEHEIRY,MARIA C     EXP COSIGNER:
      URGENCY:                             STATUS: COMPLETED
  INSTITUTION: WASHINGTON
     DIVISION: WASHINGTON VAMC

Allergies: PENICILLIN

Vital Signs:
  Temperature    : 97.1 F [36.2 C] (07/20/2004 09:38)
  Pulse          : 67 (07/20/2004 09:38)
  Respiration    : 16 (07/20/2004 09:38)
  Blood Pressure: 131/68 (07/20/2004 09:38)
  Weight         : 201.6 lb [91.6 kg] (07/20/2004 09:38)
  Height         : 71 in [180.3 cm] (07/20/2004 09:38)
  Pain Scale     : 0 (07/20/2004 09:38)

Reason for Visit:Vesting PE

Patient Education Assessment:
** See Preventive Medicine Screening Progress Note for details**

Educational Topics:
   [X] Discussed procedure and purpose of ACE Clinic
   [X] Discussed Primary Care Team Assigned
   [X] Discussed length of schedule appt. (ACE Clinic)
   [X] Discussed reason, procedure and importance of a physical exam
      and diagnostic test(s)

Level of Understanding:
   [X] Patient verbalizes/demonstrates understanding
   [] Family verbalizes/demonstrates understanding
   [] Needs additional teaching
   [] Unable to comprehend
   [] Reinforce teaching as needed

  INFLUENZA IMMUNIZATION:
    Influenza immunization education given.
      Level of Understanding: Good
  Pain Assessment:
    Pain Intensity Score
    Pain intensity score now: Previous Pain Score: 0 (07/20/2004 09:38)
      0
  HEPATITIS C RISK FACTOR SCREENING:
    Patient reports the following risk factor(s) for Hep C:
```



```
    Unequivocal blood exposure on or through skin or mucous membrane.
    Has risk factor(s) for Hepatitis C.
    Anti HCV test ordered.
    Hepatitis C Education given.  Patient was given brochure and
        opportunity to discuss information with provider.
      Level of Understanding: Good
```

/es/ MARIA C ELBEHEIRY
RN,BSN
Signed: 07/20/2004 10:49

TITLE: CONSULT REHAB MEDICINE OUTPT
DATE OF NOTE: JUL 14, 2004@10:21 ENTRY DATE: JUL 14, 2004@10:21:57
AUTHOR: WILSON,GLORIA EXP COSIGNER:
URGENCY: STATUS: COMPLETED
INSTITUTION: WASHINGTON
DIVISION: WASHINGTON VAMC

Patient has an appt with PT.

/es/ GLORIA WILSON
PROGRAM ASSISTANT
Signed: 07/14/2004 10:24

TITLE: CONSULT REHAB MEDICINE OUTPT
DATE OF NOTE: MAY 26, 2004@11:00 ENTRY DATE: MAY 26, 2004@11:00:10
AUTHOR: FLYNN,MARGUERITE H EXP COSIGNER:
URGENCY: STATUS: COMPLETED
INSTITUTION: WASHINGTON
DIVISION: WASHINGTON VAMC

Pt was issued an adjustable cane.

/es/ MARGUERITE H FLYNN
Physical Therapist
Signed: 05/26/2004 11:00

TITLE: PCC - ESTABLISHED - PROBLEM FOCUSED
DATE OF NOTE: MAY 26, 2004@10:02 ENTRY DATE: MAY 26, 2004@10:02:19
AUTHOR: BURNO,DELMENA G PAOK EXP COSIGNER: KIM,UNMI KO
URGENCY: STATUS: COMPLETED
INSTITUTION: WASHINGTON
DIVISION: WASHINGTON VAMC

Age: 41 Sex: MALE Race: RACE UNKNOWN

Problem list:
None to report
*** 1st visit- papers lost x 1 1/2 hours
Reason for Visit: Pt with dx of sciatic neuralgia and lumbar stenosis dx since



'99 (documented) for which he have been going to Bethesda Naval Pain Mgnt. clinic where he receive receives cortisone shots q 2 mos and epidurals twice each year. s/p MVA in 2004 for which he was also seen at Bethesda had last epidural in May, but states he is inelligible to attend further and would like to transfer care here

Allergies: PENICILLIN

Outpatient VA Meds:
No records found.

