**REFERENCES:**

Title 38 of the Code of Federal Regulations, Pensions, Bonuses and Veterans' Relief contains the regulations of the Department of Veterans Affairs which govern entitlement to all veteran benefits. For additional information regarding applicable laws and regulations, please consult your local library, or visit us at our web site, www.va.gov.

| Rating Decision | *Department of Veterans Affairs* *Baltimore VA Regional Office* | | | Page 1 12/11/2002 |
|---|---|---|---|---|
| NAME OF VETERAN Jeffrey G. Walls | VA FILE NUMBER [redacted] | SOCIAL SECURITY NR [redacted] | POA DISABLED AMERICAN VETERANS | COPY TO |

| ACTIVE DUTY | | | |
|---|---|---|---|
| EOD | RAD | BRANCH | CHARACTER OF DISCHARGE |
| 09/02/1980 | 09/30/2000 | Navy | Honorable |

| LEGACY CODES | | | |
|---|---|---|---|
| ADD'L SVC CODE | COMBAT CODE | SPECIAL PROV CDE | FUTURE EXAM DATE |
| | 1 | | NONE |

**JURISDICTION:** Original Disability Claim Received 12/05/2000

**SUBJECT TO COMPENSATION (1.SC)**

5292 CHRONIC LOW BACK STRAIN
Service Connected, Gulf War, Incurred
20% from 10/01/2000

5099-5024 LEFT KNEE LIGAMENT INJURY
Service Connected, Gulf War, Incurred
10% from 10/01/2000

***COMBINED EVALUATION FOR COMPENSATION:***

30% from 10/01/2000

**DEFERRED/TREATMENT PURPOSES ONLY**

5299-5260 LEFT KNEE
Deferred

John Runyan

Scott Steinberg

Date: NOV 29,2002 Compensation and Pension Exam Report Page: 1
WASHINGTON.VA.GOV
** FINAL **
Processing time: 39
For JOINTS (SHOULDER/ELBOW/WRIST/HIP/KNEE/ANKLE) Exam

RATING

Name: WALLS,JEFFREY G SSN: [redacted] (W1656)
C-Number: [redacted]
DOB: [redacted]

Address: [redacted]

City,State,Zip+4: [redacted]

Res Phone: [redacted]
Bus Phone: [redacted]

Entered active service: SEP 21,1980 Last rating exam date:
Released active service: SEP 30,2000

Priority of exam: Original NSC

Examining provider: 1270
Examined on: NOV 21,2002

Examination results:

John - Easy deferred
:) Rhonda

A: MEDICAL HISTORY:
Examinee is 40-years old and works as a police officer. He states that in 1984 he was blown off an aircraft carrier deck. Starting around 1985 he noted onset of pain and swelling in the left knee. He was given a diagnosis of ligament damage. Initially improved but then seems to recurr. Presently he has stiffness or pain that seems improved today. He has no swelling at the present time. He also states that the knee will "lock and pop out of place". No weakness, fatigability decreased endurance incoordination or flare-ups claimed.

B: SUBJECTIVE COMPLAINTS: As above

C: OBJECTIVE FINDINGS:
Well developed male in no distress. He appears to have a normal gait.

D: SPECIFIC EVALUATION:
Left knee - no tenderness to palpation. No swelling, deformity or instability demonstrated. Range of motion: flexion 110, extension 5 degrees less than 0. No pain, weakness fatigability decreased endurance or incoordination noted.

E: DIAGNOSTIC TESTS:
X-ray of the left knee will be ordered.
XR - normal
F: DIAGNOSIS:
Recurrent left knee pain and associated symptoms as noted. Diagnosis of ligament injury.

DR. F. BANDA
DD:112102
DT:112202
FB/sib
JOB#:24449

CAPS

This exam has been reviewed and approved by the examining provider.

VA Form 2507

00273

119(P)

VETERANS AFFAIRS MEDICAL CENTER
50 IRVING STREET, NW
WASHINGTON, DC 20422

PAGE:1

RADIOLOGY/NUCLEAR MEDICINE REPORT

CASE NO:8582
PATIENT NAME:WALLS,JEFFREY G SSN:[redacted]
CLINIC/WARD:C&P BANDA-SURGERY REQUESTOR:BANDA,FRANCISCO P
EXAMINATION:KNEE 2 VIEWS DATE OF EXAM:NOV 21,2002 16:11
DATE REPORTED:NOV 23,2002 DATE ENTERED:NOV 24,2002 16:23
TECHNICIAN:DOWE,MONIQUE Y AGE:40

************************************************************************

THIS FORM REPLACES SF519a
(Case 8582 COMPLETE) KNEE 2 VIEWS (RAD Detailed) CPT:73560
Proc Modifiers : LEFT
CPT Modifiers : None

Clinical History:
ph left knee pain

Report:
LEFT KNEE:

No bone or soft tissue abnormality seen.

Impression:
1. Normal.

