DATE | SYMPTOMS DIAGNOSIS TREATMENT TREATING ORGANIZATION (Sign each entry)

S

[ ]Headache
[ ]Neck Pain
[ ]Upper back pain
[ ] Mid-back Pain
[ ] L B P
[ ] Shoulder Pain
Date of onset·

Onset.
[ ]Lifting E927
[ ]MVA
[ ]Slip, Trip, Fall E885
[ ] Insidious
[ ] Bending, Twisting E927
[ ] Prolonged Sitting
[ ]Situational Anxiety



O

| | L | R |
|---|---|---|
| Yeoman's | | |
| Ely's | | |
| Fem. N.Stretch | | |
| Gaenslen's | | |
| Seated L.R. | | |
| S.L.R. | | |
| Kemp's | | |
| C-compression | | |
| C-distraction | | |
| IVF Compression | | |
| Shoulder Depress'n | | |
| George's | | |
| DTR's | | |
| Achilles | | |
| Patellar | | |
| Radial | | |
| Biceps | | |
| Triceps | | |

Heel & Toe Raise Intact [ ]
Gait WNL[ ] Impaired[ ]
Miner's Sign[ ]
Valsalva [ ]
Soto-Hall [ ]
Antalgic Posture [ ]

Spinal
Fixations

L  R



A

[ ] Cervical sprain/strain847.0 [ ]Thoracic sprain/strain 847.1[ ] Lumbar sprain/strain847.2 [ ]S.I.Sprain/Strain 847.3
[ ]Cervicalgia723.1 [ ]Cervicobrachial Synd:723 3 [ ]Cervicocranial Synd. 723.2 [ ]Torticollis 723.5
[ ]Thoracalgia724.1 [ ] Intercostal Neuralgia724 4 [ ]Lumbalgi 724.2 [ ]Sciatica724.3 [ ]Carpal Tunnel Syn. 354.0

P

[ ]Chiropractic Manipulative Therapy[ ] C-Spine [ ] T-Spine A-P [ ]T-Spine P-A [ ]Logan L/R [ ]L-Spine______ [ ]SI Joint______ [ ]Pelvic Wedges______ [ ] Pelvic Drop [ ]Ultrasound [ ]EMS
Electrical Muscle Stimulation______ [ ]Manual Cervical Traction [ ] Traction Inertial /Flexion[ ]Cryotherapy
[ ]Massage [ ]Hydroculator Pack [ ] Ice Pack [ ]Diathermy [ ] Exercise Instruction______
______ [ ]Back Care Instruction [ ]Neck Care Instruction

Follow-up Visit___ Days Weeks Months PRN Release

William E. Morgan, D.C

00 01

6/24/99

# S

[ ]Headache
[ ]Neck Pain
[ ]Upper back pain
[ ] Mid-back Pain
[X] L.B.P
[ ] Shoulder Pain
Date of onset

Onset
[ ]Lifting E927
[ ]MVA
[ ]Slip, Trip, Fall E885
[ ] Insidious
[ ] Bending, Twisting E927
[ ] Prolonged Sitting
[ ]Situational Anxiety



# O

| | L | R |
|---|---|---|
| Yeoman's | | |
| Ely's | | |
| Fem. N.Stretch | | |
| Gaenslen's | | |
| Seated L.R. | | |
| S.L.R. | | |
| Kemp's | | |
| C-compression | | |
| C-distraction | | |
| IVF Compression | | |
| Shoulder Depressor | | |
| George's | | |
| DTR's | | |
| Achilles | | |
| Patellar | | |
| Radial | | |
| Biceps | | |
| Triceps | | |

Heel & Toe Raise Intact [ ]
Gait WNL[ ] Impaired[ ]
Miner's Sign[ ]
Valsalva [ ]
Soto-Hall [ ]
Antalgic Posture [ ]

Spinal Fixations






# A

[ ] Cervical sprain/strain847.0 [ ]Thoracic sprain/strain 847.1[ ] Lumbar sprain/strain847.2 [X]S.I.Sprain/Strain
[ ]Cervicalgia723.1 [ ]Cervicobrachial Synd.723.3 [ ]Cervicocranial Synd. 723.2 [ ]Torticollis 723.5
[ ]Thoracalgia724.1 [ ] Intercostal Neuralgia724.4 [ ]Lumbalgia724.2 [ ]Sciatica724.3 [ ]Carpal Tunnel Sy
354.0

Δ Scolios.

# P

[✓]Chiropractic Manipulative Therapy[ ]C-Spine [ ] T-Spine A-P [ ]T-Spine P-A [ ]Logan L/R [X]L-Spine
________[ ✓]SI Joint________ [ ]Pelvic Wedges________ [ ] Pelvic Drop [ ]Ultrasound [✓]E
Electrical Muscle Stimulation________ [ ]Manual Cervical Traction [ ] Traction Inertial /Flexion[ ]Cryothe
[ ]Massage [✓]Hydroculator Pack [ ] Ice Pack [ ]Diathermy [ ] Exercise Instruction________
________ [ ]Back Care Instruction [ ]Neck Care Instruction

Follow-up Visit____ Days Weeks Months PRN Release

[signature]

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: William E. Morgan, [

PATIENT'S NAME *(Last, First, Middle initial)* WALLS, JEFFREY
SEX M
RELATIONSHIP TO SPONSOR SELF
STATUS AD
RANK/GRA
SPONSOR'S NAME
ORGANIZATION
DEPART./SERVICE USN
SSN/IDENTIFICATION NO [redacted]
DATE OF [redacted]

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (Rev.)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

00302

PRIMARY CARE [illegible]

BP: ~~81~~ 143/81 PULSE: 58 RESP: 16 TEMP: 97.5

ALLERGIES: NKDA

Motrin 36 yo AD ♂ here for document review
NS for application to MD State police. Pt last seen 8JUN99 for LBP, LS films show scoliosis and SI jt. erosion. CT recommended. CT scheduled for 12 aug. Pain improved. ↓ c̄ exercise! Pt scored outstanding on all prior PRT's including 4/30/99 and is capable of performing all required elements of MD State Police fitness test.

