C&P Final Report

Page: 2

Name: WALLS,JEFFREY G SSN: [redacted] C-number: [redacted]
For GENERAL MEDICAL EXAMINATION Exam

Exam Results Continued

5. Respiratory system - lung fields clear to auscultation.

6. Digestive - abdomen is flat, bowel sounds decreased, no masses or tenderness. No perianal lesions seen.

7. Hernia - no inguinal hernia is present.

8. GU - normal circumcised male.

9. Neurologic - he is awake, alert and oriented times three.

10. Musculoskeletal: Lumbar spine - there is no tenderness to percussion. No postural abnormalities nor fixed deformities. Musculature appears symmetrical, no spasm. Range of motion - flexion 50, extension 10-15, right/left lateral flexion 20, right/left rotation 40. He complains of pain primary with the right and left rotation. Neurological deficits none noted. Persistent low back pain claimed. No weakness, fatigability, decreased endurance, incoordination, or flare-ups claimed. On examination, no tenderness to percussion are noted. Some pain on motion noted. No weakness, fatigability, decreased endurance, or incoordination noted.

E. DIAGNOSTIC TEST: X-rays of the lumbar spine will be ordered.
XR - levoscoliosis and mild straightening of normal curvature.
F. DIAGNOSIS: Persistent and increasing low back pain after trauma.
Diagnosis of chronic low back strain.

DR. BANDA

DD: 2/7/01
DT: 2/8/01
J#: 17292/FB/gek

This exam has been reviewed and approved by the examining provider.

VA Form 2507

Date: FEB 14,2001 Compensation and Pension Exam Report Page: 1
WASHINGTON.VA.GOV
** FINAL **
Processing time: 13
For SPINE (CERVICAL, THORACIC & LUMBAR) Exam

Name: WALLS,JEFFREY G SSN: [redacted](W1656)
C-Number: [redacted]
DOB: [redacted]

Address: [redacted]

City,State,Zip+4: [redacted] Res Phone: [redacted]
Bus Phone: [redacted]

Entered active service: SEP 21,1980 Last rating exam date:
Released active service: SEP 30,2000

Priority of exam: Original SC

Examining provider: 1270
Examined on: FEB 7,2001

Examination results:

Please refer to GENERAL MEDICAL EXAMINATION report for 2/7/01.

This exam has been reviewed and approved by the examining provider.

VA Form 2507

VETERANS AFFAIRS MEDICAL CENTER
50 IRVING STREET, NW
WASHINGTON, DC 20422

PAGE:1

RADIOLOGY/NUCLEAR MEDICINE REPORT

CASE NO:6731
PATIENT NAME:WALLS,JEFFREY G SSN:[redacted]
CLINIC/WARD:C&P BANDA-SURGERY REQUESTOR:BANDA,FRANCISCO P
EXAMINATION:SPINE LUMBAR DATE OF EXAM:FEB 7,2001 14:19
DATE REPORTED:FEB 7,2001 DATE ENTERED:FEB 8,2001 09:14
TECHNICIAN:CROSLAND,AMELIA J AGE:38

*************************************************************************************

THIS FORM REPLACES SF519a

(Case 6731 COMPLETE) SPINE LUMBAR (RAD Detailed) CPT:72110
Proc Modifiers : None
CPT Modifiers : None

Clinical History:
Ph LBP

Report:
LUMBAR SPINE

FINDINGS: Mild straightening of the normal physiologic curvature without signififant spondylolisthesis. The vertebral bodies and the intervetebral disc spaces are probably normal in height. Levoscoliosis is noted. The pedicles are relatively well maintained.

Incidentally noted, there is a moderate amount of retained feces. A left pelvic calcification is non-specific, but most likely represents phlebolith and/or thecolith.

Impression:
1. Levoscoliosis and mild straightening of the normal physiologic curvature.

T: 02/08/01 /vdg

Primary Diagnostic Code:

Primary Interpreting Staff:
LEROY WILLIAMS, radiologist (Verifier)

/VDG

VAMC,WASH DCWASHINGTON
Name:WALLS, JEFFREY G
SSN:[redacted]
Date[redacted] 14:19

VAF 10-9034 VICE SF 519B RADIOLOGY/NUCLEAR MEDICINE REPORT

00333

NNMC BETHESDA MD. ID:301-295-9189 JAN 29'01 12:41 No.005 P.02

☆U.S. GOVERNMENT PRINTING OFFICE 1995-624-566

Department of Veterans Affairs

**INFORMATION RE VETERAN IN UNIFORMED SERVICES HOSPITAL**
**(REQUEST BY DEPARTMENT OF VETERANS AFFAIRS)**

| | | | |
|---|---|---|---|
| TO | 1. NAME AND LOCATION OF UNIFORMED SERVICES HOSPITAL OR DISPENSARY<br>National Naval Medical Center<br>Bethesda, MD 20889 (Dr. Susan Cullom) | FROM | 2. NAME AND ADDRESS OF VA REGIONAL OFFICE OR CENTER<br>Dept of Veterans Affairs 313/21<br>31 Hopkins Plaza, Baltimore, MD 21201 |

**PART I - IDENTIFYING DATA**

| | | |
|---|---|---|
| 3. LAST - FIRST - MIDDLE NAME OF VETERAN<br>Walls, Jeffrey G. | 4. SERVICE NUMBER | 5. SOCIAL SECURITY NUMBER<br>[redacted] |
| 6. BRANCH OF SERVICE<br>Navy / 7. VA FILE NUMBER<br>C- [redacted] | 8. REGISTER NUMBER | 9. DATE OF HOSPITAL ADMISSION |

**PART II - INFORMATION REQUESTED**

NOTE: Return requested information to the VA Office shown in Item 2 above.

| | | | |
|---|---|---|---|
| ✓ | 1. HOSPITAL REPORT (Narrative Report) | | |
| | 2. 21-DAY CERTIFICATE (Submit page 2 of this form) | | |
| | 3. NOTICE OF DISCHARGE (Submit page 3 of this form) | | |
| ✓ | 4. REPORT OF EXAMINATION CONDUCTED (Enter date in Item 4A) | 4A. DATE | |
| ✓ | 5. REPORT OF OUTPATIENT TREATMENT (Enter dates in Items 5A and 5B) | 5A. FROM<br>01/01/2000 | 5B. TO<br>Present |

| | |
|---|---|
| DATE<br>1/29/2001 | SIGNATURE OF ADJUDICATION OFFICER<br>A. Mixa Service Center Manager |

VA FORM AUG 1990 **21-8359** EXISTING STOCKS OF VA FORM 21-8359, SEP 1986, WILL BE USED REQUEST BY VA-1

*** TRANSMISSION REPORT ***

JAN-29-01 10:22 ID:4102304542 BALTIMORE ADJUDICATION

JOB NUMBER 253

INFORMATION CODE OK

| | | | |
|---|---|---|---|
| TELEPHONE NUMBER | [redacted] | | |
| NAME(ID NUMBER) | [redacted] | | |
| START TIME | JAN-29-01 10:21 | | |
| PAGES TRANSMITTED | 002 | TRANSMISSION MODE | ECM |
| RESOLUTION | STD | REDIALING TIMES | 00 |
| SECURITY | OFF | MAILBOX | OFF |
| MACHINE ENGAGED | 00'53 | | |

THIS TRANSMISSION IS COMPLETED.

