# In the United States Court of Federal Claims

No. 05-533 C
(Filed: October 16, 2007)

| | |
|---|---|
| JEFFREY G. WALLS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On October 1, 2007, defendant in the above-captioned case filed Defendant's Motion to Dismiss, or in the Alternative, for Judgment Upon the Administrative Record ("motion") as well as the administrative record. Due to a computer glitch, since rectified, the clerk's office did not review defendant's filings until earlier today. Upon its review, the clerk's office noted certain deficiencies. Although the court will permit both the motion and the administrative record to be **filed by its leave**, the court identifies the deficiencies noted by the clerk's office for defendant's information:

- The table of contents to the brief did not include a listing of "the various items in the appendix" as required by Rule 5.2(a)(1)(A) of the Rules of the United States Court of Federal Claims ("RCFC").

- The administrative record lacked a caption as required by RCFC 10(a), and counsel's signature as required by RCFC 11(a). See also RCFC 5.3(e)-(g) (requiring each filing to include the date, the telephone and facsimile numbers of counsel, and the name of the judge). Typically, these requirements may be satisfied by including a "Notice of Filing" with the document.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge