# In the United States Court of Federal Claims

No. 05-533 C
(Filed: October 30, 2007)

```
***********************************
JEFFREY G. WALLS,                 *
                                  *
                 Plaintiff,       *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**ORDER**

On October 29, 2007, plaintiff in the above-captioned case filed his Opposition to the Government's Motion to Dismiss and Motion for Judgment Upon the Administrative Record. The clerk's office notified the court that plaintiff's opposition exceeded the page length permitted by RCFC 5.2(b)(1). The court directs the clerk's office to allow plaintiff's opposition to be **filed by its leave**. However, if defendant requires additional pages in which to make its reply, the court will permit defendant to exceed the relevant page limit.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge