IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEFFREY G. WALLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-533C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 23 days, through and including December 6, 2007, within which to file its reply in support of its motion to dismiss the complaint filed by plaintiff, Jeffrey G. Walls. Our reply is currently due on 13, 2007. We have contacted counsel for plaintiff who states that Mr. Walls opposes this motion.

This motion is required to allow sufficient time to finish drafting, incorporate comments of agency counsel, and obtain review of our reply brief. Additionally, as the Court noted in its order dated October 30, 2007, Mr. Walls's opposition to our motion to dismiss exceeded the page limits set by the Court. Accordingly, additional time is necessary to adequately respond to Mr. Walls's longer-than-expected response to our motion. We note that this is the first enlargement of time that we have filed for this purpose and that over six months elapsed between our filing of our first motion to dismiss and the plaintiff's filing of an amended complaint, during which time Mr. Walls was granted additional time to find representation.

Also, counsel has been and will be engaged in certain work that has and will prevent her from devoting the necessary amount of time to our reply brief in this case. In the United States

Supreme Court, counsel has been engaged in the preparation of the Government's draft opposition to the petition for writ of certiorari filed in NTN Corporation v. United States, S. Ct. No. 07-449, due November 9, 2007 (opposition to be filed December 3, 2007).

In the Court of Appeals for the Federal Circuit, counsel has been engaged in preparation for oral argument in Koyo Seiko v. United States, Fed. Cir. No. 2007-1114, -1128, -1129, argument held on November 7, 2007; and will be engaged in the preparation of the Government's brief in SKF v. United States, Fed. Cir. No. 2007-1502, due on November 21, 2007.

In the Court of International Trade, counsel has been engaged in preparation for oral argument in JTEKT Corp. v. United States, Ct. Int'l Trade No. 06-0250, a six-plaintiff consolidated case involving 11 distinct issues, argument held on October 30, 2007; preparation of the Government's reply brief in Corus Staal BV v. United States, Ct. Int'l Trade No. 07-00221, filed November 1, 2007; and preparation of the Government's response to comments upon the remand results in Royal Thai Government v. United States, Ct. Int'l Trade No. 02-00026, due November 14, 2007.

Additionally, in the London Court of International Arbitration, counsel will be engaged in the preparation of the United States's reply in support of its Statement of the Case in United States v. Canada, LCIA No. 7941, due on November 28, 2007.

Finally, counsel will be out of the office on November 22 through November 23, 2007 for the Thanksgiving holiday.

For these reasons, we respectfully request that the Court grant our motion for enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Claudia Burke
CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9063
Fax: (202) 514-7965

OF COUNSEL

JOHN CLADY
Lieutenant
Judge Advocate General's Corps
United States Navy
Office of the Judge Advocate General
General Litigation
Washington, DC 20374

November 7, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 7th day of November, 2007, a copy of the foregoing Motion for Enlargement of Time, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ CLAUDIA BURKE