# In the United States Court of Federal Claims

No. 05-533 C
(Filed: November 8, 2007)

***********************************
JEFFREY G. WALLS, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On November 8, 2007, defendant in the above-captioned case filed Defendant's Motion for Enlargement of Time, seeking an additional twenty-three days in which to file a reply in support of its motion to dismiss. Defendant represented that plaintiff opposed the motion. The court finds that defendant's request is reasonable, and that there is no need to await plaintiff's opposition given that defendant has shown good cause for the enlargement. Therefore, defendant's motion is **GRANTED**.

Accordingly, defendant shall file its reply in support of its motion to dismiss **no later than Thursday, December 6, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge