ORIG.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | | |
|---|---|---|---|
| JEFFREY G. WALLS, Plaintiff, | ) | | |
| v. | ) | No. 05-533C (Judge Sweeney) | |
| THE UNITED STATES, Defendant. | ) | | |

FILED
DEC 7 2007
U.S. COURT OF FEDERAL CLAIMS

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Douglas G. Edelschick as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Douglas G. Edelschick
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

Douglas G. Edelschick
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-9303
Facsimile: (202) 307-0972
E-mail: Douglas.Edelschick@usdoj.gov

Dated: December 6, 2007

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 6th day of December, 2007, I caused to be filed by mail (first-class, postage prepaid) copies of the foregoing "Notice of Appearance" to:

Evan Craig Zoldan
Kirkland & Ellis, LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5910

____________________