# In the United States Court of Federal Claims

No. 05-533 C
(Filed: December 7, 2007)

***********************************
JEFFREY G. WALLS, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On December 6, 2007, defendant in the above-captioned case electronically submitted Defendant's Reply in Support of Motion to Dismiss, or in the Alternative, for Judgment Upon the Administrative Record ("Reply"). The Reply was not signed by the then-attorney of record. However, with the assistance of the clerk's office, the attorney who signed the Reply is now the attorney of record. Thus, the court will permit the Reply to be filed by its leave.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge