**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JEFFREY G. WALLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-00533 |
| | ) | (Judge Sweeney) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**Motion for Leave to Substitute Attorney**

Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff Jeffrey G. Walls respectfully moves the Court for leave to substitute Rebecca A. Koch of Kirkland & Ellis LLP as his attorney of record. Plaintiff Walls was previously represented by Evan C. Zoldan of Kirkland & Ellis LLP, who has recently accepted a position with the United States Department of Justice, and is thereby ethically conflicted from continuing his representation of Mr. Walls. Mr. Zoldan's consent to this Motion for Leave to Substitute Attorney is attached to this Motion as Exhibit A.

Rebecca A. Koch may be contacted by the Court, and served by opposing parties, at the following address:

REBECCA A. KOCH
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
Tel: (202) 879-5248
Fax: (202) 879-5200
Email: rkoch@kirkland.com

Respectfully Submitted,

Date: January 18th, 2008

Jeffrey G. Walls

# EXHIBIT A

I, Evan C. Zoldan, on this 18th day of January 2008, hereby provide my consent to the Motion for Leave to Substitute Attorney in *Jeffrey G. Walls v. The United States of America*, No 05-00533, substituting Rebecca A. Koch of Kirkland & Ellis LLP as attorney of record of Plaintiff Walls. I have accepted a position with the United States Department of Justice, and therefore cannot continue my representation of Plaintiff Walls due to ethical conflicts.

Date: January 18, 2008

Evan C. Zoldan

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Leave to Substitute Attorney was electronically filed with the Clerk of the Court using CM/ECF on January 30, 2008, and a copy of the foregoing was served on counsel of record below by mail (first-class, postage prepaid) on January 30, 2008:

Douglas G. Edelschick
U.S. Department of Justice
Civil Division – Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, DC 20530
Tel: (202) 353-9303
Fax: (202) 307-0972

*Attorney for Defendant United States of America*

REBECCA A. KOCH
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, DC 20005
Tel: (202) 879-5248
Fax: (202) 879-5200