# In the United States Court of Federal Claims

No. 05-533 C
(Filed: March 5, 2008)

```
***********************************
JEFFREY G. WALLS,                 *
                                  *
              Plaintiff,          *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

**ORDER**

Presently before the court in the above-captioned case is Defendant's Motion to Dismiss, or in the Alternative, for Judgment Upon the Administrative Record. The court has reviewed the motion, plaintiff's response, and defendant's reply, as well as the complaint, the amended complaint, the May 17, 2006 decision of the Board for Correction of Naval Records ("BCNR"), and the remainder of the administrative record. Based upon this review, the court requests that the parties address the following issue:

> In the absence of any discussion by the BCNR in its May 17, 2006 decision regarding whether the United States Department of the Navy ("Navy") complied with SECNAVINST 1850.4D §§ 1005, 3106, 8001 (i.e., whether the Navy was required by its own regulations to convene a Medical Board in plaintiff's case prior to plaintiff's transfer to the Fleet Reserve), should the court remand this discrete issue to the BCNR for consideration?

The parties shall simultaneously file supplemental briefs containing their responses **no later than Friday, March 28, 2008**. Further, the parties shall attach the following documents to their supplemental briefs:

- Plaintiff shall submit a complete copy of SECNAVINST 1850.4D. Not only did the excerpts of the regulation previously submitted by plaintiff fail to include § 1005, upon which plaintiff heavily relies, but it is necessary for the court to read the sections cited by plaintiff in the context of the entire regulation.

- Defendant shall submit a complete copy of DOD Instruction 1332.38, the sole regulation cited by the BCNR in its May 17, 2006 decision, taking care to identify the specific paragraphs referred to by the BCNR, in order to aid the court's evaluation of whether the BCNR properly applied this regulation.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge