4. Potential for Harm. At times, individuals suffering from mental disorders may be dangerous to themselves or to others. They may be homicidal, suicidal, or violently destructive to property. Their judgment may be so impaired that they could jeopardize or destroy a family, business, or themselves, financially, socially, and legally.

5. The degree of industrial and industrially related social impairment is influenced by the number and intensity of signs or symptoms of mental disorders. Those signs or symptoms may be overtly apparent or they may be subtle and apparent only to skilled examiners. Their significance must be carefully evaluated. A partial list of the more common signs or symptoms include autism, ambivalence, inappropriate affect, dissociative thinking, bizarre behavior, delusions, hallucinations, pronounced anxiety, hyperactivity, depression, disorientation, emotional lability, memory defects, unfounded somatic complaints, phobias, compulsions, lack of insight, and poor judgment.

6. Medication or Psychotherapy. The type of (potent or mild), the amount (large or small doses) and the route of administrations of medication as well as the frequency (daily, weekly, or as needed) should be considered. The frequency of psychotherapy and by whom administered (psychiatrist, psychologist, social worker, nurse) also should be considered. Because a service member is receiving medication and/or psychotherapy, this does not automatically equate with a certain level of "Unfitness" or disability. As discussed previously in enclosure (8), there may be a few select medications that in and of themselves may predicate performance of full duties.

(f) VASRD Classification. The VASRD uses specific terms to classify the level of industrial and (industrially related) social impairment. Those are further characterized below for ratings under 9201 through 9521. As stated above, this is not a substitute for but simply an elaboration of additional characteristics commonly associated with rating levels. In situations where the disability evaluation appears not to be resolved by the VASRD per se, the following additional guidance is provided. The intent is not to require that ALL of these characteristics be present in order to warrant a given rating.

1. 100 percent. Total occupational and social impairment, due to such symptoms as:

a. Gross impairment in thought processes or communication.

b. Persistent delusions or hallucinations.

c. Grossly inappropriate behavior.

d. Persistent danger of hurting self or others.

e. Intermittent ability to perform activities of daily living (including maintenance of minimal personal hygiene).

f. Disorientation to time or place.

g. Memory loss for names of close relatives, own occupation, or own name.

h. Commonly mentally incompetent to handle financial affairs and to participate in PEB proceedings.

2. 70 percent. Occupational and social impairment, with deficiencies in most areas, such as work, school, family relations, judgment, thinking, or mood, due to such symptoms as:

a. Suicidal ideation.

b. Obsessional rituals which interfere with routine activities.

c. Speech intermittently illogical, obscure, or irrelevant.

d. Near-continuous panic or depression affecting the ability to function independently, appropriately and effectively.

e. Impaired impulse control (such as unprovoked irritability with periods of violence).

f. Spatial disorientation.

g. Neglect of personal appearance and hygiene.

h. Difficulty in adapting to stressful circumstances (including work or a work like setting).

i. Inability to establish and maintain effective relationships.

j. Usually financially mentally competent and capable of cooperating in PEB proceedings but occasionally may be incompetent.

3. 50 percent. Occupational and social impairment, with reduced reliability and productivity due to such symptoms as:

a. Flattened affect.

b. Circumstantial, circumlocutory, or stereotyped speech.

c. Panic attacks more than once a week.

d. Difficulty in understanding complex commands.

e. Impairment of short- and long-term memory (e.g. retention of only highly learned material, forgetting to complete tasks).

f. Impaired judgment.

g. Impaired abstract thinking.

h. Disturbances of motivation and mood.

i. Difficulty in establishing and maintaining effective work and social relationships.

j. Nearly always mentally competent to handle financial affairs and participate in PEB proceedings.

4. 30 percent. Occupational and social impairment with occasional decrease in work efficiency and intermittent period of inability to perform occupational tasks (although generally functioning satisfactorily, with routine behavior, self-care, and conversation normal), due to such symptoms as:

a. Depressed mood.

b. Anxiety.

c. Suspiciousness.

d. Panic attacks (weekly or less often).

e. Chronic sleep impairment.

f. Mild memory loss (such as forgetting names, directions, recent events).

5. 10 percent. Occupational and social impairment due to mild or transient symptoms which decrease work efficiency and ability to perform occupational tasks only during periods of significant stress; or symptoms controlled by continuous medication.

6. 0 percent. A mental condition has been formally diagnosed, but symptoms are not severe enough either to interfere with occupational and social functioning or to require continuous medication.

(g) Table (8) has been compiled to assist in the determination of functional impairment. Terminology is consistent with the "Diagnostic and Statistical Manual of Mental Disorders IV. It is viewed as an aid rather than a prescription.

(2) 9520-9521 - Eating Disorders. Now ratable. Many are associated with depression. Avoid pyramiding.

(a) The member must be Unfit in order to be rated.

(b) Rating Formulas for Eating Disorders (from the VASRD issue effective 7 November 1996):

1. 100 percent. Self-induced weight loss to less than 80 percent of expected minimum weight, with incapacitating episodes of at least 6 weeks total duration per year, and requiring hospitalization more than twice a year for parenteral nutrition or tube feeding.

2. 60 percent. Self-induced weight loss to less than 85 percent of expected minimum weight with incapacitating episodes of 6 or more weeks total duration per year.

3. 30 percent. Self-induced weight loss to less than 85 percent of expected minimum weight with incapacitating episodes of more than two but less than 6 weeks total duration per year.

4. 10 percent. Binge eating followed by self-induced vomiting or other measures to prevent weight gain, or resistance to weight gain even when below expected minimum weight, with diagnosis of an eating disorder and incapacitating episodes of up to 2 weeks total duration per year.

5. 0 percent. Binge eating followed by self-induced vomiting or other measures to prevent weight gain, or resistance to weight gain even when below expected minimum weight, with diagnosis of an eating disorder but without incapacitating episodes.

Attachment (a) to Enclosure (9)

**ANALOGOUS CODES**

(Also see attachment (a) (1) SWATO Undiagnosed Symptom Complex Coding)

<u>ALPHABETICAL LISTING OF ANALOGOUS CODES</u>
(Analogous codes will be eliminated as the VASRD is updated to include code numbers for specific diagnoses that were previously rated by analogy)

| DIAGNOSIS | CODE 1 | CODE 2 | CODE 3 |
|---|---|---|---|
| A-C SEPARATION/SUBLUXATION | 5299 | 5003 | |
| ACHALASIA | 7299 | 7203 | |
| ACNE | 7899 | 7806 | |
| ANAPHYLAXIS | 7199 | 7118 | |
| ANKLE INSTABILITY | 5299 | 5271 | |
| ANKYLOSING SPONDYLITIS | 5099 | 5002 | |
| ANTERIOR COMPARTMENT SYN | 5299 | 5312 | 8723 |
| APHASIA, ORGANIC | 8099 | 9305 | |
| APHONIA, FUNCTIONAL | 9499 | 9424 | |
| ATOPIC DERMATITIS | 7899 | 7806 | |
| ATYPICAL DEPRESSION | 9499 | 9435 | |
| AVASCULAR NECROSIS | 5299 | 5003 | |
| FEMORAL HEAD (when not adequately covered by 5299-5003; if consequences are beyond those of simple arthritis) | 5299 | 5255 | |
| BEHCET'S SYNDROME | 5099 | 5002 | |
| BLEPHAROSPASM | 8199 | 8103 | |
| BONE MARROW TRANSPLANT | RESIDUALS | | |
| BRIEF REACTIVE PSYCHOSIS | 9299 | 9210 | |
| CARPAL BONE INJURY | 5299 | 5212 | |
| CARPAL TUNNEL SYN | 5299 | 8515 | |
| CEREBELLAR DEGENERATION | 8199 | 8105 | |
| CHARCOT-MARIE-TOOTH | 8099 | 8023 | |
| CHONDROMALACIA PATELLAE | 5299 | 5003 | |
| CHRONIC RENAL INSUFFICIENCY | 7599 | 7502 | |
| COLOSTOMY/ILEOSTOMY | 7399 | 7330 | |
| CONNECTIVE TISSUE DISEASE NOS | 6399 | 6350 | or 5002 |
| CORONARY ARTERY STENT | 7099 | 7017 | |
| CROHN'S DISEASE/ COLITIS | 7399 | 7323 | |
| CUBITAL TUNNEL SYNDROME (ULNAR NERVE) | 5299 | 8516 | |

| | | | |
|---|---|---|---|
| DUPUYTREN'S CONTRACTURE (HAND) | 5299 | 52XX | |
| DYSARTHRIA | 8299 | 8212 | |
| DYSMENORRHEA | 7699 | 7613 | |
| ERYTHEMA MULTIFORME | 7899 | 7806 | |
| ESSENTIAL TREMOR | 8199 | 8105 | |
| FABRY'S DISEASE | 6399 | 6350 | |
| FEVER of UNKNOWN ORIGIN | 6399 | 6316 | |
| GASTROESOPHAGEAL REFLUX | 7399 | 7536 | |
| GOODPASTURE'S SYN | 7599 | 7502 | |
| GRANULOMATOUS COLITIS | 7399 | 7323 | |
| GUILLAIN-BARRE SYN | 8199 | 8011 | |
| HEART TRANSPLANT <2 years | 7099 | 7531 | |
| HEART TRANSPLANT >2 years | 7099 | 7000 | |
| HEPATITIS, OTHER THAN A | 7399 | 7345 | |
| HIDRADENITIS | 7899 | 7806 | |
| HISTOPLASMOSIS EYE (unless clinical diagnosis warrants otherwise) | 6099 | 6000 | |
| HOST-GRAFT REACTION (XX is the number of the organ system involved) | XX99 or primary manifestation | 6350 | |
| HYPERHIDROSIS | 7899 | 7806 | |
| HYPERSOMNIA | 8199 | 8108 | |
| HYPOKALEMIC PERIODIC PARALYSIS | 7999 | 7903 | |
| JOINT PAIN, NOS | 5299 | 5003 | |
| LEGG-PERTHES DISEASE | 5299 | 5255 | |
| LEISHMANIASIS VISCEROTROPIC, UNPROVEN | 7899 | 6316 | |
| LIVER TRANSPLANT < 2 years | 7399 | 7531 | |
| LIVER TRANSPLANT > 2 years | 7399 | 7531 | 7345 |
| LYMPHEDEMA | 7199 | 7121 | |
| MALIGNANT HYPERTHERMIA | 7999 | 7900 | RESIDUALS |
| MALIGNANT MELANOMA | 7899 | 7709 | RESIDUALS |
| MITRAL VALVE PROLAPSE (ARRHYTHMIA) rate the appropriate arrhythmia | 7099 | | |
| MULTIPLE MYELOMA | 7799 | 7703 | |
| MYOFASCIAL PAIN SYN | 5099 | 5021 | 5003 |
| MYOTONIC DYSTROPHY | 8099 | 8023 | |
| NEAR SYNCOPAL EPISODES | 8199 | 8911 | |
| NEPHROTIC SYNDROME | 7599 | 7502 | |
| NYCTALOPIA (NIGHT BLINDNESS) | 6099 | 6011 | |
| OSGOOD-SCHLATTER | 5299 | 5003 | |
| OSTEOCHONDRITIS DISSECANS | 5299 | 5003 | |
| PARALYSIS LOWER EXTREMITY | 8599 | 8520 | 8526 |
| PARALYSIS UPPER EXTREMITY | 8599 | 8513 | |
| PATELLOFEMORAL SYN | 5299 | 5003 | |