Non VA meds: NONE FOUND

EXAM:wd obese aam in nad a & 0x4 walking with a limp
WT: 214 lb [97.3 kg] T: 97.2 F [36.2 C] P: 52 R: 20
BP: 140/76 PAIN: 1

Recent Lab Results:
GLUCOSE: No lab data available
CREAT-S: No lab data available
K: No lab data available
C02: No lab data available
ALT: No lab data available

WBC: No lab data available
HCT: No lab data available
PLT: No lab data available

T.CHOLEST: No lab data available.
dLDL-C: No lab data available
TRIGLYC: No lab data available
HEMOGLOBIN: HGBA1C: No lab data available
PROSTATIC SPECIFIC ANTIGEN: No Labtest Done!

OCCBLD1: No lab data available
OCCBLD2: No lab data available
OCCBLD3: No lab data available

Assessment:sciatic neuralgia/lumbar stenosis
/Plan:
Prosthetic- for cane
Neurology Clinic
needs clinic physical

Return to Clinic:keep scheduled appt. july-fasting 12 hours

Future Appointments:
Yellow Pa/Burno - May 26, 2004 at 08:30 ()

/es/ DELMENA G PAOK BURNO
PRIMARY URGENT CARE
Signed: 05/26/2004 11:28

---

CLIN DOC: Multi-Document Page: 15
WALLS,JEFFREY G SSN#[redacted] Division: 313
Printed on: Nov 15, 2004 3:35:58 pm System: VISTA.WASHINGTON.MED.VA.GOV

/es/ UNMI KO KIM, MD
STAFF PHYSICIAN
Cosigned: 05/26/2004 14:25

TITLE: NURSING NOTE
DATE OF NOTE: MAY 26, 2004@09:57 ENTRY DATE: MAY 26, 2004@09:57:08
AUTHOR: RODRIGUEZ,OSCAR EXP COSIGNER:
URGENCY: STATUS: COMPLETED

INSTITUTION: WASHINGTO.
DIVISION: WASHINGTON VA

100--PT COMES TO CLINIC FOR HIS FIRST TIME VISIT TO VA. STATES HAS PROBLEMS WITH HIS BACK WHICH WAS AGGRAVATED RECENTLY BY A MVA A MONTH AGO.

Alcohol/Subst Abuse Education:
REQUIRED HEALTH EDUCATION
Alcohol Abuse Education given.
Level of Understanding: Good
Prostate Cancer Screening Risk/Benefits Education given. Patient was given brochure and an opportunity to ask questions and/or discuss information with clinician during the clinic visit.
Level of Understanding: Good

ALCOHOL ABUSE SCREENING (AUDIT-C):
Alcohol Use Disorders Identification Test (AUDIT-C) Screen excluded due to:
Has not used alcohol within past year. AUDIT-C not required.

HEPATITIS C RISK FACTOR SCREENING:
Hepatitis C Education given. Patient was given brochure and opportunity to discuss information with provider.
Level of Understanding: Good

INFLUENZA IMMUNIZATION:
Historical influenza immunization.
Date: October, 2003

MDD SCREEN FOR <60:
Medical Outcomes Study: MOS Depression Questionnaire administered
A. In the past year, have you had two consecutive weeks or more during which you felt sad, blue or depressed, or when you lost all interest or pleasure in things that you usually cared for or enjoyed?
Answer: No. Continue.
B. Have you had two years or more in your life when you felt depressed or sad most days, even if you feel okay sometimes?
Answer: No. STOP. NEGATIVE
SCREENING OUTCOME. Select one.
Negative MDD Screen. No further follow-up.

PTSD Screen:
PTSD Screen administered.
1. Some people have had terrible experiences as below. Have you had any of these? Answers YES to
None of the above. Negative Screen.
Negative PTSD Screen. Patient answers "NO" to 2,3, and 4.

Tetanus Diptheria (TD-Adult):
Historical Tetanus-Diptheria Immunization.

---



Date: 1998
Comment: GIVEN OUTISDE VAMC.

TOBACCO USE SCREEN:
Lifetime non-tobacco user. Never smoked and never used tobacco in entire life.

Weight and Nutrition Screen:
Weight 214 lb [97.3 kg] (05/26/2004 09:55)
HEIGHT 71 in [180.3 cm] (05/26/2004 09:55)
Weight Control & Nutrition Screen done.
Advised to lose weight and/or follow prescribed weight reduction diet.