T: 11/24/02 /vdg

Primary Diagnostic Code:

Primary Interpreting Staff:
LILAS SAMIRAD,M.D., RADIOLOGIST (Verifier)

/VDG

VAMC WASH DCWASHINGTON
Name:WALLS,JEFFREY G
SSN:[redacted]
Date:NOV 21,2002 16:11

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

COMPENSATION AND PENSION EXAM INQUIRY

Name: WALLS,JEFFREY G
SSN: [redacted]
C-Number: [redacted]
DOB: [redacted]
Address: [redacted]

City,State,Zip+4: [redacted]
Res Phone: [redacted]
Bus Phone: [redacted]
Entered active service: SEP 21,1980
Released active service: SEP 30,2000

>>> Future C&P Appointments <<<

No future C & P appointments found.

Requested exams currently on file:
JOINTS (SHOULDER/ELBOW/WRIST/HIP/KNEE/ANKLE)
Requested on OCT 17,2002@08:04:33 by BALTIMORE-RO - Open

This request was initiated on OCT 17,2002 at 08:04:33
Requester: WILLS,ROGER
Requesting Regional Office: BALTIMORE-RO

Exams on this request:
JOINTS

** Status of request:
New

No rated disabilities on file
Other Disabilities:

General Remarks:
VETERAN CLAIMING SERVICE CONNECTION FOR LEFT KNEE CONDITION. PLEASE PROVIDE AN OPINION CONCERNING THE EFFECT OF WEAKENED MOVEMENT, FATIGUE, PAIN AND INCOORDINATION AND THEIR RELATION TO RESTRICTED RANGE OF MOTION IN ACCORDANCE WITH THE DELUCA DECISION.

PLEASE ORDER SPECIALY EXAMINATION, X-RAYS OR OTHER DIAGNOSTIC TOOLS AS YOU FEEL IS NECESSARY.

10-17-02

DEPARTMENT OF VETERANS AFFAIRS
Baltimore Regional Office
Federal Building
31 Hopkins Plaza
Baltimore MD 21201

In Reply Refer To: 313/21rw
CSS[redacted]
WALLS, Jeffrey Glen

J G WALLS
[redacted]

Dear Mr. Walls:

We made a decision on your claim for service connected compensation received on December 5, 2000.

This letter tells you about your entitlement amount and payment start date and what we decided. It includes a copy of our rating decision that gives the evidence used and reasons for our decision. We have also included information about additional benefits, what to do if you disagree with our decision, and who to contact if you have questions or need assistance.

## What Is Your Entitlement Amount And Payment Start Date?

Your monthly entitlement amount is shown below:

| Total Award Amount | Amount Withheld | Monthly Entitlement Amount | Payment Start Date | Reason For Change |
|---|---|---|---|---|
| $188.00 | $188.00 | $0.00 | Nov 1, 2000 | Start of disability compensation benefits and withholding due to receipt of military retirement pay |
| 194.00 | 194.00 | 0.00 | Dec 1, 2000 | Legislative increase |
| 199.00 | 199.00 | 0.00 | Dec 1, 2001 | Legislative increase |
| 199.00 | 0.00 | 199.00 | Nov 1, 2002 | End of withholding for military retirement pay |

## When Can You Expect Payment?

Your payment begins the first day of the month following your effective date. You will receive a payment covering the initial amount due under this award, minus any withholdings, in approximately 15 days. Payment will then be made at the beginning of each month for the prior month. For example, benefits due for May are paid on or about June 1.

10-17-02
RW

00276

CSS [redacted]
Walls, Jeffrey Glen

## Why Have We Withheld Benefits?

You are not allowed to receive full military retired pay and full VA compensation at the same time. The following will provide an explanation of how this works:

- ***If your VA compensation is less than your retired pay,*** you will receive compensation payments. The military service department will pay you the difference between your compensation and your retired pay.
- ***If your VA compensation is greater than your retired pay,*** we will pay you compensation, and you will not receive retired pay.

For now, we must withhold all of your compensation until November 1, 2002. We must do this to prevent a double payment. By working together with the military service department, we will make sure you get your full combined payment.

*Important Information: VA compensation isn't taxable. Please contact the Internal Revenue Service for tax information.*

## What Did We Decide?

We determined that the following condition was related to your military service, so service connection has been granted:

| Medical Description | Percent (%) Assigned | Effective Date |
|---|---|---|
| Chronic low back strain | 20% | Oct 1, 2000 |

A decision on entitlement to compensation for Left Knee Condition is deferred pending VA examination requested for you at VAMC Washington.

We have enclosed a copy of your Rating Decision for your review. It provides a detailed explanation of our decision, the evidence considered and the reasons for our decision. You can find the decision discussed in the section titled *"Decision."* The evidence we considered is discussed in the section titled *"Evidence."* The reasons for our decision can be found in the portion of the rating titled *"Reasons for Decision"* or *"Reasons and Bases."*

We enclosed a VA Form 21-8764, "Disability Compensation Award Attachment-Important Information," which explains certain factors concerning your benefits.

CSS [redacted]
Walls, Jeffrey Glen

## How Do You Start Direct Deposit?

Your money may be deposited directly into your checking or savings account. This is the safest and most reliable way to get your money. For more information about Direct Deposit, please call us toll free by dialing 1-877-838-2778.