---

exam deferred

Plan: (1) forms signed
(2) schedule f/u p̄ CT scan
(3) cont NSAIDS prn

MCCOY, KELLY L
LT, MC USNR
9006/2105

00303

138/84 manual 67 18 97.6 6 ft 201 37

PEN
MED: NO
N/S

S/ 37 y/o AD ♂ c̄ 3 day Hx of Ⓛ knee pain. Denies swelling, bruising, locking. ↑ pain when knee bend for longer than 1hr. PT states that when he runs, knee feels better. Pain is located above knee cap. Denies Hx of trauma, surgery or recent injury to Ⓛ knee

O/ WDWN, NAD, AOx3, VSS
Gait - slight limp
∅ abn noted on visual exam of knees.
Ⓛ knee: ∅ ballotment
FROM of knee
DTR's 2+ to lower extremity
motor 5/5
neuro vascular / sensory intact
ACL/PCL intact - ∅ laxity
V/V ∅ pain
McMurrays: ∅ pain
∅ jt line pain

atrophy of Quads




Imp/ Quadracep tendonitis

—over—

00304

IN MGMT CL BE   JAGUE.JC R   17 OCT 08   NEW

CMT: 316

SN: new   LOP 8½/10

INSURANCE YES/NO:

BP: 134/72 PULSE: 53   ~~RESP~~ SPO2: 99   TEMP:   HT:   WT:   AGE:

========================================================================

ALLERGIES: PCN

MEDS

RANITIDINE - PO 150mg

IBUPROFEN PO 800mg

IODOQUINOL/HC 1% TOP CREA, ~~AAA AS~~

HYDROCORTISONE VALERATE 0.2% TOP CR 45gm, AAABID

ROS

∅

ADDITIONAL COMMENTS

S: 31 yo ♂ recently retired c̄ long h/o LBP (10 yrs) ⊕ radiation to Ⓛ leg to knee; described as burning, constant c̄ exacerbations by movement (flex ion / extension)

Neurosurg c/s ⇒ MFPS ∅ surg candidate

MRI: facet arthropathy
with L4/5 – foraminal stenosis
mild central canal stenosis

O: antalgic gait

⊕ mild pain behavior   ⊕ TTP Paraspinal → spasm

⊕ straight leg

NL reflexes

LE full strength (hampered by pain c̄ same movement)

⊕⊕ facet loading

A/P: difficult to discern 1° cause of pain but clearly multifactorial – MFPS vs Radicular vs facet

In consideration of radicular component – <u>schedule LESI ASAP</u>

Motrin today, if sig improvement consider TPI

Consider facet blocks p̄ LESI if ∅ or minimal improvement

• D/c motrin → start vioxx 25mg PO qd #30 RF0

[signature] Anderson MD

========================================================================

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 WALLS, JEFFREY GLEN   ID:

[redacted]   MALE   W: [redacted]   H: [redacted]

CITY:

RANK:

00305

DATE: 09/27/00@1520
PROVIDER: CULLOM, SUSAN

CLINIC: MIL F HLTH BE
DIVISION: NNM BETHESDA. MD
Clinic
301-295-0196

PROBLEM LIST:

Allergies: PCN
Newly identified:
Tob: Ø

Objective: BP (Sit/Stand): 134 / 69 Pulse: 63 Resp: 16 Temp: 98°
BP (Supine): / Ht: 61 Wt: 187 LMP:

| Current Outpatient Medications: | Ref. | Last Fil |
|---|---|---|
| RANITIDINE--PO 150MG TAB, TBD #60 RF1 | 1 | 10/26/99 |
| IBUPROFEN--PO 800MG TAB, TT #30 RF1 | 1 | 12/17/99 |
| IODOQUINOL/HC (VYTONE) 1%--TOP CREA, AAA AS DIRECTED ON TUBE #1 RF | 1 | 07/12/00 |
| HYDROCORTISONE VALERATE 0.2%-TOP CR 45GM, AAA BID | 2 | 07/28/00 |

Reason for Appointment: lower back problems
37 year old MALE with SDA appointment. – saw Neurosurg – no surg Rx at present. Had to resched. Pain Appt. – has for next wk. Darvocet making him feel fatigued etc

See Neurosurg. Ⓢ ⊕ Ⓛ paraspinous muscle spasm

Ⓐ ① Lumbosacral strain

Ⓟ ① Rx Toradol 10 mg i TID ē food – D/c motrin while taking
② Phuē Pain Man. next wk.

WALLS, JEFFREY GLEN 20/[redacted] N1[redacted] Cullom
[redacted]
WALLS, JEFFREY GLEN PO1 A CAPT MC
RESERVE CTR AFRC WASHINGTON NAVY YARD ACDU RECD
PERSONAL DATA - PRIVACY ACT OF 1974 (PL-93-579)

(202) (301) 295-0284/2658

00306

Printed: 09 Aug 2000@0912

MIL FAM HLTH BE CULLOM, SAN C 09 Aug 2000 0945 SDA BHAA
REF: CMT:
RSN: back/pain
INSURANCE YES/NO:

BP: 126/67 PULSE: 59 RESP: 16 TEMP: 97.4 HT: 71" WT: 190 AGE: 37

ALLERGIES: PCN

Meds: Motrin 800mg
Darvocet 100mg

TOB: Ø
Sens: Ø

ADDITIONAL COMMENTS: 37 y/o ♂ c̄ hx 6 wks ago of L-sided knee + low back pain. Seen at Andrews AFB x 2 in ER - had injections - did have X-rays of back/knee - ⊖. Moving 15 lb equipment boxes ago - no major lifting. Long hx Ⓛ knee pain x past 10+ yrs. See prior entries - LS spine c̄ scoliosis, SI jt erosion. Did not have CT scan. Transitl L4-5 vert as well.
Retiring Sept 00, joining MD State police - passed PE. On motrin + Darvocet

Ⓞ alert, WH
Back c̄ obvious scoliosis - S shape LS spine.
Pain c̄ flex/exten & Ⓛ PSIS

Ⓐ ① Scoliosis lumbar spine
② SI jt erosion
③ Transitl L4-5 vert

**EDUCATION GIVEN**
Instructions given as per plan? yes___ no___
Teaching method? Verbal ___ Written ___ Other ___
Patient indications understanding? yes___ no___
Patient education not necessary. ___

[signature] Cullom, PA

20/[redacted] WALLS, JEFFREY GLEN N11
[redacted] MALE W:[redacted] H:[redacted]
Spon: WALLS, JEFFREY GLEN CIC:

00307

522-113 NSN 7540-00-634-4165

| MEDICAL RECORD | REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES |
|---|---|

A. IDENTIFICATION

1. OPERATION OR PROCEDURE

Lumbar Epidural Steroid Injection Series

B. STATEMENT OF REQUEST

1. The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be ______

(Description of operation or procedure in layman's language)

~~Placement of a needle into my back near the spine and injection of medication into the space that~~ surrounds the spinal cord. X-ray may be utilized and contrast dye, steroid and local anesthetic may be injected

which is to be performed by or under the direction of Dr. Williams

2. I request the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below-named medical facility, during the course of the above-named operation or procedure.

3. I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below-named medical facility.

4. Exceptions to surgery or anesthesia, if any, are: None.

(If "none", so state)

5. I request the disposal by authorities of the below-named medical facility of any tissues or parts which it may be necessary to remove.

6. I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and observation of the operation by authorized personnel, subject to the following conditions:

a. The name of the patient and his/her family is not used to identify said pictures.

b. Said pictures be used only for purposes of medical/dental study or research.

(Cross-out any parts above which are not appropriate)

C. SIGNATURES (Appropriate items in Parts A and B must be completed before signing)

1. COUNSELING PHYSICIAN/DENTIST: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above.

Risks include but are not limited to: Bleeding, infection, worsening of pain, nerve damage, allergic reaction.