LAST SUCCESSFUL PAGE 002

DEPARTMENT OF VETERANS AFFAIRS
REGIONAL OFFICE
FEDERAL BUILDING
31 HOPKINS PLAZA
BALTIMORE MD 21201

THE CITY THAT READS

# Facsimile Cover Sheet

To: National Naval Medical Center
Company: In-Patient Correspondence
Phone: 301 295-4611
Fax: 301 295-9189

From: Veteran Service Center 313/21
Company: U.S. Department of Veterans Affairs
Phone: 410-230-4530
Fax: 410-230-4542

Date: 1/29/01
Pages including this cover page: 2

Comments:

00035

DEPARTMENT OF THE NAVY
OFFICE OF THE JUDGE ADVOCATE GENERAL
1322 PATTERSON AVENUE SE SUITE 3000
WASHINGTON NAVY YARD, DC 20374-5066

# FAX COVER SHEET

DATE: 24 OCT 05 TIME:

FROM: LT Marc Rosen

TO: BCNR

OFFICE NUMBER: FAX NUMBER: 703-614-9857

CASE NAME: 8381-05

NUMBER OF PAGES (INCLUDING COVER SHEET):

COMMENTS: WALLS MEDICAL RECORD INFO.

Replies or inquiries may be directed to sender at:

FAX: (202)685-5472
DSN: 325-5472

PHONE: (202)685-5450
685-5450

00336

NAVY PERSONNEL COMMAND

9700 PAGE AVENUE, ROOM 5409
ST. LOUIS, MO 63132-5100

COMM: (314) 592-1150, EXT ~~4084~~ 4009
FAX: (314) 592-1151
DSN: 892-XXXX

Page __ of __

Date: 27 Jul 05

TO: David German
DSN 882-2615

SUBJ: Walls Jeffrey G

All searches for military health Record were negative
~~No Record of Inpatient Stay for use in reconstruction~~
Have located some outpatient Retiree Record from the VA Regional Ofc in Baltimore — VA obtained from Med Ctr at Bethesda
enl & separation physicals are located on EMPRS
NRPC has no Record
Vet's last duty Station was Reserve Ctr in DC

[signature]
Supv Human Resources Specialist

"Warning: Many fax machines produce copies on thermal paper. The image produced is highly unstable and will deteriorate significantly in a few years. It should be copied on plain paper copier prior to filing as a record.

C/D

Files 9-24-02

**Thornton, Thomas, VBABALT**

From: VAVBASTL/RMC/RCD
Sent: Wednesday, June 19, 2002 12:38 PM
To: Thornton, Thomas, VBABALT
Subject: RE: C-file location - RE: WALLS, Jeffery

SMR is a no record at RMC.

---

From: Thornton, Thomas, VBABALT
Sent: Monday, June 17, 2002 8:35 AM
To: VAVBASTL/RMC/RCD
Subject: C-file location - RE: WALLS, Jeffery

RE: WALLS, Jeffery G [redacted]

Veteran retired -08-30-00.
Claim date - 12-05-00
Requested SMRs from StL as not located at RMC 03-29-01 address code 31
with reply to cntoact Dept of VA, St L.
Requested with hard copy 3101 07-31-01 with no reply
Requested with hard copy 3101 01-15-02 with reply that they were at 313.
No SMRs at 313. BINQ Loc screen does not show SMR here.
Veteran claims he does not have any copies of his medical records.
Claim is amost 2 years old.
Please search for SMRs and if not found. , show location or return with negative reply

Thank you for any assistance.

CAPS

attach mail 06-20-02 tlt

JUL-27-05 12:47 FROM-VA RM210 OFFICE 410 [illegible] T-[illegible] P.004/031 F-400

[redacted] [redacted]

HEALTH RECORD

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| AUG 01 | S 37 yo ♂ c CLBP & CLE pain s/p [illegible] |
| 155/98 | [illegible] 1/01 c improvement [illegible] PT [illegible] |
| 58 | MUCH improvement [illegible] |
| 100% | persistent LLE pain. This pain is [illegible] |
| N | from L low back to L lat thigh & L post thigh. [illegible] |
| [illegible] | paresthesias / loss of sensation |
| [illegible] Pen | |
| | O AAO×3 and [illegible] |
| 2/10 | -5/5 strength, Nl sensation |
| | -TTP L [illegible] Low Back; [illegible] |
| | - L facet loading |
| | A/P 37 yo F c CLBP [illegible] c Myofascial L Flank Pain |
| | 1 TPI 2 cc .25% Bupi c 2 mg [illegible] MPA x I |
| | 2 F/U 4 wks |
| | 3 Consider Motrin |
| | 4 Motrin 800 mg PO TID x 10 days then PRN |
| | 5 Continue PT as tolerated. |
| | [signature] GIBBENS 1221 |
| | CAPACCHIONE |
| | [signature] |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

[illegible]ALLS, JEFFERY

(20) [redacted]

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial) | SEX

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84) Prescribed by GSA and ICMR

00339

[redacted] [redacted]

nal Data - Privacy Act 1974 (PL 93-579) Printed date: 13 Oct 2000@1342
Page: 1

RADIOLOGIC EXAMINATION REPORT

ient: WALLS,JEFFREY GLEN
FMP/SSN: 20/[redacted]

---

BETHESDA, MD
dure: MRI, L-SPINE W/O CONTRAST
sted by: CULLOM,SUSAN C
Clinic: MIL FAM HLTH BE

N MAGNETIC RESONANCE IMAGIN
Exam Date: 31 Aug 2000@1653
Status: COMPLETE
Exam #: 00089860
Pregnant:

: for Order:
› black male ACDU with c/c of long hx low back pain. plain films show
ed lumbar scoliosis with transitionl L4-5 vert. pt with SI joint
n. continues with severe left sided back pain. no relief with chiro,PT
: r/o disc dx as well or other pathology

Comment:

---

Code: See Radiologist's Report on SF 519-A

:

QUE: MRI of the lumbosacral spine utilizing standard disk/cord
ol. No similar prior studies available for comparison.