| | | | |
|---|---|---|---|
| PELVIC FRACTURE | 5299 | 5294 | |
| PELVIC PAIN (FEMALE) | 7699 | 7629 | |
| PES PLANUS, CONGENITAL | 5299 | 5276 | |
| PEYRONIE'S DISEASE | 7599 | 7522 | |
| PILONIDAL CYST (include the 5000 for active disease) | 7899 | 7806 | 5000 |
| PLANTAR FASCIITIS | 5399 | 5310 | (or 5021-5003) |
| POST PHLEBITIC SYN | 7199 | 7121 | |
| PULMONARY EMBOLUS | 7199 | 6604 | |
| REFLEX SYMPATHETIC DYSTROPHY (ARM) (if localized, use a more appropriate code ) | 8799 | 8713 | |
| REFLEX SYMPATHETIC DYSTROPHY (LEG) | 8799 | 8720 | |
| REGIONAL ENTERITIS (CROHN'S ) | 7399 | 7323 | |
| REITER'S SYN | 5099 | 5002 | |
| RETROPATELLAR PAIN | 5299 | 5003 | |
| RHABDOMYOLYSIS | RATE RESIDUALS | | |
| RUPTURED TENDON ACHILLES | 5399 | 5311 | |
| S/P Ca CHEMO/RAD (TUMOR REMISSION) | RESIDUALS | | |
| SARCOIDOSIS (SYSTEMIC) | 6846 | 6399 | 5002 |
| SCALENUS ANTICUS SYN | 8599 | 8513 | |
| SCAPHOID FRACTURES (NON-UNION) | 5299 | 5212 | |
| SCHEUERMANN'S DISEASE | 5299 | 5295 | |
| SCHIZOPHRENIFORM DISORDER, PARANOID (Provisional) | 9299 | 9203 | |
| SCHIZOPHRENIFORM DISORDER, OTHER (Provisional) | 9299 | 9204 | |
| SCHIZOPHRENIFORM DISORDER (Established) | 9299 | 9210 | Maximum 0-10 % |
| SCLERODERMA | 6399 | 5002 | |
| SCLEROSING CHOLANGITIS | 7399 | 7312 | |
| SCOLIOSIS | 5299 | 5295 | |
| SHIN SPLINTS | 5022 | 5003 | |
| SHOULDER IMPINGEMENT SYN | 5299 | 5003 | |
| SHOULDER SUBLUXATION (PAIN) | 5299 | 5003 | |
| SJOGREN'S SYN | 6399 | 5002 | |
| SPONDYLOLYSIS/SPONDYLOLISTHESIS | 5299 | 5295 | |
| STARGARDT'S DISEASE | 6099 | 6006 | |
| STILL'S DISEASE | 5099 | 5002 | |
| STREP FASCIITIS LOCAL | RESIDUALS | | |
| STREP FASCIITIS SYSTEMIC | RESIDUALS | 5002 | |

| | | | |
|---|---|---|---|
| STRESS FRACTURE, FULL THICKNESS BONE (BONE INVOLVED) | 5299 | 52XX | |
| STRESS FRACTURE, UNCOMPLICATED | 5022 | 5003 | |
| SUBLUXATION PATELLAE | 5299 | 5257 | |
| SUPERIOR VENA CAVA SYN | 7199 | 7121 | |
| SYNCOPE/SEIZURE ASSOC | 8199 | 8911 | |
| SYNCOPE NOS | 8299 | 8911 | |
| SYNCOPE, VASO-VAGAL | 7199 | 8210 | |
| SYNCOPE, CARDIOGENIC | 7099 | 8911 | |
| TARSAL TUNNEL SYN | 5299 | 8525 | |
| TENSION HEADACHES | 5399 | 5323 | |
| TENSION HEADACHES (PSYCHOGENIC) | 9499 | 9422 | |
| TESTALGIA | 8799 | 7525 | |
| THORACIC OUTLET SYN | 8599 | 8513 | |
| TORTICOLLIS | 8199 | 8103 | |
| TOURETTE'S SYN | 8199 | 8104 | |
| TRACHEOSTOMY | 6599 | 6520 | |
| TROPICAL SPRUE | 7399 | 7323 | |
| URTICARIA/COLD ALLERGY/ACUTE ALLERGY | 7199 | 7118 | |
| VASCULAR HEADACHES | 8199 | 8100 | |
| VASOVAGAL SYNCOPE | 7188 | 8210 | |
| VESTIBULOPATHY | 6299 | 6204 | |
| VON WILLEBRAND DISEASE | 7799 | 7705 | RESIDUALS |
| V-P SHUNT | 8099 | 9326 | |
| WOLFF-PARKINSON-WHITE SYN | 7099 | 7010 | |
| WRIST PAIN/CARPALS ANALOGY TO TARSALS/METATARSALS | 5299 | 5283 | |

Attachment (a) (1) to Enclosure (9)

## SWATO UNDIAGNOSED SYMPTOM COMPLEX CODING

UNDIAGNOSED CONDITION

| DIAGNOSTIC CODE | DESCRIPTION | SYSTEM |
|---|---|---|
| 8850-50( )( ) | UNDIAGNOSED CONDITION | MUSCULOSKELETAL |
| 8851-51( )( ) | UNDIAGNOSED CONDITION | AMPUTATIONS |
| 8852-52( )( ) | UNDIAGNOSED CONDITION | JOINT, SKULL, RIBS |
| 8853-53( )( ) | UNDIAGNOSED CONDITIONS | MUSCLE INJ |
| 8860-60( )( ) | UNDIAGNOSED CONDITION | DISEASES OF THE EYE |
| 8861-61( )( ) | UNDIAGNOSED CONDITION | HEARING LOSS |
| 8862-62( )( ) | UNDIAGNOSED CONDITION | EAR/OTHER SENSE ORGAN |
| 8863-63( )( ) | UNDIAGNOSED CONDITION | SYSTEMIC DISEASE |
| 8865-65( )( ) | UNDIAGNOSED CONDITION | NOSE/THROAT |
| 8866-66( )( ) | UNDIAGNOSED CONDITION | TRACHEA/BRONCHI |
| 8867-67( )( ) | UNDIAGNOSED CONDITION | TUBERCULOSIS |
| 8868-68( )( ) | UNDIAGNOSED CONDITION | LUNGS/PLEURA |
| 8870-70( )( ) | UNDIAGNOSED CONDITION | HEART |
| 8871-71( )( ) | UNDIAGNOSED CONDITION | ARTERIES/VEINS |
| 8872-72( )( ) | UNDIAGNOSED CONDITION | UPPER DIGESTIVE |
| 8873-73( )( ) | UNDIAGNOSED CONDITION | LOWER DIGESTIVE |

| | | |
|---|---|---|
| 8875-74( )( ) | UNDIAGNOSED CONDITION | GENITOURINARY |
| 8876-76( )( ) | UNDIAGNOSED CONDITION | GYNECOLOGY |
| 8877-77( )( ) | UNDIAGNOSED CONDITION | HEMIC/LYMPHATIC |
| 8878-78( )( ) | UNDIAGNOSED CONDITION | SKIN |
| 8879-79( )( ) | UNDIAGNOSED CONDITION | ENDOCRINE |
| 8880-80( )( ) | UNDIAGNOSED CONDITION | CENTRAL NERVOUS |
| 8081-81( )( ) | UNDIAGNOSED CONDITION | MISC NERVOUS |
| 8882-82( )( ) | UNDIAGNOSED CONDITION | CRANIAL NERVE PARALYSIS |
| 8883-83( )( ) | UNDIAGNOSED CONDITION | CRANIAL NERVE NEURITIS |
| 8884-84( )( ) | UNDIAGNOSED CONDITION | CRANIAL NERVE NEURALGIA |
| 8885-85( )( ) | UNDIAGNOSED CONDITION | PERIPHERAL NERVE PARALYSIS |
| 8886-86( )( ) | UNDIAGNOSED CONDITION | PERIPHERAL NERVE NEURITIS |
| 8887-87( )( ) | UNDIAGNOSED CONDITION | PERIPHERAL NERVE NEURALGIA |
| 8889-89( )( ) | UNDIAGNOSED CONDITION | EPILEPSIES |
| 8892-92( )( ) | UNDIAGNOSED CONDITION | PSYCHOTIC |
| 8893-93( )( ) | UNDIAGNOSED CONDITION | ORGANIC MENTAL |
| 8894-94( )( ) | UNDIAGNOSED CONDITION | PSYCHONEUROTIC |
| 8895-95( )( ) | UNDIAGNOSED CONDITION | PSYCHOPHYSIOLOGIC |
| 8899-99( )( ) | UNDIAGNOSED CONDITION | DENTAL/ORAL |

Attachment (b) to Enclosure (9)

**TABLE 1**

Grade Value Table

| A<br>Individual Finger Defect | B<br>Rated As | C<br>Grade Value |
|---|---|---|
| Amputation through distal phalanx or distal joint (except the thumb) other than negligible tip loss. | Favorable ankylosis (See VASRD, note c following code 5151) | 1 |
| Amputation through middle phalanx or distal phalanx of thumb. | Unfavorable ankylosis (See VASRD, note b following code 5151) | 2 |
| Amputation through proximal phalanx or proximal interphalangeal joint. | Amputation (See VASRD, note a following code 5151) | 3 |
| Amputation of entire digit, with amputation or resection of more than one-half of the metacarpal. | Single finger amputation with metacarpal resection (See VASRD, codes 5152-5156) | 4 |

Attachment (b) to Enclosure (9)

**TABLE 2**

Pulmonary function test values [1]

**Forced Expiratory Volume (FEV-1)**

| Percentage of predicted | Rating |
|---|---|
| Chronic Obstructive Pulmonary Disease (Before Bronchodilators) | |
| 50 or less | Severe |
| 55-65 | Moderate, moderately severe |
| 65-70 | Mild |
| 70 or better | Normal |

**Vital Capacity (VC)**

| Percentage of predicted | Rating |
|---|---|
| Chronic Restrictive Pulmonary Disease | |
| 50 or less | Severe |
| 55-65 | Moderate, moderately severe |
| 65-80 | Mild |
| 80 or better | Normal |

[1] The AMA "Guides to the Evaluation of Permanent Impairment," while differing slightly from the above values, is otherwise helpful in interpreting clinical and functional values. There are no FEV-1 Percentage or VC Percentage between 51 and 54.

Attachment (b) to Enclosure (9)

**TABLE 3**

Methods of Assessing Cardiovascular Disability

| New York Heart Association Functional Class Classification | Canadian Cardiovascular Society Functional Classification | Specific activity Scale (Goldstein et al: Circulation 64:1227;1981 and Science of American Medicine I:15-16) | New York Association Functional Class classification (Rev) |
|---|---|---|---|
| I. Patient with cardiac disease, but without resulting limitations of physical activity. Ordinary physical activity does not cause undue fatigue, palpitations, dyspnea, or anginal pain. | Ordinary physical activity, such as walking or climbing, does not cause angina. Angina with rapid or strenuous or prolonged exertion at work or recreation. | Patients can perform to completion any activity requiring 7 metabolic equivalents, e.g., can carry 24 lbs. up eight steps, carry objects that weigh 80 lbs., do outdoor work (shovel snow or spade soil), do recreational activities (skiing, basketball, squash, handball, jog and walk 5 MPH). (See table 3A, Approximate Metabolic Cost of Activities) | Cardiac status uncompromised. |
| II. Patients with cardiac disease resulting in slight limitation of physical activity. They are are comfortable at rest. Ordinary physical activity results in fatigue, palpitation, dyspnea, and anginal pain. | Slight limitation of ordinary activity. Walking or climbing stairs rapidly, walking uphill, walking or stair climbing after meals, in cold, in wind, or under emotional stress, or during the few hours after awakening. Walking more than two blocks and climbing more than one flight of stairs at normal pace under normal conditions. | Patient can perform completion of any activity requiring > 5 metabolic equivalents, but cannot and does not perform to completion activities requiring metabolic equivalents: e.g., have sexual intercourse without stopping, garden, rake, weed, roller skate, dance, fox trot, walk at 4 MPH on level ground. (See table 3A, Approximate Metabolic Cost of Activities). | Cardiac status slightly compromised. |

| New York Heart Association Functional Class Classification | Canadian Cardiovascular Society Functional Classification | Specific activity Scale (Goldstein et al: Circulation 64:1227;1981 and Science of American Medicine I:15-16) | New York Association Functional Class classification (Revised) |
|---|---|---|---|
| III. Patient with cardiac disease resulting in marked limitation of physical activity. They are comfortable at rest. Less than ordinary physical activity causes fatigue, palpitation, dyspnea or anginal pain. | Marked limitation of ordinary physical activity. Walking one to two blocks on the level and climbing more than one flight in normal conditions. | Patients can perform to completion any activity requiring > 2 metabolic equivalents but cannot and does not perform to completion any activities requiring > 5 metabolic equivalents: e.g., shower without stopping, strip and make bed, clean windows, walk 2.5 MPH, bowl, golf, dress without stopping. (See table 3A, Approximate Metabolic Cost of Activities) | Cardiac status moderately compromised. |
| IV. Patients with cardiac disease resulting in inability to carry on any physical activity without discomfort. Symptoms of cardiac insufficiency or of the anginal syndrome may be present even at rest. If any physical activity is undertaken, discomfort is increased. | Inability to carry on any physical activity without discomfort -- anginal syndrome may be present. | Patient cannot and does not perform to completion activities requiring < 2 metabolic equivalents. Cannot carry out activities listed above (specific activity scale, Class III). (See table 3A, Approximate Metabolic Cost of Activities) | Severely compromised. |