Advised to enga_ in regular physical activity t...ee times per week for 20-30 minu s or as a daily routine base on health, physician recommendation, and lifestyle such as walking, gardening, raking leaves, or any physical activity of choice. RD counseling for weight loss, nutrition and exercise is available if desired.

Level of Understanding: Good

MST Screening:

Patient denies experiencing MST in the past.

Suicidal Risk Assessment:

Patient is:

2. Male

16. Person denies intent to kill self

B. RISK ASSESSMENT SCORE

Low Risk. Total score is 0-5. No follow-up needed.

Suicidal Risk Assessment (Annual):

Over the last two weeks, how often have you been have you been bothered by thoughts that you would be better off dead, or hurting yourself in some way?

Not at all (Negative)

Suicide Risk Assessment Outcome and Disposition

Negative Screen. No further follow-up needed.

/es/ OSCAR RODRIGUEZ
RN
Signed: 05/26/2004 10:01

**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
Federal Building
31 Hopkins Plaza
Baltimore MD 21201-0001

November 16, 2004

JEFFREY GLEN WALLS
[redacted]

In reply, refer to:
313/21/elw
File Number: [redacted]
Jeffrey G. Walls

**IMPORTANT -- reply needed**

Dear Jeffrey Walls:

We are working on your increase service-connected compensation claim for Lower Back Condition, Left Knee Condition, along with your service-connected compensation claim for Severe Headaches Condition, Stomach Condition, and Digestion Condition, however, we need additional information and evidence.

This letter will give you information about what we will do, and what you can do to help us. Please see the enclosed attachment "How You Can Help and How VA Can Help You" for more information about your claim.

## What Do We Still Need from You?

We need additional things from you. ***Please put your VA file number on the first page of every document you send us.***

As we consider your claim, you may submit evidence showing that your service-connected Lower Back Condition, Left Knee Condition has increased in severity. This evidence may be a statement from your doctor, containing the physical and clinical findings, the results of any laboratory tests or x-rays, and the dates of examinations and tests. You may also submit statement from other individuals who are able to describe from their knowledge and personal observations in what manner your disability has become worse.

If you are in need of medical treatment for your service-connected conditions, please contact the nearest Department of Veterans Affairs Medical Center or Ambulatory Care Center for assistance.

If you have recently received treatment at a Department of Veterans Affairs facility or treatment authorized by the Department of Veterans Affairs, please furnish the dates and places of treatment. We will then obtain the necessary reports of such treatment.

If you have not recently been examined or treated by a doctor and you cannot submit

EP020 11/16/04

00255

VCAA

other evidence of increased disability, you may submit your own statement. This should completely describe your symptoms, their frequency and severity, and other involvement, extension and additional disablement caused by your disability.

We need evidence showing that the following condition(s) existed from military service to the present time:

Severe Headaches Condition, Stomach Condition, Digestion Condition

Any or all of the following listed evidence will help us make our decision:

- The dates of medical treatment during service. Show the name and exact location of the dispensary, hospital, or other facility where you received treatment for this condition. Also, give us your rank and organization (division, regiment, battalion, company) at the time of treatment.
- Statements from persons who knew you when you were in service and know of any disability you had while on active duty. These statements should describe how and when they became aware of the condition(s). If the person making the statement was on active duty at the time, he/she should show his/her service number and unit of assignment.
- Records and statements from service medical personnel (nurses, corpsmen, medics, etc.).
- Employment physical examinations.
- Medical evidence from hospitals, clinics, and private physicians of treatment since military service.
- Pharmacy prescription records.
- Insurance examination reports.

Send us any medical reports you have. If you want us to obtain them for you, please complete and return the attached VA Form 21-4142, Authorization and Consent to Release Information, to authorize release of information from any doctors and/or hospitals concerning any treatment you received. If you have received treatment at a Department of Veterans Affairs (VA) facility, furnish the date(s) and place(s). We will obtain the report(s).

All statements submitted in your behalf should conclude with the following certification:

"I hereby certify that the information I have given is true to the best of my knowledge and belief."

Send any treatment records pertinent to your claimed condition(s), especially those which are recent (within the last 12 months). This includes reports or statements from doctors, hospitals, laboratories, medical facilities, mental health clinics, x-rays, physical therapy records, surgical reports, etc. These should include the dates of

treatment, findings, and diagnoses.