## Are You Entitled To Additional Benefits?

You may be able to receive vocational rehabilitation employment services. The enclosed VA Form 28-8890, "Important Information About Vocational Rehabilitation Benefits," explains this benefit completely. To apply for this benefit, complete and return the enclosed VA Form 28-1900, "Disabled Veterans Application for Vocational Rehabilitation."

You are entitled to medical care by the VA health care system for any service connected disability. You may apply for medical care or treatment at the nearest medical facility. If you apply in person, present a copy of this letter. If you apply by writing a letter, include your VA file number and a copy of this letter.

## What You Should Do If You Disagree With Our Decision.

If you do not agree with our decision, you should write and tell us why. You have *one year from the date of this letter to appeal the decision.* The enclosed *VA Form 4107, "Your Rights to Appeal Our Decision,"* explains your right to appeal.

## Do You Have Questions Or Need Assistance?

If you have any questions or need assistance with this claim, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

If you call, please refer to your VA file number 587 15 1656. If you write to us, put your full name and VA file number on the letter. Please send all correspondence to the address at the top of this letter. You can visit our web site at www.va.gov for more information about veterans' benefits.

CSS [redacted]
Walls, Jeffrey Glen

We sent a copy of this letter to DAV because you appointed them as your representative. If you have questions or need assistance, you can also contact them.

Sincerely yours,

A. Miro
Veterans Service Center Manager

Email us at: baltimore.query@vba.va.gov

Enclosure(s): Rating Decision
VA Form 21-8764
VA Form 28-1900
VA Form 28-8890
VA Form 4107

cc: DAV

Department of Veterans Affairs

# REPORT OF CONTACT

*NOTE: Once completed, this form becomes a permanent record in the veterans' folders. Please do not use a pencil to complete this form.*

| | |
|---|---|
| VA OFFICE<br>VARO BALTIMORE | IDENTIFICATION NOS. *(C, XC, SS, XSS, V, K, etc.)*<br>[redacted] |
| LAST NAME-FIRST NAME-MIDDLE NAME OF VETERAN *(Type or print)*<br>WALLS, JEFFREY | DATE OF CONTACT<br>10-17-02 |
| ADDRESS OF VETERAN | TELEPHONE NO. OF VETERAN *(Include Area Code)* |
| PERSON CONTACTED<br>KEVIN AT DFAS | TYPE OF CONTACT *(check one)*<br>☐ PERSONAL ☒ TELEPHONE |
| ADDRESS OF PERSON CONTACTED | TELEPHONE NO. OF PERSON CONTACTED *(Include Area Code)* |

BRIEF STATEMENT OF INFORMATION REQUESTED AND GIVEN

CALLED DFAS. GRP$1184 EFF:12-01-01

| | |
|---|---|
| DIVISION OR SECTION<br>VSC | EXECUTED BY *(Signature and title)*<br>[signature] |

VA FORM MAR 1996 (R) **119**

00280

# Department of Veterans Affairs

## Deferred Rating

| | | |
|---|---|---|
| **1. TYPE OF CLAIM**<br>Disability | **2. FILE NUMBER**<br>CSS [redacted] | **3. INITIALS AND SURNAME OF VETERAN**<br>WALLS, Jeffrey G. |
| **4. DATE OF DEATH** | **5. R.O. NUMBER**<br>313 | **6. DATE OF THIS RATING**<br>10/10/2002 |
| **7. REASON FOR DEFERRAL**<br>Evidence from Veteran or Others | | |

**NOTE: THE RATING HAS BEEN DEFERRED PENDING RECEIPT OF DATA INDICATED BELOW**

**8. EXPLANATION OF REASON(s) FOR DEFERRAL**

Please schedule VAE as noted on the worksheet.

10-17-02
RW

| | | |
|---|---|---|
| **9. RATING SPECIALIST**<br>JR | **10. P/A**<br>DISABLED AMERICAN VETERANS | **R. B. NUMBER** |

# Department of Veterans Affairs
## 313 Regional Office
## Examination Request Worksheet

October 10, 2002

Veteran Name: WALLS, Jeffrey G. Claim Number: [redacted]

SSN: [redacted] DOB: [redacted]

VAMC: Washington - VAMC Exam Type: I - Increase

Address: [redacted]

County: Not Available.

Day Phone #: [redacted] Night Phone #: [redacted]

Dates of Service:
09/02/1980 - 09/30/2000

Power of Attorney: DISABLED AMERICAN VETERANS By: JR

**Type of Examination**

1430 VAE: Joints

**Remarks**

Please provide an opinion concerning the effect of weakened movement, fatigue, pain and incoordination and their relation to restricted range of motion in accordance with the Deluca decision.

Please order specialty examination, x-rays or other diagnostic tools as you feel is necessary.Please provide an opinion concerning the effect of weakened movement, fatigue, pain and incoordination and their relation to restricted range of motion in accordance with the Deluca decision.

Please order specialty examination, x-rays or other diagnostic tools as you feel is necessary.