______ (Signature of Counseling Physician/Dentist)

2. PATIENT: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

______ (Signature of Witness, excluding members of operating team) ______ (Signature of Patient) 12/22/00 (Date and Time)

3. SPONSOR OR GUARDIAN: (When patient is a minor or unable to give consent) I, ______ sponsor/guardian of ______ understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

______ (Signature of Witness, excluding members of operating team) ______ (Signature of Sponsor/Legal Guardian) ______ (Date and Time)

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO. |
|---|---|---|
| Walls, Jeffrey (20) [redacted] | | |

REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES

Medical Record

U S Government Printing Office: 1993 — 342-195/60073

STANDARD FORM 522 (REV. 7-91) Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

B/P - 142/80
P. - 58
pO2 % 99%

HT. 6'0" WT - 189 Age 38.

The Pain Management Clinic
National Naval Medical Center
Bethesda, MD 20889-5000

# Epidural Steroid Injection #2

Date: 12-22-2000
Attending: Olsen
Resident: Williams
History: 38 y.o ♂ presents for f/u of LESI. Pt says that his pain is better since his injection though he still has severe pain at times.

Allergies: PCN
Pregnant: yes no (N/A)

Medications: 1. Vioxx 25mg qd.
2.
3.
4.
5.
6.
7.
8.

Physical Exam:
alert, cooperative, NAD
nl gait

Pre-Procedure Pain Score: 1 2 3 (4 5) 6 7 8 9 10

Procedure Note: Informed consent was obtained. The patient was positioned comfortably. The patient was then prepped and draped in a sterile fashion. There was no evidence of infection at the site of needle insertion. The skin was then anesthetized with 1% lidocaine. The epidural needle was inserted and advanced using the loss of resistance technique. Positive loss of resistance was noted, CSF (was / was not) aspirated, blood (was / was not) aspirated, paresthesia (was / was not) noted. Preservative free solutions were utilized. The patient tolerated the procedure without complications. The patient was observed for 30 minutes. The patient was then released with post-procedure instructions. Fluoroscopic guidance (was / was not) used.

Level: L5-6 Patient Position: Prone Needle Type: 17 ga Touhy
Depth at LOR: ______ cm
Drug Dose: 80 mg (Triamcinolone / ~~Methylprednisolone~~)
Diluting Solution: 3 ml (~~Normal Saline~~ / 0.5% Lidocaine / 0.125% Bupivacaine)

Assessment:
Pt tolerated procedure well

Plan: 1. Follow-up in 4 wks
2. Vioxx 25 mg qd.
3.

WALLS Jeffrey Alan
20/[redacted]

PETER H. OLSON
LCDR MC USN
[redacted]

00309

PAIN MANAGEMENT SERVICE
DEPARTMENT OF ANESTHESIOLOGY
NATIONAL NAVAL MEDICAL CENTER

POST PROCEDURE INSTRUCTIONS

1. Health record returned to patient? (YES) NO N/A
2. Left ambulatory? YES NO N/A
   Left via wheelchair? YES (NO) N/A
3. Iv dc'd & no redness noted at site? (YES) NO N/A
4. Procedure site clean and dry? (YES) NO N/A
5. Procedure site dressing intact? (YES) NO N/A
6. Vital signs B/P 140/71 HR 87 RESP 16 SaO2 100
7. Level of consciousness returned to baseline? YES NO N/A
8. Activity Limitations: Light Activity, No heavy lifting
9. You may take your prescribed medication as directed.
10. No alcoholic beverages for 24 hours post procedure.
11. Avoid ~~showering~~ TUB BATHS, POOLS, JACUZZIS for the next 24 hours. A Band-Aid covers the site of the injection and may be removed at that time. YOU MAY SHOWER IN ~~24~~ THE NEXT 24 hrs.
12. Monitor the injection site for signs of infection; redness, whitish drainage, heat or fever. If you develop muscle weakness or the above mentioned signs, contact us immediately.
13. Follow up with the Pain Management Clinic in approximately 4 WKS, to discuss the relief obtained from the injections.
14. If your are tender at the site of the injection; apply ice intermittently (20minutes on/40minutes off) to the affected area. Never apply ice directly to skin, place a cloth between the ice and the skin
15. If another procedure is planned, please have a driver to take you home. Please nothing to eat or drink 6 hours prior to your appointment.
16. If you have a significant increase in pain or any other problem occurs, notify the Pain Management Clinic (301) 295-4455, ext 139. If the clinic is closed please call the nearest emergency room.

I HAVE RECEIVED THE ABOVE INSTRUCTIONS AND THEY HAVE BEEN EXPLAINED TO ME.

[signature] 22 DEC 00
PATIENT SIGNATURE DATE

D. Cotti [illegible] CFNC 22 Dec 00
WITNESS DATE

WALLS, Jeffrey
20/[redacted]

PERSONAL DATA - PRIVACY ACT OF 1974 (PL 93-579) Automated version of SF600

DATE: 09/27/00@1520
PROVIDER: CULLOM, SUSAN
CLINIC: MIL HLTH BE
DIVISION: NNMC BETHESDA. MD

PROBLEM LIST:

Clinic
301-295-0196

Allergies:
Newly identified: PCN

Tob: Ø

Objective: BP (Sit/Stand): 134/69 Pulse: 63 Resp: 16 Temp: 98°
BP (Supine): / Ht: 61 Wt: 187 LMP:

Current Outpatient Medications:

| Medication | Ref | Last Fil |
|---|---|---|
| RANITIDINE--PO 150MG TAB,TBD #60 RF1 | 1 | 10/26/99 |
| IBUPROFEN--PO 800MG TAB,TT #30 RF1 | 1 | 12/17/99 |
| IODOQUINOL/HC (VYTONE) 1%--TOP CREA,AAA AS DIRECTED ON TUBE #1 RF | 1 | 07/12/00 |
| HYDROCORTISONE VALERATE 0.2%-TOP CR 45GM,AAA BID | 2 | 07/28/00 |

Reason for Appointment: lower back problems
37 year old MALE with SDA appointment. - Saw Neurosurg - no surg Rx at present. Had to resched. Pain Appt. - has for next wk. Darvocet making him feel fatigued etc

See Neurosurg

Ⓞ ⊕ ⊖ paraspinous muscle spasm

Ⓐ ① Lumbosacral strain

Ⓟ ① Rx Toradol 10mg ⊄ TID ē food - Ø emotrin while taking
② Cont Pain Man, next wk

WALLS, JEFFREY GLEN
20[redacted]
N11 Cullom
2023103268
CAPT MC

WALLS, JEFFREY GLEN
RESERVE CTR AFRC
PO1 A
WASHINGTON NAVY YARD ACDU RECD

PERSONAL DATA - PRIVACY ACT OF 1974 (PL-93-579)

(202) (301) 295-0284/2658

(P) ① MRI LS spine - R/O DDD dx as well
② Pain management consult
③ F/u p̄ MRI -
Cont'd w/u of Tricare 1° p̄ referral

[illegible signature]

NATNAVMEDCEN BETHESDA MD
Personal Data - Privacy Act of 1974 (PL 93-579)
Printed: 09 Aug 2000@0912

DIVISION: NNMC BETHESDA. MD
Automated Version of SF600

MIL FAM HLTH BE CULLOM, SUSAN C. 09 Aug 2000 0945 SDA BHAA
REF: CMT:
RSN: back/pain
INSURANCE YES/NO:

BP: 126/67 PULSE: 59 RESP: 16 TEMP: 97.4 HT: 71" WT: 190 AGE: 37

ALLERGIES: PCN

Meds: Motrin 800mg
Darvocet 100mg

TOB: Ø
Sens: Ø

ADDITIONAL COMMENTS: 37y/o ♂ c̄ hx 6 wks ago of L-sided knee + low back pain. Seen at Andrews AFB x2 in ER - had injections - did have X-rays of back/knee - ⊖. Moving 15lb equipment 6wks ago - no major lifting. Long hx Ⓛ knee pain x past 10+ yrs. See prior entries - LS spine c̄ scoliosis, SI jt erosion ~~Did not have~~ CT scan. Transitl L4-5 vert as well

Retiring Sept 00, joining MD State police - passed PE. on motrin + Darvocet

Ⓢ alert, WH
Back c̄ obvious scoliosis - S shaped LS spine.
Pain c̄ flex/exten + Ⓛ PSIS

Ⓐ ① Scoliosis lumbar spine
② SI jt erosion
③ Transitl L4-5 vert

**EDUCATION GIVEN**
Instructions given as per plan? yes___ no___
Teaching method? Verbal ___ Written ___ Other ___
Patient indications understanding? yes ___ no ___
Patient education not necessary. ___

Cullom CAPT MC

20/[redacted] WALLS, JEFFREY GLEN N11
[redacted] MALE W: [redacted] H: [redacted]
Spon: WALLS, JEFFREY GLEN CIC:

00313

NATNAVMEDCEN BETHESDA MD — DIVISION: NNMC BETHESDA, MD

Personal Data - Privacy Act of 1974 (PL 93-579) — Automated Version of SF600

Printed: 15 Sep 2000@073..

NEUROSURG CL 07 — HEIM,ROBERT C — 22 Sep 2000 — 1200 — NEW — BBCA

REF:

CMT: dlm

RSN:

INSURANCE YES/NO:

BP: PULSE: RESP: TEMP: HT: WT: AGE:

ALLERGIES:

37 y/o B ♂ 8-9 yrs low intermittent LBP. Originates (L) Hip c̄ Radiation to LLE ((L) Knee). ∅ Radiation below knee. ∅ RLE Sx. Improves c̄ exercise. ⊕ improvement c̄ Chiropractic Care.

ADDITIONAL COMMENTS:

PMH ∅

PE: Back - Markedly Tender (L) Paraspinous Region ⊕ Muscle Spasm. Pain in (L) Leg

Mod [illegible] BLE

[illegible] intact CT/PP

Sensory [illegible] ⊖ clonus

DTR [illegible]

Meds Darvocet

X-Ray - ⊕ Dextroscoliosis L Spine. Deg Δ's L2-3, L3-4, L4-5.

MRI - Mild Deg. ∅ Significant Stenosis ∅ HNP. SI joints normal

All - PCN

Imp: Myofascial Pain Syndrome. No indication for Surgical intervention

Rec: May benefit from T.P.I. by Pain Service, Chiropractic Care

PSH ∅

Tob - ∅

Robert Heim, M.D.
CDR MC USN
Staff Neurosurgeon
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

20/587-..-1656 WALLS, JEFFREY GLEN — 17 NOV 196? MALE — SPONS: WALLS, JEFFREY GLEN — N11 — W: [redacted] — H: [redacted] — CIC: — Rank: PO1 — D: [redacted]

SF600 — ... RESERVE CTR AFRC — RR: WASHINGTON NAVY YARD ACDU RECD

00314

ersonal Data - Privacy Act of 1974 (PL 93-579) . Automated version of SF600
nted: 13 Oct 2000@1257

AIN MGMT CL BE HAGUE, JOHN R 13 Oct 2000 1300 NEW BBLA
EF: CMT: alt
SN: new LOP 8½/10
NSURANCE YES/NO:

P: 134/72 PULSE: 53 ~~RESP~~ SPO2: 99 TEMP: HT: WT: AGE:

LLERGIES: PCN

MEDS

RANITIDINE - PO 150mg
IBUPROFEN PO 800mg
IODOQUINOL/HC 1% TOP CREA, ~~AAA AS~~
HYDROCORTISONE VALERATE 0.2% - TOP CR. 45gm, AAABID

ROS
Ø

DDITIONAL COMMENTS:

S: 38y/o ♂ recently retired ̄c long h/o LBP (10yrs) ⊕ radiation to Ⓛ leg to knee; described as burning constant ̄c exacerbations by movement (flexion/extension)
Neurosurg c/s ⇒ MFPS ø surg candidate

MRI: facet arthropathy
multi level - foraminal stenosis
mild central canal stenosis

O: antalgic gait
⊕ mild pain behaviors ⊕ TTP Paraspinal → spasm
⊕ straight leg
NL reflexes
LE full strength (hampered by pain ̄c some movement)
⊕⊕ facet loading

A/P: difficult to discern 1° cause of pain but clearly multifactorial - MFPS vs radicular vs facet
In consideration of radicular component - schedule LESI ASAP
Motrin today, if sig improvement consider TPI
Consider facet blocks ̄p LESI if ø or minimal improvement
- D/C motrin → start Vioxx 25mg PO qd #30 RFO

[signature] MD

0/ [redacted] WALLS, JEFFREY GLEN NIJ
[redacted] MALE W: [redacted] H: [redacted]
Spon: WALLS, JEFFREY GLEN CIC:
CS: Rank: PO1 D: [redacted]
F600 Unit: RESERVE CTR AFRC RR: WASHINGTON NAVY YARD ACDU RECD
NAVAL MEDICAL CENTER BETHESDA MD DIVISION: NNMC BETHESDA MD

## ELIGIBILITY FOR MEDICAL CARE

### INSTRUCTIONS

1. Prepare this form in triplicate when:
   a. A DD Form 2, DD Form 2 (Ret), DD Form 1173, Form PHS-1866-1, or Form PHS-1866-3 (Ret) has been issued but is not in the beneficiary's possession at the time of treatment; and/or
   b. The DD Form 2, DD Form 2 (Ret), DD Form 1173, Form PHS-1866-1, or Form PHS-1866-3 (Ret) is expired or confiscated due to mutilation; and/or.
   c. The beneficiary cannot demonstrate eligibility for medical care under the Defense Enrollment Eligibility Reporting System (DEERS) and requires emergent treatment. Note: Patients, requiring nonemergent treatment, who cannot demonstrate eligibility for medical care under DEERS are to be denied care unless a DEERS override is met.
2. At time of signing, patient or patient's sponsor must show positive identification.
3. Supply information for each item. Distribute as follows:
   a. Original to patient administration office or outpatient administration officer, as appropriate.
   b. Copy to patient's sponsor or patient.
   c. Place copy as uppermost form in Health Record, right side. (Remove when proof of eligibility is presented.)