GS: There are bilateral riblets at the T12 vertebral body. There is an
ed scoliosis of the lumbosacral spine. The vertebral bodies are
ise well aligned, and the vertebral body marrow signal is normal. The
terminates at the mid portion of the L1 vertebral body. The visualized
of the cord demonstrates normal signal intensity and contour. There
reased signal intensity of the L4-5 intervertebral disk consistent with
tion. The remainder of the intervertebral disks demonstrate normal
intensity.

L1-2 level, the neural foramina are widely patent, as is the central
There is mild facet arthropathy at this level.

L2-3 level, there is mild facet arthropathy, but the central canal and
foramina are widely patent.

L3-4 level, there is mild stenosis of the central canal due to
al facet arthropathy. The neural foramina are patent bilaterally.

L4-5 level, there is mild central canal stenosis. The left neural
is mild to moderately stenotic secondary to facet arthropathy, and
s moderate subarticular recess narrowing on the same side.

L5-S1 level, the right neural foramen is not completely imaged,
, there is mild to moderate stenosis identified on this side. There is

---

1[15]/72 ... 62 ... 17 ... 95.4 ... 56

34 y/o ♂ c/o ... knee pain x 3 wks.

PCN

S) 36 y/o (B) AD/USN c/o (L) Knee pain x 3 weeks. Reports pain worse in AM; ... exercise. ... no recent trauma. Previous x-rays 1 ... ago WNL.

N/S

O) WDWN, NAD. USS ... antalgic gait.

| | R | L |
|---|---|---|
| effusion | ∅ | none |
| crepitus | none | mild |
| McMurray's | neg | neg |
| varus/valgus | stable | stable |
| ... | none | neg |
| ASL | neg | neg |
| PSL | neg | neg |
| patellar tendon | WNL | (+) TTP |

Imp/Plan PFPS

- motrin 800 mg ... po TID ... /milk
- ICE
- Reduce running

KEVIN R POOLE ... PHYSICIAN ASSISTANT

SION: BMC WASHINGTON NA
Automated Version of SF600

TNAVMEDCEN BETHESDA MD
rsonal Data - Privacy Act of 1974 (PL 93-579)
Printed: 18 Mar 1999@0828

18 Mar 1999 0830 SDA BHA4

.IMARY CARE NY WELLS,KARIN C
CMT: j-d
IF:
)M: knee problem
JSURANCE YES/NO:
): 162/90 PULSE: 77 RESP: 14 TEMP: 97.5 HT: 72 WT: 198 AGE: 36

.LERGIES:

36 yo ♂ c̄ 10 year h/o progressively worsening Ⓛ knee pain. Pain occurs on waking in the mornings and goes away c̄ activity. He also has Ⓛ knee stiffness in the mornings. Much improved c̄ jogging / biking. He had Ⓛ knee injury in 1985 causing swelling & pain which improved c̄. physical therapy. He has had a couple of episodes of locking over the years. One mild swelling.

ADDITIONAL COMMENTS:

Exam

Ⓛ knee: ∅ e/e/e/e, FROM
⊕ medial jt line ttp ⊖ grind
∅ varus / valgus laxity
Lachman ⊖, AD⊖, MacMurray ⊖

A/P) Probable arthritis, post-traumatic

- x-ray Ⓛ knee
- May consider MRI (MJL tenderness)
- f/u after x-ray

KARIN WELLS
LT MC USN
[illegible]-78-8382

20/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 WALLS, JEFFREY MALE
Sptr: WALLS, JEFFREY
N11
W: [redacted]
H: [redacted]
CIC:
Deal: 001
D: [redacted]

ARY CARE NT JORDAN, ...EPH P 20 May '99 1030 FU BHA4

CMT: j-d

f/u 1 knee

RANCE YES/NO:

PULSE: 51 RESP: 17 TEMP: 96.8 HT: WT: AGE:

RGIES: PCN

35 y/o ♂ c/o chronic (L) knee pain, who presents c̄ persistent (L) knee and locking x 7 months. Pt. states in 1985 he was blown off flight deck and injured (L) knee c̄ pain and edema. Pt. has had intermittent pain since accident, but pain and [illegible] have persisted continuously since 10/98. Pt. states that it has given way several times since then and has had 2 episodes of locking. Pt. denies weakness, numbness, tingling, or other injury. Pain is worse in morning and improves c̄ daily activities.

TIONAL COMMENTS:

General: WD WN ♂ in NAD
(L) knee: ⊕ edema ⊕ [illegible] ⊕ [illegible]
[illegible] ⊕ [illegible] ⊕ [illegible] ⊕V/V
Lachman: Neg McMurray: Neg [illegible] ⊕ pain c̄ [illegible]

(A): (L) knee pain [illegible] TID
(P): (1) [illegible]
(2) Physical therapy ~ 28 May 99 at 0730
(3) Consider MRI for r/o ACL tear.
(4) RTC p̄ PT appt. for [illegible]

WALLS, JEFFREY [redacted] M11
[redacted] MALE W: [redacted] H: [redacted]
Spon: WALLS, JEFFREY CIC:
CS: Rank: PO1 D: [redacted]
Unit: USS COLE DDG 67 RR: WASHINGTON NAVY YARD ACDU RECD

NAVMEDCEN BETHESDA MD DIVISION: BMC WASHINGTON NA

JUL-27-05 14:48 FROM-VA MEDIC... 410 ... 4946

...nal Data - Privacy Act ... ...nted: 08 Jun 1999@0636

...RY CARE NY POOLE,KEVIN R 08 Jun 1999 0830 ROU BHA4

CMT: tsa

back pain
...ANCE YES/NO:
38 74 PULSE: 58 RESP: 16 TEMP: 98.2 HT: WT: AGE:

...RGIES: PCN

S) 36 y/o (B)♂ AD/USN presents 2 week Lower Back pain. Pt reports pain usually ... worse while driving/sitting. Today however pain is not present. Pain stopped on 05 Jun 99 prior to appt however pt wishes Chiropractic Eval. Pt denies Bowel/Bladder/Erectile Dysfunction

O) WDWN, NAD, s̄ antalgic gait

Exam deferred

...ITIONAL COMMENTS:

Imp/plan Low Back Pain
- Referral for Chiropractic Clinic @ NNMC.
- pt meets full criteria
- Scheduled for 15 Jun 99 @ 1400

KEVIN R. POOLE
EPN / MSG / USN
FA-C ...