New York Heart Association Therapeutic Classification

| | |
|---|---|
| **Class A** -- Patients with cardiac disease whose physical activity need not be restricted. | **Class I** - Good |
| **Class B** -- Patients with cardiac disease whose ordinary physical activity need not be restricted, but who should be advised against severe or competitive physical efforts | **Class II** - Good with therapy. |
| **Class C** -- Patients with cardiac disease whose ordinary physical activity should be moderately restricted, and whose strenuous efforts should be discontinued. | **Class III** - Fair with therapy. |
| **Class D** -- Patients with cardiac disease whose ordinary physical activity should be markedly restricted. | **Class IV** - Guarded despite therapy. |
| **Class E** -- Patients with cardiac disease who should be at complete rest, confined to bed or chair. | **Not Applicable** |

Attachment (b) to Enclosure (9)

**TABLE 3A**

Approximate Metabolic Cost Of Activities (Source: American Heart Association)

| | | |
|---|---|---|
| 1.5 - 2 METs[1]<br>4-7 ml $O_2$/kg/min<br>2-2.5 kcal/min (70 kg person) | Desk work<br>Driving an automobile[2]<br>Typing (electric)<br>Electric calculating machine operation. | Standing<br>Walking (strolling 2.6 km or 1 mph)<br>Piloting a plane[2], motorcycling[2],<br>Playing cards[2],<br>Sewing, knitting |
| 2-3 METs<br>7-11 ml $O_2$/kg/min;<br>2.5-4 kcal/min (70 kg person) | Auto Repair<br>Radio/TV work<br>Janitorial work<br>Typing (manual)<br>Bartending | Level Walking (3.25 km or 2 mph)<br>Level bicycling (8 km or 5 mph)<br>Riding lawn mowers<br>Billiards, bowling<br>Skeet[2], shuffleboard<br>Woodworking (light)<br>Driving a powerboat[2]<br>Golf (using power cart)<br>Canoeing (4 km or 2.5 mph)<br>Horseback (walk)<br>Playing various musical instruments |
| 3-4 METs<br>11-14 ml $O_2$/kg/min;<br>4-5 kcal/min (70 kg person) | Bricklaying, plastering<br>Pushing a wheelbarrow (45 kg or 100 lb. load)<br>Machine assembly<br>Driving a tractor<br>Welding (moderate load)<br>Cleaning windows | Walking (5 km or 3 mph)<br>Cycling (10 km or 6 mph)<br>Horseshoe pitching<br>Volleyball (6 man, competitive)<br>Golf (pulling bag cart)<br>Archery<br>Sailing (handling small boat)<br>Fly fishing (standing in waders)<br>Horseback (sitting while trotting)<br>Badminton (social doubles)<br>Pushing light power mower<br>Energetically playing various music instruments |

| | | |
|---|---|---|
| 4-5 METs<br>14-18 ml $O_2$/kg/min;<br>5-6 kcal/min (70 kg person) | Painting<br>Masonry<br>Paperhanging<br>Light carpentry | Walking (5.5 km or 3.5 mph)<br>Cycling (13 km or 8 mph)<br>Table tennis<br>Golf (carrying bag)<br>Dancing (fox-trot)<br>Badminton (singles)<br>Tennis (doubles)<br>Raking leaves, hoeing<br>Various calisthenics |
| 5-6 METs<br>18-21 ml $O_2$/kg/min;<br>6-7 kcal/min (70 kg person) | Digging in the garden<br>Shoveling light earth | Walking (6.5 km or 4 mph)<br>Cycling (16 km or 10 mph)<br>Canoeing(6.5 km or 4 mph)<br>Horseback (posting while trotting)<br>Stream fishing (walking in light current in waders)<br>Ice or roller skating (15 km or 9 mph) |
| 6-7 METs<br>21-25 ml $O_2$/kg/min;<br>7-8 kcal/min (70 kg person) | Shoveling 10/min<br>(4.5 kg or 10 lb.) | Walking (8 km or 5 mph)<br>Cycling (17.5 km or 11 mph)<br>Badminton (competitive)<br>Tennis (singles)<br>Splitting wood<br>Shoveling snow<br>Hand lawn mowing<br>Square dancing<br>Downhill skiing (light)<br>Ski Touring (4 km or 2.5 mph) (light snow)<br>Water-skiing |
| 7-8 METs<br>25-28 ml $O_2$/kg/min;<br>8-10 kcal/min (70 kg person) | Digging ditches<br>Carrying 36.3 kg or 80 lb.<br>Sawing hardwood | Jogging (8 km or 5 mph)<br>Cycling (19 km or 12 mph)<br>Horseback riding (gallop)<br>Downhill skiing (vigorous)<br>Basketball<br>Mountain climbing<br>Ice hockey<br>Canoeing (8 km or 5 mph)<br>Touch football<br>Paddleball |

| | | |
|---|---|---|
| 8-9 METs<br>28-32 ml $O_2$/kg/min;<br>10-11 kcal/min (70 kg person) | Shoveling 10/min<br>(6.4 kg or 14 lb.) | Running (9 km or 5.5 mph)<br>Cycling (21 km or 13 mph)<br>Ski Touring (6.5 km or 4 mph)<br>(loose snow)<br>Squash (social)<br>Handball (social)<br>Fencing<br>Basketball (vigorous) |
| > 10 METs<br>> 32 ml $O_2$/kg/min;<br>> 11 kcal/min (70 kg person) | Shoveling 10/min<br>(7.3 kg or 16 lb.) | Running: 6 mph = 10 METs<br>7 mph = 11.5 METs<br>8 mph = 13.5 METs<br>9 mph = 15 METs<br>10 mph = 17 METs<br>Ski Touring (8 km or 5+ mph)<br>Handball (competitive)<br>Squash (competitive) |

[1] One MET = energy expenditure at rest equivalent to approximately 3.5 ml $O_2$/kg body weight / minute.
[2] A major excess metabolic increase may occur owing to excitement, anxiety, or impatience in some of these activities. A physician must assess the patient's physiologic reactivity.

Attachment (b) to Enclosure (9)

**TABLE 4**

Peripheral Vascular Disease Rating

| Number of Extremities Involved | Rating of Extremities | Combined Rating |
|---|---|---|
| | 20 | 20 |
| One | 40 | 40 |
| | 60 | 60 |
| Two (not paired, arm and leg) | 20 and 20 | 20 |
| | 40 and 20 | 40 |
| | 40 and 40 | 60 |
| | 60 and 20 | 60 |
| | 60 and 40 | 80 |
| | 60 and 60 | 80 |
| Two paired (arms and/or legs) | 20 and 20 | 20 |
| | 40 and 20 | 40 |
| | 40 and 40 | 50 |
| | 60 and 20 | 60 |
| | 60 and 40[1] | 70 |
| | 60 and 60[1] | 70 |
| Three extremities involved (paired extremities and one other) | 20 and 20 and 20 | 30 |
| | 20 and 20 and 40 | 40 |
| | 20 and 20 and 60 | 60 |
| | 40 and 20 and 20 | 40 |
| | 40 and 20 and 40 | 60 |
| | 40 and 20 and 60 | 80 |
| | 40 and 40 and 20 | 50 |
| | 40 and 40 and 40 | 70 |
| | 40 and 40 and 60 | 80 |
| | 60 and 40 and 20 | 70 |
| | 60 and 40 and 40 | 80 |
| | 60 and 40 and 60 | 90 |
| | 60 and 60 and 20 | 70 |
| | 60 and 60 and 40 | 80 |
| | 60 and 60 and 60 | 90 |

[1] Bilateral factor applied.

Attachment (b) to Enclosure (9)

**TABLE 4**

Peripheral Vascular Disease Rating, continued

| Number of extremities Extremities Involved | Rating of Extremities | Combined Rating |
|---|---|---|
| All extremities (both paired extremities) | 20 and 20, 20 and 20 | 20 |
| | 40 and 20, 20 and 20 | 40 |
| | 60 and 20, 20 and 20 | 60 |
| | 40 and 40, 20 and 20 | 50 |
| | 40 and 20, 40 and 20 | 60 |
| | 40 and 40, 40 and 20 | 70 |
| | 40 and 40, 40 and 40 | 80 |
| | 60 and 40, 40 and 40 | 90 |
| | 60 and 40, 60 and 40 | 90 |
| | 60 and 60, 40 and 40 | 90 |
| | 60 and 60, 60 and 40 | 90 |
| | 60 and 60, 60 and 60 | 90 |

Attachment (b) to Enclosure (9)

**TABLE 5**

Creatinine Clearance and Renal Impairment

| Creatinine Clearance | Impairment |
|---|---|
| Less than 28 ml/minute | Severe (pronounced nephritis) |
| 28-52 ml/minute | Moderate (moderate nephritis) |
| 52-80 ml/minute | Mild (mild nephritis) |

Attachment (b) to Enclosure (9)

## TABLE 6

Hodgkin's Disease

| Stage | (Stage A) Rating | (Stage B) Rating | Disposition (if Unfit) [1] |
|---|---|---|---|
| I | 30 | 60 | TDRL |
| II | 30 | 60 | TDRL |
| III | 60 | -- | TDRL |
| III | -- | 100 | TDRL |
| IV | 100 | 100 | TDRL |

NOTE:

[1] Fitness or Unfitness is not determined, as a rule, until response to initial treatment has been assessed.

Attachment (b) to Enclosure (9)

**TABLE 7**

Body Surface Area Measurements

| Body Surface | Percent of Body Surface | Area Sq Inches | Area Sq Feet |
|---|---|---|---|
| Anterior or posterior head | 3.5 | 92 | 0.64 |
| Anterior or posterior neck | 1 | 26 | 0.18 |
| Anterior or posterior trunk | 13 | 343 | 2.28 |
| Anterior or posterior arm | 2 | 53 | 0.37 |
| Anterior or posterior forearm | 1.5 | 40 | 0.27 |
| Volar or palmar hand and fingers | 1.25 | 33 | 0.23 |
| Buttocks | 2.5 | 66 | 0.46 |
| Genitalia | 1 | 26 | 0.18 |
| Anterior or posterior thigh | 4.75 | 125 | 0.87 |
| Anterior or posterior calf | 3.5 | 92 | 0.64 |
| Dorsal foot or sole, including toes | 1.75 | 46 | 0.32 |

Attachment (b) to Enclosure (9)

**TABLE 8**

Psychiatric Functional Impairment - Guideline summary

| | 100 Total | 70 Severe | 50 Considerable | 30 Definite | 10 Mild | 0 Remission |
|---|---|---|---|---|---|---|
| Competence | Usually incompetent | Usually competent Frequently incompetent | Nearly always Competent | Competent | Competent | Competent |
| Signs | Actively psychotic; totally out of contact with reality | Actively psychotic; intermittent contact with reality | Overt display of symptoms listed | Displays signs or symptoms on exam | Usually some evidence on exam | None |
| Hospitalization | Usually hospitalized | Usually hospitalized | Intermittent hospitalization | Possible | Not required | Not required |
| Supervision | Constant supervision/ care | Required > 50 percent of the time | Limited to none | Not required | Not required | Not required |
| Job Stability | Unemployable | Employable Sheltered workshop | Extreme instability | Unstable | Adequate job adjustment potential | Stable |
| Social Adjustment | Incapable of social adjustment | Minimal social adjustment | Significant social mal-adjustment | Moderately unstable | Some instability | Satisfactory |
| Medication | Assume constant | Assume constant | Requires constant medication | Usually required | May require | No medication |
| Psychotherapy | Assume constant | Assume constant | Requires frequent psychotherapy | Periodic or Frequent Require-ment | Possible including Rx monitoring | Not required |
| Harm to self/others | Significant potential | Some potential | Low potential | Potential | Potential | None |

# .WHAT YOU NEED TO KNOW ABOUT THE PHYSICAL EVALUATION BOARD

**10001 General**. As the result of career-ending illnesses or injuries, each year the Navy and the Marine Corps separates thousands of Sailors and Marines through its disability evaluation system. This enclosure answers a few general questions about the Department of the Navy's disability evaluation system.