Please see the attached information sheet "What the Evidence Must Show". If there is any other evidence or information that you think will support your claim, please let us know. If you have any evidence in your possession that pertains to your claim, please send it to us.

"If you have any evidence in your possession that pertains to your claim, please send it to us".

## Where Should You Send What We Need?

Please send what we need to this address:
Department of Veterans Affairs
Regional Office
Federal Building
31 Hopkins Plaza
Baltimore MD 21201-0001

## How Soon Should You Send It?

You can take up to a year from the date of this letter to make sure we receive the information and evidence we have requested. We encourage you to send us this information and evidence as soon as you can, or contact us within 60 days. Unless we hear from you, VA may decide your claim as soon as we have completed our attempts to get all the relevant evidence that we know about on your claim.

If VA decides your claim before one year from the date of this letter, you continue to have until that date to submit additional evidence.

## How Can You Contact Us?

If you are looking for general information about benefits and eligibility, you should visit our web site at http://www.va.gov. Otherwise, you can contact us in several ways. Let us know your VA file number, [redacted] when you do contact us.

- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.
- On the Internet at https://iris.va.gov.
- Write to us at the address at the top of this letter.

File Number: [redacted]
Jeffrey G. Walls

We have also enclosed information about how you can help the VA and how the VA can help you, and what the evidence must show.

We are trying to decide claims as quickly as possible. We appreciate your help.

Sincerely yours,

*R. S. Burke, Jr.*

R. S. Burke, Jr.
Veteran Service Center Manager

Enclosures: VA Form 21-4138
VA Form 21-4142(2)
How You Can Help and How VA Can Help You
What the Evidence Must Show - Service connected comp

cc: DISABLED AMERICAN VETERANS

File Number: [redacted]
Jeffrey G. Walls

## How You Can Help and How VA Can Help You

We want to tell you about the information and evidence we need to support your claim.

**We have received the following:**

- Your claim for benefits, which we received on October 20, 2004.
- Progress notes from the Washington, D.C. VA Medical Center.

**VA is responsible for getting the following evidence:**

- Relevant records from any Federal agency. This may include medical records from the military, VA Medical Centers (including private facilities where VA authorized treatment), or the Social Security Administration.
- VA will provide a medical examination for you, or get a medical opinion, if we determine it is necessary to decide your claim.
- VA Exam Musculoskeletal Spine (Cervical, Thoracic, Lumbar)
- VA Exam Joints (Shoulder/Elbow/Wrist/Hip/Knee/Ankle)

**On your behalf, VA will make reasonable efforts to get the following evidence:**

- Relevant records not held by any Federal agency. This may include records from State or local governments, private doctors and hospitals, or current or former employers.

## How Can You Help?

If the evidence is not in your possession, you must give us enough information about the evidence so that we can request it from the person or agency that has it. If the holder of the evidence declines to give it to us, asks for a fee to provide it, or VA otherwise cannot get the evidence, we will notify you. *It is your responsibility to make sure we receive all requested records that are not in the possession of a Federal department or agency.*

We are requesting service medical records from the service department. These records will help us determine how your claimed disabilities are connected to your military service. You do not need to contact the service department yourself. **If you have your original military service medical records already in your possession, please submit them.** Original records are preferable to copies.

## Important Information

We asked the VA medical facility nearest you to schedule you for an examination. **They will contact you about when and where to report for the exam. This exam is very important.** Without it, we may have to deny your claim, or you might be paid less than you otherwise would. If you can't report for the examination as scheduled, contact the medical facility and arrange a more convenient place or time. Their letter will give you the phone number to call.

File Number: [redacted]
Jeffrey G. Walls

## What the Evidence Must Show

To support your claim for service-connection, the evidence must show three things:

1. You had an injury in military service, or a disease that began in or was made worse during military service, or there was an event in service that caused an injury or disease.

2. You have a current physical or mental disability shown by medical evidence.

3. There is a relationship between your disability and an injury, disease, or event in military service. Medical records or medical opinions are required to establish this relationship. However, under certain circumstances, VA may conclude that certain current disabilities were caused by service, even if there is no specific evidence proving this in your particular claim. The cause of a disability is presumed for the following veterans who have certain diseases:

- former prisoners of war
- veterans who have certain chronic or tropical diseases that become evident within a specific period of time after discharge from service
- veterans who were exposed to ionizing radiation, mustard gas, or Lewisite while in service
- veterans who were exposed to certain herbicides, such as by serving in Vietnam.