**DEPARTMENT OF VETERANS AFFAIRS**
**Baltimore VA Regional Office**
**31 Hopkins Plaza**
**Baltimore, MD 21201**

**Jeffrey G. Walls**

**VA File Number**
[redacted]

**Represented by:**
**DISABLED AMERICAN VETERANS**

**Rating Decision**
**October 10, 2002**

---

## INTRODUCTION

You are a Peacetime and Gulf War Era veteran and you served in the Navy from September 2, 1980 to September 30, 2000. You filed an original disability claim that was received on December 5, 2000. We grant service connection for a disease or disability that began in military service or was caused by some event or experience in service. The following decisions have been made based on a review of all the evidence listed. When your original Service Medical Records are received any rating decisions made without the complete Service Medical Records are subject to review and adjustment of the outcome of the rating decision.

## DECISION

1 . Service connection for Chronic Low Back Strain is granted with an evaluation of 20 percent effective October 1, 2000.

2 . A decision on entitlement to compensation for Left Knee is deferred.

## EVIDENCE

- Incomplete Photocopies of Service Medical Records from February 11, 1999 through September 27, 2002
- Military Medical Facility from October 13, 2000 through August 21, 2001
- Statement in Support of Claim, Jeffrey G. Walls, received December 5, 2000
- Notice of no records available, Bethesda Naval Medical Center, dated January 29, 2001
- A letter dated March 29, 2001 to the Veteran explaining the Veterans Claims Assistance Act of 2000 and requesting evidence of an illness or event in service causing a disability, evidence of a current disability and a linkage between the current disability and the event or illness in service.
- A letter dated June 7, 2002 to the Veteran explaining that Bethesda Naval Medical Center has responded that no records are available and advising the Veteran he should attempt to obtain any records that he believes exist.
- A letter dated February 7, 2002 to the Veteran explaining the Veterans Claims Assistance Act of 2000 and requesting evidence of an illness or event in service causing a disability, evidence of a current disability and a linkage between the current disability and the event or illness in service.
- VA Examination, VAMC Washington D.C., dated February 7, 2002
- Statement in Support of Claim, Jeffrey G. Walls, received March 18, 2002

## REASONS FOR DECISION

**1. Service connection for Chronic Low Back Strain.**

We have granted service connection for your low back condition. You have submitted partial photocopies of your Service Medical Records. Those records indicate a chronic low back condition existed during military service. You have served on active duty for 20 years and can be assumed to not have had a disabling back condition at the time of entrance to active duty.

You meet the criteria for a 20 percent evaluation based on a moderate limitation of motion. Examination noted no tenderness to palpation, postural or fixed deformities. Musculature was symmetrical with no spasm. Range of motion was forward flexion 50 degrees, extension 10 degrees, lateral flexion 20 degrees in both directions and rotation 40 degrees in both directions with complaints of pain on rotation. X-rays noted levoscoliosis and mild straightening of normal curvature. Your treatment records indicate multiple treatment episodes for low back pain beginning in 1999 and muscle spasm and positive leg raising tests during flare-ups.

| Rating Decision | *Department of Veterans Affairs*<br>*Baltimore VA Regional Office* | | | Page 1<br>10/10/2002 |
|---|---|---|---|---|
| NAME OF VETERAN<br>Jeffrey G. Walls | VA FILE NUMBER<br>[redacted] | SOCIAL SECURITY NR<br>[redacted] | POA<br>DISABLED AMERICAN VETERANS | COPY TO |

| ACTIVE DUTY | | | |
|---|---|---|---|
| EOD | RAD | BRANCH | CHARACTER OF DISCHARGE |
| 09/02/1980 | 09/30/2000 | Navy | Honorable |

| LEGACY CODES | | | |
|---|---|---|---|
| ADD'L SVC CODE | COMBAT CODE | SPECIAL PROV CDE | FUTURE EXAM DATE |
| | 1 | | NONE |

**JURISDICTION:** Original Disability Claim Received 12/05/2000

**SUBJECT TO COMPENSATION (1. SC)**

5292 CHRONIC LOW BACK STRAIN
Service Connected, Gulf War Incurred
20% from 10/01/2000

***COMBINED EVALUATION FOR COMPENSATION:***

20% from 10/01/2000

**DEFERRED/TREATMENT PURPOSES ONLY**

5299-5260 LEFT KNEE
Deferred

John Runyan

Scott Steinberg

00286

-PRE

**DEPARTMENT OF VETERANS AFFAIRS**
Baltimore Regional Office
Federal Building
31 Hopkins Plaza
Baltimore MD 21201

2001

In Reply Refer To: 313/21/Tm2/tt
CSS [redacted]
WALLS, J G

J G WALLS
[redacted]

RECEIVED
20
Mail Activity
VARO Balto., MD.
(313)

Dear Mr. Walls:

This is in reply to your inquiry about the status of your claim.

We have been unable to obtain your service medical records. We received a "no information on you for treatment" at Naval Medical Center, Bethesda, MD.

Sometimes servicemen and veterans have copies of medical treatment records in their personal files. If you do, please furnish these copies. If not, please furnish the information listed below:

This evidence should be submitted as soon as possible, preferably within 60 days. In any case, it must be received in the Department of Veterans Affairs within one year from the date of this letter; otherwise, benefits, if entitlement is established, may not be paid prior to the date of its receipt. Please show veteran's full name and VA file number on all correspondence or evidence submitted.