**Section 1** — *(MTF/DTF staff shall check one)*

- ☐ A valid identification card cannot be provided.
- ☐ Identification card is expired and/or mutilated.
- ☐ Patient has failed a DEERS check. Reason: ______

**Section 2** — *(To be completed by the patient or sponsor)*

| | |
|---|---|
| Name of Beneficiary: 20 [redacted] | Age / Status |
| Sponsor's Name, Grade or Rate, Status, Service: WASH. | SSN |
| Sponsor's Duty Station (Home Address if Retired): WALLS, JEFFERY GLEN<br>WALLS, JEFFERY GLEN P01 | Telephone: Work / Home |
| Clinic or Specialty Service Rendering Treatment: Pharmacy | Date of Treatment |

I certify the beneficiary is eligible for medical and dental care at this facility. I understand that a valid identification card or a certified DD Form 1172 (Application for Uniformed Services Identification and Privilege Card) must be presented to the patient administration officer or outpatient administration officer, as appropriate, *within 30 days* from this date. Furthermore, I understand that if eligibility is not established within this 30-day period, I will be billed at the established rate for treatment rendered.

| | |
|---|---|
| Signature of Sponsor, Adult Dependent, Patient, or Guardian: X | Date: X |
| Signature and Title of Witness | Date: 21 AUG 01 |

**Section 3** — *(Physician or provider shall check two)*

- ☐ Health care was provided
- ☐ Health care was not provided
- ☐ Care was emergent
- ☐ Care was nonemergent

| | |
|---|---|
| Provider's Name and Rank *(Print or Type)* | SSN |
| Provider's Signature | Date |

**Section 4** — *(Patient Administration Officer (PAO) shall check one block)*

- ☐ Eligibility verified utilizing ______
- ☐ Eligibility not verified. Referred for billing action.

| | |
|---|---|
| PAO's Name and Rank *(Print or Type)* | SSN |
| Patient Administration Officer's Signature | Date |

00316

DEERS ELIGIBILITY DATA
Personal Data - Privacy Act of 1974 (PL 93-579)

Name: WALLS,JEFFERY GLEN
Patient Category: USN ACTIVE DUTY
DOB/Age: [redacted]/38Y
FMP/SSN: [redacted]
DDS: 20
Sex: MALE

NAME: WALLS,JEFFERY GLEN
DOB: [redacted]
SEX: MALE
DDS: 20
ACV: C-CHAMPUS
DMIS ID:
ACV Start Date: 01 Oct 2000
ACV End Date: 21 Feb 2002
Direct Care: ELIGIBLE
Dir Care Elig Start Date: 30 Sep 2000
Dir Care Elig End Date: INDEFINITE
Eligibility End Reason: U-Not Predictable
Address: [redacted]
City: [redacted]
State: [redacted]
Zip: [redacted]
Phone: [redacted]

Sponsor SSN: [redacted]
Branch of Service: NAVY
Pay Grade: E06
Sponsor Status: R - Retired
Sponsor Rank: PETTY OFFICER FIRST
Sponsor UIC:
Region Code:
PCM Location:
Care Authorization PH#: 0000000000
CHAMPUS: ELIGIBLE
Medicare: NOT ELIGIBLE

BRAC Pharmacy Eligibility: NO
CHAMPUS Dental Flag: 0-NO COVERAGE
Dental Start Date:
Dental End Date:
Date Last Updated: 20 Aug 2001
Panograph Date: 05 Oct 1981
NAS Flag:
Organ Donor:
Reportable Disease Database (RDDB) Date: 24 Mar 2000
DNA: YES
Date of Request: 21 Aug 2001@120101

HISTORICAL DEERS ELIGIBILITY

| Period | Direct Care | CHAMPUS | Medcare | ACV | DMIS |
|---|---|---|---|---|---|
| 01 Jan 99<br>21 Sep 00 | ELIGIBLE | NOT ELIGIBLE | NOT ELIGIBLE | N | |
| 22 Sep 00<br>29 Sep 00 | ELIGIBLE | NOT ELIGIBLE | NOT ELIGIBLE | A | 0067 |
| 30 Sep 00<br>30 Sep 00 | ELIGIBLE | NOT ELIGIBLE | NOT ELIGIBLE | A | 0067 |
| 01 Oct 00<br>21 Feb 02 | ELIGIBLE | ELIGIBLE | NOT ELIGIBLE | C | |

DEPARTMENT OF VETERANS AFFAIRS
Baltimore Regional Office
Federal Building
31 Hopkins Plaza
Baltimore MD 21201

JUN 7 2002

In Reply Refer To: 313/21/Tm2/tt
CSS [redacted]
WALLS, J G

J G WALLS
[redacted]

Dear Mr. Walls:

This is in reply to your inquiry about the status of your claim.

We have been unable to obtain your service medical records. We received a "no information on you for treatment" at Naval Medical Center, Bethesda, MD.

Sometimes servicemen and veterans have copies of medical treatment records in their personal files. If you do, please furnish these copies. If not, please furnish the information listed below:

This evidence should be submitted as soon as possible, preferably within 60 days. In any case, it must be received in the Department of Veterans Affairs within one year from the date of this letter; otherwise, benefits, if entitlement is established, may not be paid prior to the date of its receipt. Please show veteran's full name and VA file number on all correspondence or evidence submitted.

## Do You Have Questions Or Need Assistance?

If you have any questions, call us toll-free by dialing 1-800-827-1000. Our TDD number for the hearing impaired is 1-800-829-4833. *If you call, please have this letter with you.*

Sincerely yours,

A. Miro
Veterans Service Center Manager

Email us at: baltimore.query@vba.va.gov

cc: DAV

06/07/2002

VAI Screen Print

Requested By

119

Date Taken: 05/28/2002 Date Due: 06/11/2002 File Number: [redacted] Payee: 00

Veteran Name: Walls, J G

Claimant Name (First, Middle Initial, Last, Suffix):
J G Walls

Inquirer Name (First, Middle Initial, Last, Suffix):

Inquirer Relationship:

Mailing Address: [redacted] Address Type: V

[redacted] [redacted]

Phone: [redacted] Remarks:

Issue Code: 110 Type Inquiry: CS -Claim Status

Special Issue: GW-Gulf War

School: Campus:

Course Type:

Inquiry Narrative:
EPC 119 outstanding since 12/2000...BDN processing stops @ 1/15/02 Files, location is RO313, claimants lst contact was a 'processing' ltr dtd 12/3/01...VAE performed 4/2001...what is the status of this claim? Why is BDN not up to date?

Originating RO: 372 Action Office: 313 Referral Date: 05/28/2002

Taken By:

Routing:
21

VAI Manager: VSDRJOHN
Assigned To: VSCTTHOR

Interim Response Date: By:

Date Answered: By: Type Response:

Response Narrative:

"I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL/CERTIFIED COPY RECEIVED (DATE) 3/18/02 WHICH HAS BEEN RETURNED TO THE SENDER."
SIGNED [signature]
TITLE Coach Team 2
USC, BALTIMORE, MD (313)

Mr. Jeffrey M. Walls [redacted]

Disable American Veterans
1120 Vermont Ave. N.W.
Rm. 1117
Washington D.C. 20425

Dear Mr. Gregory;

Oct. 12, 2001

I am writting this letter reguarding an urgent matter. I was realesed from the Millitary on September 31, 2000, and retired into the inactive duty reserve. For over 12 years I had suffered from a lower back pain. The pain at times is so severe that I would be bed ridden for days at a time. For 12 years I continued to perform my military duties while in pain. When I complained of the pain several Navy physicians informed me that ~~I mean~~ the pain was no ~~sevier~~ sever and posed no problems. ~~They~~ I was later told by the physician to continue with my assigned task. On July of 2000, prior to my realease into retirement, I began to have severe ~~seacese~~ pain in my lower ~~b~~ back. I was given an ~~and~~ MRI and process began by my doctor to have me ~~be~~ placed ~~in~~ on a medical hold status. I am not quite sure what took place next. However, I was not placed on medical hold and instead was realese from the military with a physical

RECEIVED
MAR 18 2002
Service Center
Varo Balto., MD.