WALLS,JEFFREY [redacted] MALE
Spon: WALLS,JEFFREY
CS:
Unit: USS COLE DDG 67

NII
W: [redacted] H: [redacted]
CIC:
Rank: PO1 D: [redacted]
RR: WASHINGTON NAVY YARD ACDU RECD

[redacted]

...600

00344

**************ATTENTION******** **************
* THIS REPORT IS PENDING APPROVAL BY RADIOLOGY AND *
* SHOULD NOT BE INTERPRETED AS THE FINAL REPORT. *
*************************************************************

*ASAP*
Procedure: LS SPINE SERIES (2) Exam #: 99063138
Reason for Order: Exam Date: 15 Jun 1999@112
Chronic lower back pain, gradually increasing with time. No Hx of recent trauma. Sciatic neuralgia extends to lower posterior thigh b/l.

Order Comment:
Result Code: See Radiologist's Report on SF 519-A

LS SPINE SERIES - 15 JUNE 1999

FINDINGS: Provided are multiple views of the lumbar spine, which demonstrate tiny 12th ribs and five nonrib-bearing vertebrae. There is a significant

ss Save New pgDn Print nExtPt Fwd deVice Help eXit
ew the next page of this result.

00345

ISAP* LS SPINE SERIES

```
*************  *********ATTENTION*******   *************
*  THIS REPORT IS PENDING APPROVAL BY RADIOLOGY AND  *
*   SHOULD NOT BE INTERPRETED AS THE FINAL REPORT.   *
******************************************************
```

S-shaped lumbar scoliosis with right convex apex at L4-5 and less severe compensatory curve left convex L2-3. This may be due to transitional L4-5 vertebra. Probable SI joint erosions are seen bilaterally. CT or Ferguson views may be helpful for further evaluation.

IMPRESSION:

1.) Transitional lumbar anatomy with S-shaped scoliosis, as described above.
2.) SI joint erosions. CT or Ferguson views recommended to rule out sacroileitis.

D: 15-June-99 T: 16-June-99 7S21:RSI:lgb

oss Save New pgUp pgDn Print nExtPt Fwd deVice Help eXit
iew the next page of this result.

File

JUL-27-05 12:49 From-VA Region/ Tice

2/15/99 146165-6

**S**

[ ]Headache
[ ]Neck Pain
[ ]Upper back pain
[ ]Mid-back Pain
[X]L.B.P.
[ ]Shoulder Pain
Date of onset
1991

Onset
[ ]Lifting E927
[ ]MVA
[ ]Slip, Trip, Fall E885
[✓]Insidious
[ ]Bending, Twisting E927
[✓]Prolonged Sitting ↑ L-R
[ ]Situational Anxiety

worse over last year & especially last x1 week



**O**

| | L | R |
|---|---|---|
| Yeoman's | | |
| Ely's | | |
| Fem. N. Stretch | | |
| Gaenslen's | | |
| Seated L.R. | 90 | 90 |
| S.L.R. | 70 | 75 |
| Kemp's | — | + |
| C-compression | | |
| C-distraction | | |
| IVF compression | | |
| Shoulder Depress'n | | |
| George's | | |
| DTR's | | |
| Achilles | 2 | 2 |
| Patellar | 2 | 2 |
| Radial | 2 | 2 |
| Biceps | 2 | 2 |
| Triceps | 2 | 2 |

Heel & Toe Raise Intact [ ]
Gait WNL[✓] Impaired[ ]
Miner's Sign[+]
Valsalva [—]
Soto-Hall [+]
Antalgic Posture [ ]

Recovery —

Spinal Fixations

L R





**A**

[ ] Cervical sprain/strain847.0 [ ]Thoracic sprain/strain 847.1[ ] Lumbar sprain/strain847.2 [ ]S.I.Sprain/Strain
[ ]Cervicalgia723.1 [ ]Cervicobrachial Synd.723.3 [ ]Cervicocranial Synd. 723.2 [ ]Torticollis 723.5
[ ]Thoracalgia724.1 [ ] Intercostal Neuralgia724.4 [✓]Lumbalgia724.2 [ ]Sciatica724.3 [ ]Carpal Tunnel S
354.0

R/O DDD L5-S1

**P**

[✓]Chiropractic Manipulative Therapy[ ] C-Spine [ ] T-Spine A-P [ ]T-Spine P-A [ ]Logan L/R [✓]L-Spine
[✓]SI Joint________ [ ]Pelvic Wedges________ [ ] Pelvic Drop [ ]Ultrasound [✓
Electrical Muscle Stimulation________ [ ]Manual Cervical Traction [ ]Traction Inertial /Flexion[ ]Cryo
[ ]Massage [ ]Hydroculator Pack [ ]Ice Pack [ ]Diathermy [ ] Exercise Instruction________
________ [ ]Back Care Instruction [ ]Neck Care Instruction

Follow-up Visit 7 Days Weeks Months PRN Release

7210 Requested

William E. Morgan

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial): WALLS, JEFFREY
SEX: M
RELATIONSHIP TO SPONSOR: SELF
STATUS:
RANK/GRADE: AD
SPONSOR'S NAME:
ORGANIZATION:
DEPART./SERVICE:
SSN/IDENTIFICATION NO: 20[redacted]
DATE OF BIRTH:

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600

00347

SYMPTOMS DIAGNOSIS TREATMENT TREATING ORGANIZATION

[ ]Headache
[ ]Neck Pain
[ ]Upper back pain
[ ]Mid-back Pain
[ ] L B P
[ ] Shoulder Pain
Date of onset

Onset
[ ]Lifting E927
[ ]MVA
[ ]Slip, Trip, Fall E885
[ ] Insidious
[ ] Bending, Twisting E927
[ ] Prolonged Sitting
[ ]Situational Anxiety



| | L | R |
|---|---|---|
| Yeoman's | | |
| Ely's | | |
| Fem. N.Stretch | | |
| Gaenslen's | | |
| Seated L.R. | | |
| S.L.R. | | |
| Kemp's | | |
| C-compression | | |
| C-distraction | | |
| IVF Compression | | |
| Shoulder Depression | | |
| George's | | |
| DTR's | | |
| Achilles | | |
| Patellar | | |
| Radial | | |
| Biceps | | |
| Triceps | | |

Heel & Toe Raise Intact [ ]
Gait WNL[ ] Impaired[ ]
Minor's Sign[ ]
Valsalva [ ]
Soto-Hall [ ]
Antalgic Posture [ ]

**Spinal Fixations**

L R





[ ] Cervical sprain/strain847.0 [ ]Thoracic sprain/strain 847.1[ ] Lumbar sprain/strain847.2 [ ]S.I.Sprain/Strain 847.3
[ ]Cervicalgia723.1 [ ]Cervicobrachial Synd.723.3 [ ]Cervicocranial Synd. 723.2 [ ]Torticollis 723.5
[ ]Thoracalgia724.1 [ ] Intercostal Neuralgia724.4 [ ]Lumbalgia724.2 [ ]Sciatica724.3 [ ]Carpal Tunnel Syn. 354.0