## *An Overview of the Department of the Navy Disability System*

The Secretary of the Navy is charged with assuring the Fitness of Navy and Marine Corps members, and separating or retiring those who become Unfit to continue naval service because of physical disability. The Secretary's authority is derived from Title 10, U. S. Code, Chapter 61, as supplemented by DoD Directive 1332.18 of 4 November 1996, and this instruction. The law provides benefits for eligible members whose military service is cut short due to a service-related physical disability incurred in the line of duty. The Department of the Navy Physical Evaluation Board manages the Navy's disability evaluation system. The PEB is an administrative board that determines whether a service member's disability prevents his or her continued performance in the Navy or Marine Corps. The PEB is comprised of two levels of panels, which review medical evidence and make determinations of Fitness or Unfitness to continue naval service. If the PEB determines that a service member is Unfit to continue naval service, and finds that the service member is eligible for disability benefits, the PEB determines the percentage of the service member's disability compensation. Depending on the severity of the illness or injury, the service member receives either medical retirement or disability severance pay. The PEB makes determinations of Fitness to continue naval service or Unfitness to continue naval service, Physically Qualified for continued naval service or Not Physically Qualified for continued naval service, and eligibility for disability severance pay.

## *When is a service member Unfit to continue naval service?*

A service member is Unfit to continue naval service when one or more physical and/or mental disabilities prevent him or her from reasonably performing the duties of his or her office, grade, rank, or rating. The PEB makes the decision on Fitness by balancing the extent of a member's disability, as shown through objective medical and performance evidence, against the requirements and duties that the member may reasonably be expected to perform in his or her office, grade, rank, or rating. Typical medical evidence used by the PEB includes a narrative summary written by the Medical Evaluation Board (MEB), history and treatment of the injury or illness, referrals to doctors and sick call, and type and frequency of medication. Performance evidence includes non-medical assessments from the member's command, personnel records, promotions, awards, and adverse personnel actions. See enclosure (3), part 3.

*I've been seriously hurt; what happens next?*

The priority for a service member suffering an illness or injury is to ensure that his or her illness or injury receives proper medical attention. If the service member's condition improves to the point that he/she is able to return to full military duty, he/she is returned to his or her unit. However, if the treating physician believes that the service member is unable to perform full military duty or unlikely to be able to do so within a reasonable period of time, the service member is referred to a Medical Evaluation Board (MEB).

An MEB decides whether a member has an injury or illness and documents the extent of that injury or illness. The MEB then decides if the injury or disease is severe enough to call into question a member's ability to continue on full duty. The MEB does this by relating the nature and degree of physical disability of the member to retention standards and the duties that the member may reasonably be expected to perform in his or her office, grade, rank, or rating. If the MEB believes that the member will be able to return to full military duties within a reasonable period of time, then a Temporary Limited Duty (TLD) Board will be written. If the member's physical qualification to continue on full duty remains in doubt or his or her physical limitations preclude his or her return to full duty after the prescribed TLD period, the MEB refers the member's case to the PEB.

The MEB makes the above determinations after performing a complete examination and their report will contain a complete examination including the completion of the Standard Forms (SF) 88 and 93. The MEB documents the member's medical problems, defines the limitations imposed by the disability, and explains how the disability affects the member's ability to perform his or her military duties. See enclosure (3), parts 1, 2 and 3.

*How is the PEB structured?*

The PEB is comprised of two levels of panels. A panel is normally composed of three members, a Navy line officer, a Marine Corps officer, and a Medical Corps officer. The presiding officer for an Informal or a Formal PEB will normally be a Navy line or Marine Corps officer in the grade of O-6 or above. At the first level is the Informal PEB. The second level is the Formal PEB. If the PEB determines that a member is no longer Fit to continue naval service , and the member is eligible for disability benefits, the PEB then decides the percentage of disability and the appropriate disposition that shall be assigned to the member.

Informal PEB

When a medical board report expressing a reasonable doubt of a service member's ability to perform his/her duties is referred to the PEB for a determination of Fitness, the medical board report is initially reviewed by the Informal PEB. This panel, located in Washington, DC, conducts a review of the service member's record. A member does not appear before the Informal PEB. The findings of this panel are forwarded to the service member via the Physical Evaluation Board Liaison Officer (PEBLO) counselor.

If found Fit to continue naval service, the service member may either accept the finding or submit a written request for reconsideration to the Informal PEB. The reconsideration will include new medical information not previously available or considered supporting the service member's argument and indicate whether the member does or does not desire a Formal PEB hearing if the Fit to continue naval service finding remains unchanged. However, if the Fit to continue naval service finding is confirmed upon reconsideration, there is no right to a hearing.

If found Unfit to continue naval service, the service member has the right to accept the findings, demand a formal hearing before a Formal PEB, or conditionally accept the findings.

Formal PEB

A member who is found Unfit to continue naval service by the Informal PEB and wishes to appeal can demand a Formal hearing, with or without personal appearance. Formal hearings are held before the Formal PEB at one of two locations - Bethesda, MD, and San Diego, CA. The Formal PEB is the member's opportunity, with the assistance of legal counsel, to present evidence, testimony, and documents in support of his or her case. The service member is represented by an appointed lawyer and may appear in person and present evidence pertinent to the case. The service member may also be represented by a National Service Officer from a National Service Organization or civilian counsel of his or her choosing provided at his or her own expense. The Formal PEB's recommended findings will be reviewed for administrative and legal error. The Formal PEB's recommended findings are final only after the President, PEB signs the decision. The President, PEB can choose not to accept the recommended findings or to amend the recommended findings. If the service member disagrees with the findings, he or she may submit a Petition for Relief (PFR). This PFR is separate and distinct from the Formal PEB's decision. See enclosure (5).

*What is the difference between an MEB and the PEB?*

An MEB and the PEB are separate boards. These two boards consider different information and make distinct decisions. An MEB can not make a determination of Unfitness to continue naval service. An MEB decides whether a member has an injury or illness and documents the extent of that injury or illness. The MEB then decides if the injury or disease is severe enough to call into question a member's ability to continue on full duty. The MEB refers those cases involving members who meet the above criteria to CHNAVPERS, CMC (MMSR-4), or the Informal PEB for review. Having a condition or injury that rates referral to the PEB does not necessarily mean that a member is Unfit to continue naval service .

The Informal PEB determines whether a service member can adequately perform the requirements of his or her office, grade, rank, or rating. The PEB alone decides Unfitness to continue naval service by balancing the extent of a member's illness or injury against his or her

ability to perform the requirements of his or her office, grade, rank, or rating. See reference (f) and enclosures (3) & (4).

*How does the PEB decide the percentage of disability?*

If the PEB finds that a service member is Unfit to continue naval service, and the member is eligible for disability benefits, the PEB rates the severity of the member's injuries using the Veterans Administration Schedule for Rating Disabilities (VASRD), as modified by enclosure (9). The VASRD lists hundreds of physical and mental disabilities and rates these disabilities using objective medical criteria. Depending on the severity of the illness or injury, the PEB rates a member from zero to 100 percent disability. See enclosure (3), part 8.

*How does the PEB decide who receives disability severance pay and who receives medical retirement?*

The severity of the injury determines whether a service member, who is eligible for disability benefits, receives disability retirement or disability severance pay. Service members rated with a zero, 10, or 20 percent disability and less than 20 years of service will be separated from the service with disability severance pay. Disability severance pay is computed in the following manner:

Monthly Base Pay x 2 x Years of service (not to exceed 12 Years)

Service members with 20 or more years of active military service, or possessing a disability rated at 30 percent or more, receive disability retirement. Disability retirement is either permanent or temporary depending on whether the member's disability is likely to change. Disability retirement pay is computed in the following manner for service members with less than 20 years of active duty military service:

30 percent-50 percent disability rating = 50 percent of basic pay;
50 percent-70 percent disability rating = that percentage of basic pay;
80 percent-100 percent disability rating = 75 percent of basic pay.
See chapter 61 of reference (a).

*I suffer from a disability listed in the VASRD. Does that mean I will be found Unfit and rated by the PEB?*

Just because a service member has a disability listed in the VASRD does not mean that the PEB will find him/her Unfit to continue naval service and discharge him/her with a disability from the Navy or Marine Corps. Before a member is eligible for a disability separation or retirement the member's case must show that he/she is unable to perform the duties of his or her office, grade, rank, or rating and that this inability to perform is a direct result of a documented disability. See enclosure (3), parts 2 & 3.

*I have more than one diagnosis?*
*If the PEB finds me Unfit as the result of one of my diagnoses, does that mean all of my diagnoses are Unfitting and will be rated by the PEB?*

Before the PEB rates a member suffering from multiple diagnoses, the member must show that each condition prevents him/her from performing the requirements of his or her office, grade, rank, or rating. For example, a member suffering from a bad knee and a bad back must be able to show that each condition, independent of the other, prevents him/her from performing his or her full military duties. See enclosure (3), part 8.

*I am going before a Formal PEB. What should I do?*

Once a service member is scheduled for a hearing, he/she will usually be contacted by a judge advocate assigned to the Formal PEB where the case will be heard. The military attorney will be available to represent the service member. However, members have the option of obtaining private counsel at their own expense or being represented by a National Service Officer of a National Service Organization. Members using the military counsel, normally meet their counsel for the first time a day or so before the formal hearing. This is an opportunity to go over the member's case and discuss any last minute questions.

On the day of the hearing, members report, in the appropriate uniform of the day for the locale, to the presiding officer of the Formal PEB. The Formal PEB panel will inform the member of his or her rights, including the right to make sworn or unsworn statements, rights under the Privacy Act, and the right not to make any statements relating to the origin or aggravation of the injury. If the member whose case is before the PEB chooses not to testify under oath the Formal PEB panel may not question him or her.

During the Formal PEB, service members should anticipate questions relating to how the injury occurred, treatments received, medication, and limitations that the disability imposes. The member will be provided an opportunity to discuss his or her case in detail. At the Formal PEB, the panel will usually have the member's medical records, portions of his or her service record, and statements from the member's command concerning duty performance. To avoid undue delay and any detriment to the service member's case, the service member should obtain, and arrive at the hearing with, his or her own personal copies of the above materials, especially those items that will be necessary in the presentation of the service member's case. The Formal PEB uses all of this information in its decision-making process.

Following questioning by the board members and the member's representative, the service member has one last opportunity to address the board members and has the option of making a brief statement. Only the board members are present during deliberations. Once the board members conclude deliberations, the service member returns to the hearing room where he or she

is informed of the recommended findings. Recommended findings are subject to administrative and legal review and may not be accepted by the President, PEB. See enclosure (4).

*Can I appeal the decisions of the Formal PEB?*

Service members who are dissatisfied with the decisions of the Formal PEB can appeal, in writing, by filing a Petition For Relief (PFR) with the DIRNCPB. The DIRNCPB can modify the findings of the PEB. However, subsequent to the PFR, the case is finalized and the member is separated or retired. After a service member has been separated or retired from the naval service, he/she has the right to petition the Board for Correction of Naval Records (BCNR) for relief from any injustice or inequity. See enclosure (5).

*The PEB says my condition existed prior to service.*
*How can this be?*
*I never suffered from this condition before I came into the Navy/Marine Corps.*

Physical or mental disabilities that make a member Unfit may have existed prior to entering the service (EPTS). Causes of EPTS disabilities include hereditary or congenital defects or injuries with an inception before entering service. The member is separated from the service without disability benefits if the PEB deems a member's injuries to have EPTS and his or her condition has not been permanently worsened by military service.

It is possible for a member to possess a physical or mental disability and never experience a problem until he/she faces the stresses of military life. The physical and emotional stress of military training can cause a latent condition to appear or an old injury to worsen to the point that the member is no longer able to perform his or her military duties.

To appeal a finding of EPTS, a member must either present persuasive medical evidence that the condition did not exist prior to entering the service, or provide medical evidence documenting that military service permanently aggravated a pre-existing condition. See enclosure (3), part 8.