- veterans who served in Southwest Asia during the Gulf War

File Number: [redacted]
Jeffrey G. Walls

*What the Evidence Must Show*

## What Must the Evidence Show to Establish Entitlement to the Benefit You Want?

To establish entitlement to an increased evaluation for your service-connected disability, the evidence must show that your service-connected condition has gotten worse.

313 PRE-DEATE CWG

Respondent Burden: 15 minutes

Department of Veterans Affairs

# STATEMENT IN SUPPORT OF CLAIM

PRIVACY ACT INFORMATION: The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The responses you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized under the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: VA may not conduct or sponsor, and respondent is not required to respond to this collection of information unless it displays a valid OMB Control Number. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments regarding this burden estimate or any other aspect of this collection of information, call 1-800-827-1000 for mailing information on where to send your comments.

| FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN (Type or print) | SOCIAL SECURITY NO. | VA FILE NO. |
|---|---|---|
| JEFFREY GLEN WALLS | [redacted] | [redacted] C/CSS - |

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

The following statement is made in connection with a claim for benefits in the case of the above named veteran:

I am claiming an increase in my compensation because the following service-connected condition(s) have increased in severity:

1. LOWER BACK PAIN (SEVERE)
2. PAIN IN LEFT KNEE (SEVERE)
3. SEVERE HEADACHE
4. STOMACH + DEGESTION PROBLEMS (SOMETIME SEVERE)

RECEIVED OCT 20 2004 Service Center ... (318)

( ) I have not received treatment at a VA medical facility for the condition(s) listed during the past 12 months. (Note: A VA examination will probably be required.) Additionally, in the event I have any medical record(s) or summary from a private physician or hospital to offer in support of my claim, is attached for review and consideration.

(✓) I have been treated for the above condition(s) on an outpatient basis at the VAMC, ______ within the past twelve months as follows:

| | CLINIC | DATE |
|---|---|---|
| 1. | YELLOW TEAM | APR 04 TO PRESENT |
| 2. | | |
| 3 | | |
| 4. | | |

(NOTE: A VA exam may be necessary)

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief. [CONTINUE ON REVERSE]

| SIGNATURE | DATE SIGNED |
|---|---|
| (signature) | 7 OCT 04 |

ADDRESS [redacted]

TELEPHONE NUMBERS (Include Area Code) DAYTIME [redacted] EVENING [redacted]

PENALTY: The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

VA FORM JUN 2000 21-4138 EXISTING STOCKS OF VA FORM 21-4138, APR 1994, WILL BE USED

CEST EP 020 10-21-04 CWG

00263

# RETIRED PAY WAIVER

FROM: VA REGIONAL OFFICE (313)
ADJUDICATION DIVISION (21A)
31 HOPKINS PLAZA
BALTIMORE, MD 21201

Date: December 19, 2002

TO: DEFENSE FINANCE AND ACCOUNTING SERVICE
CLEVELAND CENTER, RETIRED PAY, (DFAS-CLE-R)
PO BOX 99191
CLEVELAND, OH 44199-1126

NAME: WALLS, JEFFREY G
VA CLAIM: [redacted]

SSN: [redacted]
SERVICE NUMBER: [redacted]

VA BENEFITS TO WHICH ENTITLED | VA BENEFITS AWARDED

| MONTHLY RATE | EFFECTIVE DATE | MONTHLY RATE | EFFECTIVE DATE |
|---|---|---|---|
| $ 288.00.00 | 11-01-00 | $ 0.00 | 11-01-00 |
| $ 298.00.00 | 12-01-00 | $ 0.00 | 12-01-00 |
| $ 306.00 | 12-01-01 | $ 0.00 | 12-01-01 |
| $ 306.00 | 11-01-02 | $ 199.00 | 11-01-02 |
| $ 310.00 | 12-01-02 | $ 201.00 | 12-01-02 |

MILITARY RETIRED PAY

| GROSS RETIRED PAY | EFFECTIVE DATE | AMOUNT REDUCED | EFFECTIVE DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please respond.