## Do You Have Questions Or Need Assistance?

If you have any questions, call us toll-free by dialing 1-800-827-1000. Our TDD number for the hearing impaired is 1-800-829-4833. *If you call, please have this letter with you.*

I Will Check to see if I have any more information for You. P.S. Thanks

Sincerely yours,

A. Miro
Veterans Service Center Manager

Email us at: baltimore.query@vba.va.gov

CAPS

cc: DAV

00287

EP 119 (P)

**Thornton, Thomas, VBABALT**

**From:** VAVBASTL/RMC/RCD
**Sent:** Wednesday,June 19,2002 12:38 PM
**To:** Thornton, Thomas, VBABALT
**Subject:** RE: C-file location - RE: WALLS, Jeffery

SMR is a no record at RMC.

---

**From:** Thornton, Thomas, VBABALT
**Sent:** Monday,June 17,2002 6:35 AM
**To:** VAVBASTL/RMC/RCD
**Subject:** C-file location - RE: WALLS, Jeffery

RE: WALLS, Jeffery G [redacted]

Veteran retired -08-30-00.
Claim date - 12-05-00
Requested SMRs from StL as not located at RMC 03-29-01 address code 31 with reply to cntoact Dept of VA , St L.
Requested with hard copy 3101 07-31-01 with no reply
Requested with hard copy 3101 01-15-02 with reply that they were at 313.
No SMRs at 313. BINQ Loc screen does not show SMR here.
Veteran claims he does not have any copies of his medical records.
Claim is amost 2 years old.
Please search for SMRs and if not found., show location or return with negative reply

Thank you for any assistance.

CAPS



00288

NAME: TAGUE, JOHN R
NEW
INSURANCE YES/NO:
CMT: ALL
LOP 8½/10

134/72 PULSE: 53 SPO2 RESP: 99 TEMP: HT: WT: AGE:

ALLERGIES: PCN

MEDS
RANITIDINE PO 150mg
IBUFEN PO 800mg
HYDROCODONE/AC 9. TOP CREA, ~~AAA AS~~
HYDROCORTISONE VALERATE 0.2% TOP CR 45gm, AAABID

ROS
Ø

ADDITIONAL COMMENTS:

MRI: facet arthropathy
-- foraminal stenosis
mild central canal stenosis

S: 31yo ♂ recently retired c̄ long h/o LBP (10yrs) ⊕ radiation to Ⓛ leg to knee; described as burning, constant c̄ exacerbations by movement (flexion/extension)
Neurosurg c/s ⇒ MFPS Ø surg candidate

O: antalgic gait
⊕ mild pain behaviors ⊕ TTP paraspinal → spasm
⊕ straight leg
NL reflexes
LE full strength (hampered by pain c̄ some movement)
⊕ facet loading

A/p: difficult to discern 1° cause of pain but clearly multifactorial -- MFPS vs radicular vs facet
In consideration of radicular component - schedule LESI ASAP
Motrin today, if no improvement consider TPI
Consider facet blocks p̄ LESI if Ø or minimal improvement
D/c motrin → start mobic 7.5mg PO qd #30 RF0

[signature] M.D.

00289

WAL... JEFFREY ... MAIN ... WIL..., JEFFREY ... 5103268 H: [redacted]

[redacted]

NAVMEDCEN BETHESDA MD ... WASHINGTON NAVY YARD ACDU RECD DIVISION: NNMC BETHESDA MD

RECEIVED 20 ... Main Activity ... Balto., MD. (313)

[redacted] [redacted]

SN 7540-00-634-4176

HEALTH RECORD

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| AUG 01 | (S) 37 yo ♂ c̄ CLBP & C (L) LE pain s/p ... |
| P 155/98 | ending 1/01 c̄ improvement. 3/01 Pt noted ... |
| 58 | much improvement. Continues PT & PRN MOTRIN. ... |
| 100% | persistent LLE pain. This pain is cramping in quality |
| CN | from (L) low back to (L) buttock & (L) post thigh. Ø ... |
| ... | paresthesias/loss of sensation |
| Pain | |
| | (O) AAO x3 NAD WNWD NI Gait |
| 2/10 | -5/5 strength, NI Sensation |
| | -TTP (L) ~~Paraspinous lumbar region~~ Low Back; Lat to Trigger point Lp to P.r Exam |
| | -(+) facet loading |
| | (A/P) 37 yo ♂ h/o CLBP now c̄ Myofascial (L) Flank Pain |
| | (1) TPI 2cc .25% Bupiv c̄ 2mg/cc MPA x I |
| | (2) f/u 4 wks |
| | (3) Consider Motrin |
| | (4) Motrin 800 mg PO TID x 10 days then PRN |
| | (5) Continue PT as tolerated. |
| | [signature] GIBBONS 1221 / CAPACCHIONE |
| | [signature] , MD |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

JAILS, JEFFERY
(20) [redacted]

RECORDS MAINTAINED AT:

| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR

[redacted] WALLS,JEFFREY GLEN
[redacted] / MALE
Loc:
Spon: WALLS,JEFFREY GLEN
Unit: RESERVE CTR AFRC

USN ACTIVE DUTY
H: [redacted] W [redacted]

Rank: PETTY OFF D: [redacted]
RR: WASHINGTON NAVY YARD A

SF519-B

Personal Data - Privacy Act 1974 (PL 93-579)

Printed date: 13 Oct 2000@
Page: 2

RADIOLOGIC EXAMINATION REPORT

Patient: WALLS,JEFFREY GLEN FMP/SSN: 20/[redacted]

---

subarticular recess narrowing bilaterally, and there is mild stenosis of th central canal.