119 pending 3-18-02

SSN: [redacted]

disability. During my final physical I stated my condition and never completed the ~~remainder~~ remainder of my physical, due to my condition. For a period of 10 months I could not function and ~~had~~ have to be assisted by my family. I had no income, and I was forced to rely on funds I had saved and my retirement.

I didn't know what the status was and still don't. all I know is that I didn't entered into the navy with this condition, and I should of not have been ~~sent~~ released in a condition such as ~~that~~ this.

The reason I am ~~writing~~ writing this letter to you is for ~~some~~ some type of guidance. I cannot afford an attorney ~~or~~ or someone to represent me in this matter. I would just like the navy to ~~due~~ due what they stated they would do. any assistance would be helpful, and thank you for your time.

God Bless

Sincerely

[signature]

Jeffrey [illegible]

RECEIVED
MAR 18 2002
Service Center
Varo Balto., MD.

2nd Request Attach (7-3-01) 313

Department of Veterans Affairs

# REQUEST FOR INFORMATION

1A. ADDRESS CODE

1B. TYPE OF CLAIM: S/C Compensation

2. SEPARATION FORMS ON FILE: [X] YES [ ] NO

3. DATA REQUESTED: [ ] SERVICE [X] MEDICAL [X] DENTAL [ ] CLINICAL [ ] OTHER

4. BRANCH OF SERVICE: [ ] ARMY [ ] NAVY [ ] AIR FORCE [ ] MARINE CORPS [ ] COAST GUARD [ ] NATIONAL GUARD (Army) [ ] NATIONAL GUARD (Air) [ ] OTHER (Specify)

FROM

5A. NAME AND ADDRESS OF VA REQUESTING OFFICE: Veterans Service Center, VA Regional Office (313), G H Fallon Federal Building, 31 Hopkins Plaza, Baltimore, MD 21201

5B. ORIGINATING UNIT: 313 VARO Baltimore

6. FILE NO. (Include prefix) [redacted]

7. INSURANCE NO.

8. LAST NAME - FIRST NAME - MIDDLE INITIAL (Under which served): WALLS, Jeffrey G

9A. ALL SERVICE NOS. [redacted]

9B. SOCIAL SECURITY NO. [redacted]

10. DATE OF BIRTH: 11-17-66

11. PLACE OF BIRTH: Chicago

12. DATE OF DEATH

| | 13. DATE ENTERED ACTIVE DUTY | 14. DATE SEPARATED FROM ACTIVE DUTY | 15. CHARACTER OF SEPARATION OR DISCHARGE | 16. LAST GRADE, RATE OR RANK AND ORGANIZATION |
|---|---|---|---|---|
| A. | 9/2/80 | 9/30/00 | Hon | E-4 Unk. |
| B. | | | | |
| C. | | | | |

| | 17. ALLEGED DISEASE OR INJURY | 18. DATES OF TREATMENT | 19. PLACE OF TREATMENT | 20. TYPE (Check) HOSPITAL | OP |
|---|---|---|---|---|---|
| A. | Lower Back | 3/85 | Yokosuka, Japan | | |
| B. | Left Knee | 3/85 | " " | | |
| C. | | | | | |

21. ADDITIONAL INFORMATION REQUESTED

If Negative Reply - Request that be stated.

Mail Activity Varo Balto., Md. (313) 14 2002

22A. SUBSEQUENT RESERVE OR RETIRED STATUS: [ ] NONE [ ] RESERVE OBLIGATION (Complete Item 22B) [ ] RETIRED (Complete Item 22C) [ ] UNKNOWN

22B. OBLIGATION TERMINAL DATE

22C. RETIRED STATUS: [ ] IN PAY STATUS [ ] NONPAY STATUS [ ] TEMPORARY DISABILITY RETIRED LIST [ ] RETIRED-STATUS UNKNOWN

23. DATE: 01-15-02

24. SIGNATURE AND TITLE OF VA OFFICIAL: A Milne VSC Mgr

ENDORSEMENT-VERIFICATION BY SERVICE DEPARTMENT (Check applicable box(es))

[ ] AVAILABLE REQUESTED RECORDS FORWARDED [ ] ITEMS 8, 9, AND 13 THROUGH 15 VERIFIED CORRECT [ ] ITEMS 8, 9, AND 13 THROUGH 15 VERIFIED CORRECT, EXCEPT:

VARO 313
THIS MATERIAL WAS INAPPROPRIATELY REFERRED TO THE RMC.
✓ VA CLAIMS FOLDER IS LOCATED AT YOUR OFFICE.
___ ALTHOUGH THE CLAIM FOLDER IS LOCATED AT RMC, WE CAN NOT PROCESS THE ATTACHED DOCUMENTS.
IF YOU REQUIRE THE CLAIM FOLDER PLEASE REQUEST IT THOUGH "COVERS"

Received 25 Mail Activity Varo Balto., Md. (313) ARS

| NO. OF ENCLOSURES | ORIG. | COPY | NO. ENCLS. (Cont.) | ORIG. | COPY | | DATE | SIGNATURE AND TITLE |
|---|---|---|---|---|---|---|---|---|
| HEALTH RECORDS | | | CLINICAL RECORDS | | | SERVICE INFORMATION | | |
| PHYSICAL EXAMINATIONS AT ENTRANCE | | | X-RAYS | | | | | |
| | | | DENTAL RECORDS | | | MEDICAL RECORDS | DATE | SIGNATURE AND TITLE |
| PHYSICAL EXAMINATIONS AT SEPARATION | | | MEDICAL RECORDS | | | | | |
| | | | OTHER RECORDS | | | | | |

EP 119 pending 01-30-02 HR

VA FORM DEC 1989 21-3101

Exception to SF 180 Approved by General Services Administration, March 1969

EXISTING STOCKS OF VA FORM 21-3101, OCT 1987, WILL BE USED.