[ ]Chiropractic Manipulative Therapy[ ] C-Spine [ ] T-Spine A-P [ ]T-Spine P-A [ ]Logan L/R [ ]L-Spine______ [ ]SI Joint______ [ ]Pelvic Wedges______ [ ] Pelvic Drop [ ]Ultrasound [ ]EMS Electrical Muscle Stimulation______ [ ]Manual Cervical Traction [ ] Traction Inertial /Flexion[ ]Cryotherapy [ ]Massage [ ]Hydrocculator Pack [ ] Ice Pack [ ]Diathermy [ ] Exercise Instruction______ [ ]Back Care Instruction [ ]Neck Care Instruction

Follow-up Visit____ Days ____ Weeks ____ Months ____ PRN ____ Release

William E. Morgan, D.C

JUL-27-05 12:50 From-VA KSGIT OFFICE 410 Z40 4542 T-384 P.010/031 F-400

24/ 7Y

**S**

[ ] Headache
[ ] Neck Pain
[ ] Upper back pain
[ ] Mid-back Pain
[✓] L.B.P
[ ] Shoulder Pain
Date of onset

Onset
[ ] Lifting E927
[ ] MVA
[ ] Slip, Trip, Fall E885
[ ] Insidious
[ ] Bending, Twisting E927
[ ] Prolonged Sitting
[ ] Situational Anxiety



**O**

| | L | R |
|---|---|---|
| Yeoman's | | |
| Ely's | | |
| Fem. N.Stretch | | |
| Gaenslen's | | |
| Seated L.R. | | |
| S.L.R. | | |
| Kemp's | | |
| C-compression | | |
| C-distraction | | |
| IVF Compression | | |
| Shoulder Depress. | | |
| George's | | |
| DTR's | | |
| Achilles | | |
| Patellar | | |
| Radial | | |
| Biceps | | |
| Triceps | | |

Heel & Toe Raise Intact [ ]
Gait WNL [ ] Impaired [ ]
Miner's Sign [ ]
Valsalva [ ]
Soto-Hall [ ]
Antalgic Posture [ ]

Spinal Fixations






**A**

[ ] Cervical sprain/strain 847.0 [ ] Thoracic sprain/strain 847.1 [ ] Lumbar sprain/strain 847.2 [ ] S.I. Sprain/Strain
[ ] Cervicalgia 723.1 [ ] Cervicobrachial Synd. 723.3 [ ] Cervicocranial Synd. 723.2 [ ] Torticollis 723.5
[ ] Thoracalgia 724.1 [ ] Intercostal Neuralgia 724.4 [ ] Lumbalgia 724.2 [ ] Sciatica 724.3 [ ] Carpal Tunnel S
354.0

Scolios

**P**

[✓] Chiropractic Manipulative Therapy [ ] C-Spine [ ] T-Spine A-P [ ] T-Spine P-A [ ] Logan L/R [✓] L-Spine
[✓] SI Joint ______ [ ] Pelvic Wedges ______ [ ] Pelvic Drop [ ] Ultrasound [✓]
Electrical Muscle Stimulation ______ [ ] Manual Cervical Traction [ ] Traction Inertial /Flexion [ ] Cryo
[ ] Massage [✓] Hydroculator Pack [ ] Ice Pack [ ] Diathermy [ ] Exercise Instruction ______
______ [ ] Back Care Instruction [ ] Neck Care Instruction

Follow-up Visit ___ Days ___ Weeks ___ Months ___ PRN ___ Release

William E. Morgan

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

| PATIENT'S NAME (Last, First, Middle initial) | SEX |
|---|---|
| WALLS, JEFFREY | M |
| RELATIONSHIP TO SPONSOR: SELF | STATUS: AD | RANK |
| SPONSOR'S NAME | ORGANIZATION |
| DEPART./SERVICE: USN | SSN/IDENTIFICATION NO: [redacted] | DATE |

CHIROPRACTIC RECORD OF MEDICAL CARE

STANDARD FORM 600 Prescribed by GSA and ICMR FIRMR (41 CFR) 101-11.6

00349

143/81 58 16 97.5

NKDA

oTrin 36 yo AD ♂ here for document review for application to MD State police. Pt last seen 8JUN99 for LBP. LS films show scoliosis and SI jt. erosion. CT recommended. CT scheduled for 12 aug. Pain improved. ↓ c̄ exercise. Pt scored outstanding on all prior PRT's including 4/30/99 and is capable of performing all required elements of MD State Police fitness test.

Exam deferred

Plan: ① forms signed
② schedule f/u p̄ CT scan
③ cont NSAIDS prn

MCCOY, KELLY L
LT, MC, USNR
3006/2105

138/84 67 18 97.6 6 201 37

S/ 37 y/o AD ♂ ē 3 day Hx of Ⓛ knee pain. Denies swelling, bruising, locking. ↑ pain when knee bend for longer than 1 hr. PT States that when he runs, knee feels better. Pain is located above knee cap. Denies Hx of trauma, surgery or recent injury to Ⓛ knee

O/ WDWN, NAD, AOx3, VSS
Gait - slight limp
∅ abn noted on visual exam of knees.
Ⓛ knee: ∅ ballotement
FROM of knee
DTR's 2+ to lower extremity
motor 5/5
neurovascular / sensory intact
ACL/PCL intact - ∅ laxity
V/V ∅ pain
McMurrays: ∅ pain
∅ jt line pain
atrophy of Quads




Imp/ Quadracep tendonitis
overuse

LOP 8½/10

SPO2 99
PULSE: 53
4/22
SIGNS: PCN

15

TIDINE - PO 150 mg
PROM PO 500 mg
QUINOL/HL 1% TOP CREA
CORTISONE VALERATE 0.2% - TOP CR 15gm, DAB

ROS
ø

S: 31 yo ♂ recently retired ē long h/o LBP (10 yrs) ⊕ radiation to Ⓛ leg to knee; described as burning constant ē exacerbations by movement (flex in / extension)
Numerous c/s ⇒ MFPS ø surgery ...