*What is the Presumption of Fitness rule?*

The disability evaluation system compensates members for disabilities when those disabilities cause or contribute to premature career termination. Service members retiring from the Navy/Marine Corps for reasons other than a disability, whose careers have not been interrupted by a physical or mental disability, are usually not eligible for medical retirement. Except for service members previously determined Unfit and continued in a permanent limited duty status, service members who are pending retirement at the time they are referred for physical disability evaluation enter the disability evaluation system under a rebuttable presumption that they are physically fit; i.e. Presumed Fit (PFit). Continued performance of duty until a service member is approved for length of service retirement creates a rebuttable presumption that a service member's medical conditions have not caused premature career termination. In that situation, the PEB finds these members to be PFit. A finding of PFit means that the evidence presented to

the PEB establishes that the member's functional impairment did not prevent the member from achieving retirement eligibility. Members found to be PFit have the same rights within the DES as those found Fit. While members found PFit are not eligible for disability retirement, they are still eligible for retirement under other provisions of law, as well as for evaluation by the Department of Veteran's Affairs for disability compensation.

The member can overcome the "Presumption of Fitness" when it can be established by a preponderance of evidence that:

(1) Within the presumptive period an acute, grave illness or injury occurs that would prevent the member from performing further duty if he or she were not retiring. The presumption of fitness is considered to have been overcome for a member manifesting an otherwise Unfitting medical condition if, based on accepted medical principles, the natural progression of that condition normally results in either significant life-span reduction/death or deterioration to the point where it could warrant a permanent disability rating of 60 percent; or

(2) Within the presumptive period a serious deterioration of a previously diagnosed condition, to include a chronic condition, occurs and the deterioration would preclude further duty if the member were not retiring; or

(3) When there has been no serious deterioration within the presumptive period, the ability to perform duty in the future shall not be a consideration.

(4) The condition for which the member is referred is a chronic condition and a preponderance of evidence establishes that the member was not performing duties befitting either his or her experience in the office, grade, rank, or rating (unless paragraph 3306 applies) before entering the presumptive period. Cases of members in a PLD status are exempt from the presumption of fitness. Cases of members in a TLD status will be evaluated on the merits of each case. See enclosure (3), part 3.

**10002** **Conclusion**. The above information is only an overview of the disability evaluation system. It is not intended as a comprehensive review of the system. Thousands of Sailors and Marines go through the disability evaluation system each year. The physical disability evaluation process can be confusing. Sailors and Marines going through the system should attempt to educate themselves with the help of their PEBLO counselors. The Secretary of the Navy tasks the PEBLO counselors with the responsibilities of counseling and educating service members, undergoing a hospital medical board, on the PEB process. PEBLO counselors carry out this function through the disability TAP program. This program is conducted regularly at medical treatment facilities and attendance of members going through the medical board process is mandatory.

# NON-MEDICAL ASSESSMENTS (NMA)

**11001 Requirements For Submission**

a. DOD instruction 1332.38 requires commanding officers to submit a statement describing the impact of the member's medical condition on the member's ability to perform his or her normal military duties and to deploy or mobilize as applicable.

b. A Non-Medical Assessment (NMA) to include the NMA questionnaire and the NMA narrative summary will be forwarded with the MEB report in all cases except in situations of critical illness or injury; i.e., "Death Imminent" cases.

c. Attachment (a) is the NMA questionnaire. Attachment (b) is an example of a well written NMA narrative summary. Both must be completed.

Attachment (a) to Enclosure (11)

**SAMPLE NON-MEDICAL ASSESSMENT QUESTIONNAIRE**

Date: ________
From: Commanding Officer
To: Medical Treatment Facility

Subj: NON-MEDICAL ASSESSMENT (NMA); CASE OF ________________

1. The following assessment is submitted to assist the PEB in their determination of Fitness/Unfitness:

a. Information to fill in:

(1) Service members Rating/NEC/MOS/Specialty _____________. (Numerical designator and description; e.g., 0311/Rifleman, AO3/Aviation Ordnanceman)

(2) Service member's current job assignment is _______________. This assignment is appropriate for their grade and rank. Y/N

(3) Member has not been in a full duty status since ____________.

b. Answer the following questions yes (Y) or no (N).

(1) Member is currently working out of his/her specialty because of the medical condition. Y/N

(2) Member took the most recent PFT/PRT. Y/N
Last date the member took PRT/PFT _____________.

(3) Member passed the most recent PFT/PRT. Y/N

(4) Member's height and weight are _____________.

(5) Member is within weight and body fat standards. Y/N

(6) Member is on weight control. Y/N

(7) To your knowledge the member has followed the therapy regimen prescribed by medical authorities for the medical board condition/s. Y/N

(8) Member's condition has required time away from duties for treatment/evaluation/recuperation. Y/N

Attachment (a) to Enclosure (11)

Subj: NON-MEDICAL ASSESSMENT (NMA); CASE OF ________________

If so, estimate the average number of hours per week the member is absent from command duties. ___________

(9) Member's medical condition precludes firing a weapon, if required for qualification. Y/N

(10) Member stands required military watches. Y/N

Attachment (a) to Enclosure (11)

(7) Member is pending disciplinary action. Y/N
If YES, for what? ______________________________________

(8) Considering his/her medical current medical condition/s, the service member is worldwide assignable. Y/N

(9) Member has good potential for continued service in present physical and mental condition. Y/N

(10) Member is motivated for continued active duty. Y/N

c. I recommend:

(1) This member be authorized another period of Temporary Limited Duty. Y/N

(2) This member be allowed to remain on active duty in a Permanent Limited Duty status if found Unfit. Y/N

2. POC this command is ______________________ at _______(phone)_________.

CO's Signature

NOTE:

1. In completing the questionnaire, if specific questions do not apply for a particular member's case, write "not applicable." This is only a guide.

2. Commanding officers and supervisors can submit any information they believe is relevant to

Attachment (a) to Enclosure (11)

Subj: NON-MEDICAL ASSESSMENT (NMA); CASE OF ______________

the service member's case. This information could and should be included in the NMA narrative summary that is also required, see attachment (b).

3. For service members assigned to Temporary Holding Units (TPUs), commanding officers will complete those questions that pertain to the period of observation. If the TPU commanding officer has had sufficient observation of the member then he or she will complete the questionnaire. If not, coordination with the previous command will be required to assist in answering questions covering the member's period of assignment to that command.

Attachment (b) to Enclosure (11)

## SAMPLE NON-MEDICAL ASSESSMENT NARRATIVE SUMMARY

From: Commanding Officer, Marine Air Support Squadron
To: Physical Evaluation Board

Subj: NON-MEDICAL ASSESSMENT; CASE OF SGT _______(SSN/MOS) USMC

Ref: (a) Medical Board Notification ICO: SGT ______________

Encl: (1) Orders to Survival Escape Resistance Evasion (SERE) School
(2) SERE Medical Screening Form

1. Per the guidelines established in the reference, the following information is provided:

a. Sgt _________ is currently serving in a billet appropriate for a Marine of his rank and level of training. Sgt _________ is very capable of performing his MOS duties associated with his position. In a field environment, these duties involve map reading and plotting, intelligence preparation of the battlefield, and briefings. The above mentioned duties are normally carried out in a tent, without prolonged standing or strenuous physical activity. His job is sedentary, physically not demanding, essentially an office job. Most recently, Sgt _________ deployed to 29 Palms, CA for a Combined Arms Exercise (11 Apr-2 May 1996) and did his job well. His condition did not impair him from doing his job whatsoever.

b. His physical condition has from time-to-time prevented him from participating in physical fitness events; i.e., PT and conditioning hikes. Generally, he is excused from the events after he has sought a Medical Revised Duty Status Chit. In the opinion of those Marines who have daily contact with him, his physical condition appears to manifest itself more often when the situation serves his personal interests. For example, SERE School is an interesting assignment for a Marine with an intelligence background and one he asked to attend. Enclosure (1) is a copy of Sgt _________ orders to SERE School in Dec _____. I find it inconceivable that a Marine with his prevailing limited condition could only several months ago complete such a rigorous course of instruction. He not only completed the school successfully... he excelled. This particular SERE School is conducted in mountainous terrain and involves extensive fieldwork and is physically demanding! COMNAVAIRPACINST 3131.1N outlines the requirements for SERE School and states: (1) personnel must be medically screened for SERE School to identify and exclude from training those individuals with medical or psychological problems; (2) the SERE School candidate must be examined and found physically qualified for full duty; and (3) all candidates must meet Navy/Marine Corps physical readiness standards. (He scored 276 on the PFT which is high first class.) Enclosure (2) is the SERE Medical Screening Form where Sgt _________ admitted to "good health" and was found

Attachment (b) to Enclosure (11)

Subj: NON-MEDICAL ASSESSMENT; CASE OF SGT _______(SSN/MOS) USMC

physically qualified by a doctor.

c. Sgt __________ does not have any pending disciplinary or administrative action that could result in an unfavorable separation from the service.

d. Sgt __________ was recently married to a Marine who separated from the Marine Corps in April 1996. I believe this has compounded his interest to leave the Marine Corps.

2. In my non-medical mind, I do believe Sgt __________ suffers from some form of back pain on occasion. I do not necessarily believe it is debilitating. His record over the past 6 months clearly supports this. He scores well on the PFT (Dec 1995), he successfully completed a demanding SERE School curriculum (Dec 1995) and he deployed to the field and performed his MOS (April 1996). I only wish all my Marines could do so well. Sgt __________ is a good Marine, does a good job in his MOS and contributes immeasurably to this Squadron's mission.

CO's Signature

NOTE:

1. The medical board has the responsibility to document the medical status of Sailors and Marines by describing the nature and severity of their medical conditions in the MEB report. The PEB function is to determine the service member's Fitness to continue naval service.

2. COs play a vital role in assisting the PEB to make the proper Fit or Unfit determination. The CO and senior command personnel are in the unique position to provide valuable information as to how the service member's physical and/or mental condition(s), as reported in the MEB report affect the member's ability to function on a daily basis. The purpose of the NMA is to provide the PEB with those insights.

3. The NMA narrative summary is to be completed by the CO. It reports his/her observations and those of other senior command personnel as to how the service member's medical impairments have or have not impacted on the member's ability to function within the command. The NMA should describe how well the member performs military duties; i.e., MOS/rating duties, field duties or exercises, participation in the PRT/PFT etc. Comment on what the member can or cannot do. Equally important is a description of the member's off-duty social and athletic activities. How have these activities been affected by the member's medical impairments?

Attachment (b) to Enclosure (11)

Subj: NON-MEDICAL ASSESSMENT; CASE OF SGT _________(SSN/MOS) USMC

4. Commanding officers have a responsibility to provide frank and candid assessments of the member's medical condition to the PEB. CO's can monitor and observe the affect of the member's condition on his/her daily performance. The doctors who dictated the MEB report do not have the same ability. The PEB needs the CO's NMA to make fair and impartial fitness decisions on behalf of Sailors and Marines.

# DEATH IMMINENT PROCEDURES

**12001** **General**. The Physical Evaluation Board (PEB) processes Death Imminent (DI) cases on a 24 hour a day, 7 day-a-week basis.

**12002** **Normal Working Hours Notification**. During normal working hours (M-F 0600-1530 EST), notification of a DI case to the PEB shall be made via the telephone. This call should be made as soon as a possible DI cases becomes known to either the Physical Evaluation Board Liaison Officer (PEBLO), patient administration or medical boards section personnel.

**12003** **After Normal Working Hours Notification**

a. After normal working hours, to include all weekends and holidays, notify the PEB by placing a telephone call to an electronic pager voice messaging system (numbers listed at the end of this enclosure). This will alert the PEB duty officer who will return the phone call as soon as possible. The duty officer will record all pertinent information concerning the case and then give the Medical Treatment Facility (MTF) instructions and a telephone number to be used to send all information via facsimile machine. The information required would be the Medical Board (MEB) and all applicable supporting documents.

b. In some situations, the duty officer may instruct the MTF representative to forward, via facsimile, the needed information directly to the PEB. This option would be elected if the time of the notification were close to the normal working hours for the PEB. In such a case, the duty officer would immediately proceed to the PEB to begin processing the case.