A. Miro

A Miro
Veterans Service Center Manager

00264

12-19-02
[illegible]

DEPARTMENT OF VETERANS AFFAIRS
Baltimore Regional Office
Federal Building
31 Hopkins Plaza
Baltimore MD 21201

12/20/02

In Reply Refer To: 313/21rw
CSS [redacted]
WALLS, Jeffrey Glen

JEFFREY G WALLS
[redacted]

Dear Mr. Walls:

We made a decision on your claim for service connected compensation received on December 5, 2002.

This letter tells you about your entitlement amount and payment start date and what we decided. It includes a copy of our rating decision that gives the evidence used and reasons for our decision. We have also included information about additional benefits, what to do if you disagree with our decision, and who to contact if you have questions or need assistance.

## What Is Your Entitlement Amount And Payment Start Date?

Your monthly entitlement amount is shown below:

| Total Award Amount | Amount Withheld | Monthly Entitlement Amount | Payment Start Date | Reason For Change |
|---|---|---|---|---|
| $288.00 | $288.00 | $0.00 | Nov 1, 2000 | Start of increased disability compensation and withholding due to receipt of military retirement pay |
| 298.00 | 298.00 | 0.00 | Dec 1, 2000 | Legislative increase |
| 306.00 | 306.00 | 0.00 | Dec 1, 2001 | Legislative increase |
| 306.00 | 199.00 | 107.00 | Nov 1, 2002 | Reduced withholding for military retirement pay |
| 310.00 | 201.00 | 109.00 | Dec 1, 2002 | Legislative increase |
| 310.00 | 0.00 | 310.00 | Jan 1, 2003 | End of withholding for military retirement pay |

We are paying you as a single veteran with no dependents.

00265

12-19-02
[illegible]

CSS [redacted]
Walls, Jeffrey Glen

## Why Have We Withheld Benefits?

You are not allowed to receive full military retired pay and full VA compensation at the same time. The following will provide an explanation of how this works:

- ***If your VA compensation is less than your retired pay,*** you will receive compensation payments. The military service department will pay you the difference between your compensation and your retired pay.
- ***If your VA compensation is greater than your retired pay,*** we will pay you compensation, and you will not receive retired pay.

For now, we must withhold part of your compensation until January 1, 2003. We must do this to prevent a double payment. By working together with the military service department, we will make sure you get your full combined payment.

*Important Information: VA compensation isn't taxable. Please contact the Internal Revenue Service for tax information.*

## What Did We Decide?

We determined that the following condition was related to your military service, so service connection has been granted:

| Medical Description | Percent (%) Assigned | Effective Date |
|---|---|---|
| Left knee ligament injury | 10% | Oct 1, 2000 |

Your overall or combined rating is 30%. We do not add the individual percentages of each condition to determine your combined rating. We use a combined rating table that considers the effect from the most serious to the least serious conditions.

We have enclosed a copy of your Rating Decision for your review. It provides a detailed explanation of our decision, the evidence considered and the reasons for our decision. You can find the decision discussed in the section titled *"Decision."* The evidence we considered is discussed in the section titled *"Evidence."* The reasons for our decision can be found in the portion of the rating titled *"Reasons for Decision"* or *"Reasons and Bases."*

We enclosed a VA Form 21-8764, "Disability Compensation Award Attachment-Important Information," which explains certain factors concerning your benefits.

CSS [redacted]
Walls, Jeffrey Glen

## How Do You Start Direct Deposit?

Your money may be deposited directly into your checking or savings account. This is the safest and most reliable way to get your money. For more information about Direct Deposit, please call us toll free by dialing 1-877-838-2778.

## Are You Entitled To Additional Benefits?

You may be able to receive vocational rehabilitation employment services. The enclosed VA Form 28-8890, "Important Information About Vocational Rehabilitation Benefits," explains this benefit completely. To apply for this benefit, complete and return the enclosed VA Form 28-1900, "Disabled Veterans Application for Vocational Rehabilitation."

You are entitled to medical care by the VA health care system for any service connected disability. You may apply for medical care or treatment at the nearest medical facility. If you apply in person, present a copy of this letter. If you apply by writing a letter, include your VA file number and a copy of this letter.