IMPRESSION:

1. Central canal and neural foraminal stenosis secondary to spondyloarthropathy at multiple levels as described above.

2. S-shaped scoliosis of the lumbosacral spine.

D: 01 SEP 00 T: 07 SEP 00 9833.RSI.pcf

Transcription Date/Time: 07 Sep 2000@2035

Interpreted by: JOHN J. COMBS, CPT, MC
Supervised by: PATRICK T NOONAN JR,CDR, USN

Approved by: JOHN J. COMBS, CPT, MC 10 Sep 2000@2029
Supervised by: PATRICK T NOONAN JR,CDR, USN 12 Sep 2000@0728

[redacted] [redacted]

'sonal Data - Privacy Act 1974 (PL 93-579) Printed date: 13 Oct 2000@1342
Page: 1

RADIOLOGIC EXAMINATION REPORT

'atient: WALLS,JEFFREY GLEN
FMP/SSN: 20/[redacted]

---

C BETHESDA. MD
:edure: MRI, L-SPINE W/O CONTRAST
iested by: CULLOM,SUSAN C
i/Clinic: MIL FAM HLTH BE

N MAGNETIC RESONANCE IMAGIN
Exam Date: 31 Aug 2000@1653
Status: COMPLETE
Exam #: 00089860
Pregnant:

;on for Order:
'/o black male ACDU with c/c of long hx low back pain. plain films show
iaped lumbar scoliosis with transitionl L4-5 vert. pt with SI joint
;ion. continues with severe left sided back pain. no relief with chiro,PT
ise r/o disc dx as well or other pathology

r Comment:

---

lt Code: See Radiologist's Report on SF 519-A

---

rt:

VIQUE: MRI of the lumbosacral spine utilizing standard disk/cord
ocol. No similar prior studies available for comparison.

:NGS: There are bilateral riblets at the T12 vertebral body. There is an
iped scoliosis of the lumbosacral spine. The vertebral bodies are
'wise well aligned, and the vertebral body marrow signal is normal. The
terminates at the mid portion of the L1 vertebral body. The visualized
on of the cord demonstrates normal signal intensity and contour. There
creased signal intensity of the L4-5 intervertebral disk consistent with
cation. The remainder of the intervertebral disks demonstrate normal
l intensity.

e L1-2 level, the neural foramina are widely patent, as is the central
. There is mild facet arthropathy at this level.

: L2-3 level, there is mild facet arthropathy, but the central canal and
. foramina are widely patent.

L3-4 level, there is mild stenosis of the central canal due to
ral facet arthropathy. The neural foramina are patent bilaterally.

L4-5 level, there is mild central canal stenosis. The left neural
n is mild to moderately stenotic secondary to facet arthropathy, and
is moderate subarticular recess narrowing on the same side.

L5-S1 level, the right neural foramen is not completely imaged,
r, there is mild to moderate stenosis identified on this side. There is

00292

---

138/76 62 17 95.4 36

PCN 36 y/o ♂ c/o of Ⓛ knee pain x 3wks.

O meds
N/S

S) 36 y/o Ⓑ♂ AD/USN c̄ c/o Ⓛ knee pain X 3 weeks. Reports pain worse in AM ; ↑ c̄ exercise. ~~Afso~~ error. no recent trauma. Previous X-rays 1 yr ago WNL.

O) WDWN, NAD, VSS s̄ antalgic gait.

| | R | L |
|---|---|---|
| Effusion | ø | none |
| crepitus | none | mild |
| McMurray's | none | none |
| Varus/Valgus | stable | stable |
| apleys | none | none |
| MJL | none | none |
| LJL | none | none |
| Patellar tendon | WNL | (+) TTP |

imp/P/n PFPS

- motrin 800 mg ī PO TID c̄ food/milk
- ICE
- Reduce running

KEVIN R. POOLE
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
PHYSICIAN ASSISTANT
ENS, PA-C, USNR

NATNAVMEDCEN BETHESDA MD
Personal Data - Privacy Act of 1974 (PL 93-579)
Printed: 18 Mar 1999@0825

SION: BMC WASHINGTON NA
Automated Version of SF600

PRIMARY CARE NY WELLS, KARIN C 18 Mar 1999 0830 SDA BHA4
REF:
CMT: j-d
RSN: knee problem
INSURANCE YES/NO:

BP: 162/90 PULSE: 77 RESP: 14 TEMP: 97.5 HT: 72 WT: 198 AGE: 36

ALLERGIES:

36 yo ♂ c̄ 10 year h/o progressively worsening (L) knee pain. Pain occurs on waking in the mornings and goes away c̄ activity. He also has (L) knee stiffness in the mornings. Much improved c̄ jogging/biking. He had (L) knee injury in 1985 causing swelling & pain which improved c̄ physical therapy. He has had a couple of episodes of locking over the years. Occ mild swelling.