00322

**Department of Veterans Affairs**

# REQUEST FOR INFORMATION

1A. ADDRESS CODE

1B. TYPE OF CLAIM: s/c [illegible]

2. SEPARATION FORMS ON FILE: [x] YES [ ] NO

3. DATA REQUESTED: [ ] SERVICE [x] MEDICAL [x] DENTAL [ ] CLINICAL [ ] OTHER

4. BRANCH OF SERVICE: [ ] ARMY [x] NAVY [ ] AIR FORCE [ ] MARINE CORPS [ ] COAST GUARD [ ] NATIONAL GUARD *(Army)* [ ] NATIONAL GUARD *(Air)* [ ] OTHER *(Specify)*

FROM — 5A. NAME AND ADDRESS OF VA REQUESTING OFFICE

5B. ORIGINATING UNIT: USNAH Yokosuka

6. FILE NO. *(Include prefix)* [redacted]

7. INSURANCE NO.

8. LAST NAME - FIRST NAME - MIDDLE INITIAL *(Under which served)*: WALLS, JEFFREY C

9A. ALL SERVICE NOS. [redacted]

9B. SOCIAL SECURITY NO. [redacted]

10. DATE OF BIRTH: 11-17-1962

11. PLACE OF BIRTH: Cincinnati

12. DATE OF DEATH

| | 13. DATE ENTERED ACTIVE DUTY | 14. DATE SEPARATED FROM ACTIVE DUTY | 15. CHARACTER OF SEPARATION OR DISCHARGE | 16. LAST GRADE, RATE OR RANK AND ORGANIZATION |
|---|---|---|---|---|
| A. | 1/2/1980 | 7/20/1980 | Hon | E-4 [illegible] |
| B. | | | | |
| C. | | | | |

| | 17. ALLEGED DISEASE OR INJURY | 18. DATES OF TREATMENT | 19. PLACE OF TREATMENT | 20. TYPE (Check) HOSPITAL | OP |
|---|---|---|---|---|---|
| A. | [illegible] | s/[illegible] | Yokosuka Japan | | |
| B. | [illegible] | [illegible] | Yokosuka [illegible] | | |
| C. | | | | | |

21. ADDITIONAL INFORMATION REQUESTED

22A. SUBSEQUENT RESERVE OR RETIRED STATUS: [ ] NONE [ ] RESERVE OBLIGATION *(Complete Item 22B)* [ ] RETIRED *(Complete Item 22C)* [ ] UNKNOWN

22B. OBLIGATION TERMINAL DATE

22C. RETIRED STATUS: [ ] IN PAY STATUS [ ] NONPAY STATUS [ ] TEMPORARY DISABILITY RETIRED LIST [ ] RETIRED-STATUS UNKNOWN

23. DATE: 7/5/01

24. SIGNATURE AND TITLE OF VA OFFICIAL: [illegible]

ENDORSEMENT-VERIFICATION BY SERVICE DEPARTMENT *(Check applicable box(es))*

[ ] AVAILABLE REQUESTED RECORDS FORWARDED [ ] ITEMS 8, 9, AND 13 THROUGH 15 VERIFIED CORRECT [ ] ITEMS 8, 9, AND 13 THROUGH 15 VERIFIED CORRECT, EXCEPT:

| NO. OF ENCLOSURES | ORIG. | COPY | NO. ENCLS. *(Cont.)* | ORIG. | COPY |
|---|---|---|---|---|---|
| HEALTH RECORDS | | | CLINICAL RECORDS | | |
| PHYSICAL EXAMINATIONS AT ENTRANCE | | | X-RAYS | | |
| | | | DENTAL RECORDS | | |
| PHYSICAL EXAMINATIONS AT SEPARATION | | | MEDICAL RECORDS | | |
| | | | OTHER RECORDS | | |

| | DATE | SIGNATURE AND TITLE |
|---|---|---|
| SERVICE INFORMATION | | |
| MEDICAL RECORDS | | |

VA FORM DEC 1989 **21-3101**

Exception to SF 180
Approved by General Services Administration, March 1969.

EXISTING STOCKS OF VA FORM 21-3101, OCT 1987, WILL BE USED.

3

00323

VA Form 21-6789 -E

**DEPARTMENT OF VETERANS AFFAIRS** **DEFERRED RATING DECISION**

| 1. TYPE OF CLAIM | 2. FILE NUMBER | 3. INITIALS AND SURNAME OF VETERAN |
|---|---|---|
| DISABILITY | [redacted] | JEFFREY G. WALLS |

| 4. DATE OF DEATH | 5. REGIONAL OFFICE NUMBER | 6. DATE OF THIS RATING |
|---|---|---|
| | 313 | 06/05/2001 |

**NOTE: THE RATING HAS BEEN DEFERRED PENDING RECEIPT OF DATA INDICATED BELOW**

**7. REASON(S) FOR DEFERRAL**

**8. EXPLANATION OF REASON(S) FOR DEFERRAL**

Please request service medical records from St. Louis, as stated on VAF 21-3101 received in this office on ~~10~~ 04-30-01.

Thanks,
rgl

CAPS

VA Request for Information

Dec 05 2000

Address Code: 31

Send Address: BUREAU OF NAVAL PERSONNEL
NPC 312
5720 INTEGRITY DRIVE
MILLINGTON TN 38055-3120

RMC Receipt Date:
Mar 30 2001

Return Address: DEPARTMENT OF VETERANS AFFAIRS (313)
FEDERAL BUILDING
31 HOPKINS PLAZA
BALTIMORE MD 21201

SSN: [redacted] Name: WALLS, JEFFREY GLEN

DOB: [redacted]
POB:
DOD:
Current Status: DCH
Terminal Date(Reserves):

| Service # | Name Served Under | Branch | Pay Grade | EOD | RAD | COD |
|---|---|---|---|---|---|---|
| [redacted] | WALLS JEFFREY GLEN | NAVY | E4 | 09/02/1980 | 09/30/2000 | HON |

End Product: 119 VA File #: [redacted]

VA Request:

Code: M04 SERVICE MEDICAL RECORDS NOT LOCATED RMC, FURNISH COMPLETE MEDICAL/DENTAL RECORDS IF ON FILE AT YOUR LOCATION

Response:

MEDICAL RECORDS AFTER 31JAN94 PROVIDED BY
DEPARTMENT OF VETERANS AFFAIRS
PO BOX 150950
ST LOUIS MO 63115

1/8
5/30/01

Enclosures: ( ) X-Rays ( ) Clinical Records
( ) Health Records ( ) Dental Records
( ) Entrance Physical ( ) Medical Records
( ) Separation Physical ( ) Other Records

Signature:
Title:
Date: 4/6/01

Military Personnel Technician
Navy Personnel Command (NPC 312)

00025

# Department of Veterans Affairs

## Request for Information

### General Information

| | | |
|---|---|---|
| Address Code: | File No.: [redacted] | Insurance No.: |
| VA Requesting Office: | | Requester ID: ADJSJONE |
| BALTIMORE RO | | Submit Date: 03/29/2001 |
| FEDERAL BUILDING | | |
| 31 HOPKINS PLAZA | | |
| BALTIMORE, MD 21201 | | |
| Veteran Name: WALLS, JEFFREY GLEN | SSN: [redacted] | Date of Birth: [redacted] |
| Place of Birth: | | Date of Death: |
| Claim Date: 12/05/2000 | | Receipt Date: |
| Branch Completion Date: | | Branch Completed By: |
| Overall Status: SU | | Overall Completion Date: |

### Period of Service Data for Branch: NAVY

| Name | SN | EOD | RAD | COD | Duty Status | RT Date | Retired Status | Pay Grade |
|---|---|---|---|---|---|---|---|---|
| WALLS, JEFFREY GLEN | [redacted] | 09/02/1980 | 09/30/2000 | HON | DCH | | | E4 |

### Request/Response Information

**REQUEST:** M04
SERVICE MEDICAL RECORDS NOT LOCATED RMC, FURNISH COMPLETE MEDICAL/DENTAL RECORDS IF ON FILE AT YOUR LOCATION

**RESPONSE:**

00326

DEPARTMENT OF VETERANS AFFAIRS
Baltimore Regional Office
Federal Building
31 Hopkins Plaza
Baltimore MD 21201

MAR 29 2001

In Reply Refer To: 313/21
CSS [redacted]
WALLS, Jeffrey G.