O: Guarded gait
⊕ mild pain behaviors ⊕ TTP Paraspinal → spasm
⊕ straight leg
NL reflexes
LE full strength (hampered by pain ē some movement)
⊕⊕ facet loading

L1: facet arthropathy
- foraminal stenosis
mild central canal stenosis

A/p: difficult to discern 1° cause of pain but clearly multifactorial — MFPS vs Radicular vs facet
In consideration of radicular component - schedule LES / ...
Motrin today, ... consider TPI
Consider facet blocks ... LESI if ... minimal improvement
- D/c motrin → start Vioxx 25 mg PO qd # 30 ZF

... Anderson MD

Jul-27-05 12:51 From-VA Regions /tice

DIVISION:

VIDER: CULLOM, SUSAN

Clinic
301-295-0196

BLEM LIST:

Tob: Ø

ergies: PCN
Ly identified:

ective: BP (Sit/Stand): 134/69 Pulse: 63 Resp: 16 Temp: 98°
BP (Supine): / Ht: 61 Wt: 187 LMP:

| Current Outpatient Medications: | Ref | Last Fil |
|---|---|---|
| ITIDINE--PO 150MG TAB,TBD #60 RF1 | 1 | 10/26/99 |
| JPROFEN--PO 800MG TAB,TT #30 RF1 | 1 | 12/17/99 |
| DOQUINOL/HC (VYTONE) 1%--TOP CREA,AAA AS DIRECTED ON:TUBE #1 RF | 1 | 07/12/00 |
| DROCORTISONE VALERATE 0.2%-TOP CR 45GM,AAA BID | 2 | 07/26/00 |

ason for Appointment: lower back problems
year old MALE with SDA appointment.- saw Neurosurg - no surg Rx at present. Had to reschedule. Pain Appt.- has for next wk. Darvocet making him feel fatigued etc.

See Neurosurg. © (+) (L) paraspinous muscle spasm

(A) (1) Lumbosacral strain

(P) (1) Rx Toradol 10 mg (T) TID c food - D/c motrin while taking

(2) f/u c Pain Man, next wk

20/[redacted] NII [redacted]
Cullom CAPT MC

ALLS, JEFFREY GLEN
[redacted]
ALLS, JEFFREY GLEN
ESERVE CTR AFRC
ERSONAL DATA - PRIVACY ACT OF 1974 (PL-93-579)

PO1 A
WASHINGTON NAVY YARD ACDU RECD

(202) (301) 295-0284/2658

00353

Jul-27-05 12:51 From-VA Region ffice 09 Aug 200 0945 SDA

FAM HLTH BE CULLOM, SAN C CMT:

back/pain
RANCE YES/NO:

26/67 PULSE: 59 RESP: 16 TEMP: 97.4 HT: 71" WT: 190 AGE: 37

RGIES: PCN

ds: Motrin 800mg
Darvocet 100mg

3: Ø
15: Ø

ITIONAL COMMENTS: 37 y/o ♂ c hx of 10 wks ago of L-sided knee + low back pain. Seen at Andrews AFB x 2 in ER - had injections - did have x-rays of back/knee - Θ. Moving 150 equipment boxes ago - no major lifting. Long hx L knee pain x past 10+ yrs. See prior entries - LS spine c scoliosis, SI jt erosion. Did not have CT scan. Transitl L4-5 vert as well. Retiring Sep 00, joining MD State police - passed PE. On motrin + Darvocet

@ alert, WH
Back c obvious scoliosis - S shape LS spine
Pain c flex/extens + Ⓛ PSIS

Ⓐ ① Scoliosis lumbar spine
② SI jt erosion
③ Transitl L4-5 vert

**EDUCATION GIVEN**
Instructions given as per plan? yes ___ no ___
Teaching method? Verbal ___ Written ___ Other ___
Patient indications under standing? yes ___ no ___
Patient education not necessary. ___

(signature)
Cullom MC [illegible]

0/ [redacted] WALLS, JEFFREY GLEN N11
[redacted] MALE W: [redacted] H: [redacted]
Spon: WALLS, JEFFREY GLEN CIC:

00354

Jul-27-05 12:51 From-VA REGION /TILE

NSN 7540-00-634-4165

-113

MEDICAL RECORD

# REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES

IDENTIFICATION

OPERATION OR PROCEDURE

Lumbar Epidural Steroid Injection Series

STATEMENT OF REQUEST

The nature and purpose of the operation or procedure, possible alternative methods of treatment, the risks involved, and the possibility of complications have been fully explained to me. I acknowledge that no guarantees have been made to me concerning the results of the operation or procedure. I understand the nature of the operation or procedure to be _(Description of operation or procedure in layman's language)_

~~Placement of a needle into my back near the spine and injection of medication into the space that~~ surrounds the spinal cord. X-ray may be utilized and contrast dye, steroid and local anesthetic may be injected

which is to be performed by or under the direction of Dr. Williams

I request the performance of the above-named operation or procedure and of such additional operations or procedures as are found to be necessary or desirable, in the judgment of the professional staff of the below-named medical facility, during the course of the above-named operation or procedure.

I request the administration of such anesthesia as may be considered necessary or advisable in the judgment of the professional staff of the below-named medical facility.

Exceptions to surgery or anesthesia, if any, are: None. _(If "none", so state.)_

I request the disposal by authorities of the below-named medical facility of any tissues or parts which it may be necessary to remove.

I understand that photographs and movies may be taken of this operation, and that they may be viewed by various personnel undergoing training or indoctrination at this or other facilities. I consent to the taking of such pictures and observation of the operation by authorized personnel, subject to the following conditions:

a. The name of the patient and his/her family is not used to identify said pictures.

b. Said pictures be used only for purposes of medical/dental study or research.

_(Cross out any parts above which are not appropriate)_

SIGNATURES _(Appropriate items in Parts A and B must be completed before signing)_

A. COUNSELING PHYSICIAN/DENTIST: I have counseled this patient as to the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above.

[signature] _(Signature of Counseling Physician/Dentist)_

Risks include but are not limited to: Bleeding, infection, worsening of pain, nerve damage, allergic reaction.

B. PATIENT: I understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

[signature] _(Signature of witness, excluding members of operating team)_ [signature] _(Signature of Patient)_ 12/22/00 _(Date and Time)_

C. SPONSOR OR GUARDIAN: (When patient is a minor or unable to give consent) I, ________ sponsor/guardian of ________ understand the nature of the proposed procedure(s), attendant risks involved, and expected results, as described above, and hereby request such procedure(s) be performed.

_(Signature of witness, excluding members of operating team)_ _(Signature of Sponsor/Legal Guardian)_ _(Date and Time)_

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank, rate; hospital or medical facility)

Walls, Jeffrey

(20) [redacted]

REGISTER NO. | WARD NO.

REQUEST FOR ADMINISTRATION OF ANESTHESIA AND FOR PERFORMANCE OF OPERATIONS AND OTHER PROCEDURES

Medical Record

STANDARD FORM 522 (REV. 7-91)

U.S. Government Printing Office: 1993

00358

Jul-27-05 12:51 From-VA Regional Office

- 142/80
58
% 99%

The Pain Management Clinic
National Naval Medical Center
Bethesda, MD 20889-5000

# Epidural Steroid Injection #2

Date: 12-22-2003
Attending: Olson
Resident: Williams
History: 38 y.o. ♂ presents for F/U of LESI. Pt says that his pain is better since his injection though he still has severe pain at times

Allergies: PCN
Pregnant: yes no (N/A)

Medications: 1. Vioxx 25mg qd.
2.
3.
4.
5.
6.
7.
8.