**12004** **Procedures**

a. Current PEB manning levels directly impact the ability to process DI cases after normal working hours. MTFS must provide advance notification and sufficient lead-time to allow the PEB to do the following:

- Constitute and convene the Informal Board
- Vote the case
- Ensure proper Legal Review
- Direct the appropriate service headquarters to retire the service member

b. Accordingly, MTFS can expect that from receipt of the MEB report at the PEB, a minimum of 4 hours is required to finalize a DI case.

c. DI cases will be processed in exactly the same sequence as all other cases before the PEB, except that they will be given first priority. All necessary steps will be followed and at no time will steps be compromised or eliminated to expedite processing. All DI cases will be

processed IAW statute and DOD and SECNAV instructions. In no case will a service member be retired after death.

d. Determination of death shall be under the laws of the state where the service member is assigned or under military medical standards in effect when the Sailor or Marine is outside the United States.

e. All DI Medical Board Reports submitted to the PEB must state specifically that the service member is expected to die within the next 72 hours, and include medical evidence supporting this statement. Commanding officers or MTFS will ensure that this statement and supporting medical information required are included in DI MEB reports. Cases that do not state this will not be given DI status.

f. DI cases must include all necessary addenda and statements. Members determined to be incompetent must have a competency board signed by three medical officers, one of whom must be a psychiatrist. A competency statement included in the medical board is sufficient so long as all necessary signatures are included.

g. A clear and legible copy of the Page 2 from the USN Service Record, or in the case of a Marine, the Record of Emergency Data (RED) from the Service Record Book, must accompany the competency board or statement.

h. If a Line Of Duty Determination (LODD) or Line Of Duty Investigation (LODI) is necessary, include it with all necessary endorsements. PEB will begin adjudicating the case, however, the PEB Preliminary Findings Letter will not be issued until receipt of the LODD or LODI.

**12005 Telephone Numbers**

a. Telephone numbers and the PIN number (1155191) to activate the electronic pager carried by the PEB duty officers are listed below by individual country. Follow all instructions given to leave a voice message. Identify the MTF from which you are calling. Give your name and leave a complete commercial and DSN telephone number with complete dialing instructions as appropriate.

| | |
|---|---|
| FOR CONUS/HAWAII/PUERTO RICO: | 1-800-759-8888 |
| FOR GUAM: | 1-800-671-0150 |
| FOR ITALY (TO INCLUDE SIGONELA): | 1678-77100 |
| FOR JAPAN (TO INLCUDE OKINAWA): | 0031-12-3373 |
| FOR UNITED KINGDOM: | 0800-89-3648 |
| FOR SPAIN: | 900-981-464 |

FOR GUANTANAMO BAY, CUBA: Call the BUMED OOD (24 Hour Watch) at (202) 762-6211, DSN 762-3211. Identify yourself to the OOD and instruct the OOD to call 1-800-759-8888 and use the PIN 1155191. Instruct him to leave a voice message informing the PEB Duty

Officer of a DI case from Guantanamo Bay, Cuba. Provide the OOD with the commercial and DSN telephone numbers to be called along with a point of contact.

b. In the event of a vendor change, telephone number, or PIN change to the electronic pager for the PEB Duty Officer, the change will be published via a naval message as soon as possible for widest possible dissemination and incorporation into this instruction.

## MASTER INDEX

Abbreviations, 2-1 2-2
Abscess, 8-19
*Accepted medical principles*, 2-3, 3-21, 3-34
Achalasia, 8-20
Acne, 8-26
Acromegaly, 8-27
Active duty, 1-4, 1-8, 2-3, 2-9, 2-11, 3-6, 3-18, 3-45, 3-56
Active service, 2-3, 3-17, 3-42, 3-56
Addresses, 3-35, 5-1, 5-2
Administrative Discharge, 1-4, 3-19
Administrative Errors, 3-10, 4-2
Administrators, Formal PEB, 4-6, 4-15, 4-18, 4-19, 4-21
Adrenal Hypo/Hyperfunction, 8-27
Advisory opinions, 7-1, 7-3, 7-4, 7-8, 7-9
Affective Disorders, 8-31
Affidavits, 4-20, 4-21
Aggravation, 1-2, 2-12, 2-15, 2-19, 2-20, 3-35, 3-54, 3-55, 3-56, 3-58
AICD, 9-27
AIDS, 8-10, 9-3, 9-20
Alcohol-Induced Disease, 3-27
Alcoholism, 2-7, 3-27, 8-45
Allergic Reactions, 2-8, 8-46
Alternate members, 4, 4-5, 4-14, 4-15, 7-8
Amputation rule, 2-4
Amyloidosis, 8-11, 8-25
Analogous ratings, 2-4, 3-49, 3-50, 3-53, 3-49, 9-2, 9-3, 9-4, 9-6, 9-19, 9-32, 9-35, 9-38, 9-45
Anemia, 8-24, 8-46, 9-35
Aneurysms, 9-30
Angina, 8-15, 8-40, 9-26
Aniseikonia, 8-7
Ankle, 8-4, 9-12
Ankylosis, 8-5, 9-8, 9-9, 9-10, 9-11, 9-12, 9-14, 9-15, 9-51
Ano-Rectal Conditions, 9-32
Anticoagulant Therapy, 8-18, 9-3, 9-31
Anxiety, 8-31, 9-41, 9-43
Aorta, Coarctation of, 8-17
Aphakia, 8-8, 9-19
Aphonia, 9-21
Appeals, 3-32, 5-1, 5-2, 10-6
Appellate Leave, 3-22
Appointment Standards, 3-7
*Armed conflict*, 2-5, 2-6, 3-31, 3-32
Arrhythmia, 8-16, 9-30
Arteriosclerosis Obliterans, 8-17
Arteriosclerotic Heart Disease, 9-27, 9-28
Arthritis, 8-10, 8-11, 9-5, 9-6, 9-45
Arthroplasty, 8-5, 9-7, 9-12
Associate counsel, 4-16
Asthma, 8-12, 8-13, 8-43, 9-21, 9-22
Atelectasis, 8-13
Atopic Dermatitis, 8-26
Atrial Fibrillation, 8-15
Atrophy, 8-5, 8-7, 8-28, 8-29
AV Block, 8-15, 9-30
Average impairment, 2-17, 3-47
Basic Pay, 1-4, 2-8, 2-9, 2-12, 3-13, 3-17, 3-20, 3-21, 3-23, 3-38, 3-51, 4-7, 4-8, 4-22, 4-23, 7-3
Behavioral Disorders, 2-18
Benign Neoplasms, 8-32
Bilateral Factor, 2-4, 3-52, 3-57, 9-5, 9-6, 9-12, 9-30, 9-37, 9-59
Bladder, 8-23, 9-33
Blood Alcohol Concentration (BAC), 2-1, 3-27
Board for Correction of Naval Records (BCNR), 3,

7, 9, 2-1, 2-18, 3-2, 3-36, 5-1, 5-2, 10-6
Body Surface Area, 8-54, 9-35, 9-63
Bone fusion defect, 8-5
Bronchiectasis, 8-13
Bronchitis, 8-13
Burns, 8-38, 8-54, 9-35, 9-36, 9-63
Callus, 8-5
Cardiac Bypass, 9-29
Cardiac dysrrhythmias, 8-15
Cardiomyopathy, 8-16
Cardiovascular Disease, 8-15, 9-26, 9-30
Categorization Of Findings, 4-4, 4-24, 12-6, 12-8
CCEP, 2-1, 3-37, 8-32, 8-33, see SWATO
Central Nervous System, 8-28, 8-40, 9-36, 9-37
Challenge of PEB members, 4-19, 4-20, 7-7, 7-8
Chief of Naval Operations (CNO),4, 2-1, 2-21, 3-2
Chief of Naval Personnel (CHNAVPERS), 5, 1-1, 1-6, 1-7, 1-8, 1-9, 1-10, 1-11, 2-1, 2-15, 3-2, 3-9, 3-11, 3-31, 3-34, 3-35, 3-36, 3-39, 3-41, 3-44, 3-45, 3-46, 4-1, 4-3, 4-6, 4-7, 4-14, 4-22, 4-24, 6-1, 6-2, 6-3, 6-4, 7-2, 7-4, 10-3
Chief, Bureau of Medicine and Surgery (CHBUMED), 2, 3, 5, 6, 1-4, 1-8, 2-1, 2-13, 3-2, 3-6, 3-11, 3-35, 4-1, 4-6, 4-14, 6-2, 7-2
Chondromalacia, 8-5, 9-12
Chronic fatigue syndrome (CFS), 8-11, 9-20, 9-21
Chronic Illness/Condition, 1-1, 3-8, 3-10, 3-13, 3-14, 3-16, 3-56, 8-10
Cirrhosis, 8-20
Civil Service, 3-31
Civilian counsel, 1-3, 4-16, 7-6, 10-3
CMC (M&RA), 4, 5, 6, 1-1, 1-6, 1-7, 1-8, 1-9, 1-10, 1-11, 2-15, 2-16, 3-9, 3-11, 3-34, 3- 36, 3-39, 3-41, 3-44, 3-45, 3-46, 4-1, 4-3, 4-6, 4-7, 4-14, 4-22, 4-24, 6-1, 6-2, 6-3, 6-4, 7-2, 7-4, 10-3
Colitis, 8-19
Colostomy, 8-21
Combat Training, 2-6, 3-32
Combat-Related Injury, 1-7, 2-5, 3-31
Combat-related opinion, 1-5, 3-31, 3-32
Combined Ratings, 3-56, 3-57, 9-37
Commandant of the Marine Corps (CMC), 4, 2-1, 2-21, 3-2
Commander, Naval Reserve Forces (COMNAVRESFOR, 3, 5, 6, 1-6, 1-8, 1-9, 2-1, 2-16, 4-1
Commissioned Officer, 2-13, 2-16
Common Military Tasks, 3-14
Communicable Disease, 3-56
Competency, 2-6, 2-12, 3-28, 3-29, 3-38, 3-39, 3-60, 3-61, 4-11, 8-31, 8-37, 8-38, 9-40, 12-2, see Incompetency
Competency statement, 8-37, 8-38, 12-2
Comprehensive Clinical Evaluation Program, 2-1, 3-37, 8-32, 8-33

Condition not constituting a physical disability, 2-7, 4-3, 8-45, 8-46
Condition not listed in VASRD, 8-1, 9-45
Conditional Acceptance Of Findings, 4-12, 6-1, 10-3
Conditions Simulating War, 2-6, 3-31
Conflict Of Interest/Recusal, 3-3, 7-2
Congenital Anomalies, 3-22, 3-55, 3-56, 10-6
Contracture, 8-5, 9-17
Controlled Substances, 3-27
Convalescent Ratings, 3-53, 9-7, 9-8, 9-20, 9-27, 9-28, 9-30, 9-37
Coronary disease, 8-16, 9-26, 9-27, 9-28, 9-29
Coronary bypass, 9-29
Counsel, 2-12, 4-12, 4-15, 4-16, 4-17, 4-18, 4-19, 4-20, 4-21, 4-22, 4-24, 4-25, 5-2, 6-3, 7-1, 7-2, 7-4, 7-5, 7-6, 7-7, 7-8, 7-9, 10-3, 10-5
Counseling, 1-3, 3-2, 3-3, 3-12, 3-48, 4-1, 4-11, 4-18, 10-7
Cranial Nerves, 9-37
Current performance of duty, 1-1, 3-10, 3-11, 3-13, 3-14, 3-15, 4-7, 4-22, 11-1, 11-2, 11-3, 11-4, 11-5, 11-6
Cystectomy, 8-23
Cystic Disease, 8-13
Cystitis, 8-23
CystoPlasty, 8-23
Cysts, 8-26
Date of retirement/separation, 1-11, 3-45
De Novo Proceedings, 3-4, 4-3
Death determinations, 1-1, 2-8, 3-60
Death Imminent (DI), 1-1, 3-29, 3-60, 8-38, 12-1, 12-2, 12-3
Deferral/Rejection Of Cases, 3-7, 3-8
Definitions, 2-3 through 2-22
Deliberations, 4-15, 4-23, 10-5
Dementia, 8-28, 8-31, 8-40
Dental Diseases, 8-33, 9-50
Deployability, 1-6, 3-14, 2-8, 2-15, 3-7, 3-17
Depositions, 4-20, 4-21, 7-7
Dermatitis Herpetiformis, 8-26
Dermatomyositis, 8-11, 8-25
Deserters, 3-20, 3-22
Developmental Defects, 8-45
Diabetes, 8-27, 9-32, 9-36
Diplopia, 8-7, 8-8, 8-41, 9-18, 9-19
Director, Naval Council of Personnel Boards (DIRNCPB), 2, 3, 8, 1-4, 1-5, 1-6, 1-7, 1-11, 2-1, 2-11, 2-15, 3-1, 3-2, 3-3, 3-8, 3-11, 3-19, 3-24, 3-32, 3-46, 4-1, 4-2, 4-3, 4-5, 4-9, 4-10, 4-11, 4-13, 4-14, 4-20, 4-25, 5-1, 5-2, 5-3, 7-1, 7-2, 10-6
Disability, 2-6, 2-17, 2-18, 3-2
Disability Benefits, 2-8, 2-9, 3-19 through 3-30
Disability Evaluation System (DES), 1-1, 1-4, 1-10, 2-1, 10-1
Disability Rating, 2-4, 3-16, 3-34, 3-40, 3-45, 3-47, 3-49, 3-50, 3-52, 3-54, 6-4, 8-35, 10-4
Disability retired pay, 2-9, 3-35, 3-36 10-4
Disability severance pay, 2-9, 3-42, 3-43, 10-1, 10-4
Disciplinary Action, 3-10, 3-19, 11-3
Dislocation, Recurrent, 8-2