## If You Have Dependents

Until now we've been paying you as a single veteran because you were less than 30% disabled. While you're rated at 30% or more, you're entitled to additional money if you have dependents. If you want to apply for dependents' benefits, here's what we need from you:

VA Form 21-686c, "Declaration of Status of Dependents." Please fill out every blank on the form *which applies to you.*

Veterans who have service-related conditions with a combined evaluation of 30 percent or more may receive an additional allowance for their dependents. Dependents include a spouse, dependent parents, and unmarried children under 18. We also consider as dependents unmarried children between 18 and 23 who are attending an approved school, or unmarried children who were permanently incapable of self-support before age 18. The additional benefit for a spouse is higher if the spouse is a patient in a nursing home or requires the regular aid and attendance of another person.

## What You Should Do If You Disagree With Our Decision.

If you do not agree with our decision, you should write and tell us why. You have *one year from the date of this letter to appeal the decision.* The enclosed *VA Form 4107, "Your Rights to Appeal Our Decision,"* explains your right to appeal.

CSS [redacted]
Walls, Jeffrey Glen

## Do You Have Questions Or Need Assistance?

If you have any questions or need assistance with this claim, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

If you call, please refer to your VA file number 587 15 1656. If you write to us, put your full name and VA file number on the letter. Please send all correspondence to the address at the top of this letter. You can visit our web site at www.va.gov for more information about veterans' benefits.

We sent a copy of this letter to DAV because you appointed them as your representative. If you have questions or need assistance, you can also contact them.

Sincerely yours,

A. Miro
Veterans Service Center Manager

Email us at: baltimore.query@vba.va.gov

Enclosure(s): Rating Decision
VA Form 21-8764
VA Form 28-1900
VA Form 28-8890
VA Form 4107
VA Form 21-686c

cc: DAV

**DEPARTMENT OF VETERANS AFFAIRS**
**Baltimore VA Regional Office**
**31 Hopkins Plaza**
**Baltimore, MD 21201**

**Jeffrey G. Walls**

**VA File Number**
[redacted]

**Represented by:**
**DISABLED AMERICAN VETERANS**

**Rating Decision**
**December 11, 2002**

## INTRODUCTION

You are a Peacetime and Gulf War Era veteran and you served in the Navy from September 2, 1980 to September 30, 2000. You filed an original disability claim that was received on December 5, 2002. We grant service connection for a disease or disability that began in military service or was caused by some event or experience in service. The following decisions have been made based on a review of all the evidence listed.

## DECISION

Service connection for Left Knee Ligament Injury is granted with an evaluation of 10 percent effective October 1, 2000.

**EVIDENCE**

- Incomplete Photocopies of Service Medical Records from February 11, 1999 through September 27, 2000.
- A letter dated March 29, 2001 to the Veteran explaining the Veterans Claims Assistance Act of 2000 and requesting evidence of an illness or event in service causing a disability, evidence of a current disability and a linkage between the current disability and the event or illness in service.
- A letter dated February 7, 2002 to the Veteran explaining the Veterans Claims Assistance Act of 2000 and requesting evidence of an illness or event in service causing a disability, evidence of a current disability and a linkage between the current disability and the event or illness in service.
- Military Medical Facility from October 13, 2000 through August 21, 2001
- Statement in Support of Claim, Jeffrey G. Walls, received December 5, 2000
- Statement in Support of Claim, Jeffrey G. Walls, received March 18, 2002
- Notice of no records available, Bethesda Naval Medical Center, dated January 13, 2001.
- A letter dated June 7, 2002 to the Veteran explaining that the Bethesda Naval Medical Center has responded that no records are available and advising the Veteran he should attempt to obtain any treatment records he believes exist.
- VA Examination, VAMC Washington D.C., dated November 21, 2002

**REASONS FOR DECISION**

**Service connection for Left Knee Ligament Injury.**

We have granted service connection for your left knee condition. You Service Medical Records document that you injured your left knee on active duty.

A 10 percent evaluation is assigned for painful or limited motion of a major joint or group of minor joints. VA examination noted no tenderness to palpation, swelling deformity or instability. Range of motion was flexion 110 degrees, extension -5 degrees. You stated that you have stiffness and pain at times and that your knee will lock and pop out of place.

A higher evaluation is not in order because there is no evidence of laxity, instability, recurrent subluxation or significant limitation of motion.

The effective date of October 1, 2000 was chosen as it is the day following your discharge from active duty and you applied for benefits within one year of discharge from active duty.