ADDITIONAL COMMENTS:

Exam

(L) knee: ϕ e/e/e/e, FROM
(+) medial jt line ttp ⊖ grind
ϕ varus/valgus laxity
Lachman ⊖, AD⊖, MacMurray ⊖

A/P) Probable arthritis, post-traumatic
- x-ray (L) knee
- may consider MRI (MJL tenderness)
- F/u after x-ray

00294

KARIN WELLS
LT MC USN
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

20/[redacted] WALLS, JEFFREY N11
[redacted] MALE W:[redacted] H:[redacted]
Spon: WALLS, JEFFREY CIC:
rc. Rank: PO1 D:[redacted]

RIMARY CARE NY JORDAN, JOSEPH P 20 May 99 1030 FU BHA4
EF: CMT: j-d
SN: f/u l knee
NSURANCE YES/NO:
P: 146/80 PULSE: 51 RESP: 17 TEMP: 96.8 HT: WT: AGE:

LLERGIES: PCN

Meds ø
NS

36 y/o ♂ c̄ hx of chronic (L) knee pain, who presents c̄ persistent (L) knee and locking x 7 months. Pt. states in 1985 he was blown off flight deck and injured (L) knee c̄ pain and edema. Pt. has had intermittent pain since accident, but pain and LROM have persisted continuously since 10/98. Pt. states

ADDITIONAL COMMENTS: that it has given way several times since then and has had 2 episodes of locking. Pt. denies weakness, numbness, tingling, or other injury. Pain is worse on marching and improves c̄ daily activities.

General: WD, WN ♂ NAD
(L) knee: ø edema ø warmth ø erythema
ø ballottement ø grind ø crepitus ø V/V
Lachman: Neg McMurray: Neg Ant. drawer: ⊕ pain c̄ minimal laxity

(A): (L) knee pain; Motrin 800 mg po TID
(P): (1) ~~Naprosyn 500 mg~~
(2). Physical therapy on 28 May 99 at 0730
(3). Consider MRI for r/o ACL tear.
(4). RTC p̄ PT appt. for re-eval.

00295

)/[redacted] WALLS, JEFFREY N11
[redacted] MALE W: [redacted] H: [redacted]
Spon: WALLS, JEFFREY CIC:
CS: Rank: PO1 D: [redacted]
600 Unit: USS COLE DDG 67 RR: WASHINGTON NAVY YARD ACDU RECD

NTNAVMEDCEN BETHESDA MD DIVISION: BMC WASHINGTON NA
ersonal Data - Privacy Act of 1974 (PL 93-579) Automated Version of SF/600

ɪTNAVMEDCEN BETHESDA MD | ION: BMC WASHINGTON NA
ersonal Data - Privacy Act 1974 (PL 93-579) | Automated Version of SF600
nted: 08 Jun 1999@0636

RIMARY CARE NY POOLE,KEVIN R 08 Jun 1999 0830 ROU BHA4
EF: CMT: tsa
3N: back pain
NSURANCE YES/NO:
P: 138/74 PULSE: 58 RESP: 16 TEMP: 98.2 HT: WT: AGE:
================================================================================
LLERGIES: PCN

Meds
NS

S) 36 y/o (B) ♂ AD/USN presents 2 week Lower Back pain. Pt reports pain usually occurs [illegible]. Worse while driving/sitting. Today however pain is not present. Pain stopped on 05 Jun 99 prior to onset However pt wishes Chiropractic Eval. Pt denies Bowel/Bladder/Erectile Dysfn

DDITIONAL COMMENTS:

O) WDWN, NAD, s̄ antalgic gait

Exam deferred

A/P Low Back Pain
- Referral for Chiropractic Clinic @ NNMC.
- pt meets full criteria
- scheduled for 15 June 99 @ 1000

KEVIN R. POOLE
ESN / MSC / USN
PA-C 1989

00296

================================================================================
20/[redacted] WALLS,JEFFREY N11
[redacted] MALE W:[redacted] H:[redacted]
Spon: WALLS,JEFFREY CIC:
CS: Rank: PO1 D:[redacted]
SF600 Unit: USS COLE DDG 67 RR: WASHINGTON NAVY YARD ACDU RECD

LS SPINE SERIE (F POI [redacted]

```
************ ***********ATTENTION****** ***************
*  THIS REPORT IS PENDING APPROVAL BY RADIOLOGY AND  *
*   SHOULD NOT BE INTERPRETED AS THE FINAL REPORT.   *
*****************************************************
```

*ASAP*

Procedure: LS SPINE SERIES (2) Exam #: 99063138

Reason for Order: Exam Date: 15 Jun 1999@1122

Chronic lower back pain, gradually increasing with time. No Hx of recent trauma. Sciatic neuralgia extends to lower posterior thigh b/l.