JEFFREY G. WALLS
[redacted]

Dear Mr. Walls:

On November 9, 2000, The Veterans Claims Assistance Act of 2000 (VCAA) was signed into law. This law establishes new duties for the Department of Veterans Affairs (VA) when you file an application for disability benefits.

The purpose of this letter is to notify you about this new law. We also want you to know that we will help you get evidence to support your recent claim for benefits. In this letter we will tell you what evidence is necessary to establish entitlement, what information or evidence we still need from you, and what you can do to help with your claim. It will also tell you when and where to send the information or evidence, what has been done to help with your claim, and who to call if your have questions or need assistance.

## VA's Duty To Notify You About Your Claim

The VCAA requires us to explain to you what information or evidence we need to grant the benefit you want. We will tell you when medical evidence is required. Medical evidence includes such things as doctors' records, medical diagnoses, and medical opinions.

We will tell you what necessary information or evidence you must give us, such as income information, or the names and addresses of doctors who treated you for your medical condition. We will also tell you what necessary information or evidence we will try to get for you.

## VA's Duty To Assist You Obtain Evidence For Your Claim

The law states that we must make reasonable efforts to help you get evidence necessary to support your claim. We will try to help you get such things as medical records, employment records, or records from other Federal agencies. You must give us enough information about these records so that we can request them from the person or agency who has them. It's still your responsibility to make sure these records are received by us.

We will also assist you by providing a medical examination or getting a medical opinion if we decide it's necessary to make a decision on your claim.



3/29/01

CSS [redacted]
Walls, Jeffrey G.

## What Must The Evidence Show To Establish Entitlement?

To establish entitlement for service connected compensation benefits, the evidence must show three things:

- *An injury in military service or a disease that began in or was made worse during military service, or an event in service causing injury or disease.* If we do not yet have them, we will get service medical records and will review them to see if they show you had an injury or disease in service. We will also get other military service records if they are necessary.

  *OR*

  For certain conditions, you don't have to show that you had an injury or disease in service. These are called "presumptive conditions." These are medical conditions that were first shown after service, not during service. For most of these conditions, the evidence must show that you were diagnosed with the condition within one year after you left military service. Longer time limits apply for certain other medical conditions.
- *A current physical or mental disability.* This can be shown by medical evidence or other evidence showing you have persistent or recurrent symptoms of disability. We will get any VA medical records or other medical treatment records you tell us about. If necessary, we may schedule a VA examination for you to get this evidence. You may also submit your own statements or statements from other people describing your physical or mental disability symptoms. We will review this evidence to see if it shows you have a current disability or symptoms of a disability.
- *A relationship between your current disability and an injury, disease, or event in service.* This is usually shown by medical records or medical opinions. We will request this medical evidence for you if you tell us about it. If appropriate, we may also try to get this evidence for you by requesting a medical opinion from a VA doctor, or you can give us a medical opinion from your own doctor.

## What Information Or Evidence Do We Still Need From You?

We need the following information from you:

- Complete, sign and return the enclosed VA Form 21-4142, "Authorization for Release of Information." Use a separate form for each doctor or hospital where you were treated.

## What Can You Do To Help With Your Claim?

You can help us with your claim by doing the following:

- tell us about any additional information or evidence that you want us to try to get for you.

CSS [redacted]
Walls, Jeffrey G.

- tell us if your address or phone number changes.

## When And Where Do You Send The Information Or Evidence?

Send the information describing additional evidence or the evidence itself to the address at the top of this letter by June 5, 2001. Please put your full name and VA file number on the evidence. If we don't receive the information or evidence within that time, we will decide your claim based only on the evidence we have received and any VA examinations or medical opinions.

If the information or evidence is received within one year from the date of this letter, and we decide that you are entitled to VA benefits, we may be able to pay you from the date we received your claim.

If the evidence isn't received within one year from the date of this letter, and we decide that you are entitled to VA benefits, we can only pay you from the date we receive the evidence.

## Do You Have Questions Or Need Assistance?

If you have questions or need assistance with this claim, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

If you call please refer to your VA file number [redacted]. If you write to us, please put your full name and VA file number on the letter. You can visit our web site at www.va.gov for more information about veterans' benefits.

We have no record of you appointing a service organization or representative to assist you with your claim. You can contact us for a listing of the recognized veterans service organizations and/or representatives. Veterans service organizations which are recognized or approved to provide services to the veteran community can also help you with questions; complete claim forms, etc.

Sincerely yours,

A. Miro
Veterans Service Center Manager

Enclosure(s): VA Form 21-4142(2)

Date: FEB 14,2001 Compensation and Pension Exam Report Page: 1
WASHINGTON.VA.GOV
** FINAL **
Processing time: 13
For GENERAL MEDICAL EXAMINATION Exam

Name: WALLS,JEFFREY G SSN: [redacted]
C-Number: [redacted]
DOB: [redacted]

Address: [redacted]

City,State,Zip+4: [redacted] Res Phone: [redacted]
Bus Phone: [redacted]

Entered active service: SEP 21,1980 Last rating exam date:
Released active service: SEP 30,2000

Priority of exam: Original SC

Examining provider: 1270
Examined on: FEB 7,2001

Examination results:

GENERAL MEDICAL - 98530
SPINE - 98531

A. MEDICAL HISTORY: Examinee is 38 years old and currently unemployed.

1. General health - fair.

2. Medications - Percocet and Vioxx.

3. Surgery - no major surgery.

4. Habits - he is a nonsmoker.

5. Low back - he states he has a 10-year history of low back pain. He relates this to being "blown off the flight deck" by an airplane while in the military. He states he was rendered unconscious and landed on a cat-walk area. He states that in August of last year, he noted an increase in the low back pain. Low back pain is now constant. He has a diagnosis of chronic low back strain. He states he had an MRI done at the Bethesda Naval Hospital in September of last year but he does not know the results.

B. SUBJECTIVE COMPLAINT: As above.

C. OBJECTIVE FINDINGS: A well-developed male. He walks, sits and stands slowly. He appears to be in some discomfort.

D. SPECIFIC EVALUATION:

1. Skin - no lesions appreciated.

2. Lymphatic - no cervical or groin adenopathy present.

3. HEENT - oral cavity and oropharynx are clear. PERRL. Fundi not well visualized.

4. Cardiovascular - pulse is 71 and regular, blood pressure 161/81 sitting. Auscultation reveals normal sinus rhythm, no murmurs appreciated.

Continued on next page
VA Form 2507