Physical Exam:
alert, cooperative, NAD
nl gait

Pre-Procedure Pain Score: 1 2 3 (4 5) 6 7 8 9 10

Procedure Note: Informed consent was obtained. The patient was positioned comfortably. The patient was then prepped and draped in a sterile fashion. There was no evidence of infection at the site of needle insertion. The skin was then anesthetized with 1% lidocaine. The epidural needle was inserted and advanced using the loss of resistance technique. Positive loss of resistance was noted, CSF (was / was not) aspirated, blood (was / was not) aspirated, paresthesia (was / was not) noted. Preservative free solutions were utilized. The patient tolerated the procedure without complications. The patient was observed for 30 minutes. The patient was then released with post-procedure instructions. Fluoroscopic guidance (was / was not) used.

Level: L5-6 Patient Position: Prone Needle Type: 17 ga Tuohy
Depth at LOR: ______ cm
Drug Dose: (120)mg (Triamcinolone / ~~Methylprednisolone~~)
Diluting Solution: 3 ml (~~Normal Saline~~ / 0.5% Lidocaine / 0.125% Bupivacaine)

Assessment:
Pt tolerated procedure well

Plan: 1. Follow-up in 4 wks
2. Vioxx 25 mg qd
3.

PETER H. OLSON
LCDR MC USN
OGA [redacted]

Willis Jeffrey Islen
20/[redacted]

00359

# PAIN MANAGEMENT SERVICE
## DEPARTMENT OF ANESTHESIOLOGY
## NATIONAL NAVAL MEDICAL CENTER

### POST PROCEDURE INSTRUCTIONS

| | | YES | NO | N/A |
|---|---|---|---|---|
| 1. | Health record returned to patient? | (YES) | NO | N/A |
| 2. | Left ambulatory? | ~~YES~~ | ~~NO~~ | N/A |
| | Left via wheelchair? | ~~YES~~ | (NO) | N/A |
| 3. | Iv dc'd & no redness noted at site? | (YES) | NO | N/A |
| 4. | Procedure site clean and dry? | (YES) | NO | N/A |
| 5 | Procedure site dressing intact? | (YES) | NO | N/A |

6. Vital signs B/P 140/71 HR 87 RESP 16 SaO2 100

7. Level of consciousness returned to baseline? YES NO N/A

8. Activity Limitations: Light Activity, No heavy lifting

9. You may take your prescribed medication as directed.

10. No alcoholic beverages for 24 hours post procedure.

11. Avoid ~~showering~~ TUB BATHS, POOLS, JACUZZIS for the next 24 hours. A Band-Aid covers the site of the injection and may be removed at that time. YOU MAY SHOWER IN ~~24~~ THE NEXT 24 HRS.

12. Monitor the injection site for signs of infection: redness, whitish drainage, heat or fever. If you develop muscle weakness or the above mentioned signs, contact us immediately.

13. Follow up with the Pain Management Clinic in approximately 4 WKS, to discuss the relief obtained from the injections.

14. If your are tender at the site of the injection, apply ice intermittently (20minutes on/40minutes off) to the affected area. Never apply ice directly to skin, place a cloth between the ice and the skin

15. If another procedure is planned, please have a driver to take you home. Please nothing to eat or drink 6 hours prior to your appointment.

16. If you have a significant increase in pain or any other problem occurs, notify the Pain Management Clinic (301) 295-4455, ext 139. If the clinic is closed please call the nearest emergency room.

I HAVE RECEIVED THE ABOVE INSTRUCTIONS AND THEY HAVE BEEN EXPLAINED TO ME.

[signature] 22 DEC 00

PATIENT SIGNATURE DATE

[signature] GNC 22 Dec 00

WITNESS DATE

00360

WALLS, Jeffrey

20/[redacted]

Jul-27-05 12:52 From-VA Regional Office

ATE: 09/27/00@1520
ROVIDER: CULLOM, SUSAN

CLINIC: MIL HLTH BE
DIVISION: NNMC BETHESDA, MD

clinic
301-295-0196

ROBLEM LIST:

Tob: Ø

llergies: PCN
ewly identified:

bjective: BP (Sit/Stand): 134 / 69 Pulse: 63 Resp: 16 Temp: 98°
BP (Supine): / Ht: 61 Wt: 187 LMP:

urrent Outpatient Medications:

| | Ref | Last Fil |
|---|---|---|
| ANITIDINE--PO 150MG TAB, TBD #60 RF1 | 1 | 10/26/99 |
| BUPROFEN--PO 800MG TAB, TT #30 RF1 | 1 | 12/17/99 |
| ODOQUINOL/HC (VYTONE) 1%--TOP CREA, AAA AS DIRECTED ON TUBE #1 RF | 1 | 07/12/00 |
| YDROCORTISONE VALERATE 0.2%--TOP CR 45GM, AAA BID | 2 | 07/28/00 |

eason for Appointment: lower back problems
7 year old MALE with SDA appointment. - saw Neurosurg - no surg Rx at present. Had to reschedule. Pain Appt. - was for next wk. Darvocet making him feel fatigued etc.

See Neurosurg.

Ⓢ ⊕ Ⓑ paraspinous muscle spasm

Ⓐ ① Lumbosacral strain

Ⓟ ① Rx Toradol 10 mg 1 TID c̄ food - D/C motrin while taking

② Meet Pain Mgmt next wk

WALLS, JEFFREY GLEN
[redacted]
WALLS, JEFFREY GLEN
RESERVE CTR AFRC
PERSONAL DATA - PRIVACY ACT OF 1974 (PL-93-579)

20/ [redacted]
PO1 A
WASHINGTON NAVY YARD ACDU RECD

NII [redacted]

Cullom
CAPT MC

(202) 295-0284/2658
(301)

00361

(P) ① MRI LS spine - R/o Disc dz as well
② Pain management consult
③ F/u ō MRI -
Cont'd w/ u/tt [illegible] ō [illegible]
[illegible]

Jul-27-05 12:52 From-VA Regional ...ice 410 ... ...-Formatted version of ...
sonal Data - Privacy ... of 1974 (PL 93-579)
-Printed: 09 Aug 2000@0912

09 Aug 2000 0945 SDA BHAA

FAM HLTH BE CULLOM, SUSAN C CMT:

: back/pain
URANCE YES/NO:

126/67 PULSE: 59 RESP: 16 TEMP: 97.4 HT: 71" WT: 190 AGE: 37

ERGIES: PCN

eds: Motrin 800mg
Darvocet 100mg

B: Ø
ns: Ø

DITIONAL COMMENTS: 37 y/o ♂ c hx 6 wks ago of L-sided knee + low back pain. Seen at Andrews AFB x2 in ER - had injections - did have x-rays of back/knee - ⊖. Moving 15 lb equipment 6 wks ago - no major lifting. Long hx Ⓛ knee pain - LS spine x past 10+ yrs. See prior entries - LS spine scoliosis, S1-... erosion did not have CT scan. Transitional L4-5 vert as well. Retiring Sept 00, joining MD State police - passed PE. on motrin + Darvocet

@ alert, WH
Back c obvious scoliosis - S-shape LS spine.
Pain c flex/extension + Ⓛ PSIS

Ⓐ ① Scoliosis lumbar spine
② S1 jt erosion
③ Transitional L4-5 vert

**EDUCATION GIVEN**
Instructions given as per plan? yes__ no__
Teaching method? Verbal__ Written__ Other__
Patient indications understanding? yes__ no__
Patient education not necessary-

Cullom CAPT

[redacted] WALLS, JEFFREY GLEN N11
20/[redacted] MALE W: [redacted] H: [redacted]
Spon: [redacted] WALLS, JEFFREY GLEN CIC:

00363

24 Sep 2000 1200 NEW BBC

CMT: aim

TEMP: HT: WT: AGE:

37 y/o BM 8-9 yr hx intermittent LBP Originates (L) Hip c̄ radiation (L) (L) knee). ∅ radiation below to LLE knee. ∅ LLE Sx. Improves c̄ exercise Chiropractic Care. ⊕ improvement c̄

ADDITIONAL COMMENTS:

PMH ∅

Meds Darvocet

All - PCN

PSH ∅

Tob - ∅

PE: Back - Markedly Tender (L) Recenting Paraspinous Region Muscle Spasm Pain in (L) Leg ⊕ ZLE
Mot 5/5 intact, ∅ Sen
Sens ... ↓ ∅ clonus
DTR 2+ 2+

X-Ray - ⊕ Dextroscoliosis L Spine. $\Delta_1$ $L_{2-3}$, $L_{3-4}$, $L_{4-5}$
MRI - Mild Deg. ∅ Significant Stenosis
∅ HNP. ∅ SI joints ...

Imp: Myofascial Pain Syndrome
No indication for Surgical intervention. ... from PT by Chiropractic Care

Rec: Pain Mgt Services, Chiropractic

Robert Heim, M.D.
CDR MC USN
Staff Neurosurgeon
[illegible]-62-2038

CTC:
Rank: 1-01
RR: WASHINGTON NAVY YARD ACDU RECD

N31
W: [redacted]
H: [redacted]
O: [redacted]

00364

DEPARTMENT OF THE NAVY
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

DLK:yfw
Docket:8381-05
17 October 05

VETERANS AFFAIRS REGIONAL OFFICE
DEPARTMENT OF VETERANS AFFAIRS
31 HOPKINS PLAZA
BALTIMORE MD 21201

NAME:WALLS JEFFREY G
SSN: [redacted]

Subject veteran has made an application to this Board for correction of his military record In order to assist the Board in its deliberations, it is requested that his VA claim folder or a copy thereof be provided for review and the following information and/or records be provided to this board.

(1) Copies of VA Rating Decisions.
(2) Return of the veteran's original service medical record, or copies thereof
(3) Photographs of all VA medical/compensation examinations, hospital summaries, other medical evaluation reports, VA statements of case, and BVA decisions. (VA manual, MP-1, Part II, Chapter 12, paragraphs 17 and 18 refer).

If the veteran does not have a VA Rating Decision or has not applied for VA Compensation, please indicate.

As indicated in the attached DD Form 149, the veteran has authorized this Board to obtain his VA records in order to process his application.

Sincerely,

D. L. KING
Head, Records Section

Enclosure

# REFERENCE REQUEST - FEDERAL RECORDS CENTERS

NOTE: Use a separate from for each request.

## SECTION I-TO BE COMPLETED BY REQUESTING AGENCY

| RECORD GROUP NO. | ACCESSION NO. | AGENCY BOX NUMBER | RECORDS CENTER LOCATION NUMBER |
|---|---|---|---|
| 428 | 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 | 31 | 17-48-16-1-5 |

DESCRIPTION OF RECORD(S) OR INFORMATION REQUESTED (Include file number and title.)

Walls, Jeffrey G.

[redacted] 08010-00

REMARKS

For Elvira

NATURE OF SERVICE

☐ FURNISH COPY OF RECORD(S) ONLY ☒ PERMANENT WITHDRAWL ☐ TEMPORARY LOAN OF RECORD(S) ☐ REVIEW ☐ OTHER (Specify)

| NAME OF REQUESTOR | TELEPHONE NO. ☐ FTS | DATE | RECEIPT OF RECORDS |
|---|---|---|---|
| DLK [signature] | 614-~~1316~~ 9851 | 2005/06/10 | |

NAME AND ADDRESS OF AGENCY

DEPARTMENT OF THE NAVY
Board for Correction of Naval Records
Washington, D. C. 20370
Arlington Annex Rm 2432

Requester please sign, date and return this form, for file item(s) listed above, ONLY if the block to right has been checked by the Records Center. ☐

SIGNATURE

DATE

## SECTION II-FOR USE BY RECORDS CENTER

☐ RECORDS NOT IN CENTER CUSTODY ☐ RECORDS DESTROYED

☐ WRONG BOX NUMBER-PLEASE RECHECK

☐ ADDITIONAL INFORMATION REQUIRED TO IDENTIFY RECORDS REQUESTED

☐ MISSING (Neither record(s), information nor charge card found in container(s) specified)

☐ RECORDS PREVIOUSLY CHARGED OUT TO (Name, agency and date)

REMARKS

| DATE | SERVICE | TIME REQUIRED | SEARCHER'S INITIALS |
|---|---|---|---|
| | | | |

## SECTION III-TO BE COMPLETED BY REQUESTING AGENCY

TO: WASHINGTON NATIONAL RECORDS CENTER

| Suitland | MD | 20409 |
|---|---|---|
| (City) | (State) | (Zip Code) |

NOTE: In Washington, D.C. area send to STOP 386

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this March30, 2007, I caused to be served by United States mail (first class mail, postage prepaid), a Redacted Copy of the Correction Board Record, addressed as follows:

Jeffrey G. Walls
6901 Malachite Pl.
Capitol Heights, MD 20743