Disposition, 2-9, 3-41, 4-9, 4-10, 4-11, 4-25
Dissociative Disorders, 8-31
Drug therapy, 8-1, 8-37
*Drug-Induced Disease*, 3-27
Dysmenorrhea, 8-24
Earning Capacity, 2-18, 3-47
Ears, 8-9, 9-20
Eating Disorders, 8-31, 9-44
*Eczema*, 8-25
Elbow, 8-3, 8-51, 9-9, 9-10
Election of options, 4-9, 4-10, 4-11, 4-12
Elephantiasis, 8-26
Emphysema, 8-13
Endocarditis, 8-15
Endometriosis, 8-24, 9-33
Enterostomy, 8-21
Entitled to basic pay, 3-21, 3-22, 3-23
Enuresis, 2-7, 8-45
Epidermolysis Bullosa, 8-25
Epilepsy, 8-28, 8-40, 9-37
Erythema Multiforme, 8-25
Escorts/Attendants, 3-5, 3-39
Esophagitis, 8-18
Exfoliative Dermatitis, 8-25
Existed Prior To Entry (EPTE), 1-2, 2-10
Existed Prior To Service (EPTS), 1-2, 2-10, 3-21, 3-54, 3-55, 3-56, 10-6
Extensions, 4-18, 5-2
Extra-Schedule Rating, 3-53
Extremities, 2-4, 2-5, 3-52, 8-2, 8-3, 8-4, 8-41
Eyes, 8-7, 8-8, 9-17, 9-18, 9-19
Failure to Appear, 4-17
Feet, 8-3, 9-12
Fibromyalgia, 8-7, 9-4, 9-7
Finality, 3-34
Findings, 1-5, 1-6, 1-7, 2-11, 2-18, 4-2, 4-3, 4-4, 4-6, 4-7, 4-8, 4-9, 4-10, 4-11, 4-12, 4-21, 4-22, 4-23, 4-24, 4-25, 10-2, 10-3
Findings letter, 2-11
Finger disabilities, 8-2, 8-3, 8-53, 9-8, 9-9, 9-17, 9-51
Fit to continue, 1-2, 1-3, 1-6, 2-9, 2-11, 2-19, 3-14, 3-40, 3-41, 3-42, 4-3, 4-8, 4-9, 4-10, 4-23, 10-3
Fitness, 3-15, 3-16, 3-17,
Flag Officers, 1-7, 3-2, 3-15, 3-44
Fleet Marine Corps Reserve, 2-13, 2-14, 3-42, 3-43, 3-45, 3-46
Fleet Reserve, 2-13, 3-42, 3-43, 3-45, 3-46
Formal PEB, 1-3, 4-2, 4-3, 4-13, 4-14, 4-16, 4-17, 4-18, 4-19, 4-20, 4-21, 4-22, 4-23, 4-24, 4-25, 10-3, 10-5, 10-6
Fractures, 8-5, 8-6, 9-12, 9-13, 9-14
Funded education, 1-9, 6-3
*Fungus Infections*, 8-26
Gastrectomy, 8-20, 9-31
Gastritis, 8-19, 9-31
Gastrointestinal System, 8-18, 8-40, 9-31
*Gastrostomy*, 8-21
General Court-Martial Convening Authority (GCMCA), 3-24
General Officers, 1-7, 3-2, 3-44
Genitourinary System, 8-21, 8-43, 9-32, 9-33, 9-61
Glaucoma, 8-8, 9-19
Goldmann chart, 8-41, 9-19
Gout, 8-27, 9-7
Grade, 2-16, 11-2
Grade Value Table, 9-51
Grade, rank or rating, 2-16
Grafts, 8-16, 9-30

Guardian, 1-7, 2-12, 3-2, 3-11, 3-12, 3-29, 4-17
Gynecological Conditions, 8-24, 9-33
Hallux Valgus, 8-3
Hand, 2-4, 8-2, 8-3, 8-53, 9-9, 9-10, 9-11, 9-51, 9-63
Hazardous Duty, 2-6, 3-31
Head Trauma, 8-28, 8-29, 8-40
Headaches, 8-28, 8-29, 8-40, 9-37, 9-48
Hearing Defects, 8-9
Hearings failure to appear, 4-17
Heart disease, 8-15, 9-26, 9-27, 9-28, 9-30, 9-45, 9-46
Heart Valve Replacement, 9-30
Heat Injury, 8-27, 8-28
Hemianopsia, 8-8
Hemic And Lymphatic System, 8-24, 9-34, 9-35
Hemopneumothorax, 8-14
Hemothorax, 8-14
Hepatitis, 3-28, 8-19, 9-32
Hepatolenticular Degeneration, 8-29
Hereditary Conditions, 3-22, 3-55, 3-56, 10-6
Hernia, 8-21, 9-32
Herniated nucleus pulposus, 8-6, 9-15
Hidradenitis, 8-26
Histoplasmosis, 8-13
HIV infection, 8-10, 9-3, 9-20
Homosexuality, 2-7, 8-46
Hydronephrosis, 8-22
Hypercoaguable States, 8-27, 9-3, 9-31
Hyperhidrosis, 8-25
Hyperinsulinism, 8-27
Hypertensive disease, 8-23, 9-28, 9-29, 9-30
Hyperthermia, 8-27, 8-28
Hypertrophic Cardiomyopathy, 8-16
Hyphenated codes, 2-4, 3-49, 3-50, 3-53, 9-2, 9-3, 9-6, 9-19, 9-32, 9-35, 9-38, 9-45
Hypoparathyroidism, 8-27
Hypoplasia of the kidney, 8-22
Imminent Death, 1-1, 3-60, 12-1, 12-2, 12-3
Impairment of function, 3-48, 3-53, 8-31, 8-42, 9-39, 9-40
Impotence, 9-33
In absentia hearing, 4-17
In Line of Duty, 2-13, 3-22, 4-7, 4-23
Inactive Status List, 3-43
Inactive-Duty Reservists, 1-4, 1-5, 1-6, 2-12, 3-4, 3-6, 6-2
Inactive-duty training, 2-12
Incapacitation, 2-12, 3-61, 8-20
Incarcerated Members, 3-36
Incompetency, 2-12, 2-14, 3-29, 3-61, see Competency
Incontinence, 8-21, 8-23, 8-40, 8-44, 9-33
Incubation Period, 3-56
Incurred, 2-12, 2-13, 3-20, 3-22, 3-23, 3-25, 3-26, 3-56
Individual Ready Reserve, 1-9, 1-10, 6-2
Infectious Conditions, 8-8, 8-10, 8-18, 8-21, 8-23, 8-26, 9-23
Inflammatory Conditions, 8-4
Informal PEB, 1-3, 4-5, 4-6, 4-8, 4-9, 4-10, 4-11, 4-12, 10-2, 10-3
Initial active duty for training, 2-12, 3-18
Injury, 2-13, 10-2
Inpatient observation, 3-36
Instrumentality of War, 2-6, 2-13, 3-31, 3-32
Insulin, 8-27, 9-36
Interlocutory Issues, 7-6
Internal Revenue Code, 3-31
Internal Revenue Service, 3-31

Intervertebral Disc Disease, 9-15
Intestinal Resection, 9-31
Involuntary Separation, 3-19
Joint Motion, 8-5, 8-51, 8-52, 9-6, 9-9, 9-10, 9-11, 9-6, 9-14
Judge Advocate General (JAG) legal review, 6, 7, 3-32, 5-1
Keloids, 8-26
Kidney, 3-55, 8-21, 8-22, 8-23, 9-32, 9-33
Knee Replacement, 8-5, 9-7, 9-12
Lab studies, 3-37, 8-36, 8-40, 8-41
Lack of mental responsibility, 3-23, 3-29, 3-30
Lack of motivation, 3-6
Larynx, 8-12, 9-25
Late appearances, 4-17
Learning Disorders, 2-7, 8-45
Leave, 1-9, 3-5
Legal Review, 4-1, 4-2
Leprosy, 8-10
Leukemia, 8-24, 8-25, 9-34
Leukopenia, 8-24, 9-35
Lichen Planus, 8-26
Light duty, 1-1
Line of Duty/Misconduct Determinations, 3-22, 3-23, 3-24, 3-25, 3-26, 3-59
Lobectomy, 9-24
Loose bodies, 8-6
Lower Airway, 8-12, 9-23, 9-25
Lower extremity, 8-3, 8-41, 9-38
Lumbosacral Strain, 8-6, 8-41, 9-13, 9-15
Lungs, 8-12, 8-14, 8-42, 9-21, 9-25
Lupus, 8-11, 8-26, 9-20
Lymphedema, 8-25
Lymphogranulomatosis, 9-34
Maladaptive Behavior, 8-42
Malignant Neoplasms, 2-16, 3-53, 8-32, 9-1, 9-2, 9-33
Malunion, 8-5, 9-11
Mammary gland, 9-33
Mandatory Retirement, 2-17, 3-2, 3-16, 3-44
Mandatory Separation, 3-46
Marijuana, 3-28
Mastoidectomy, 8-9
Mastoiditis, 8-9
Mathematical Errors, 4-2
MEB requirements, 8-34
MEB Sample/Example, 8-47
Medical Board, 1-1, 1-9, 1-11, 2-1, 3-1, 3-8, 3-10, 3-11, 3-51, 3-60, 7-9, 8-34, 8-47, 11-4, 12-1, 12-2
Medical board processing, 10-7
Medical board reports, 1-11
Medical Corps Officers, 1-7, 3-2
Medical Hold, 1-1, 1-9
Medical records, 3-19, 3-35
Medical waiver, 1-1, 3-17
Member of the naval service, 2-14, 2-16, 2-17
Member, enlisted, 2-17
Menopausal Syndrome, 8-24
Mental disorders, 8-30, 8-41, 9-7, 9-39, 9-41, 9-46, 9-64
Mere Presence Of Physical Defect, 3-6
MET, 1-8, 3-7, 3-60, 4-12, 5-1, 6-2, 6-3
Metabolic Conditions, 8-26
METs, 8-14, 8-15, 8-39, 8-40, 8-53, 8-58, 9-25, 9-26, 9-27, 9-56, 9-57, 9-58
Midshipmen, 2-12, 2-13, 3-20
Migraine, 8-28, 8-29, 8-40, 9-37, 9-48
Minimum for residuals, 3-54
Minimum Ratings, 3-50, 3-53, 3-54, 9-3, 9-4, 9-5, 9-19, 9-27, 9-36
Minority Rationale, 4-21, 7-4
Misconduct Determinations, 3-59, 4-6, 4-22