Order Comment:

Result Code: See Radiologist's Report on SF 519-A

LS SPINE SERIES - 15 JUNE 1999

FINDINGS: Provided are multiple views of the lumbar spine, which demonstrate
+ tiny 12th ribs and five nonrib-bearing vertebrae. There is a significant

Toss Save New pgDn Print nExtPt Fwd deVice Help eXit

View the next page of this result.

w1w DISPLAY PATIENT APPOINTMENTS

Personal Data - Privacy Act of 1974 (PL 93-579)

FUTURE APPOINTMENTS FOR WALLS,JEFFREY 20/[redacted]

| CLINIC/DIV | PROVIDER | DATE/TIME | TYPE | STATUS |
|---|---|---|---|---|
| CHIROPRACTIC CL BE/NNMC | MORGAN,WILLI | 01 Jul 1999@1045 Arrive 15 min early Wear loose clothing; bring health record | ROU | KEPT APPT |
| CHIROPRACTIC CL BE/NNMC | MORGAN,WILLI | 15 Jul 1999@1545 Arrive 15 min early Wear loose clothing; bring health record | ROU | PENDING |

WAIT LIST REQUESTS FOR WALLS,JEFFREY 20/[redacted]

| CLINIC/DIV | TYPE | PRI | DATE IN | TARGET DATE | PROVIDER |
|---|---|---|---|---|---|

NO WAIT LIST REQUESTS!

WALLS,JEFFREY 20/[redacted] 36 P01 [redacted]
*ASAP* LS SPINE SERIE

************* ********ATTENTION******* ************
* THIS REPORT IS PENDING APPROVAL BY RADIOLOGY AND *
* SHOULD NOT BE INTERPRETED AS THE FINAL REPORT. *
****************************************************

+ S-shaped lumbar scoliosis with right convex apex at L4-5 and less severe compensatory curve, left convex L2-3. This may be due to transitional L4-5 vertebra. Probable SI joint erosions are seen bilaterally. CT or Ferguson views may be helpful for further evaluation.

IMPRESSION:

1.) Transitional lumbar anatomy with S-shaped scoliosis, as described above.
2.) SI joint erosions. CT or Ferguson views recommended to rule out sacroileitis.

D: 15-June-99 T: 16-June-99 7521:RSI:lgb
+

Toss Save New pgUp pgDn Print nExtPt Fwd deVice Help eXit
View the next page of this result.

File

6/15/99 ) 186 lbs - 6' -

**S**

[ ]Headache
[ ]Neck Pain
[ ]Upper back pain
[ ] Mid-back Pain
[X] L.B.P
[ ] Shoulder Pain
Date of onset
- 1991

Onset
[ ]Lifting E927
[ ]MVA
[ ]Slip, Trip, Fall E885
[✓] Insidious
[ ] Bending, Twisting E927
[✓] Prolonged Sitting ↑ c ex
[ ]Situational Anxiety

worse over last year & especially load x / week



**O**

| | L | R |
|---|---|---|
| Yeoman's | | |
| Ely's | | |
| Fem. N.Stretch | | |
| Gaenslen's | | |
| Seated L.R. | 90 | 90 |
| S.L.R. | 70 | 76 |
| Kemp's | — | — |
| C-compression | | |
| C-distraction | | |
| IVF Compression | | |
| Shoulder Depressor | | |
| George's | | |
| DTR's | | |
| Achilles | 2 | 2 |
| Patellar | 2 | 2 |
| Radial | 2 | 2 |
| Biceps | 2 | 2 |
| Triceps | 2 | 2 |

Heel & Toe Raise Intact [ ]
Gait WNL[✓] Impaired[ ]
Miner's Sign[• ]
Valsalva [—]
Soto-Hall [+]
Antalgic Posture [ ]
Percussion —

Spinal Fixations

L R





**A**

[ ] Cervical sprain/strain847.0 [ ]Thoracic sprain/strain 847.1[ ] Lumbar sprain/strain847.2 [ ]S.I.Sprain/Strain
[ ]Cervicalgia723.1 [ ]Cervicobrachial Synd.723.3 [ ]Cervicocranial Synd. 723.2 [ ]Torticollis 723.5
[ ]Thoracalgia724.1 [ ] Intercostal Neuralgia724.4 [✓]Lumbalgia724.2 [ ]Sciatica724.3 [ ]Carpal Tunnel Syr
354.0

R/O DDD L5-S1

**P**

[✓]Chiropractic Manipulative Therapy[ ] C-Spine [ ] T-Spine A-P [ ]T-Spine P-A [ ]Logan L/R [✓]L-Spine___ _____[✓]SI Joint_________[ ]Pelvic Wedges________[ ] Pelvic Drop [ ]Ultrasound [✓]EM
Electrical Muscle Stimulation________[ ]Manual Cervical Traction [ ] Traction Inertial /Flexion[ ]Cryother
[ ]Massage [ ]Hydroculator Pack [ ] Ice Pack [ ]Diathermy [ ] Exercise Instruction________
________________ [ ]Back Care Instruction [ ]Neck Care Instruction

Follow-up Visit 2 Days Weeks Months PRN Release

7210 Requested

[signature]
William E. Morgan, D

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: ▶

| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|
| WALLS, JEFFREY | | M |
| RELATIONSHIP TO SPONSOR: SELF | STATUS: AD | RANK/GRA |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO: 20/ [redacted] | DATE OF B [redacted] |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (Rev.)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505