Misconduct Or Willful Neglect, 2-14, 3-22
Mood Disorder, 8-31, 9-43
Motion Sickness, 2-7, 8-45
Multiple Sclerosis, 8-28, 8-40
Muscles, 2-4, 2-5, 2-20, 3-51, 3-52, 8-5, 8-7, 8-28, 8-29, 9-17, 9-38
Muscular Atrophy, 8-5, 8-7, 8-12, 8-28, 8-29
Musculoskeletal System, 8-2, 9-5 through 9-17, 9-38
Myasthenia Gravis, 8-11, 8-29
Mycoses, 8-10, 8-25
*Mycosis Fungoides*, 8-25
Myelopathic Muscular Atrophy, 8-29
Myocardial Infarction, 8-15, 8-39, 9-28, 9-29, 9-53
Myocarditis, 8-16
*Myotonia Congenita*, 8-6
Narcolepsy, 8-30, 9-37
Natural Progression, 2-12, 2-14, 2-20, 3-16, 3-38, 3-54, 3-55, 3-56, 10-7
Neoplasms, 3-53, 8-32, 9-1, 9-2, 9-33
Nephrectomy, 8-22
Nephritis, 8-22, 9-61
Nephrosis, 8-22
Nephrostomy, 8-22
Nerves, 8-27, 8-40, 9-37
Nervous system, 8-28, 8-40, 9-36
Neuralgia, 8-30, 9-14
Neuritis, 8-29, 8-30
Neurofibromatosis, 8-25
Neurological Disorders, 8-28, 8-40, 9-36
Neuropathies, 8-28, 8-40, 9-36
Neuropsychological testing, 8-40
New diagnoses, 3-51
Next of kin, 2-14
Nicotine, 3-48, (see tobacco)
Night Blindness, 9-46
Non-Acceptance Of Findings, 4-11
Noncompliance, 9-36
Non-medical assessment, 3-9, 4-9, 10-1
Non-Medical Assessments, 11-1
Non-military medical records, 3-19
Non-military medical treatment, 3-19
Nonunion, 8-5, 9-47
Not entitled to basic pay, 2-13, 3-21
Not Physically Qualified (NPO) for Continued Naval Service, 2-16
Notary, 4-11
Notice of eligibility (NOE), 1-4, 2-1, 2-15
Notification Of Decision, 2-15
Oaths, 4-6, 4-19, 7-4
Obesity, 2-8, 8-21, 8-46
Objections, 4-20, 7-7
Objective evidence, 3-17
Observation ratings, 2-16, 3-53
Officer, 2-16
Officer Disability Review Board (ODRB), 1-5, 2-1, 7-1
Oophorectomy, 8-24
Open session, 4-18, 4-20, 4-24, 7-6
Optimum Hospital Improvement, 2-17
Oral notification, 4-24
Organ Transplants, 3-57, 8-14, 8-38, 9-2, 9-35
*Osteitis Deformans*, 8-6
Osteoarthritis, 8-4, 9-6
Osteoarthropathy, 8-6
Osteomalacia, 8-27
Osteomyelitis, 8-6, 9-5
*Otitis Media*, 8-9, 9-20
Otolaryngology, 8-41, 9-20
Overall effect, 3-15, 3-53
Over-rating, 2-20, 3-51
Pacemakers, 8-15, 8-16, 9-4, 9-27, 9-30
Paired extremities, 2-5, 3-52, 3-54, 9-59
Pancreatectomy, 8-21
Pancreaticoduodenostomy, 8-21

Pancreaticogastrostomy, 8-21
Pancreaticojejunostomy, 8-21
Pancreatitis, 8-19, 9-32
Panniculitis, 8-11, 8-26
Parachute Duty, 2-6, 3-32
Paralysis, 8-7, 8-30, 9-14, 9-38
Paralysis Agitans, 8-29
Passenger Misconduct, 3-26
PEBLO, 1-3, 12-1
Pemphigus, 8-25
Percentage of disability, 2-17
Performance Evaluations, 4-7, 4-22
Periarteritis Nodosa, 8-17
Pericarditis, 8-15
Periodic Physical Examinations, 2-10, 3-35, 4-1
Peripheral Nerves, 8-17, 8-28, 8-30, 8-40, 9-37, 9-59
Peripheral Vascular Disease, 9-31
Permanent disability retirement, 3-34
Permanent Limited Duty (PLD), 2-18
Personal appearance, 2-12, 3-1, 4-17, 10-3
Personality Disorders, 2-18, 8-31, 8-42, 8-45
Pes Planus, 8-3, 9-47
Petition for Relief, 2-1, 2-18
PFit, 1-3, 2-19, 3-16, 10-6
Physical disability, 2-18
Physical Evaluation Board (PEB), 1-11, 8-34, 12-1
Physical examination, TDRL, 3-35, 3-36, 4-7, 7-4
Physical Exams, 1-1
Physically Qualified for continued naval service, 1-4
Pleurisy, 8-14, 9-24
Pneumoconiosis, 8-13
Pneumonectomy, 9-24
Pneumonia, 8-13
Pneumothorax, 8-14, 9-24
Polycythemia, 8-24
Porphyria, 8-11
Postgastrectomy Syndrome, 8-20, 9-31
Preliminary findings, 1-5, 1-11, 3-1, 4-6
Preponderance of Evidence, 2-19, 3-16, 3-55, 10-7
President, PEB, 1-5, 10-3
Presiding Officer, 10-2, 10-5
Presumed Acceptance, 4-12
Presumption, 2-19
Presumption of fitness (PFIT), 2-1, 3-15, 10-7
Presumption of Service Aggravation, 3-56
Prior Service Impairments, 2-19, 3-21
Prisoners of War (POWs), 3-16
Procedural Guide, Formal PEB Hearing, 4-20
Procreative Organs, 8-23, 8-24, 9-32, 9-33
Processing time standards, 1-11
Proctitis, 8-19
Proctopexy, 8-21
Proctoplasty, 8-21
Proctorrhaphy, 8-21
Proctotomy, 8-21
Prosthesis, 8-5, 8-16, 9-7, 9-8, 9-12, 9-29
Proximate Result, 2-19
PRT/PFT, 2-11, 3-7, 3-14, 3-17
Psoriasis, 8-25
Psychiatric Issues, 8-30, 8-41, 9-7, 9-39, 9-40, 9-41, 9-46, 9-64
Pulmonary Diseases, 8-12, 8-42, 9-21, 9-52
Pulmonary Fibrosis, 8-14
Pulmonary function tests (PFTs), 8-12, 8-42, 9-21, 9-24, 9-52
Pulmonary Sarcoidosis, 8-13
Punitive Discharge, 1-4, 3-19
Pyelonephritis, 8-23

Pyelostomy, 8-22
Pyopneumothorax, 8-14
Pyramiding, 2-19, 2-20, 9-17, 9-20, 9-21, 9-27, 9-32, 9-44
Quality Assurance, 3-1
Radiodermatitis, 8-26
Range of Motion, 8-5, 8-48, 88-51, 8-52, 9-6, 9-9, 9-10, 9-11, 9-14
Rank, 2-16
Rating policies, 3-47
Rating/MOS, 3-7, 3-10
Rationales, 4-6
Recesses And Continuances, 4-19,
Reconsideration, 1-3, 3-1, 10-3
Recorders, 4-6, 12-6
Recusal, 3-3, 7-2
Refusal of Treatment, 3-28
Rehospitalization, 3-8
Renal anomaly, 8-21
Renal calculus, 8-21
Renal impairment, 8-21, 8-22, 8-23, 8-43, 9-27, 9-30, 9-32, 9-33, 9-45, 9-61
Reserve Component, 2-9, 2-15, 3-42
Reserves, 2-3
Respiratory System, 8-12, 8-42, 9-21, 9-52
Restoration of competency, 3-29
Result of armed conflict, 2-5, 3-31
Result of intoxication, 3-26, 3-27
Retina, 8-8
Retired Pay, 3-35, 3-41, 3-42, 7-1
Retired Person, 2-13
Retirement orders, 2-17, 3-15
Rheumatic Fever, 9-20
Rheumatic Heart Disease, 8-15, 9-28
Rheumatoid Arthritis, 8-4, 8-10, 9-5
Rheumatoid Myositis, 8-4
Rhinitis, 8-12
Ribs, 9-17, 9-24
Sacroiliac, 9-6, 9-13
Sarcoidosis, 8-11, 8-13, 9-24
Scalenus Anticus Syndrome, 9-38
Scars, 8-26, 8-38, 9-20, 9-35, 9-36
Scleroderma, 8-11, 8-25
Scotoma, 9-19
Secretary of the Navy (SECNAV), 1-5, 2-1, 2-20, 3-42, 7-1, 7-9, 10-1, 10-7
Seizure disorders, 8-28, 8-40, 9-38
Self-inflicted injury, 3-23
Separation, 1-4, 1-11, 3-7, 3-19, 3-42, 3-45, 3-46,
Service, 2-3
Service aggravation, 3-21, 3-54, 3-55, 3-56
Severance Pay, 2-6, 2-8, 2-9, 3-42, 3-43, 10-4
Sickle Cell Anemia, 9-35
Skin Disorders, 8-25, 8-26, 9-35
Skull, 8-6, 9-16, 9-17
Sleep Apnea, 8-30, 9-24
Somatoform, 8-31
Somnambulism, 2-7, 8-45
Special Interest Cases, 1-7, 3-2, 4-9
Special Qualifications, 3-15, 3-17
Spine, 8-6, 8-41, 9-6, 9-13, 9-15
Splenectomy, 9-34
Splenomegaly, 8-25
Spondylolisthesis, 8-6
Spouse, 2-14, 3-12, 4-11, 4-16, 4-17, 4-18, 4-21
Stabilized conditions, 2-21, 3-40
Stammering, 2-7, 8-45
Statements of Service, 4-7, 4-22, 7-4
Sterility, 9-33
Stinging Insect, 2-8, 8-46
Stoppage of Pay, 3-41, 3-42
Stuttering, 2-7, 8-45
Substance Abuse, 3-26, 8-42
Subtalar, 9-12
Suicide Attempts, 3-30, 3-61
Surgeon General (SURGEN), 2-2
Suspension of cases, 3-9
SWATO, 2-2, 3-37, 8-32, 8-33, 9-3, 9-45, 9-49, see CCEP

Syringomyelia, 8-30
Systemic Diseases, 8-10, 8-11, 8-25, 9-20
Talipes Cavus, 8-3
Taxability, 4-10, 4-17
TDRL, 1-2, 2-2, 2-21, 3-12, 3-34-43, 3-50, 4-8, 4-9
Temporary Limited Duty (TLD), 2-21
Tendon, 8-5
Thrombophlebitis, 8-18, 9-3, 9-31
Thumb, 8-3, 8-53, 9-9, 9-51
Tobacco, 2-14, 2-15, 3-47, 3-58, see Nicotine
Toe, 2-4, 2-5, 8-4, 9-9
Total Disability Rating, 3-52
Total Incontinence, 9-33
Total Joint Replacement, 8-5, 9-7, 9-12
Trachea, 8-12, 9-21, 9-25
Transcripts, 4-25
Transfer To Fleet Reserve, 3-43
Transfer To Inactive Status List, 3-43
Trauma, 8-38
Travel Expenses, 3-4, 3-5
Trustee, 2-21, 3-11, 3-29
Tuberculosis, 8-10, 8-13, 8-26, 9-23
Tumor, 3-53, 8-32, 8-26, 9-1, 9-2, 9-33
Ulcerative Colitis, 8-19
Ulcers, 8-20, 8-31
Unauthorized Absence, 3-20, 3-22, 3-23, 3-26, 4-7, 4-8, 4-23, 7-3
Unfit to continue naval service, 1-2, 1-3, 1-5, 1-6, 1-8, 2-9, 2-12, 2-15, 2-21, 4-10, 4-12, 4-13, 4-22, 4-23, 6-1, 6-2, 6-3, 6-4, 7-3, 10-1, 10-3, 10-4
Uniform –Formal PEB apperance, 4-19
Unique Categories, 3-21
Unreasonable refusal of treatment, 3-28
Unsanitary Habits, 2-8, 8-46
Upper Airway, 8-12, 9-21
Upper extremity, 2-4, 3-50, 8-2, 8-41, 9-38
Ureterocolostomy, 8-22
Ureterocystostomy, 8-22
Ureteroileostomy, 8-22
Ureteroplasty, 8-22
Ureterosigmoidostomy, 8-22
Ureterostomy, 8-22
Urethritis, 8-23
Urethrostomy, 8-23
Urinary system, 8-21, 8-43, 9-33
Urology, 8-21, 8-43
Urticaria, 8-26
Varicose Veins, 8-17, 9-30
Vascular Disease, 8-16, 8-17, 8-18, 9-2, 9-28, 9-30, 9-31, 9-59
Vascular System, 3-57, 8-16, 9-2
VASRD, 2-2, 2-17, 3-47, 3-49, 9-1, 10-4
Venereal Disease, 8-10, 8-31
Venous Insufficiency, 8-17, 9-30
Vision, 8-7, 8-8, 8-41, 9-18, 9-19
Visual acuity, 8-7, 8-8, 8-41, 9-18, 9-19
Visual fields, 8-7, 8-8, 8-41, 9-18, 9-19
Waiver
constructive, 4-17
Waiver of personal appearance at Formal PEB, 4-17
Warrant Officer, 2-16, 2-17
Willful Neglect, 2-22, 3-20, 3-22, 3-23, 3-28, 4-7, 4-8, 4-23
Witnesses, 4-21
Wrist, 8-3, 9-11